UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JASON YORK and MAUREEN YORK | : | |
| | : | C.A. 04-551 S |
| v. | : | |
| DAY TRANSFER COMPANY, APOLLO VAN LINES, INC. and ANDREWS EXPRESS & STORAGE WAREHOUSE, INC. | : | |
| v. | : | |
| WILLIAMS MOVING COMPANY | : | |

***MOTION TO COMPEL PLAINTIFFS TO ANSWER APOLLO VAN LINES, INC.'S INTERROGATORIES AND FOR IMPOSITION OF REASONABLE ATTORNEY'S FEES***

Pursuant to Fed.R.Civ.P. 37(a), the Defendant Apollo Van Lines, Inc. (hereinafter "Apollo") moves this Court to compel the Plaintiffs, Maureen York and Jason York to answer interrogatories that were requested from them on March 17, 2005. See Exhibit 1. On March 17, 2005, Apollo caused a First Set of Interrogatories to be served upon the Plaintiffs pursuant to Fed.R.Civ.P. 33(a). As of April 27, 2005 there had been no response, which is beyond the 30-day deadline to respond imposed by Fed.R.Civ.P. 33(b)(3).

On May 2, 2005, Apollo faxed a letter to Plaintiffs' counsel, Joseph Palumbo in an

attempt to resolve this discovery dispute without court intervention. See Exhibit 2. As of June 2, 2005 no response was made.

Apollo moves this court to compel the Plaintiff's to answer the interrogatories and for reasonable attorney's fees incurred due to the necessity of bringing this motion in the amount of $150.00.

Defendant Apollo Van Lines, Inc.

Thomas J. Grady, Esq.
Lenihan, Grady & Steele
Six Canal Street, P.O. Box 541
Westerly, RI 02891
(401) 596-0183
(401) 596-6845 (Fax)

***CERTIFICATION OF NOTICE***

I hereby certify that a copy of the foregoing Answer was forwarded, via U.S. First Class Mail this 2nd day of June 2005 to **Thomas C. Plunkett, Esq**., Kiernan, Plunkett & Redihan, 91 Friendship Street, Providence, RI 02903; **Daniel S. Crocker, Esq**., Partridge, Snow & Hahn, LLP, 180 South Main Street, Providence, RI 02903; **Joseph R. Palumbo, Jr.**, Esq., 294 Valley Road, Middletown, RI 02842, **Sarah L. Fitfield, Esq**., Dombroff & Gilmore, P.C., 40 Broad Street, Suite 2000, New York, NY 10004-2382; **James P. Marusak, Esq**., Gidley, Sarli & Marusak, LLP, One Turks Head place, Suite 900, Providence, RI 02903 and **George W. Wright, Esq**. George W. Wright & Associates, LLC, Continental Plaza, 401 Hackensack Avenue, 7th Floor, Hackensack, NJ 07601.