**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JASON YORK and MAUREEN YORK** | } | |
| **v.** | } | **CA No. 04-551S** |
| **DAY TRANSFER COMPANY, APOLLO VAN LINES, INC., and ANDREWS EXPRESS & STORAGE WAREHOUSE, INC.** | } | |
| **v.** | } | |
| **WILLIAMS MOVING COMPANY** | } | |

**PLAINTIFF'S OBJECTION TO DEFENDANT APOLLO VAN LINES, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

Plaintiffs object to defendant Apollo Van Lines, Inc.'s motion to compel production of documents for the reason that plaintiffs have responded to said document request.

By their attorney,

**Joseph R. Palumbo, Jr., #0405**
294 Valley Road
Middletown, Rhode Island 02842
Tel: (401) 846-5200
Fax: (401) 848-0984
Email: joseph@palumbolaw.net

## CERTIFICATE OF SERVICE

I, **Joseph R. Palumbo, Jr**., hereby certify that I caused to be mailed, postage pre-paid on the 10th day of **June, 2005,** a copy of the foregoing **Plaintiffs' Objection to Defendant Apollo Van Lines, Inc.'s Motion to Compel Production of Documents** to **Daniel S. Crocker, Esquire**, Partridge Snow & Hahn LLP, 180 South Main Street, Providence, Rhode Island 02903, **Thomas C. Plunkett, Esquire**, Kiernan, Plunkett & Redihan, 91 Friendship Street, Providence, Rhode Island 02903, and **Thomas Grady, Esquire**, Lenihan, Grady & Steele, 6 Canal Street, P.O. Box 541, Westerly, Rhode Island 02891, and **Apollo Van Lines**, 7120 80th Street, Glendale, New York 11835, **Sarah L. Fifield, Esquire,** Dombroff & Gilmore, P.C., 40 Broad Street, Suite 2000, New York, New York 10004-2382, **James P. Marusak, Esquire**, Gidley, Sarli & Marusak, LLP, One Turks Head Place, Suite 900, Providence, Rhode Island 02903, **George W. Wright, Esquire**, George W. Wright & Associates, LLC, 401 Hackensack Avenue, 7th Floor, Hackensack, New Jersey 07601.