04234
TP
6/17

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JASON YORK and MAUREEN YORK** **Plaintiff** v. **DAY TRANSFER COMPANY, APOLLO VAN LINES, INC., and ANDREWS EXPRESS & STORAGE WAREHOUSE, INC.** **Defendant** v. **WILLIAMS MOVING COMPANY** **Third Party Defendant** | } | **CA No. 04-551S** |

RECEIVED
JUN 27 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

## STIPULATION

Defendant Day Transfer Moving & Storage may have up to and including July 1, 2005 to respond to plaintiffs' second set of interrogatories.

**Joseph R. Palumbo, Jr., #0405**
**Attorney for Plaintiffs**
294 Valley Road
Middletown, Rhode Island 02842
Tel: (401) 846-5200
Fax: (401) 848-0984

**Thomas C. Plunkett, #1662**
**Attorney for Defendant**
Day Transfer Moving & Storage
Kiernan, Plunkett & Redihan
91 Friendship Street
Providence, Rhode Island 02903
Tel: (401) 831-2900
Fax: (401) 331-7123