UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
JUN 06 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

JASON YORK and MAUREEN YORK :
: C.A. 04-551 S
v. :

DAY TRANSFER COMPANY, APOLLO VAN LINES, INC. and ANDREWS EXPRESS & STORAGE WAREHOUSE, INC. :

v. :

WILLIAMS MOVING COMPANY :

***MOTION TO COMPEL PLAINTIFFS TO COMPLY WITH APOLLO VAN LINES, INC.'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND FOR IMPOSITION OF REASONABLE ATTORNEY'S FEES***

Pursuant to Fed.R.Civ.P. 37(a), the Defendant Apollo Van Lines, Inc. (hereinafter "Apollo") moves this Court to compel the Plaintiffs, Maureen York and Jason York to produce documents that were requested from them on March 17, 2005. See Exhibit 1. On March 17, 2005, Apollo caused a request for production of documents to be served upon the Plaintiffs pursuant to Fed.R.Civ.P. 34(a). As of April 27, 2005 there had been no response, which is beyond the 30-day deadline to respond imposed by Fed.R.Civ.P. 34(b).

On May 2, 2005, Apollo faxed a letter to Plaintiffs' counsel, Joseph Palumbo in an

Referred to U.S.M.J. Martin
☐ for findings & recommendations
☒ for determination
☐ ______________
William E. Smith, U.S. District Judge
Date 6/13/05

Passed for compliance per letter from Defendant's counsel dated 6/20/05.

David L. Martin
United States Magistrate Judge
June 28, 2005

SCANNED