04 234

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JASON YORK AND
MAUREEN YORK

VS C. A. NO. 04-551S

DAY TRANSFER COMPANY,
APOLLO VAN LINES, INC. AND
ANDREWS EXPRESS &
STORAGE WAREHOUSE, INC.

VS

WILLIAMS MOVING COMPANY

MOTION TO EXTEND

Now comes the defendant, Day Transfer Company, pursuant to FRCP 6(b) and moves for an extension of time up to and including July 11, 2005 within which to object or otherwise respond to the plaintiffs' motion to file a second amended complaint. The defendant seeks the additional time since the motion was only received on June 27, 2005 and the defendant would like sufficient time to consider the motion and its response to it. Further, defendant's counsel has contacted plaintiffs' counsel and plaintiffs' counsel has no objection to this motion.

Accordingly, defendant Day Transfer Company requests an extension of time up to and including July 11, 2005 within which to object or otherwise respond to the plaintiffs' motion to amend.

Thomas C. Plunkett #1662
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
TEL (401) 831-2900
FAX (401) 331-7123

Sarah L. Fifield, Esq.
DOMBROFF & GILMORE
40 Broad Street
Suite 2000
New York, NY 10004-2382

TO Joseph R. Palumbo, Jr., Esq.
194 Valley Road
Middletown, RI 02842

Daniel Crocker, Esq.
180 South Main Street
Providence, RI 029093

Thomas L. Grady, Esq.
Lenihan, Grady & Steele
6 Canal Street
P. O. Box 541
Westerly, RI 02891

James P. Marusak, Esq.
GIDLEY SARLI & MARUSAK
One Turks Head Place, Suite 900
Providence, RI 02903

George W. Wright, Esq.
401 Hackensack Avenue, 7th Floor
Hackensack, NJ 07601

CERTIFICATION

I hereby certify that I mailed a copy of the within to counsel of record, as above.

Dated: July 1, 2005

B. Braun

04 234

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JASON YORK AND
MAUREEN YORK

VS C. A. NO. 04-551S

DAY TRANSFER COMPANY,
APOLLO VAN LINES, INC. AND
ANDREWS EXPRESS &
STORAGE WAREHOUSE, INC.

VS

WILLIAMS MOVING COMPANY

**IN THE ABOVE ENTITLED CAUSE, IT IS HEREBY AGREED THAT THE FOLLOWING ENTRY BE MADE:**

**The time within which the defendant Day Transfer Company may object to the plaintiffs' motion to file a second amended complaint is hereby extended to July 11, 2005.**

Joseph R. Palumbo, Jr. (0405)

(PLAINTIFF'S ATTORNEY - PRINTED NAME) SIGNATURE)

Thomas C. Plunkett #1662

(DEFENDANT'S ATTORNEY - PRINTED NAME) (SIGNATURE)

DATED: July 1, 2005