04 234

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JASON YORK AND
MAUREEN YORK

VS

C. A. NO. 04-551S

DAY TRANSFER COMPANY,
APOLLO VAN LINES, INC. AND
ANDREWS EXPRESS &
STORAGE WAREHOUSE, INC.

VS

WILLIAMS MOVING COMPANY

MOTION TO EXTEND

Now comes the defendant, Day Transfer Company, pursuant to FRCP 6(b) and moves for an extension of time up to and including July 11, 2005 within which to object or otherwise respond to the plaintiffs' motion to file a second amended complaint. The defendant seeks the additional time since the motion was only received on June 27, 2005 and the defendant would like sufficient time to consider the motion and its response to it. Further, defendant's counsel has contacted plaintiffs' counsel and plaintiffs' counsel has no objection to this motion.

RECEIVED

JUL 06 2005

DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

Referred to U.S.M.J. Martin
☐ for findings & recommendations
☑ for determination
☐
William E. Smith, U.S. District Judge
Date 7/5/05

GRANTED.

David L. Martin

~~David L.~~ Martin, U.S.M.J.
July 6, 2005