UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JASON YORK and MAUREEN YORK,<br><br>Plaintiffs,<br><br>v.<br><br>DAY TRANSFER COMPANY, APOLLO VAN LINES, INC. and ANDREWS EXPRESS & STORAGE WAREHOUSE, INC.,<br><br>Defendants,<br><br>v.<br><br>WILLIAMS MOVING COMPANY,<br><br>Third-Party Defendant. | C.A. No.: 04-551S<br><br>**NOTICE OF DEPOSITION TO <u>ANDREWS EXPRESS</u>** |

PLEASE TAKE NOTICE that pursuant to Rule 30 (b) (6) of the Federal Rules of Civil Procedure, counsel for third-party defendant, WILLIAMS MOVING COMPANY ("WILLIAMS"), will examine ANDREWS EXPRESS AND WAREHOUSE, INC. ("ANDREWS"), by its designated representative who is most knowledgeable concerning the matters alleged in the Complaint, including, but not limited to the storage of plaintiffs' goods involved in the subject shipment at ANDREWS' warehouse in Newport, Rhode Island on **August 23, 2005 at 10:00 a.m.**, at the offices of Gidley, Sarli & Marusak, One Turks Head Place, Suite 900, Providence, Rhode Island 02903 before a person authorized by the State of Rhode Island to administer oaths. The deposition will continue from day to day until completed.

Dated: July 5, 2005

James R. Marusak, Esq.
Attorney for Third-Party Defendant
WILLIAMS MOVING COMPANY

**GIDLEY SARLI & MARUSAK, LLP**
One Turks Head Place, Suite 900
Providence, RI 02903
(401) 274-6644

-and-

George W. Wright, Esq.
GEORGE W. WRIGHT & ASSOCIATES, LLC
Continental Plaza
401 Hackensack Avenue, 7th Floor
Hackensack, NJ 07601
(201) 342-8884

**CERTIFICATION OF SERVICE**

I hereby certify that I caused a true and accurate copy of the Notice of Deposition to Defendant Andrews Express and Warehouse, Inc. to be served upon the following counsel of record on this 5th day of July, 2005:

Joseph R. Palumbo, Jr., Esq.
Attorney for Plaintiffs
294 Valley Road
Middletown, RI 02842

Thomas C. Plunkett, Esq.
KIERNAN, PLUNKETT & REDIHAN
Attorneys for Defendant
DAY TRANSFER COMPANY
91 Friendship Street
Providence, RI 02903

Sarah L. Fifield, Esq.
DOMBROFF & GILMORE
Attorneys for Defendant
APOLLO VAN LINES, INC.
40 Broad Street
Suite 2000
New York, NY 01004-2382

Daniel S. Crocker, Esq.
PARTRIDGE, SNOW & HAHN LLP
Attorneys for Defendant
ANDREWS EXPRESS AND WAREHOUSE, INC.
180 South Main Street
Providence, RI 02903

Thomas L. Grady, Esq.
LENIHAN, GRADY & STEEL
6 Canal Street
P.O. Box 541
Westerly, RI 02891

Karen Ciccone

cc: Allied Court Reporters