UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JASON YORK and MAUREEN YORK,<br><br>Plaintiffs,<br><br>v.<br><br>DAY TRANSFER COMPANY, APOLLO VAN LINES, INC. and ANDREWS EXPRESS & STORAGE WAREHOUSE, INC.,<br><br>Defendants,<br><br>v.<br><br>WILLIAMS MOVING COMPANY,<br><br>Third-Party Defendant. | C.A. No.: 04-551S<br><br>**NOTICE OF DEPOSITION**<br>**<u>TO PLAINTIFF, JASON YORK</u>** |

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, counsel for third-party defendant, WILLIAMS MOVING COMPANY ("WILLIAMS"), will examine plaintiff, JASON YORK, on **August 22, 2005 at 10:00 a.m.**, at the offices of Gidley, Sarli & Marusak, One Turks Head Place, Suite 900, Providence, RI 02903, before a person authorized by the State of Rhode Island to administer oaths. The deposition will continue from day to day until completed.

Dated: July 5, 2005

James P. Marusak, Esq.
Attorney for Third-Party Defendant
WILLIAMS MOVING COMPANY

**GIDLEY SARLI & MARUSAK, LLP**
One Turks Head Place, Suite 900
Providence, RI 02903
(401) 274-6644

-and-

George W. Wright, Esq.
GEORGE W. WRIGHT & ASSOCIATES, LLC
Continental Plaza
401 Hackensack Avenue, 7th Floor
Hackensack, NJ 07601
(201) 342-8884

**CERTIFICATION OF SERVICE**

I hereby certify that I caused a true and accurate copy of the Notice of Deposition to Plaintiff Jason York to be served upon the following counsel of record on this 5TH day of July, 2005:

Joseph R. Palumbo, Jr., Esq.
Attorney for Plaintiffs
294 Valley Road
Middletown, RI 02842

Thomas C. Plunkett, Esq.
KIERNAN, PLUNKETT & REDIHAN
Attorneys for Defendant
DAY TRANSFER COMPANY
91 Friendship Street
Providence, RI 02903

Sarah L. Fifield, Esq.
DOMBROFF & GILMORE
Attorneys for Defendant
APOLLO VAN LINES, INC.
40 Broad Street
Suite 2000
New York, NY 01004-2382

Daniel S. Crocker, Esq.
PARTRIDGE, SNOW & HAHN LLP
Attorneys for Defendant
ANDREWS EXPRESS AND WAREHOUSE, INC.
180 South Main Street
Providence, RI 02903

Thomas L. Grady, Esq.
LENIHAN, GRADY & STEEL
6 Canal Street
P.O. Box 541
Westerly, RI 02891

Karen Cellone

cc: Allied Court Reporters