RECEIVED

JUL 07 2005

DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JASON YORK and MAUREEN YORK | : | C.A. 04-551 S |
| v. | : | |
| DAY TRANSFER COMPANY, APOLLO VAN LINES, INC. and ANDREWS EXPRESS & STORAGE WAREHOUSE, INC. | : | |
| v. | : | |
| WILLIAMS MOVING COMPANY | : | |

Referred to U.S.M.J. Martin
☐ for findings & recommendations
☒ for determination
☐ ____________
William E. Smith, U.S. District Judge
Date: 7/7/05

**_MOTION FOR EXTENSION OF TIME TO FILE OBJECTION TO PLAINTIFF'S MOTION TO FILE SECOND AMENDED COMPLAINT_**

Pursuant to Local Rule 12(b), the Defendant Apollo Van Lines, Inc. moves for an extension of time to file an objection to the Plaintiff's Motion to File Second Amended Complaint. Apollo moves for an extension of time of twenty days allowing for an objection to be filed on or before July 27, 2005. This Motion was received by Apollo on June 27, 2005. An objection to this motion would otherwise be due on July 7, 2005 pursuant to Local Rule 12(b). Counsel for Apollo has spoken to counsel for the Plaintiff and he does not object to this extension of time.

Local Rule 12(b) states that "For good cause, the court may extend the time to serve and file a response to a motion . . ." In this case, there is good cause for the court to extend the period of time within which to permit Apollo to respond to this motion.

The within case is a very complicated transportation law action which involves numerous parties. The Plaintiff is now attempting to submit additional allegations to its original complaint.

Fed.R.Civ.P. 15(a) provides that a party can only amend its complaint by "leave of court

GRANTED.
David L. Martin
David L. Martin
United States Magistrate Judge
July 8, 2005