# EXHIBIT A

[redacted]

# BILL OF LADING — PRIVATELY OWNED PERSONAL PROPERTY

B/L NO. ZY-711231

1. TRANSPORTATION COMPANY (& agent) TENDERED TO: Day Transfer Company (LONE STAR RELOCATION SERVICES, INC)

2. GBLOC: DATY | 3. SERVICE CODE: 1A | 4. SHIPMENT NO.: 1 OF 2 | 5. DATE B/L PREPARED: 18-MAY-04

6. REQUESTED PACKING DATE: 02-JUN-04 | 7. REQUESTED PICKUP DATE: 04-JUN-04 | 8. REQUIRED DELIVERY DATE: 17-JUN-04

9. PRIVACY ACT DATA
(5 USC 552a) This form serves as a procurement, accountability and payment form in the shipment of privately owned personal property for the account of the U.S. Information thereon may be used to prepare related documents or collect excess costs. Disclosure of information is voluntary but its absence may preclude shipment of property.

10. PROPERTY OWNER'S NAME, SOCIAL SECURITY NO., RANK AND PAY GRADE: YORK, JASON D 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 MAJ 0-4 PCS MD

11. AUTHORITY FOR SHIPMENT (Order No., Par. No., HQ): 1320 USMC 4TH RECON BN SA | 12. DATE OF ORDER: 09-FEB-04

13. EXTRA PICKUP/DELIVERY (Complete address): SERVICE NOT APPLICABLE

14. DEPARTMENT/AGENCY: US - MC | 15. TRANSPORTATION CONTROL NO.:

16. Received by the transportation company (named above), the property hereinafter described, in apparent good order and condition (contents and value unknown), to be forwarded to destination by the said company and connecting lines, there to be delivered in like good order and condition to said consignee. This bill of lading is governed by the regulations relating thereto as published in Title 41, Part 102-118 of the Code of Federal Regulations. Terms and Conditions are also contained in the Tender of Service.

17. FULL NAME OF SHIPPER: JPPSO-SAN ANTONIO

18. CONSIGNEE (Name and destination delivery address) (See block 13): MAUREEN V YORK AGENT
NEWPORT (NEWPORT) RI
US15 02840

19. FROM (Complete address of point of pickup) (See block 13):
2721 ASHLEY MEADOW - ASHLEY PLACE SUBDIV
SCHERTZ (GUADALUPE)
TX 78154
US60 RA:MAUREEN YORK

20. RESPONSIBLE DESTINATION INSTALLATION/OFFICE: NAVAL STATION NEWPORT RI
RI 02841-1510
401-8412091
GBLOC: ALNT

21. BILL CHARGES TO (Dept./Agcy., Bur./Off., and complete mailing address):
COMPT TRAN VOUCH CERT BRANCH (TVCB)
ATTN CODE 470
814 RADFORD BLVD STE 20318
ALBANY, GA 31704-0318

22. VIA (Route of interlining carriers):

23. FOR CARRIER USE ONLY - WAYBILL/FREIGHT BILL NO.: DT-05-13-04

24. APPROPRIATION CHARGEABLE: 1741105.2753 44690 000027 265559695 74152 74154

25. REMARKS (Special services, tare reweigh): THIS SHIPMENT CONTAINS FIREARMS-BEFORE EFFECTING DELIVERY TO RESIDENCE OR PLACING IN STORAGE, THE CARRIER SHALL NOTIFY THE PPSO SPECIFIED IN BLOCK 20.

| 26. PACKAGES NO. | KIND | 27. DESCRIPTION OF SHIPMENT (Bulky) | 28. WEIGHT * | FOR USE OF DESTINATION CARRIER ONLY: SERVICES | 30. RATE | 33. CHARGES |
|---|---|---|---|---|---|---|
| 1 | LOT | DOD SPONSORED HOUSEHOLD GOODS | GROSS 58140 | LINE-HAUL TRANSPORTATION | 14.08 CWT | 8,889 60 |
| | | | TARE 46290 | PACKING/UNPACKING: OD [redacted]S | | 1,163 60 |
| | | | | YOR C DE[redacted]T. | | 88 40 |
| | | | NET 11850/12000 | OTHER (SPECIFY) FUEL SURC[redacted]S | | 444 40 |
| | | | * Incl. professional books, papers and equipment weighing: NONE | TOTAL | | 10,586 08 |

31. TARIFF OR SPECIAL RATE AUTHORITIES: RS D-II - 160%

* Issued at lowest valuation cited in appropriate tender or tariff unless otherwise stated hereon.

B/L NO. ZY-711231

32a. ISSUING OFFICER (Name and Title): JAMES F MCGOVERN JR,COL,USAF DIRECTOR

32b. ISSUING OFFICE (Name and Complete address): JPPSO-SAN ANTONIO
615 NORTHWEST LOOP 410 SUITE 400
SAN ANTONIO TX 78216-5518
GBLOC: HAFC

CERTIFICATE FOR RECEIPT OF SHIPMENT AND ORIGINAL BILL OF LADING

33a. NAME OF TRANSPORTATION COMPANY: Day Transfer Company (LONE STAR RELOCATION SERVICES, INC)

33b. DATE OF RECEIPT OF SHIPMENT: 6-4-04

33c. SIGNATURE OF AGENT/DRIVER: Day Transfer Co

33d. PPO: [signature]

34. FOR USE OF PAYING OFFICER (Does not affect carrier charges): UNAUTHORIZED ITEMS | EXCESS VALUATION | EXCESS DISTANCE | EXCESS WEIGHT | OTHER(S) (Explain under remarks)

CERTIFICATE OF CARRIER BILLING FOR CHARGES - CONSIGNEE MUST NOT PAY ANY CHARGES ON THIS SHIPMENT

35a. ON (Date): 16 JUNE 04 | 35b. AT (Actual delivery point) * *: NEWPORT RI STP #4-168-001 | 35c. THE (Name of delivery carrier): DAY TRANSFER COMPANY

35d. DELIVERED THIS CONSIGNMENT TO: [X] STORAGE IN TRANSIT [ ] RESIDENCE | 35e. COMPLETE AND IN APPARENT GOOD ORDER EXCEPT AS MAY BE INDICATED HEREAFTER: [ ] SHORTAGE [ ] DAMAGE [ ] CARRIER'S REPORT ATTACHED

35f. NAME OF DESTINATION CARRIER (Carrier authorized to bill charges): DAY TRANSFER COMPANY

35g. SIGNATURE OF CARRIER'S AUTHORIZED AGENT: [signature]

* * Carrier to execute and attach Certificate of Storage and Liability for shipment placed in storage in transit.

FEB 22,2005 10:39 4015966845 Page 16