# EXHIBIT B

PAGE NO. 3-3 MOD NO. 0
PAGE: ORIGINAL
EFF DATE: 1 NOV 03

DOMESTIC PERSONAL PROPERTY RATE SOLICITATION D-8

f. When professional books, papers, and equipment (PBP&E) are included as part of the shipment, the weight of such articles shall be annotated separately on the BL; the weight may be obtained using ballroom or platform-type scales. In the event scales are not readily available, a constructive weight of 40 pounds per cubic foot may be used for PBP&E. When a constructive weight is used for PBP&E, the symbol (C) shall be inserted by the carrier/agent after the weight to indicate a constructive weight was used.

ITEM 304. **LIMITATION OF ACTION**

a. All claims and actions at law by the issuing carrier for recovery of its charges on shipments subject to the provisions of this rate solicitation will be filed within three years (not including any time of war) from the date of:

(1) Final delivery of the property.

(2) Payment of the transportation charges thereon.

(3) Subsequent refund of excess charges, or

(4) Deduction of such excess charges from carrier's account, whichever is later.

b. If the limitation of actions set forth in this item is breached by the Government by the filing of claim or action at law (other than by mistake or inadvertence) at a time other than stated in this item, this item will be of no force and effect and will be void ab initio.

ITEM 305. **RESERVED FOR FUTURE USE**

ITEM 306. **LIMITATION OF CARRIER LIABILITY**

a. Rates and charges in this rate solicitation apply to a released value of $1.25 times the net weight of the shipment (in pounds) unless otherwise stated on BL. No additional payment shall be authorized for valuation, other than that shown in Item 415 or Item 416, when additional coverage is requested.

b. The carrier accepts property for shipment on the BL under the following terms and conditions:

(1) Carrier's legal liability for loss or damage to goods shall be the same as set forth in the Interstate Commerce Act (Title 49, U.S.C. 14706) (in conformity with the rules of the Surface Transportation Board), limited to the amount declared by the shipper times the net weight (in pounds) of the shipment.

(2) When the cost of repair, replacement, or actual cash value of the item (less depreciation and salvage) at the time and place of loss or damage is less than the carrier's liability, as provided in paragraph a above, the carrier shall be liable for the lesser amount.

(3) The carrier reserves the right to decline articles prohibited by law or regulatory body or which are injurious or contaminating to the shipment. The carrier shall be liable for loss or damage resulting from non-observance hereof.

(4) Carrier is not responsible for loss or damage caused by:

DOMESTIC PERSONAL PROPERTY RATE SOLICITATION D-8

(a) Act of God, public authority, or negligence of the owner, and/or owners agent ... or by an authority maintaining forces.

2 By any agent or any such government, power, authority, or forces.

3 Contamination attributable to effects of radioactive or fissionable materials.

(c) Any weapon of war employing atomic fission or radioactive force in time of peace or war.

(d) Insurrection, rebellion, revolution, civil war, usurped power, or action taken by governmental authority in hindering, combating, or defending against such occurrence, seizure, or destruction, under quarantine or Customs regulations, confiscation by order of any government or public authority, or risks of contraband or illegal transportation or trade.

(e) Strikes, lockouts, labor disturbances, riots, civil commotion, acts of person or persons taking part in such occurrence or disorder.

(f) Inherent vice of the article or infestations by mollusks, arachnids, crustaceans, parasites, or other types of pests; fumigations or decontamination when not the fault of the carrier.

(g) The burden of proof shall be on the carrier to show that the loss or damage was caused by the excepted conditions which relieve it of liability.

(5) The carrier shall not be liable for intangible property, stamps, coins, bank notes, or securities, nor for the intrinsic or sentimental value of an item.

(6) The carrier shall be liable, only to the extent of its stated liability, for small items of extraordinary value such as expensive cameras, watches, jewelry, and furs.

(7) The carrier shall not be liable for pre-existing damage indicated on the inventory.

(8) The carrier shall be liable for concealed damage caused by the carrier, or when any visible damage to the container is noted, or when the entire contents (or a portion thereof) are lost, either while in transit, storage-in-transit, or when delivered by the carrier at destination.

(9) Carrier may, at its option, require proof of loss or damage claimed.

ITEM 107. **CLAIMS**

a. Claims in Writing Required. A claim for loss or damage shall not be voluntarily paid by a carrier unless filed in writing, as provided below, with the carrier.