# EXHIBIT C

DOMESTIC PERSONAL PROPERTY RATE SOLICITATION D-8

ITEM 415. [445] **ADDITIONAL SHIPMENT CHARGES**

**(130A) - Additional Shipment Charge - Released Value**
**(130B) - Additional Shipment Charge - Alaska (to and from)**
**(130C) - Additional Shipment Charge - SIT - First Day**
**(130D) - Additional Shipment Charge - SIT - Each Additional Day**

**Billing Note:** Use the applicable SIT rates in Item 424 when billing additional shipment charges for shipment in SIT under subitems **130C** and **130D.**

**a.** Carriers shall include the cost for declared or released value of $1.25 times the net weight (in pounds) of the shipment in their rates. The additional shipment charge shown below shall apply when the entire shipment is declared or deemed released to a value exceeding $1.25 times the net weight (in pounds) of the shipment. The charge shall be based on the difference between the released value named in this solicitation and the additional valuation requested.

**b.** The following valuation charges shall apply:

(1) For each $100.00 or fraction thereof, when the entire shipment is declared or deemed released at a value exceeding $1.25 times the net weight (in pounds) of the actual total weight (in pounds) - 64 cents per each $100.00 **(130A)**

(2) For each $100.00 or fraction thereof, to or from Alaska, when the entire shipment is declared or deemed released at a value exceeding $1.25 times the net weight (in pounds) of the actual total weight (in pounds) - an additional 64 cents per each $100.00 **(130B)**

c. On all shipments which involve SIT, the following valuation charge shall apply - 10% of the applicable SIT rate provided in Item 424 of this rate solicitation. (The 10% shall be based on first day and subsequent days only.)

ITEM 416. [335] **FULL REPLACEMENT PROTECTION**

**(152A) - Full Replacement Protection - CONUS**
**(152B) - Full Replacement Protection - Shipments to/from Alaska**
**(152C) - Full Replacement Protection - SIT - First Day**
**(152D) - Full Replacement Protection - SIT - each Additional Day**

**Billing Note:** Use the applicable SIT rates in Item 424 when billing full replacement charges for shipment in SIT under Subitems **152C** and **152D.**

a. When full replacement protection is ordered in writing on the BL, the carrier shall guarantee either replacement of articles lost or damaged while in carrier's custody, reimbursement for full replacement cost, or satisfactory repairs.

b. Full replacement protection shall be provided by carrier only if shipment is declared at a minimum lump sum of $21,000.00 or $3.50 for each pound of weight in the shipment, whichever is greater.

c. Full replacement protection must be ordered at time of offering shipment to the carrier and so noted on original BL. Corrected BLs to add full replacement protection are not authorized, unless mutually agreed upon by both the PPSO and the carrier, and the carrier has not packed or picked up the shipment.

**EXCEPTION 1:** Provisions of the Joint Military/Industry Table of Weights and Depreciation Guide SHALL NOT APPLY when full replacement protection is ordered on the BL.
85 cents for each $100.00 or fraction thereof, of released or declared value (the additional valuation charge for SIT shall apply).

-- **(152B)** On shipments to or from Alaska, there shall be an additional charge of 85 cents for each $100.00 or a fraction thereof, of the released or declared value.

ITEM 417. [POC] **PIANO OR ORGAN CARRY CHARGES**

**(111A) - Handling Charge - Piano/Organ in Excess of 38"**
**(111B) - Handling Charge - Piano/Organ 38" or less**
**(111C) - Piano/Organ Flight Carry - First Flight**
**(111D) - Piano/Organ Flight Carry - each Additional Flight**

**Billing Note:** The flight carry charges (subitems **111C** and **111D**) should not be billed when the elevator or stair carry charge under Item 41X is applicable.

| | | PER | RATES (in dollars and cents) |
|---|---|---|---|
| **Handling Charge** | | | |
| (Pianos, Organs - in excess of 38 inches in height) | **(111A)** | Service | 66.17 |
| (Pianos, Organs - 38 inches or less in height) | **(111B)** | Service | 28.38 |
| **Flight Carry Charge** (Inside a single family dwelling) | | | |
| First flight (One floor to next floor) | **(111C)** | First flight | 18.87 |
| Each additional flight | **(111D)** | Flight | 9.46 |

**NOTE 1:** The first flight shall consist of at least 8 steps. Additional flights are the number of complete flights or floors above or below the first flight.

**NOTE 2:** If an elevator is employed, it shall be considered one flight.

**NOTE 3:** Outside a building or house the first flight shall consist of 8 but not more than 20 steps. Steps less than eight (8) shall not be considered a flight.

**NOTE 4:** Flight carry charges apply each time service is rendered.

**NOTE 5:** Handling charge applies once per shipment for each piano or organ, unless shipment is placed into SIT, when charge shall apply twice.