AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

JASON YORK AND MAUREEN YORK v. DAY TRANSFER COMPANY et. Al. APPEARANCE

CASE NUMBER: 04-551S

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Day Transfer Company

I certify that I am admitted to practice in this court.

8/3/05
*Date*

[signature]
*Signature*

Michal S. Kiernan 5945
*Print Name* *Bar Number*

91 Friendship St.
*Address*

Providence RI 02903
*City* *State* *Zip Code*

(401) 831-2900
*Phone Number* *Fax Number*

This form was electronically produced by John Eichells and Richard Jones using Omniform Internet Publisher.