UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CA 04-551S** **DATE: August 3, 2005**

**TITLE: JASON YORK, ET AL v. DAY TRANSFER, ET AL**

**MAGISTRATE JUDGE: David L. Martin**

**COURTROOM CLERK: Martha Saucier**

---

**COUNSEL PRESENT:**

**Plaintiff: Joseph Palumbo**

**Defendant: Michael Kiernan**
**Thomas Grady**

**************************************************************************

**Proceedings: Plaintiffs' Motion to File a Second Amended Complaint**

**All counsel of record present. Both sides argue motion. Court takes matter under advisement.**