FILED
AUG 17 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JASON YORK and MAUREEN YORK

v.

DAY TRANSFER COMPANY, APOLLO VAN LINES, INC. and ANDREWS EXPRESS & STORAGE WAREHOUSE, INC.

v.

WILLIAMS MOVING COMPANY

C.A. 04-551 S

***APOLLO VAN LINES, INC.'S MOTION TO COMPEL WILLIAMS MOVING COMPANY TO ANSWER APOLLO'S FIRST SET OF INTERROGATORIES***

Pursuant to Fed.R.Civ.P. 37(a)(2)(B) co-defendant Apollo Van Lines, Inc. hereby moves this Court to compel Williams Moving to answer Apollo Van Lines, Inc.'s First Set of Interrogatories, which were served upon it on May 19, 2005. See Exhibit 1.

FACTS AND TRAVEL

On May 19, 2005, counsel for Williams Moving was served with Apollo's First Set of Interrogatories. Its answers or responses were due on June 20, 2005 pursuant to Fed.R.Civ.P. 33(b)(3). On August 2, 2005, counsel for Apollo Van Lines, Inc. sent a letter to counsel for

Withdrawn per letter from counsel of 8/22/05.

David L. Martin

DAVID L. MARTIN, USMJ
August 24, 2005

RECEIVED
AUG 19 2005
DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

Referred to U.S.M.J. Martin
☐ for findings & recommendation
☑ for determination
☐
William E. Smith, U.S. District Judge
Date: 8/18/05