UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JASON YORK and MAUREEN YORK,

Plaintiffs,

v.

DAY TRANSFER COMPANY, APOLLO VAN LINES, INC. and ANDREWS EXPRESS & STORAGE WAREHOUSE, INC.,

Defendants,

v.

WILLIAMS MOVING COMPANY,

Third-Party Defendant.

C.A. No.: 04-551S

**RE-NOTICE OF DEPOSITION TO PLAINTIFF, MAUREEN YORK**

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, counsel for third-party defendant, WILLIAMS MOVING COMPANY ("WILLIAMS"), will examine plaintiff, MAUREEN YORK, on **October 14, 2005 at 2:00 p.m.**, at the offices of **Joseph R. Palumbo, Jr., Esq., 294 Valley Road, Middletown, RI 02842**, before a person authorized by the State of Rhode Island to administer oaths. The deposition will continue from day to day until completed.

****** This notice supercedes the previous deposition scheduled for September 9, 2005*****

James P. Marusak, Esq.
Attorney for Third-Party Defendant
WILLIAMS MOVING COMPANY

**GIDLEY SARLI & MARUSAK, LLP**
One Turks Head Place, Suite 900
Providence, RI 02903
(401) 274-6644

-and-

George W. Wright, Esq.
GEORGE W. WRIGHT & ASSOCIATES, LLC
Continental Plaza
401 Hackensack Avenue, 7th Floor
Hackensack, NJ 07601
(201) 342-8884

**CERTIFICATION OF SERVICE**

I hereby certify that I caused a true and accurate copy of the Notice of Deposition to Plaintiff Maureen York to be served upon the following counsel of record on this 29th day of August, 2005:

Joseph R. Palumbo, Jr., Esq.
Attorney for Plaintiffs
294 Valley Road
Middletown, RI 02842

Thomas C. Plunkett, Esq.
KIERNAN, PLUNKETT & REDIHAN
Attorneys for Defendant
DAY TRANSFER COMPANY
91 Friendship Street
Providence, RI 02903

Sarah L. Fifield, Esq.
DOMBROFF & GILMORE
Attorneys for Defendant
APOLLO VAN LINES, INC.
40 Broad Street
Suite 2000
New York, NY 01004-2382

Daniel S. Crocker, Esq.
PARTRIDGE, SNOW & HAHN LLP
Attorneys for Defendant
ANDREWS EXPRESS AND WAREHOUSE, INC.
180 South Main Street
Providence, RI 02903

Thomas L. Grady, Esq.
LENIHAN, GRADY & STEEL
6 Canal Street
P.O. Box 541
Westerly, RI 02891

Karen Ciccone

cc: Allied Court Reporters

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JASON YORK and MAUREEN YORK,

Plaintiffs,

v.

DAY TRANSFER COMPANY, APOLLO VAN LINES, INC. and ANDREWS EXPRESS & STORAGE WAREHOUSE, INC.,

Defendants,

v.

WILLIAMS MOVING COMPANY,

Third-Party Defendant.

C.A. No.: 04-551S

**RE-NOTICE OF DEPOSITION TO PLAINTIFF, JASON YORK**

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, counsel for third-party defendant, WILLIAMS MOVING COMPANY ("WILLIAMS"), will examine plaintiff, JASON YORK, on **October 14, 2005 at 10:00 a.m.**, at the offices of **Joseph R. Palumbo, Jr., Esq., 294 Valley Road, Middletown, RI 02842**, before a person authorized by the State of Rhode Island to administer oaths. The deposition will continue from day to day until completed.

****** This notice supercedes the previous deposition scheduled for September 9, 2005*****

James P. Marusak, Esq.
Attorney for Third-Party Defendant
WILLIAMS MOVING COMPANY

**GIDLEY SARLI & MARUSAK, LLP**
One Turks Head Place, Suite 900
Providence, RI 02903
(401) 274-6644

-and-

George W. Wright, Esq.
GEORGE W. WRIGHT & ASSOCIATES, LLC
Continental Plaza
401 Hackensack Avenue, 7th Floor
Hackensack, NJ 07601
(201) 342-8884

**CERTIFICATION OF SERVICE**

I hereby certify that I caused a true and accurate copy of the Notice of Deposition to Plaintiff Jason York to be served upon the following counsel of record on this ______ day of __________________, 2005:

Joseph R. Palumbo, Jr., Esq.
Attorney for Plaintiffs
294 Valley Road
Middletown, RI 02842

Thomas C. Plunkett, Esq.
KIERNAN, PLUNKETT & REDIHAN
Attorneys for Defendant
DAY TRANSFER COMPANY
91 Friendship Street
Providence, RI 02903

Sarah L. Fifield, Esq.
DOMBROFF & GILMORE
Attorneys for Defendant
APOLLO VAN LINES, INC.
40 Broad Street
Suite 2000
New York, NY 01004-2382

Daniel S. Crocker, Esq.
PARTRIDGE, SNOW & HAHN LLP
Attorneys for Defendant
ANDREWS EXPRESS AND WAREHOUSE, INC.
180 South Main Street
Providence, RI 02903

Thomas L. Grady, Esq.
LENIHAN, GRADY & STEEL
6 Canal Street
P.O. Box 541
Westerly, RI 02891

______________________________

cc: Allied Court Reporters