UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JASON YORK and MAUREEN YORK,

Plaintiffs,

v.

DAY TRANSFER COMPANY, APOLLO VAN LINES, INC. and ANDREWS EXPRESS & STORAGE WAREHOUSE, INC.,

Defendants,

v.

WILLIAMS MOVING COMPANY,

Third-Party Defendant.

C.A. No. 04-551S

**JOINT MOTION OF DAY TRANSFER COMPANY AND WILLIAMS MOVING COMPANY TO EXTEND TIME TO RESPOND TO PLAINTIFFS' APPEAL OF MAGISTRATE'S ORDER**

The Defendant, Day Transfer Company, and Third Party Defendant, Williams Moving Company, pursuant to FRCP 6(b) hereby jointly move for an extension of time up to and including **September 19, 2005** within which to object or otherwise respond to Plaintiffs' Appeal of the Magistrate's Order denying in part the Plaintiffs' motion to file a second amended complaint. As grounds therefore, the Defendant and Third Party Defendant state that the additional time is needed as the appeal was received on August 30, 2005 and the Defendant requires sufficient time to adequately address the issues raised in the appeal. The extension is particularly necessary as counsel for Third Party Defendant anticipates assuming the defense of

Defendant Day Transfer Company. Further, counsel has informed Plaintiffs' counsel, and Plaintiffs' counsel has no objection to this motion.

Accordingly, Defendant Day Transfer Company requests an extension of time up to and including **September 19, 2005** within which to object or otherwise respond to the Plaintiffs' appeal of the Magistrate's Order.

Attorney for Defendant
DAY TRANSFER COMPANY
Thomas C. Plunkett, Esq.
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
(401) 831-2900

-and-

Attorney Sarah L. Fifield
DOMBROFF & GILMORE
40 Broad Street
Suite 2000
New York, NY 10004
(212) 742-8450

Attorney for Third-Party Defendant
WILLIAMS MOVING COMPANY
James P. Marusak, Esq.
GIDLEY SARLI & MARUSAK
One Turks Head Place, Suite 900
Providence, RI 02903
(401) 274-6644

-and-

George W. Wright, Esq.
GEORGE W. WRIGHT &
ASSOCIATES, LLC
Continental Plaza
401 Hackensack Avenue, 7th Floor
Hackensack, NJ 07601
(201) 342-8884

**CERTIFICATION**

I hereby certify that I caused a true and accurate copy of the within document to be served upon the following counsel of record on this 8th day of September, 2005:

Joseph R. Palumbo, Jr., Esq.
294 Valley Road
Middletown, RI 02842

Thomas L. Grady, Esq.
Lenihan, Grady & Steel
6 Canal Street
P.O. Box 541
Westerly, RI 02891

Daniel S. Crocker, Esq.
Partridge, Snow & Hahn
180 South Main Street
Providence, RI 02903

Karen Ciccone