UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
SEP 15 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

JASON YORK and
MAUREEN YORK

v.

DAY TRANSFER COMPANY,
APOLLO VAN LINES, INC. and
ANDREWS EXPRESS & STORAGE
WAREHOUSE, INC.

v.

WILLIAMS MOVING COMPANY

C.A. 04-551 S

***STIPULATION***

1. The Defendant, Apollo Van Lines, Inc. may have until September 30, 2005 to answer and respond to the Second Amended Complaint of Jason and Maureen York;

Attorney For Apollo Van Lines:

Thomas J. Grady, Esq. #1005
Lenihan, Grady & Steele
6 Canal Street, P.O. Box 541
Westerly, RI 02891
401-596-0183
Fax 401-596-6845

Attorney For Jason and Maureen York:

Joseph B. Palumbo, Esq., #0405
294 Valley Road
Middletown, RI 02842

## ***CERTIFICATION***

I hereby certify that a copy of the foregoing Answer was forwarded, via U.S. First Class Mail this 14th day of September 2005 to **Thomas C. Plunkett, Esq.**, Kiernan, Plunkett & Redihan, 91 Friendship Street, Providence, RI 02903; **Daniel S. Crocker, Esq.**, Partridge, Snow & Hahn, LLP, 180 South Main Street, Providence, RI 02903; **Joseph R. Palumbo, Jr.**, Esq., 294 Valley Road, Middletown, RI 02842, **Sarah L. Fitfield, Esq.**, Dombroff & Gilmore, P.C., 40 Broad Street, Suite 2000, New York, NY 10004-2382; **James P. Marusak, Esq.**, Gidley, Sarli & Marusak, LLP, One Turks Head place, Suite 900, Providence, RI 02903 and **George W. Wright, Esq.** George W. Wright & Associates, LLC, Continental Plaza, 401 Hackensack Avenue, 7th Floor, Hackensack, NJ 07601.