UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JASON YORK and MAUREEN YORK,<br><br>Plaintiffs,<br><br>v.<br><br>DAY TRANSFER COMPANY, APOLLO VAN LINES, INC. and ANDREWS EXPRESS & STORAGE WAREHOUSE, INC.,<br><br>Defendants,<br><br>v.<br><br>WILLIAMS MOVING COMPANY,<br><br>Third-Party Defendant. | C.A. No. 04-551S |

**JOINT MOTION TO APPROVE WITHDRAWAL AND ENTRY OF APPEARANCE ON BEHALF OF DAY TRANSFER COMPANY**

Defendant, Day Transfer Company and Third Party Defendant, Williams Moving Company, pursuant to D.R.I. Local Rule 6(d), hereby move to allow for and approve the withdrawal of prior counsel and the entry of substitute counsel on behalf of Defendant, Day Transfer Company.

In support thereof the undersigned state as follows:

1) The Third Party Defendant, Williams Moving Company, has agreed to assume the defense of Defendant, Day Transfer Company in this action, and counsel for Third Party Defendant, Williams Moving Company is prepared to undertake such defense.

2) The Defendant, Day Transfer Company, has agreed to substitution of counsel.

3) There are no motions pending before the Court which will be affected by this substitution. While an appeal of the Magistrate's decision granting the Plaintiffs' motion to file a second amended complaint, in part, is currently pending, the undersigned have filed a joint memorandum in that matter on behalf of Day Transfer Company.

4) No trial date has been set in this matter.

The undersigned accordingly request that their joint motion to approve the substitution of counsel for Day Transfer Company be granted as prayed and that an order of substitution in the form annexed enter forthwith.

Defendants, Day Transfer Company and Williams Moving Company, by their attorneys,

Thomas C. Plunkett

Attorney for Defendant
DAY TRANSFER COMPANY
Thomas C. Plunkett, Esq.
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
(401) 831-2900

-and-

Sarah Fifield

Attorney Sarah L. Fifield
DOMBROFF & GILMORE
40 Broad Street
Suite 2000
New York, NY 10004
(212) 742-8450

Attorney for Third-Party Defendant
WILLIAMS MOVING COMPANY
James P. Marusak, Esq.
GIDLEY SARLI & MARUSAK
One Turks Head Place, Suite 900
Providence, RI 02903
(401) 274-6644

-and-

George W Wright (by JPM)

George W. Wright, Esq.
GEORGE W. WRIGHT &
ASSOCIATES, LLC
Continental Plaza
401 Hackensack Avenue, 7th Floor
Hackensack, NJ 07601
(201) 342-8884

**CERTIFICATION**

I hereby certify that I caused a true and accurate copy of the within document to be served upon the following counsel of record on this 28th day of September, 2005:

Joseph R. Palumbo, Jr., Esq.
294 Valley Road
Middletown, RI 02842

Thomas L. Grady, Esq.
Lenihan, Grady & Steel
6 Canal Street
P.O. Box 541
Westerly, RI 02891

Daniel S. Crocker, Esq.
Partridge, Snow & Hahn
180 South Main Street
Providence, RI 02903

Karen Ciccone