UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

SCANNED
SEP 29 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JASON YORK and MAUREEN YORK,<br>Plaintiffs,<br>v.<br>DAY TRANSFER COMPANY, APOLLO VAN LINES, INC. and ANDREWS EXPRESS & STORAGE WAREHOUSE, INC.,<br>Defendants,<br>v.<br>WILLIAMS MOVING COMPANY,<br>Third-Party Defendant. | C.A. No. 04-551S |

**ORDER ALLOWING SUBSTITUION OF COUNSEL FOR DEFENDANT DAY TRANSFER COMPANY**

This matter came before the Court upon the joint motion to approve the withdrawal and entry of appearance of substitute counsel for Defendant Day Transfer Company pursuant to D.R.I. Local Rule 6(d). After consideration thereof, it is hereby:

**ORDERED as follows:**

1. The motion for substitution of counsel for Defendant Day Transfer Company is hereby granted.

2. Attorneys Thomas C. Plunkett (Kiernan, Plunkett & Redihan) and Sarah L. Fifield (Dombroff & Gilmore) are hereby withdrawn and attorneys James P. Marusak (Gidley, Sarli & Marusak ) and George W. Wright (George W. Wright & Associates) are hereby entered as counsel for Defendant Day Transfer Company as prayed.

ENTER

Judge

10/3/05

BY ORDER:

Clerk

Presented by:

James P. Marusak #2470
GIDLEY, SARLI & MARUSAK, LLP
One Turks Head Place
Suite 900
Providence, RI 02903
(401) 274-6644
(401) 331-9304 FAX

**CERTIFICATION**

I hereby certify that I caused a true and accurate copy of the within document to be served upon the following counsel of record on this 28th day of September, 2005:

Joseph R. Palumbo, Jr., Esq.
294 Valley Road
Middletown, RI 02842

Thomas L. Grady, Esq.
Lenihan, Grady & Steel
6 Canal Street
P.O. Box 541
Westerly, RI 02891

Daniel S. Crocker, Esq.
Partridge, Snow & Hahn
180 South Main Street
Providence, RI 02903