# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JASON YORK AND MAUREEN YORK,<br>Plaintiffs<br><br>v.<br><br>DAY TRANSFER COMPANY, APOLLO VAN LINES, INC. AND ANDREWS EXPRESS & STORAGE WAREHOUSE, INC.,<br>Defendants<br><br>v.<br><br>WILLIAMS MOVING COMPANY,<br>Third-Party Defendant | C.A. No. 04-551 S |

## WITHDRAWAL OF APPEARANCE

Daniel S. Crocker, Esq., of Partridge Snow & Hahn LLP hereby withdraws his appearance on behalf of the Defendant, Andrews Express & Storage Warehouse, Inc.

Daniel S. Crocker (#6309)

## ENTRY OF APPEARANCE

Robert K. Taylor, Esq. and Carolyn P. Medina, Esq., both of Partridge Snow & Hahn LLP hereby enter their appearance on behalf of the Defendant, Andrews Express & Storage Warehouse, Inc.

Robert K. Taylor (#6514)

Carolyn P. Medina (#7109)

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing WITHDRAWAL/ENTRY OF APPEARANCE was mailed, postage prepaid, on this 19th day of October, 2005 to:

James P. Marusak, Esq.
Gidley Sarli & Marusak, LLP
One Turks Head Place
Suite 900
Providence, RI 02903

Thomas Grady, Esq.
Lenihan, Grady & Steele
6 Canal St., P.O. Box 541
Westerly, RI 02891

Joseph R. Palumbo, Jr., Esq.
294 Valley Road
Middletown, RI 02842

George W. Wright, Esq.
GEORGE W. WRIGHT & ASSOCIATES, LLC
Continental Plaza
401 Hackensack Avenue, 7th Floor
Hackensack, NJ 07601

Bernice A. Souza

822916_1/4004-2