# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JASON YORK AND MAUREEN YORK,<br>Plaintiffs<br><br>v.<br><br>DAY TRANSFER COMPANY, APOLLO VAN LINES, INC. AND ANDREWS EXPRESS & STORAGE WAREHOUSE, INC.,<br>Defendants | C.A. No. 04-551 S |

## SECOND AMENDED ANSWER OF ANDREWS EXPRESS & STORAGE WAREHOUSE, INC. TO THE CROSS-CLAIM OF APOLLO VAN LINES, INC.

Now comes Andrews Express & Storage Warehouse, Inc. ("Andrews") and files this Answer to the cross-claim of Apollo Van Lines, Inc. ("Apollo"):

1. To the extent that such responses may be applicable, Andrews hereby incorporates by reference its responses to paragraphs 1 through 59, inclusive, of Plaintiffs' Complaint as well as the affirmative defenses identified in Andrews' Answer to Plaintiffs' Complaint.

2. To the extent that the allegations in Apollo's Crossclaim for Indemnity pertain to Andrews, Andrews denies the same.

## AFFIRMATIVE DEFENSES

1. The cross-claim of Apollo fails to state a claim upon which relief may be granted.

2. The claims asserted are subject to the terms, conditions, and limitations imposed under the Carmack Amendment to the Interstate Commerce Act, 49 U.S.C. § 11707 et seq.

WHEREFORE, Defendant Andrews Express & Storage Warehouse, Inc. hereby demands judgment against cross-claimant Apollo Van Lines, Inc. on all of its claims, and that Andrews be awarded costs and such other relief as the Court may deem equitable and just.

ANDREWS EXPRESS & STORAGE WAREHOUSE, INC.

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

Carolyn P. Medina

Robert K. Taylor, (#6514)
Carolyn P. Medina (#7109)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

DATED: ~~October~~ November 1, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing SECOND AMENDED ANSWER OF ANDREWS EXPRESS & STORAGE WAREHOUSE, INC. TO THE CROSS-CLAIM OF APOLLO VAN LINES, INC. was mailed, postage prepaid, on this 1st day of November, 2005.

| | |
|---|---|
| James P. Marusak, Esq.<br>Gidley Sarli & Marusak, LLP<br>One Turks Head Place<br>Suite 900<br>Providence, RI 02903 | Thomas Grady, Esq.<br>Lenihan, Grady & Steele<br>6 Canal St., P.O. Box 541<br>Westerly, RI 02891 |
| Joseph R. Palumbo, Jr., Esq.<br>294 Valley Road<br>Middletown, RI 02842 | George W. Wright, Esq.<br>GEORGE W. WRIGHT & ASSOCIATES, LLC<br>Continental Plaza<br>401 Hackensack Avenue, 7th Floor<br>Hackensack, NJ 07601 |

Bernice G. Sousa

824849_1/999998-75