# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JASON YORK AND MAUREEN YORK,<br>Plaintiffs<br><br>v.<br><br>DAY TRANSFER COMPANY, APOLLO VAN LINES, INC. AND ANDREWS EXPRESS & STORAGE WAREHOUSE, INC.,<br>Defendants<br><br>v.<br><br>WILLIAMS MOVING COMPANY,<br>Third-Party Defendant | C.A. No. 04-551 S |

## ANSWER OF ANDREWS EXPRESS & STORAGE WAREHOUSE, INC. TO THE CROSS-CLAIMS OF DAY TRANSFER COMPANY AND WILLIAMS MOVING COMPANY'S ANSWER TO SECOND AMENDED COMPLAINT

Now comes Andrews Express & Storage Warehouse, Inc. ("Andrews") and hereby answers the cross-claims of Day Transfer Company ("Day") and Williams Moving Company ("Williams") as follows:

1. To the extent that such responses may be applicable, Andrews hereby incorporates by reference its responses to paragraphs 1 through 59, inclusive, of Plaintiffs' Second Amended Complaint as well as the affirmative defenses identified in Andrews' Answer to Plaintiffs' Second Amended Complaint.

2. To the extent that the allegations in Day and Williams' Answer to Second Amended Complaint, including the Crosslaims for Contribution and Indemnity, pertain to Andrews, Andrews denies the same.

## AFFIRMATIVE DEFENSES

1. The cross-claim of Apollo fails to state a claim upon which relief may be granted.

2. The claims asserted are subject to the terms, conditions, and limitations imposed under the Carmack Amendment to the Interstate Commerce Act, 49 U.S.C. § 11707 et seq.

WHEREFORE, Defendant Andrews Express & Storage Warehouse, Inc. hereby demands judgment against cross-claimants Day Transfer Company and Williams Moving Company on all of their claims, and that Andrews be awarded costs and such other relief as the Court may deem equitable and just.

ANDREWS EXPRESS & STORAGE
WAREHOUSE, INC.

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

Carolyn Medina

Robert K. Taylor, (#6514)
Carolyn P. Medina (#7109)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

DATED: November 8, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing ANSWER OF ANDREWS EXPRESS & STORAGE WAREHOUSE, INC. TO THE CROSS-CLAIMS OF DAY TRANSFER COMPANY AND WILLIAMS MOVING COMPANY'S ANSWER TO SECOND AMENDED COMPLAINT was mailed, postage prepaid, on this 8th day of November, 2005.

Thomas C. Plunkett, Esq.
Kiernan, Plunkett & Redihan
91 Friendship Street
Providence, RI 02903

Thomas Grady, Esq.
Lenihan, Grady & Steele
6 Canal St., P.O. Box 541
Westerly, RI 02891

George W. Wright, Esq.
GEORGE W. WRIGHT & ASSOCIATES, LLC
Continental Plaza
401 Hackensack Avenue, 7th Floor
Hackensack, NJ 07601

Sarah L. Fifield, Esq.
Dombroff & Gilmore, P.C.
40 Broad Street
Suite 2000
New York, New York 10004

James P. Marusak, Esq.
Gidley Sarli & Marusak, LLP
One Turks Head Place, Suite 900
Providence, RI 02903

Joseph R. Palumbo, Jr., Esq.
294 Valley Road
Middletown, RI 02842

Bernice G. Sousa

825865_1/4004-2