UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JASON YORK and MAUREEN YORK,

Plaintiffs,

v.

DAY TRANSFER COMPANY, APOLLO VAN LINES, INC. and ANDREWS EXPRESS & STORAGE WAREHOUSE, INC.,

Defendants,

v.

WILLIAMS MOVING COMPANY,

Third-Party Defendant.

C.A. No. 04-551S

**ANSWER OF CO-DEFENDANTS AND THIRD PARTY DEFENDANT, DAY TRANSFER COMPANY AND WILLIAMS MOVING COMPANY TO THE CROSS-CLAIMS OF APOLLO VAN LINES, INC.**

The Co-Defendants, Day Transfer Company and Williams Moving Company hereby respond to the Cross-Claims of Co-Defendant, Apollo Van Lines, Inc. as follows:

1-3. Denied.

WHEREFORE, the Co-Defendants, Day Transfer Company and Williams Moving Company demand judgment against Co-Defendant, Apollo Van Lines, Inc. as follows:

1. Denying Co-Defendant, Apollo Van Lines, Inc.'s prayers for relief.

2. Dismissing the Cross-Claims of Co-Defendant, Apollo Van Lines, Inc. with prejudice.

3. Awarding the undersigned Co-Defendants their costs and attorney's fees.

Respectfully submitted,

[signature]

Attorney for Third-Party Defendant
WILLIAMS MOVING COMPANY
James P. Marusak, Esq.
**GIDLEY SARLI & MARUSAK, LLP**
One Turks Head Place, Suite 900
Providence, RI 02903
(401) 274-6644

-and-

George W. Wright, Esq.
GEORGE W. WRIGHT & ASSOCIATES, LLC
Continental Plaza
401 Hackensack Avenue, 7th Floor
Hackensack, NJ 07601
(201) 342-8884

**CERTIFICATION**

I hereby certify that I caused a true and accurate copy of the within document to be served upon the following counsel of record on this 15th day of November, 2005:

Attorney Sarah L. Fifield
40 Broad Street, Suite 2000
New York, NY 10004

Thomas C. Plunkett, Esq.
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903

Joseph R. Palumbo, Jr., Esq.
294 Valley Road
Middletown, RI 02842

Thomas L. Grady, Esq.
Lenihan, Grady & Steel
6 Canal Street
P.O. Box 541
Westerly, RI 02891

Carolyn P. Medina
Partridge, Snow & Hahn
180 South Main Street
Providence, RI 02903

Karen Ciccone