UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JASON YORK and<br>MAUREEN YORK | : | |
| | : | C.A. 04-551 S |
| v. | : | |
| DAY TRANSFER COMPANY,<br>APOLLO VAN LINES, INC. and<br>ANDREWS EXPRESS & STORAGE<br>WAREHOUSE, INC. | : | |
| v. | : | |
| WILLIAMS MOVING COMPANY | : | |

***JOINT MOTION TO AMEND PRETRIAL ORDER***

Now come all counsel in the above-entitled matter and file this their Joint Motion requesting the court to extend the Pretrial Scheduling Order dates as follows:

1. Fact Discovery Closure: January 14, 2006
2. Expert Discovery Disclosures: Remain the same.
3. Dispositive Motions: February 14, 2006
4. Pretrial Memoranda: Remain the same.
5. Trial Calendar: Remain the same.
6. No Stays Except Upon Motion: Remain the same.
7. Additional Matters: Remain the same.

Counsel for Apollo Van Lines, Inc. represents that he has spoken with counsel for Williams, Day Transfer, and Andrews Express and Storage Warehouse, Inc. and the Plaintiffs and they agree to this rescheduling motion and it is made on their behalf as well.

The reasons for the requested change are as follows:

Originally the discovery closure date and dispositive motions filing date were November 14, 2005. As of now, counsel knows of at least 5 possible pending depositions, which have yet to occur. They could not be completed by November 14, 2005 (2 are in Missouri). Counsel will need a reasonable time after discovery closure to prepare dispositive motions.

WHEREUPON, all defense counsel request this Honorable Court to amend the Pretrial Order of May 13, 2005 to reflect these new dates.

Apollo Van Lines, Inc.
By its Attorney:

Thomas J. Grady, Esq. #1005
Lenihan, Grady & Steele
6 Canal Street, P.O. Box 541
Westerly, RI 02891
401-596-0183
Fax 401-596-6845

***CERTIFICATION***

I hereby certify that a copy of the foregoing Joint Motion to Amend the Pretrial Order was forwarded, via U.S. First Class Mail this 17th day of November 2005 to **Robert K. Taylor, Esq.**, Partridge, Snow & Hahn, LLP, 180 South Main Street, Providence, RI 02903; **Joseph R. Palumbo, Jr.**, Esq., 294 Valley Road, Middletown, RI 02842; **James P. Marusak, Esq.**, Gidley, Sarli & Marusak, LLP, One Turks Head place, Suite 900, Providence, RI 02903 and **George W. Wright, Esq**. George W. Wright & Associates, LLC, Continental Plaza, 401 Hackensack Avenue, 7th Floor, Hackensack, NJ 07601.

Robin C. Conto