# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

JASON YORK and MAUREEN YORK,
Plaintiffs,

v.

DAY TRANSFER COMPANY, APPOLLO VAN LINES, INC. and ANDREWS EXPRESS & STORAGE WAREHOUSE INC.,
Defendants,

v.

WILLIAMS MOVING COMPANY,
Third Party Defendant.

C.A. No. 04-551-S

## AMENDED NOTICE OF DEPOSITION

Please take notice that pursuant to Federal Rule of Civil Procedure 30, Defendant Andrews Express & Storage Warehouse Inc. will take the deposition upon oral examination of MaureenYork on the 15th day of December, 2005 at 1:00 p.m. at the law offices of Partridge Snow & Hahn LLP, 180 South Main Street, Providence, Rhode Island, 02903 before a Notary Public or some other person authorized by law to take depositions. The deposition will continue from day to day thereafter until the examination is concluded. You are invited to attend and take part as is permitted under law.

ANDREWS EXPRESS & STORAGE WAREHOUSE, INC.

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

Carolyn P. Medina

Robert K. Taylor (#6514)
Carolyn P. Medina (#7109)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

DATED: November 28, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing NOTICE OF DEPOSITION was mailed, postage prepaid, on this 28 day of November, 2005 to:

Allied Court Reporters
115 Phenix Avenue
Cranston, RI 02920

Thomas Grady, Esq.
Lenihan, Grady & Steele
6 Canal Street, P.O. Box 541
Westerly, RI 02891

George W. Wright, Esq.
George W. Wright & Associates, LLC
Continental Plaza
401 Hackensack Avenue, 7th Floor
Hackensack, NJ 07601

Sarah L. Fifield, Esq.
Dombroff & Gilmore, P.C.
40 Broad Street
Suite 2000
New York, NY 10004

Joseph R. Palumbo, Jr., Esq.
294 Valley Road
Middletown, RI 02842

James P. Marusak, Esq.
Gidley Sarli & Marusak, LLP
One Turks Head Place, Suite 900
Providence, RI 02903

828999_1/4004-2

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JASON YORK and MAUREEN YORK,<br>Plaintiff,<br>v.<br><br>DAY TRANSFER COMPANY, APPOLLO VAN LINES, INC. and ANDREWS EXPRESS & STORAGE WAREHOUSE INC.,<br>Defendants,<br>v.<br><br>WILLIAMS MOVING COMPANY,<br>Third Party Defendant. | C.A. No. 04-551-S |

## AMENDED NOTICE OF DEPOSITION

Please take notice that pursuant to Federal Rule of Civil Procedure 30, Defendant Andrews Express & Storage Warehouse Inc. will take the deposition upon oral examination of Jason York on the 15th day of December, 2005 at 10:00 a.m. at the law offices of Partridge Snow & Hahn LLP, 180 South Main Street, Providence, Rhode Island, 02903 before a Notary Public or some other person authorized by law to take depositions. The deposition will continue from day to day thereafter until the examination is concluded. You are invited to attend and take part as is permitted under law.

ANDREWS EXPRESS & STORAGE WAREHOUSE, INC.

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

Carolyn P. Medina

Robert K. Taylor (#6514)
Carolyn P. Medina (#7109)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

DATED: November 28, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing NOTICE OF DEPOSITION was mailed, postage prepaid, on this 28 day of November, 2005 to:

Allied Court Reporters
115 Phenix Avenue
Cranston, RI 02920

Thomas Grady, Esq.
Lenihan, Grady & Steele
6 Canal Street, P.O. Box 541
Westerly, RI 02891

George W. Wright, Esq.
George W. Wright & Associates, LLC
Continental Plaza
401 Hackensack Avenue, 7th Floor
Hackensack, NJ 07601

Sarah L. Fifield, Esq.
Dombroff & Gilmore, P.C.
40 Broad Street
Suite 2000
New York, NY 10004

Joseph R. Palumbo, Jr., Esq.
294 Valley Road
Middletown, RI 02842

James P. Marusak, Esq.
Gidley Sarli & Marusak, LLP
One Turks Head Place, Suite 900
Providence, RI 02903

[signature]

828999_1/4004-2