FILED
DEC 28 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JASON YORK and MAUREEN YORK | } | |
| Plaintiffs | } | |
| v. | } | CA No. 04-551S |
| DAY TRANSFER COMPANY, APOLLO VAN LINES, INC., and ANDREWS EXPRESS & STORAGE WAREHOUSE, INC. | } | |
| Defendants | } | |

**JOINT MOTION TO FURTHER AMEND PRE-TRIAL ORDER**

Now comes all parties in the above entitled motion and file their Joint Motion requesting the Court to further extend the Pre-Trial Order as follows:

1. Fact Discovery Closure: March 14, 2006.
2. Expert Discovery Closure: Remain the same.
3. Dispositive Motions: April 14, 2006.
4. Pre-Trial Memoranda: Remain the same.
5. Trial Calendar: Remain the same.
6. No Stays Except Upon Motion: Remain the same.
7. Additional Matters: Remain the same.

GRANTED
WEM
William E. Smith
U.S. District Judge
12/30/05

Plaintiffs' counsel represents that he has spoken with counsel for all defendants and they agree that this rescheduling motion is made on their behalf as well and is necessary.

The primary reasons for the requested change are as follows:

1. Originally the discovery closure date was November 14, 2005. By order of the Court entered November 18, 2005, the discovery closure date was extended to January 14, 2006. While the parties have conducted several depositions, including two in Missouri, plaintiffs anticipate that there are at least five more depositions to be conducted, including additional out of state depositions, which cannot be completed by January 14, 2006.

2. Counsel for Apollo Van Lines, Inc. has been reached for trial the second week of January 2006 in the U.S. District Court in Bridgeport in a complex, multi-party suit, which counsel for Apollo expects will last a month or more, which will make the taking of depositions impossible during that period of time.

WHEREFORE, counsel for the plaintiffs and the defendants request that the Court further amend the Pre-Trial Order of May 13, 2005 to reflect the dates set forth above.