UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JASON YORK and MAUREEN YORK | : | |
| v. | : | C.A. No. 04-551S |
| DAY TRANSFER MOVING & STORAGE CO., APOLLO VAN LINES, INC., ANDREWS EXPRESS & STORAGE WARWHOUSE, INC. and WILLIAMS NOVING COMPANY | : | |

**ENTRY OF APPEARANCE**

I, William R. Grimm of the law firm of Hinckley, Allen & Snyder LLP, hereby enter my appearance for and on behalf of defendant, APOLLO VAN LINES, INC. in the above-entitled matter.

William R. Grimm (#1938)
HINCKLEY, ALLEN & SNYDER LLP
1500 Fleet Center
Providence, Rhode Island 02903
Tel. (401) 274-2000
Fax. (401) 277-9600
E-mail: wgrimm@haslaw.com

Dated: January 30, 2006

**CERTIFICATION**

To:

| | |
|---|---|
| Joseph R. Palumbo, Jr., 294 Valley Road Middletown, Rhode Island 02842 | Thomas J. Grady, Esq. Lenihan, Grady & Steele 6 Canal Street, P.O. Box 541 Westerly, RI 02891 |

| | |
|---|---|
| George W. Wright, Esq.<br>George W. Wright & Assoc., LLC<br>Continental Plaza<br>401 Hackensack Avenue, 7th Floor<br>Hackensack, NJ 07601 | James P. Martusak, Esq.<br>Gidley, Sarli & Marusak<br>One Turks Head Place<br>Providence, RI 02903 |
| Michael S. Kiernan, Esq.<br>Kiernan, Plunkett & Redihan<br>91 Friendship Street<br>Providence, RI 02903 | Sarah L. Fifield, Esq.<br>Dombroff & Gilmore<br>40 Broad Street, Suite 2000<br>New York, NY 01004-2382 |
| Thomas C. Plunkett, Esq.<br>Kiernan, Plunkett & Redihan<br>91 Friendship Street<br>Providence, RI 02903 | Carolyn P. Medina, Esq.<br>Daniel S. Crocker, Esq.<br>Robert K. Taylor, Esq.<br>Partridge, Snow & Hahn LLP<br>180 South Main Street<br>Providence, RI 02903 |

I hereby certify that I mailed a copy of the within Entry of Appearance to the attorneys of record, as listed above, on this 30th day of January, 2006.

Ann M Christiansen

#693198