UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JASON YORK and<br>MAUREEN YORK | : | C.A. 04-551 S |
| v. | : | |
| DAY TRANSFER COMPANY,<br>APOLLO VAN LINES, INC. and<br>ANDREWS EXPRESS & STORAGE<br>WAREHOUSE, INC. | : | |
| v. | : | |
| WILLIAMS MOVING COMPANY | : | |

***MOTION TO WITHDRAW***

Now comes Thomas J. Grady on behalf of Lenihan, Grady & Steele and requests of this Honorable Court permission to withdraw as counsel for Apollo Van Lines in the above-entitled matter.

Apollo Van Lines has already obtained substitute counsel, William R. Grimm, Esq. of Hinckley, Allen & Snyder, LLP who has entered his own appearance on behalf of Apollo Van Lines.

Apollo Van Lines has agreed to permit counsel to withdraw in this matter. A copy of this motion has been forwarded to counsel for Apollo Van Lines in Washington, DC.

WHEREUPON, counsel requests that the court permit such withdrawal forthwith.

Defendant Apollo Van Lines, Inc.

Thomas J. Grady, Esq.
Lenihan, Grady & Steele
Six Canal Street, P.O. Box 541
Westerly, RI 02891
(401) 596-0183
(401) 596-6845 (Fax)

## ***CERTIFICATION OF NOTICE***

I hereby certify that a copy of the foregoing Answer was forwarded, via U.S. First Class Mail this 6th day of February 2006 to **Carolyn P. Medina, Esq. and Robert K. Taylor, Esq.**, Partridge, Snow & Hahn, LLP, 180 South Main Street, Providence, RI 02903; **Joseph R. Palumbo, Jr.**, Esq., 294 Valley Road, Middletown, RI 02842, **James P. Marusak, Esq**., Gidley, Sarli & Marusak, LLP, One Turks Head place, Suite 900, Providence, RI 02903; **George W. Wright**, **Esq**. George W. Wright & Associates, LLC, Continental Plaza, 401 Hackensack Avenue, 7th Floor, Hackensack, NJ 07601 and **Stanley Goldman, Esq.,** Law Offices of Denning & Wohlstetter, 815 Connecticut Avenue, N.W., Suite 500, Washington, DC 20006.