UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
FEB 08 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

JASON YORK and
MAUREEN YORK

v.

DAY TRANSFER COMPANY,
APOLLO VAN LINES, INC. and
ANDREWS EXPRESS & STORAGE
WAREHOUSE, INC.

v.

WILLIAMS MOVING COMPANY

C.A. 04-551 S

Referred to U.S.M.J.
for findings & recommendation
✓ for determination

U.S. District Judge
Date 2/1/06

***MOTION TO WITHDRAW***

Now comes Thomas J. Grady on behalf of Lenihan, Grady & Steele and requests of this Honorable Court permission to withdraw as counsel for Apollo Van Lines in the above-entitled matter.

Apollo Van Lines has already obtained substitute counsel, William R. Grimm, Esq. of Hinckley, Allen & Snyder, LLP who has entered his own appearance on behalf of Apollo Van Lines.

Apollo Van Lines has agreed to permit counsel to withdraw in this matter. A copy of this motion has been forwarded to counsel for Apollo Van Lines in Washington DC.

RECEIVED
MAR 0_ 2006
DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

GRANTED.

[signature]

DAVID L. MARTIN
United States Magistrate Judge
March 3, 2006