UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
MAR 0 3 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

JASON YORK and MAUREEN YORK,

Plaintiffs,

v.

DAY TRANSFER COMPANY, APOLLO VAN LINES, INC. and ANDREWS EXPRESS & STORAGE WAREHOUSE, INC.,

Defendants,

v.

WILLIAMS MOVING COMPANY,

Third-Party Defendant.

C.A. No. 04-551S

**MOTION BY CONSENT TO EXTEND DISCOVERY AND DISPOSITIVE MOTION DEADLINES**

The Third Party Defendant, Williams Moving Company and the Defendant Day Transfer Company move to further extend the discovery and dispositive motion deadlines of the Pre-Trial Order as follows:

1. Fact Discovery Closure: From March 14, 2006 to May 14, 2006
2. Expert Discovery Closure: Remain the same.
3. Dispositive Motions: From April 14, 2006 to June 14, 2006
4. Pre-Trial Memoranda Remain the same.
5. Trial Calendar: Remain the same.
6. No Stays Except Upon Motion: Remain the same.

7. Additional Matters: Remain the same.

The undersigned represents that he has spoken with counsel for the Plaintiff and for all Defendants and they have consented herein. As further grounds therefore, the movants state that the discovery closure date is now March 14, 2006. The Parties have diligently pursued discovery and have conducted several depositions in good faith, including two in Missouri and several in Rhode Island. It has become apparent that additional depositions are necessary, which cannot be completed by March 14, 2006 given the complexity of the issues and contentions presented.

WHEREFORE, counsel for the parties request that the Court further amend the Pre-Trial Order of May 12, 2005 to reflect the dates set forth above, extending the discovery and dispositive motion deadlines by sixty (60) days.

Respectfully submitted,

Motion is granted. No further extensions will be granted.
USDJ
3/6/06

Attorney for Third-Party Defendant
WILLIAMS MOVING COMPANY
And Defendant
DAY TRANSFER COMPANY
James P. Marusak, Esq.
**GIDLEY SARLI & MARUSAK, LLP**
One Turks Head Place, Suite 900
Providence, RI 02903
(401) 274-6644

-and-

George W. Wright, Esq.
GEORGE W. WRIGHT & ASSOCIATES, LLC
Continental Plaza
401 Hackensack Avenue, 7th Floor
Hackensack, NJ 07601
(201) 342-8884