UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JASON YORK and MAUREEN YORK,<br><br>Plaintiffs,<br><br>v.<br><br>DAY TRANSFER COMPANY, APOLLO VAN LINES, INC. and ANDREWS EXPRESS & STORAGE WAREHOUSE, INC.,<br><br>Defendants,<br><br>v.<br><br>WILLIAMS MOVING COMPANY,<br><br>Third-Party Defendant. | C.A. No. 551S<br><br>**NOTICE OF NON-PARTY <u>WITNESS DEPOSITIONS</u>** |

PLEASE TAKE NOTICE that pursuant to 32 C.F.R. Sections 97.6 and 516.34 - 516.40, counsel for defendant DAY TRANSFER COMPANY and third-party defendant WILLIAMS MOVING COMPANY will examine Department of Defense representatives Ms. Rosalinda Kagebein and Mr. George Fitzpatrick on May 1, 2006, commencing at 10:00 a.m., at the Dispute Resolution Center, Fort Sam Houston, San Antonio, Texas, 78234 before a person authorized by the State of Texas to administer oaths.

Dated: April 14, 2006

James P. Marusak, Esq.
Attorney for Defendant DAY TRANSFER COMPANY and Third-Party Defendant WILLIAMS MOVING COMPANY

**GIDLEY SARLI & MARUSAK, LLP**
One Turks Head Place, Suite 900
Providence, RI 02903
(401) 274-6644

-and-

George W. Wright, Esq.
GEORGE W. WRIGHT & ASSOCIATES, LLC
Continental Plaza
401 Hackensack Avenue, 7th Floor
Hackensack, NJ 07601
(201) 342-8884

**CERTIFICATION OF SERVICE**

I hereby certify that I caused a true and accurate copy of the Notice of Non-Party Witness Depositions to be served upon the following counsel of record on this 14th day of April, 2006:

Joseph R. Palumbo, Jr., Esq.
Attorney for Plaintiffs
294 Valley Road
Middletown, RI 02842

William R. Grimm, Esq.
HINCKLEY, ALLEN & SNYDER, LLP
Attorneys for Defendant
APOLLO VAN LINES, INC.
1500 Fleet Center
Providence, RI 02903

Robert K. Taylor, Esq.
Carolyn P. Medina, Esq.
PARTRIDGE, SNOW & HAHN LLP
Attorneys for Defendant
ANDREWS EXPRESS AND WAREHOUSE, INC.
180 South Main Street
Providence, RI 02903

George W. Wright, Esq.
GEORGE W. WRIGHT & ASSOCIATES, LLC
Continental Plaza
401 Hackensack Avenue, 7th Floor
Hackensack, NJ 07601

Karen Ciccone

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JASON YORK and MAUREEN YORK,<br><br>Plaintiffs,<br><br>v.<br><br>DAY TRANSFER COMPANY, APOLLO VAN LINES, INC. and ANDREWS EXPRESS & STORAGE WAREHOUSE, INC.,<br><br>Defendants,<br><br>v.<br><br>WILLIAMS MOVING COMPANY,<br><br>Third-Party Defendant. | C.A. No. 551S<br><br>**NOTICE OF NON-PARTY <u>WITNESS DEPOSITIONS</u>** |

PLEASE TAKE NOTICE that pursuant to 32 C.F.R. Sections 97.6 and 516.34 - 516.40, counsel for defendant DAY TRANSFER COMPANY and third-party defendant WILLIAMS MOVING COMPANY will examine Department of Defense representatives Ms. Rosalinda Kagebein and Mr. George Fitzpatrick on May 1, 2006, commencing at 10:00 a.m., at the Dispute Resolution Center, Fort Sam Houston, San Antonio, Texas, 78234 before a person authorized by the State of Texas to administer oaths.

Dated: April 14, 2006

James P. Marusak, Esq.
Attorney for Defendant DAY TRANSFER COMPANY and Third-Party Defendant WILLIAMS MOVING COMPANY

**GIDLEY SARLI & MARUSAK, LLP**
One Turks Head Place, Suite 900
Providence, RI 02903
(401) 274-6644

-and-

George W. Wright, Esq.
GEORGE W. WRIGHT & ASSOCIATES, LLC
Continental Plaza
401 Hackensack Avenue, 7th Floor
Hackensack, NJ 07601
(201) 342-8884

**CERTIFICATION OF SERVICE**

I hereby certify that I caused a true and accurate copy of the Notice of Non-Party Witness Depositions to be served upon the following counsel of record on this 14th day of April, 2006:

Joseph R. Palumbo, Jr., Esq.
Attorney for Plaintiffs
294 Valley Road
Middletown, RI 02842

William R. Grimm, Esq.
HINCKLEY, ALLEN & SNYDER, LLP
Attorneys for Defendant
APOLLO VAN LINES, INC.
1500 Fleet Center
Providence, RI 02903

Robert K. Taylor, Esq.
Carolyn P. Medina, Esq.
PARTRIDGE, SNOW & HAHN LLP
Attorneys for Defendant
ANDREWS EXPRESS AND WAREHOUSE, INC.
180 South Main Street
Providence, RI 02903

George W. Wright, Esq.
GEORGE W. WRIGHT & ASSOCIATES, LLC
Continental Plaza
401 Hackensack Avenue, 7th Floor
Hackensack, NJ 07601