# EXHIBIT "C"

GW &A

Attorneys At Law

GEORGE W. WRIGHT
& ASSOCIATES, LLC

George W. Wright*
Narinder S. Parmar*
Scott H. Pringle*
Peter J. Fabriele°
Melissa Muros*>

Lisa Waxman Davis^†
Kevin Foley*†

March 15, 2006

**VIA E-MAIL & FACSIMILE (210-221-2550)**

Capt. Brian W. Underdahl
Office of the Staff Judge Advocate
Department of the Army
Fort Sam Houston, TX 78234-5014

**Re: York v. Day Transfer, et al.**
**Our File No. 11426**

Dear Capt. Underdahl:

We respond to your letter, dated March 14, 2006, to confirm our request for the depositions of JPPSO Deputy Director Mr. George Fitzpatrick and counselor Ms. Rosalinda Kagebein in the referenced action.

As discussed, we are counsel for defendants Day Transfer Company and Williams Moving Company in the subject action filed by USMC Major Jason York and Maureen York in the United States District Court for the District of Rhode Island (Docket No. C.A. 04-551S). The Court has scheduled the final discovery deadline on May 14, 2006.

This action involves a 2004 shipment of plaintiffs' household goods from Schertz, Texas to Newport, Rhode Island resulting in alleged water and mold damage to the goods. A key issue in the action is whether defendants' alleged liability for plaintiffs' claims is limited to $1.25 per pound pursuant to GBL No. ZY-711231, dated May 18, 2004 (copy attached) and Tariff RS-D-8 incorporated therein. Plaintiffs demand general and consequential damages against defendants totaling in excess of $730,000.00. Day and Williams require the depositions of Mr. Fitzpatrick and Ms. Kagebein to establish defendants' contractual limitation of liability defense.

We anticipate that the depositions will cover the following areas:

*New Jersey*
Continental Plaza
401 Hackensack Avenue
Hackensack, NJ 07601
T 201.342.8884
F 201.343.8869

*New York*
Wall Street Plaza
88 Pine Street, 7th Floor
New York, NY 10005
T 212.483.8266
F 212.483.0971

www.wright-associate.com

†Of Counsel
*Member NJ & NY Bars
>Member FL Bar
°Member NJ Bar
^Member NY Bar

(A) <u>Mr. George Fitzpatrick.</u>

Mr. Fitzpatrick will be questioned concerning the following general issues pertaining to the subject GBL contract:

(1) The JPPSO Director and Deputy Director's job descriptions and responsibilities;

(2) The JPPSO's authority to contract with household goods motor carriers for transportation services on behalf of military service members;

(3) The JPPSO's standard procedures for contracting with household goods motor carriers on behalf of service members;

(4) The terms of the GBL contract and Tariff RS-D-8, including limitation of liability;

(5) The JPPSO's standard procedures for processing relocation orders and counseling service members on their rights and obligations with respect to their household goods moves.

If there is a more qualified JPPSO representative to testify in lieu of Mr. Fitzpatrick on the above matters, we will accept the testimony of that person.

(2) <u>Ms. Rosalinda Kagebein.</u>

We anticipate that Ms. Kagebein will be questioned concerning the following areas:

(1) General job description and responsibilities in 2004;

(2) Pre-move counseling procedures for service members;

(3) All written and graphic materials used for pre-move counseling;

(4) The subjects discussed with Major York during his pre-move counseling session;

(5) Discussion of the relevant DD Form 1797, dated February 24, 2004 (copy attached), signed by Ms. Kagebein and Major York

during their pre-move counseling session.

We also request production of the following documents in connection with Mr. Fitzpatrick's and Ms. Kagebein's depositions:

(1) All documents contained in Major York's JPPSO file relating to the subject move, including but not limited to the DD Forms 1299 and 1797;

(2) The counseling briefing book utilized by Ms. Kagebein for Major York's pre-move counseling session;

(3) The 16-minute video entitled "It's Your Claim" shown by Ms. Kagebein to Major York during their pre-move counseling session.

We understand that the depositions must be approved by the witnesses' supervisors and would appreciate your confirmation when the approvals are granted. We confirm that our office will reimburse any travel and other expenses incurred by the witnesses to attend the depositions. Our office will arrange for a court reporter to record all testimony.

We respectfully request that both depositions be conducted on the same day at a convenient location at Fort Sam Houston, preferably on April 17 or 24 or May 1, 2006.

We greatly appreciate your attention and assistance and look forward to your further advices.

Very truly yours,

George W. Wright

George W. Wright

GWW:cn
Encls.

# PERSONAL PROPERTY COUNSELING CHECKLIST

READ "PRIVACY ACT OF 1974" ON REVERSE BEFORE COMPLETING THIS FORM

| NAME (Last, First, Middle Initial) | SOCIAL SECURITY ACCOUNT NO. | GRADE/RANK/RATING |
|---|---|---|
| York Jason D | 424 19 2963 | E-4 / MS |
| ISSUING AUTHORITY | ORDER NUMBER & PARAGRAPH | DATE (YYMMDD) |
| | | |

## PART I – HOUSEHOLD GOODS

- ☐ 1. Entitlements under the order described above (number of shipments, authorized destination, etc.).
- ☐ 2. Weight allowance: PCS 17,000 lbs TDY ______
- ☐ 3. Weight restriction at new duty station, if any.
- ☐ 4. Member's responsibility to reimburse the Government for any excess costs occasioned by this/these shipment(s).
- ☐ 5. Pickup date and required delivery date as determined by requirements of the member: PUD 25,26,27 MAR RDD [illegible]
- ☐ 6. Mode/method of shipment, including name of carrier if known.
- ☐ 7. Unauthorized items and disposal of useless items.
- ☐ 8. Professional books, papers and equipment. 200 lbs
- ☐ 9. Member's responsibility to prepare and submit a complete DD Form 1701, Inventory of Household Goods.
- ☐ 10. Servicing/deservicing appliances.
- ☐ 11. Temporary storage (contractual or in-transit). 90 days
- ☐ 12. Checking inventory at origin and destination, noting discrepancies on reverse of PPGBL, DD Form 619, and carrier's inventory prior to signing and report them to ITO.
- ☐ 13. Checking DD Form 619 prepared by carrier at origin for complete accuracy of information recorded thereon.
- ☐ 14. Member's responsibility to sign delivery documents and release them to carrier immediately upon delivery of property and completion of destination delivery services and annotation of discrepancies.
- ☐ 15. Member's responsibility to contact the destination ITO immediately upon arrival to give a point of contact for the ITO when property arrives.
- ☐ 16. Member's responsibility to contact origin and destination ITOs if there is any change in orders or there are other factors that could affect delivery of the shipment. Changed in Person
- ☐ 17. Extra pickup or delivery charges, when applicable.
- ☐ 18. Procedure to designate agent to release property or accept property in absence of member and use of Power of Attorney or informal letter of authority.
- ☐ 19. What documentation given member and its importance to him.
- ☐ 20. Member's responsibility to complete and turn in quality control form.
- ☐ 21. Member's responsibility to insure PP items are free of soil/pest infestation.

## PART II – UNACCOMPANIED BAGGAGE

- ☐ 1. Included as part of HHG weight allowance when shipped at Government expense.
- ☐ 2. Weight allowances: Member ______ Dependents ______
- ☐ 3. What can be shipped as unaccompanied baggage.
- ☐ 4. Pickup and delivery dates.
- ☐ 5. Preparation-Copy of Orders in each container just before closing it.
- ☐ 6. How and by whom shipped.
- ☐ 7. Items of extraordinary value.
- ☐ 8. Whom to contact in the event of loss or damage.
- ☐ 9. VIP–Vsr Important Papers (the importance of documentation).
- ☐ 10. Member's responsibility to complete and turn in quality control form.
- ☐ 11. Member's responsibility to reimburse the Government for any excess costs occasioned by this/these shipment(s).
- ☐ 12. Unauthorized items and disposal of useless items.
- ☐ 13. Professional books, papers and equipment.
- ☐ 14. Member's responsibility to contact the destination ITO immediately upon arrival to give a point of contact for the ITO when property arrives.
- ☐ 15. Procedure to designate agent to release property or accept property in absence of member and use of Power of Attorney or informal letter of authority.

## PART III – NONTEMPORARY STORAGE

- ☐ 1. Entitlements under this order, special services, etc.
- ☐ 2. Included as part of HHG weight allowance when stored at Government expense.
- ☐ 3. Where stored and for how long.

(continued)

- ☐ 4. Pickup date.
- ☐ 5. Appliance servicing.
- ☐ 6. Checking inventory at time of pickup.
- ☐ 7. What documentation given to member and its importance to him.
- ☐ 8. Items of extraordinary value, excess weight/cost.
- ☐ 9. Member's responsibility to reimburse the Government for any excess costs occasioned by this/these shipment(s).
- ☐ 10. Unauthorized items and disposal of useless items.
- ☐ 11. Professional books, papers and equipment.
- ☐ 12. Member's responsibility to contact the destination ITO immediately upon arrival to give a point of contact for the ITO when property arrives.
- ☐ 13. Procedure to designate agent to release property or accept property in absence of member and use of Power of Attorney or informal letter of authority.

## PART IV – HOUSE TRAILERS/MOBILE HOMES/BOAT

- ☐ 1. Entitlements under this order (limitations, possible costs.
- ☐ 2. Services authorized at Government expense and those billed to member.
- ☐ 3. Responsibility of member to get trailer ready for movement.
- ☐ 4. Inventory of contents of trailer. Items that can't remain in trailer.
- ☐ 5. Pickup and delivery dates.
- ☐ 6. Transit storage and probability of excess costs.
- ☐ 7. Carrier and Government liability.
- ☐ 8. What documentation given to member and its importance to him.
- ☐ 9. Responsibility to promptly submit quality control information.

## PART V – PRIVATELY OWNED VEHICLES (POV)

- ☐ 1. Does vehicle qualify as a POV.
- ☐ 2. Authorizations, restrictions, special host Government requirements.
- ☐ 3. Applicable port of embarkation and debarkation; alternates if needed.
- ☐ 4. Preparation of POV prior to delivery to port.
- ☐ 5. Application and other documents required; Power of Attorney if required.
- ☐ 6. Excess costs, when applicable; overland excess distance.
- ☐ 7. Checking inventory of items left in POV; origin and destination.
- ☐ 8. Secure lien holder's permission if required.
- ☐ 9. Responsibility to provide Port of Debarkation proper address where notification of arrival can be sent; period POV can remain at port.
- ☐ 10. Joint inspection of POV at time of delivery and pickup.
- ☐ 11. Licensing and insurance requirements of state or oversea country.
- ☐ 12. Foreign manufactured POVs.
- ☐ 13. Delivery of POV to port by agent; special requirement for.

## PART VI – WEAPONS AND AMMUNITION YES

- ☐ 1. Limitations and restrictions of country to which assigned.
- ☐ 2. US Government requirements and restrictions applicable for import.
- ☐ 3. Special forms and procedures; responsibilities of carriers, etc.

## PART VII – LIABILITY, CLAIMS, PROTECTION

- ☐ 1. Carrier, storage firm and Government liability for loss or damage.
- ☐ 2. Carrier and Government liability for mobil home. Liability for repairs enroute.
- ☐ 3. Carrier and Government liability for POV.
- ☐ 4. Limitations on Government liability.
- ☐ 5. Importance of documentation - accurate inventory exception on delivery, etc.
- ☐ 6. Valuation of items of extraordinary value-substantial value.
- ☐ 7. Whom to see at destination in the event of loss or damage.

RECORD SPECIAL INSTRUCTIONS ON REVERSE

CONFIRMATION OF COUNSELING – I understand that if I elect to ship my household goods at Government expense to a designated location where the waiting period for any type of housing at or in the vicinity of the oversea duty station is less than 20 weeks (as determined by the oversea commander), all entitlement to further shipment of such property at Government expense will be exhausted until such time as I receive subsequent PCS orders returning me to CONUS or assigning me to another oversea duty station.

I HAVE BEEN BRIEFED RELATIVE TO THE DISPOSITION OF MY PERSONAL PROPERTY AS FOLLOWS:

| | | |
|---|---|---|
| HOUSEHOLD GOODS | ☒ YES | ☐ NO |
| NONTEMPORARY STORAGE | ☒ YES | ☐ NO |
| PRIVATELY OWNED VEHICLES | ☐ YES | ☒ NO |
| LOSS AND DAMAGE | ☒ YES | ☐ NO |
| UNACCOMPANIED BAGGAGE | ☐ YES | ☒ NO |
| MOBIL HOMES ($150.00 limitation on repairs enroute) | ☒ YES | ☐ NO |
| WEAPONS AND AMMUNITION | ☒ YES | ☐ NO |
| I HAVE BEEN FURNISHED A COPY OF THE PERSONAL PROPERTY SHIPPING INFORMATION PAMPHLET | ☐ YES | ☒ NO |

| SIGNATURE OF COUNSELOR | SIGNATURE OF MEMBER/DEPENDENT/AGENT | DATE (YYMMDD) |
|---|---|---|
| [signature] | [signature] | 040224 |

DD FORM 1797, 82 JUL — EDITION OF 1 MAR 77 WILL BE USED UNTIL SUPPLY IS EXHAUSTED.

U.S. GOVERNMENT PRINTING OFFICE