# EXHIBIT "D"

GW&A

Attorneys At Law

GEORGE W. WRIGHT
& ASSOCIATES, LLC

George W. Wright*
Narinder S. Parmar*
Scott H. Pringle*
Peter J. Fabriele°
Melissa Muros*>

Lisa Waxman Davis^†
Kevin Foley*†

March 27, 2006

**VIA FACSIMILE (210-652-6673)**

Capt. Brian Young
Office of the Staff Judge Advocate
Randolph Air Force Base, TX 78150

**Re: York v. Day Transfer, et al.**
**Our File No. 11426**

Dear Capt. Young:

We are counsel for defendants Day Transfer Company and Williams Moving Company in the subject action filed by USMC Major Jason York and Maureen York in the United States District Court for the District of Rhode Island (Docket No. C.A. 04-551S). The Court has scheduled the final discovery deadline on May 14, 2006.

This action involves a 2004 shipment of plaintiffs' household goods from Schertz, Texas to Newport, Rhode Island resulting in alleged water and mold damage to the goods. A key issue in the action is whether defendants' alleged liability for plaintiffs' claims is limited to $1.25 per pound pursuant to GBL No. ZY-711231, dated May 18, 2004 (copy attached) and Tariff RS-D-8 incorporated therein. Plaintiffs demand general and consequential damages against defendants totaling in excess of $730,000.00. Day and Williams require the depositions of JPPSO Deputy Director Mr. George Fitzpatrick and counselor Ms. Rosalinda Kagebein to establish defendants' contractual limitation of liability defense.

Captain Brian W. Underdahl (Office of the Staff Judge Advocate, Fort Sam Houston) has arranged for Ms. Kagebein's deposition at Fort Sam Houston. He has advised that he has referred the matter of Mr. Fitzpatrick's deposition to you. We anticipate that the deposition of Mr. Fitzpatrick will cover the following general issues pertaining to the subject GBL contract:

*New Jersey*
Continental Plaza
401 Hackensack Avenue
Hackensack, NJ 07601
T 201.342.8884
F 201.343.8869

*New York*
Wall Street Plaza
88 Pine Street, 7th Floor
New York, NY 10005
T 212.483.8266
F 212.483.0971

www.wright-associate.com

†*Of Counsel*
**Member NJ & NY Bars*
>*Member FL Bar*
°*Member NJ Bar*
^*Member NY Bar*

(1) The JPPSO Director and Deputy Director's job descriptions and responsibilities;

(2) The JPPSO's authority to contract with household goods motor carriers for transportation services on behalf of military service members;

(3) The JPPSO's standard procedures for contracting with household goods motor carriers on behalf of service members;

(4) The terms of the GBL contract and Tariff RS-D-8, including limitation of liability;

(5) The JPPSO's standard procedures for processing relocation orders and counseling service members on their rights and obligations with respect to their household goods moves.

If there is a more qualified JPPSO representative to testify in lieu of Mr. Fitzpatrick on the above matters, we will accept the testimony of that person.

We also request production of the following documents in connection with Mr. Fitzpatrick's depositions:

(1) All documents contained in Major York's JPPSO file relating to the subject move, including but not limited to the DD Forms 1299 and 1797;

(2) The counseling briefing book utilized by Ms. Kagebein for Major York's pre-move counseling session;

(3) The 16-minute video entitled "It's Your Claim" shown by Ms. Kagebein to Major York during their pre-move counseling session.

We understand that the depositions must be approved by the Mr. Fitzpatrick's supervisor and would appreciate your confirmation when the approvals are granted. We confirm that our office will reimburse any travel and other expenses incurred by the witnesses to attend the depositions. Our office will arrange for a court reporter to record all testimony.

We respectfully request that both Mr. Fitzpatrick's and Ms. Kagebein's depositions be conducted on the same day at a convenient location at Fort Sam Houston, preferably on April 17 or 24 or May 1, 2006.

We greatly appreciate your attention and assistance and look forward to your further advices.

Very truly yours,

Narinder S. Parmar

NSP:ds
Encls.

cc. Capt. Brian W. Underdahl (Via Fax 210-221-2550)