UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JASON YORK and MAUREEN YORK,

Plaintiffs,

v.

DAY TRANSFER COMPANY, APOLLO VAN LINES, INC. and ANDREWS EXPRESS & STORAGE WAREHOUSE, INC.,

Defendants,

v.

WILLIAMS MOVING COMPANY,

Third-Party Defendant.

C.A. No. 04-551S

RECEIVED

APR 2[illegible] 2006

DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

**MOTION OF DEFENDANT, DAY TRANSFER COMPANY AND THIRD PARTY DEFENDANT, WILLIAMS MOVING COMPANY, FOR EXPEDITED ORDER AUTHORIZING AND DIRECTING NON-PARTY DEPOSITION**

The Defendant, Day Transfer Company, and Third Party Defendant, Williams Moving Company, hereby move for an expedited order authorizing and directing the deposition of a non-party witness, George Fitzpatrick, pursuant to F.R.C.P. 26(b)(1) and 32 C.F.R. Section 97.6(c)(5) (governing discovery requests directed to Department of Defense representative witnesses.)

As grounds therefore, the movants incorporate herein the attached memorandum, affidavit and exhibits thereto.

Passed per conversation of deputy clerk with counsel for Defendant Day Transfer Co. and Third-Party Defendant Williams Moving Co. of April 24, 2006.

David L. Martin

DAVID L. MARTIN
United States Magistrate Judge
April 25, 2006

4/17/06