04 234

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JASON YORK AND
MAUREEN YORK

VS C. A. NO. 04-551S

DAY TRANSFER COMPANY,
APOLLO VAN LINES, INC. AND
ANDREWS EXPRESS &
STORAGE WAREHOUSE, INC.

VS

WILLIAMS MOVING COMPANY

**WITHDRAWAL OF APPEARANCE**

Now come Attorneys Michael S. Kiernan, Esq. (Kiernan, Plunkett & Redihan) and Sarah L. Fifield, Esq. (Dombroff & Gilmore) and hereby withdraw their appearance on behalf of Defendant, Day Transfer Company.

Michael S. Kiernan, Esq.
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903

Sarah L. Fifield

Sarah L. Fifield, Esq.
DOMBROFF & GILMORE
40 Broad Street
Suite 2000
New York, NY 10004-2382

TO Joseph R. Palumbo, Jr., Esq.
194 Valley Road
Middletown, RI 02842

Daniel Crocker, Esq.
180 South Main Street
Providence, RI 029093

Thomas L. Grady, Esq.
Lenihan, Grady & Steele
6 Canal Street
P. O. Box 541
Westerly, RI 02891

James P. Marusak, Esq.
GIDLEY SARLI & MARUSAK
One Turks Head Place, Suite 900
Providence, RI 02903

George W. Wright, Esq.
401 Hackensack Avenue, 7th Floor
Hackensack, NJ 07601

CERTIFICATION

I hereby certify that I mailed a copy of the within to counsel of record, as above.

Dated: May 5, 2006

B Del Signore