UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JASON YORK and MAUREEN YORK,

Plaintiffs,

v.

DAY TRANSFER COMPANY, APOLLO VAN LINES, INC. and ANDREWS EXPRESS & STORAGE WAREHOUSE, INC.,

Defendants,

v.

WILLIAMS MOVING COMPANY,

Third-Party Defendant.

C.A. No. 04-551S

**MOTION BY CONSENT TO EXTEND DISPOSITIVE MOTION DEADLINE**

The Third Party Defendant, Williams Moving Company and the Defendant Day Transfer Company hereby move to extend the dispositive motion deadline of the Pre-Trial Order from June 14, 2006 to July 14, 2006.

The undersigned represents that since the informal written request dated May 15, 2006 (attached hereto), co-counsel, George Wright, has spoken with counsel for the Plaintiff and for all Defendants and they have consented therein. As further grounds therefore, the movant states that the parties have diligently pursued discovery and one additional deposition is necessary, which will be completed by May 31, 2006. The additional deposition testimony may be used to support dispositive motions. In addition, a settlement conference before the Magistrate Judge is expected to be convened in mid-June and a continuance of the dispositive motion deadline would

serve the interests of judicial and party economy by allowing the parties to attempt a mediated settlement before incurring motion costs.

WHEREFORE, the undersigned request that the Court further amend the Pre-Trial Order of May 12, 2005 extending the dispositive motion deadline to July 14, 2006.

Respectfully submitted,

Attorney for Third-Party Defendant
WILLIAMS MOVING COMPANY
and for Defendant
DAY TRANSFER COMPANY
James P. Marusak, Esq.
**GIDLEY SARLI & MARUSAK, LLP**
One Turks Head Place, Suite 900
Providence, RI 02903
(401) 274-6644

-and-

George W. Wright, Esq.
GEORGE W. WRIGHT & ASSOCIATES, LLC
Continental Plaza
401 Hackensack Avenue, 7th Floor
Hackensack, NJ 07601
(201) 342-8884

**CERTIFICATION**

I hereby certify that I caused a true and accurate copy of the within document to be served upon the following counsel of record on this 24th day of May, 2006:

Joseph R. Palumbo, Jr., Esq.
Attorney for Plaintiffs
294 Valley Road
Middletown, RI 02842

William R. Grimm, Esq.
Mitchell R. Edwards, Esq.
HINCKLEY, ALLEN & SNYDER, LLP
Attorneys for Defendant
APOLLO VAN LINES, INC.
1500 Fleet Center
Providence, RI 02903

Robert K. Taylor, Esq.
Carolyn P. Medina, Esq.
PARTRIDGE, SNOW & HAHN LLP
Attorneys for Defendant
ANDREWS EXPRESS AND WAREHOUSE, INC.
180 South Main Street
Providence, RI 02903

George W. Wright, Esq.
GEORGE W. WRIGHT & ASSOCIATES, LLC
Continental Plaza
401 Hackensack Avenue, 7th Floor
Hackensack, NJ 07601

Karen Ciccone