# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

JASON YORK and MAUREEN YORK,
Plaintiffs,

v.

DAY TRANSFER COMPANY, APPOLLO VAN LINES, INC. and ANDREWS EXPRESS & STORAGE WAREHOUSE INC.,
Defendants,

v.

WILLIAMS MOVING COMPANY,
Third Party Defendant.

C.A. No. 04-551-S

**MOTION BY CONSENT TO EXTEND DISPOSITIVE MOTION DEADLINE**

Andrews Express & Storage Warehouse, Inc. hereby moves to extend the dispositive motion deadline of the Pre-Trial Order from July 14, 2006 to August 25, 2006.

The undersigned represents that counsel, Carolyn P. Medina, has communicated with counsel for the Plaintiff and for all Defendants and they have consented to this extension. As ground therefore, the movant states that the parties will engage in court-sponsored alternative dispute resolution with Judge Martin on July 26, 2006 and a continuance of the dispositive motion deadline would serve the interests of judicial and party economy by allowing the parties to attempt a mediated settlement before incurring motion costs.

WHEREFORE, the undersigned requests that the Court further amend the Pre-Trial Order of May 12, 2005 extending the dispositive motion deadline to August 25, 2006.

ANDREWS EXPRESS & STORAGE WAREHOUSE, INC.

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

Robert K. Taylor (#6514)
Carolyn P. Medina (#7109)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

DATED: June 29, 2006

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing MOTION BY CONSENT TO EXTEND DISPOSITION MOTION DEADLINE was mailed, postage prepaid, on this 29 day of June, 2006 to:

George W. Wright, Esq.
George W. Wright & Assoc., LLC
Continental Plaza
401 Hackensack Ave., 7th Floor
Hackensack, NY 07601

James P. Marusak, Esq.
Gidley Sarli & Marusak, LLP
One Turks Head Place, S-900
Providence, RI 02903

Joseph R. Palumbo, Jr., Esq.
294 Valley Road
Middletown, RI 02842

William R. Grimm, Esq.
Mitchell R. Edwards, Esq.
Hinckley, Allen & Snyder, LLP
1500 Fleet Center
Providence, RI 02903

864449_1/4004-2