UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JASON YORK and MAUREEN YORK,
Plaintiffs,

v.

DAY TRANSFER COMPANY, APPOLLO VAN LINES, INC. and ANDREWS EXPRESS & STORAGE WAREOUSE, INC.,
Defendants,

C.A. No. 04-551S

v.

WILLIAMS MOVING COMPANY
Third Party Defendant.

**ORDER**

In light of the settlement conference scheduled before Magistrate Judge David L. Martin on July 26, 2006, Andrews Express & Storage Warehouse, Inc.'s Motion by consent to extend the dispositive motion deadline from July 14, 2006 to August 25, 2006 is GRANTED. No further extensions will be granted.

ORDER:

By: ____________________
Deputy Clerk

ENTER:

____________________
William E. Smith
U.S. District Judge

Date: 7/13/06