UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JASON YORK and MAUREEN YORK,<br><br>Plaintiffs,<br><br>v.<br><br>DAY TRANSFER COMPANY, APOLLO VAN LINES, INC. and ANDREWS EXPRESS & STORAGE WAREHOUSE, INC.,<br><br>Defendants,<br><br>v.<br><br>WILLIAMS MOVING COMPANY,<br><br>Third-Party Defendant. | C.A. No. 04-551S |

**SUPPORTING AFFIDAVIT OF CONNIE NEBEL**

STATE OF MISSOURI )
) ss:
COUNTY OF CAPE GIRARDEAU )

CONNIE NEBEL, being duly sworn, deposes and says:

1. I am a principal and the Treasurer of DAY TRANSFER COMPANY ("DAY TRANSFER") and I make this Affidavit based on my personal knowledge.

2. DAY TRANSFER is an interstate motor carrier of household goods operating with the authority of the United States Department of Transportation, Federal Motor Carrier Safety Administration ("FMCSA"), under ICC No. 72958 with its principal place of business in Cape Girardeau, Missouri.

3. On April 15, 1998, DAY TRANSFER and WILLIAMS MOVING COMPANY ("WILLIAMS MOVING") entered into a Billing Waiver Agreement. A copy of the Billing Waiver Agreement, dated April 15, 1998, is annexed hereto as Exhibit " G"

4. Pursuant to the Billing Waiver Agreement (Exhibit "G"), WILLIAMS MOVING agreed to act as a disclosed booking agent on behalf of DAY TRANSFER with respect to military service members' interstate household goods shipped by United States Department of Defense ("DOD").

5. Under the Billing Waiver Agreement (Exhibit "G"), DAY TRANSFER agrees to "waiver" to WILLIAMS MOVING, as disclosed booking agent, all DOD shipments originating at designated military installations, including the DOD's Joint Personal Property Shipping Office ("JPPSO") in San Antonio, Texas, and the interstate transportation of such shipments is performed under DAY TRANSFER's name and FMCSA operating authority.

6. As DAY TRANSFER's disclosed booking agent, WILLIAMS MOVING, agrees to handle all dispatching, tracing, billing and claims with respect to DOD shipments waivered by DAY TRANSFER to WILLIAMS MOVING.

7. As DAY TRANSFER's disclosed booking agent for DOD interstate shipments, WILLIAMS MOVING remits to DAY TRANSFER a five percent (5%) portion of the freight charges billed by WILLIAMS MOVING to the DOD.

8. At no time has DAY TRANSFER ever had a "broker" agreement of any kind with WILLIAMS MOVING, the DOD or any other Government agency.

9. With respect to all DOD shipments covered by the Billing Waiver Agreement (Exhibit "G"), including the YORKS' shipment at issue in this case, DAY TRANSFER acted solely as an interstate household goods motor carrier under its FMCSA

operating authority and WILLIAMS MOVING acted solely as DAY TRANSFER's disclosed "booking agent" as defined by Defense Transportation Regulation Part IV, DOD 4500.9-R, p. IV-xix.

10. Before the YORKS' shipment was transported from Texas to Rhode Island in June, 2004, WILLIAMS MOVING had acted as DAY TRANSFER's disclosed booking agent on approximately 50 DOD shipments, of which the JPPSO in San Antonio was the shipper-consignor on about ten (10) shipments.

11. I first became aware of a problem with the YORKS' shipment after it was delivered to them in Newport, Rhode Island in or about mid-August, 2004.

12. At that time, Mr. Rick Williams of WILIAMS MOVING assumed responsibility for the handling of the YORKS' claims on behalf of DAY TRANSFER in accordance with Paragraph "9" of the Billing Waiver Agreement (Exhibit "G").

13. As the designated interstate motor carrier under the Government Bill of Lading ("GBL") issued by the JPPSO covering the YORKS' shipment, DAY TRANSFER is the responsible motor carrier that contracted with the Government for the transportation of the shipment.

Connie Nebel

CONNIE NEBEL

Sworn to before me this
17 day of August, 2006

Sharon Benton
Notary Public

Sharon Benton
Notary Public - Notary Seal
State of Missouri
Cape Girardeau County
Expires March 30, 2007