# PERSONAL PROPERTY COUNSELING CHECKLIST

READ "PRIVACY ACT OF 1974" ON REVERSE SIDE BEFORE COMPLETING THIS FORM.

| NAME (Last, First, Middle Initial) | SOCIAL SECURITY ACCOUNT NO. | GRADE/RANK/RATING |
|---|---|---|
| YORK JASON D | 424 19 2963 | E-4 / MA3 |
| ISSUING AUTHORITY | ORDER NUMBER & PARAGRAPH | DATE (YYMMDD) |
| | | |

## PART I – HOUSEHOLD GOODS

- ☐ 1. Entitlements under the order described above (number of shipments, authorized destination, etc.).
- ☐ 2. Weight allowance: YES 17,000 lbs TDY ________
- ☐ 3. Weight restriction at new duty station, if any.
- ☐ 4. Member's responsibility to reimburse the Government for any excess costs occasioned by this/these shipment(s).
- ☐ 5. Pickup date and required delivery date as determined by requirements of the member! PUD 22-27 MAY RDD 1 June 04
- ☐ 6. Mode/method of shipment, including name of carrier if known.
- ☐ 7. Unauthorized items and disposal of useless items.
- ☐ 8. Professional books, papers and equipment. 200 lbs
- ☐ 9. Member's responsibility to prepare and submit a complete DD Form 1701, Inventory of Household Goods.
- ☐ 10. Servicing/deservicing appliances.
- ☐ 11. Temporary storage (contractual or in-house). 90 days
- ☐ 12. Checking inventory at origin and destination, noting discrepancies on reverse of PPGBL, DD Form 619, and carrier's inventory prior to signing and report them to ITO.
- ☐ 13. Checking DD Form 619 prepared by carrier at origin for complete accuracy of information recorded thereon.
- ☐ 14. Member's responsibility to sign delivery documents and release them to carrier immediately upon delivery of property and completion of destination delivery services and annotation of discrepancies.
- ☐ 15. Member's responsibility to contact the destination ITO immediately upon arrival to give a point of contact for the ITO when property arrives.
- ☐ 16. Member's responsibility to contact origin and destination ITOs if there is any change in orders or there are other factors that could affect delivery of the shipment. Changes in Plans
- ☐ 17. Extra pickup or delivery charges, when applicable.
- ☐ 18. Procedure to designate agent to release property or accept property in absence of member and use of Power of Attorney or informal letter of authority.
- ☐ 19. What documentation given member and its importance to him.
- ☐ 20. Member's responsibility to complete and turn in quality control form.
- ☐ 21. Member's responsibility to insure PP items are free of soil/pest infestation.

## PART II – UNACCOMPANIED BAGGAGE

- ☐ 1. Included as part of HHG weight allowance when shipped at Government expense.
- ☐ 2. Weight allowances: Member ________ Dependents ________
- ☐ 3. What can be shipped as unaccompanied baggage.
- ☐ 4. Pickup and delivery dates.
- ☐ 5. Preparation-Copy of Orders in each container just before closing it.
- ☐ 6. How and by whom shipped.
- ☐ 7. Items of extraordinary value.
- ☐ 8. Whom to contact in the event of loss or damage.
- ☐ 9. VIP–Very Important Papers and importance of documentation.
- ☐ 10. Member's responsibility to complete and turn in quality control form.
- ☐ 11. Member's responsibility to reimburse the Government for any excess costs occasioned by this/these shipment(s).
- ☐ 12. Unauthorized items and disposal of useless items.
- ☐ 13. Professional books, papers and equipment.
- ☐ 14. Member's responsibility to contact the destination ITO immediately upon arrival to give a point of contact for the ITO when property arrives.
- ☐ 15. Procedure to designate agent to release property or accept property in absence of member and use of Power of Attorney or informal letter of authority.

## PART III – NONTEMPORARY STORAGE

- ☐ 1. Entitlements under this order, special services, etc.
- ☐ 2. Included as part of HHG weight allowance when stored at Government expense.
- ☐ 3. Where stored and for how long.

- ☐ 4. Pickup date.
- ☐ 5. Appliance servicing.
- ☐ 6. Checking inventory at time of pickup.
- ☐ 7. What documentation given to member and its importance to him.
- ☐ 8. Items of extraordinary value, except high-value.
- ☐ 9. Member's responsibility to reimburse the Government for any excess costs occasioned by this/these shipment(s).
- ☐ 10. Unauthorized items and disposal of useless items.
- ☐ 11. Professional books, papers and equipment.
- ☐ 12. Member's responsibility to contact the destination ITO immediately upon arrival to give a point of contact for the ITO when property arrives.
- ☐ 13. Procedure to designate agent to release property or accept property in absence of member and use of Power of Attorney or informal letter of authority.

## PART IV – HOUSE TRAILERS/MOBILE HOMES/BOAT

- ☐ 1. Entitlement under this order including possible costs.
- ☐ 2. Services authorized at Government expense and those billed to member.
- ☐ 3. Responsibility of member to get trailer ready for movement.
- ☐ 4. Inventory of contents of trailer. Items that can't remain in trailer.
- ☐ 5. Pickup and delivery dates.
- ☐ 6. In-transit storage and probability of excess costs.
- ☐ 7. Carrier and Government liability.
- ☐ 8. What documentation given to member and its importance to him.
- ☐ 9. Responsibility to promptly submit quality control information.

## PART V – PRIVATELY OWNED VEHICLES (POV)

- ☐ 1. Does vehicle qualify as a POV.
- ☐ 2. Authorizations, restrictions, special Host Government requirements.
- ☐ 3. Applicable ports of embarkation and debarkation; alternates if needed.
- ☐ 4. Preparation of POV prior to delivery to port.
- ☐ 5. Application and other documents required; Power of Attorney if required.
- ☐ 6. Excess costs, when applicable; excessive transit distance.
- ☐ 7. Checking inventory of items left in POV; origin and destination.
- ☐ 8. Secure lien holder's permission if required.
- ☐ 9. Responsibility to provide Port of Debarkation proper address where notification of arrival can be sent; period POV can remain at port.
- ☐ 10. Joint inspection of POV at time of delivery and pickup.
- ☐ 11. Licensing and insurance requirements of state or overseas country.
- ☐ 12. Foreign manufactured POVs.
- ☐ 13. Delivery of POV to port by agent; special requirement for.

## PART VI – WEAPONS AND AMMUNITION YES

- ☐ 1. Limitations and prohibitions of country to which assigned.
- ☐ 2. US Government requirements and restrictions applicable for import.
- ☐ 3. Special forms and procedures; responsibilities of carriers, etc.

## PART VII – LIABILITY, CLAIMS, PROTECTION

- ☑ 1. Carrier, storage firm and Government liability for loss or damage.
- ☐ 2. Carrier and Government liability for mobile home. Liability for repairs enroute.
- ☐ 3. Carrier and Government liability for POV.
- ☐ 4. Limitations on Government liability.
- ☐ 5. Importance of documentation – exception inventory notations at delivery, etc.
- ☐ 6. Valuation of items of extraordinary value – substantial value.
- ☐ 7. What to do at destination in the event of loss or damage.

RECORD SPECIAL INSTRUCTIONS ON REVERSE

CONFIRMATION OF COUNSELING – I understand that if I elect to ship my household goods at Government expense to a designated location where the dwelling period for any type of housing at or in the vicinity of the overseas duty station is less than 20 weeks (as determined by the overseas commander), all entitlement to further shipment of such property at Government expense will be exhausted until such time as I receive subsequent PCS orders returning me to CONUS or assigning me to another overseas duty station.

I HAVE BEEN BRIEFED RELATIVE TO THE DISPOSITION OF MY PERSONAL PROPERTY AS FOLLOWS:

| | | | | | |
|---|---|---|---|---|---|
| HOUSEHOLD GOODS | ☑ YES | ☐ NO | MOBIL HOMES (if shipped in a mobile home trailer) | ☑ YES | ☐ NO |
| NONTEMPORARY STORAGE | ☑ YES | ☐ NO | WEAPONS AND AMMUNITION | ☑ YES | ☐ NO |
| PRIVATELY OWNED VEHICLES | ☐ YES | ☑ NO | I HAVE BEEN FURNISHED A COPY OF THE PERSONAL PROPERTY SHIPPING INFORMATION PAMPHLET | ☐ YES | ☑ NO |
| LOSS AND DAMAGE | ☐ YES | ☐ NO | | | |
| UNACCOMPANIED BAGGAGE | ☐ YES | ☑ NO | | | |

| SIGNATURE OF COUNSELOR | SIGNATURE OF MEMBER/DEPENDENT/AGENT | DATE (YYMMDD) |
|---|---|---|
| [signature] | [signature] | 04 02 24 |

DD FORM 1797, 82 JUL — EDITION OF 1 MAR 77 WILL BE USED UNTIL SUPPLY IS EXHAUSTED.

U.S. GOVERNMENT PRINTING OFFICE