1/31/06

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JASON YORK and MAUREEN YORK<br><br>Plaintiffs<br><br>v.<br><br>DAY TRANSFER COMPANY, APOLLO VAN LINES, INC., and ANDREWS EXPRESS & STORAGE WAREHOUSE, INC.<br><br>Defendants<br><br>v.<br><br>WILLIAMS MOVING COMPANY<br><br>Third-Party Defendant | CA No. 04-551 S |

## PLAINTIFFS' RESPONSES TO REQUEST FOR ADMISSIONS PROPOUNDED BY WILLIAMS MOVING COMPANY

1. On or about February 24, 2004, JASON YORK participated in a pre-move counseling session conducted by a DOD representative in San Antonio, Texas with respect to the shipment that is the subject of this action.
**RESPONSE:** Admitted.

2. The name of the pre-move counselor who met with JASON YORK was Rosalinda Kagebein.
**RESPONSE:** The name of the pre-move counselor is unknown to me, but I recall the counselor as being a male.

3. During the pre-move counseling session JASON YORK was provided with DD Form 1797 entitled "Personal Property Counseling Checklist."
**RESPONSE:** Admitted.

4. During the pre-move counseling session, JASON YORK completed certain parts of the DD Form 1797.
**RESPONSE:** I admit that the handwriting in the boxes for my, name, social security number, grade, rank, signature, and date appears to be mine.

5. During the pre-move counseling session, JASON YORK was given a copy of a DD Form 1797.
**RESPONSE:** I do not recall.

6. During the pre-move counseling session, JASON YORK signed the DD Form 1797.
**RESPONSE:** Admitted.

7. Attached hereto as "Exhibit A" is a true copy of the front side of the DD Form 1797 signed by JASON YORK.
**RESPONSE:** I do not know that Exhibit A is a true copy, but it does appear to bear my signature.

8. The DD Form 1797 (PART I – HOUSEHOLD GOODS) recites that JASON YORK was given a weight allowance of 17,000 lbs. for the subject shipment.
**RESPONSE:** Admitted.

9. The DD Form 1797 (PART I – HOUSEHOLD GOODS) recites that the subject shipment would be provided temporary storage for up to ninety (90) days at destination.
**RESPONSE:** Denied.

10. The DD Form 1797 (PART VII – LIABILITY, CLAIMS PROTECTION) recites that JASON YORK was counseled with respect to "1. Carrier, storage firm and Government liability for loss or damage."
**RESPONSE:** Admit that "Exhibit A" indicates that Block 1 of Part VII has been checked by someone.

11. The DD Form 1797 (PART VII – LIABILITY, CLAIMS PROTECTION) recites that JASON YORK was counseled with respect to "4. Limitations on Government Liability."
**RESPONSE:** Unknown. It is unclear whether Block 3, Block 4 or both Block 3 & 4 of Part VII of Exhibit A have been checked by someone.

12. The DD Form 1797 (PART VII – LIABILITY, CLAIMS PROTECTION) recites that JASON YORK was counseled with respect to "5. Importance of documentation – accurate inventory exception on delivery, etc."

**RESPONSE:** Unknown. It is unclear whether Block 5, Block 6, or Block 7 has been checked individually, as a group, or none at all in Part VII of Exhibit A by someone.

13. The DD Form 1797 (PART VII – LIABILITY, CLAIMS PROTECTION) recites that JASON YORK was counseled with respect to "6. Valuation of items of extraordinary value-substantial value."
**RESPONSE:** Unknown. See response to request #12.

14. The DD Form 1797 (Part VII – LIABILITY, CLAIMS PROTECTION) recites that JASON YORK was counseled with respect to "7. Whom to see at destination in the event of loss or damage."
**RESPONSE:** Unknown. See response to request #12.

15. The lower portion of the DD Form 1797 recites, in part, that JASON YORK was briefed relative to the disposition of his personal property in the following categories:

(a) Household Goods;
(b) Temporary Storage;
(c) Loss and Damage.

**RESPONSE:**
(a) Admit that Exhibit A indicates yes.
(b) Denied. "Temporary storage" is not mentioned in section of Exhibit A in question.
(c) Admit that Exhibit A indicates yes.

**JASON D. YORK**

**MAUREEN YORK**

Subscribed and sworn to before me this 30th day of January, 2006.

NOTARY PUBLIC
My Commission Expires: INDEF

**CERTIFICATE OF SERVICE**

I, **Joseph R. Palumbo, Jr.**, hereby certify that I caused to be mailed, postage pre-paid on the 31st day of **January, 2006,** a copy of the foregoing **Plaintiffs' Response to Request for Admissions Propounded by Williams Moving Company** to **Robert K. Taylor, Esquire and Carolyn P. Medina, Esquire**, Partridge Snow & Hahn LLP, 180 South Main Street, Providence, Rhode Island 02903, **Thomas L. Grady, Esquire**, Lenihan, Grady & Steele, 6 Canal Street, P.O. Box 541, Westerly, Rhode Island 02891, **James P. Marusak, Esquire**, Gidley, Sarli & Marusak, LLP, One Turks Head Place, Suite 900, Providence, Rhode Island 02903, **George W. Wright, Esquire**, George W. Wright & Associates, LLC, 401 Hackensack Avenue, 7th Floor, Hackensack, New Jersey 07601.