# APPLICATION FOR SHIPMENT AND/OR STORAGE OF PERSONAL PROPERTY

*(Read Privacy Act Statement on back before completing form.)*

1. DATE PREPARED (YYYYMMDD): 27-FEB-2004
2. SHIPMENT NUMBER: 1 of 1
3. NAME OF PREPARING OFFICE: FT SAM HOUSTON TX
4. TO (Responsible Origin Personal Property Shipping Office)
   a. NAME: JPPSO-SAN ANTONIO
   b. ADDRESS (Street, Suite Number, City, State, Zip Code): SAN ANTONIO, TX 78216-5518
5. NAME OF DESTINATION PERSONAL PROPERTY SHIPPING OFFICE: NAVAL STATION NEWPORT RI

**6. MEMBER OR EMPLOYEE INFORMATION**

| a. NAME (Last, First, Middle Initial) | b. RANK/GRADE | c. SSN | d. AGENCY |
|---|---|---|---|
| YORK, JASON D | MAJ/O-4 | 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 | USMC |

**7. REQUEST ACTION BE TAKEN TO TRANSPORT OR STORE THE FOLLOWING:**

a. HOUSEHOLD GOODS/UNACCOMPANIED BAGGAGE/ITEMS/NO. OF CONTAINERS *(Enter quantity estimate)*

| (1) POUNDS | (2) POUNDS OF PROFESSIONAL BOOKS, PAPERS, AND EQUIPMENT (PBP&E) (Enter "NONE" if not applicable) | (3) EXPENSIVE AND VALUABLE ITEMS (Number of cartons) |
|---|---|---|
| WD 9000 | 500 | |

b. MOBILE HOME INFORMATION *(Enter dimensions in feet and inches)*

| (1) SERIAL NUMBER | (2) LENGTH | (3) WIDTH | (4) HEIGHT | (5) TYPE EXPANDO (Describe) |
|---|---|---|---|---|
| | | | | |

c. MOBILE HOME SERVICES REQUESTED *(X as applicable)*

☐ CONTENTS PACKED ☐ MOBILE HOME BLOCKED ☐ MOBILE HOME UNBLOCKED ☐ STORED AT ORIGIN ☐ STORED AT DESTINATION

**8. THIS SHIPMENT/STORAGE IS REQUIRED INCIDENT TO THE FOLLOWING CHANGE OF STATION ORDERS:**

a. TYPE ORDERS (X one): X PERMANENT ☐ TEMPORARY
b. ISSUED BY: USMC 4TH RECON B N SAN ANTONIO TX
c. NEW DUTY ASSIGNMENT: NEWPORT RI
d. DATE OF ORDERS (YYYYMMDD): 09-FEB-2004
e. ORDERS NUMBER: 1320
f. PARAGRAPH NO.:
g. IN TRANSIT TELEPHONE NO. (Include Area Code):
h. IN TRANSIT ADDRESS (Street, Apartment Number, City, State, ZIP Code): 696 COUNTY ROAD 703 CULLMAN, AL 35055

**9. PICKUP (ORIGIN) INFORMATION**

a. ADDRESS (Street, Apartment Number, City, County, State, ZIP Code) (If a mobile home park, include mobile home court name): 2721 ASHLEY MEADOW - ASHLEY PLACE SU BDIV, GUADALUPE SCHERTZ, TX 78154
b. TELEPHONE NUMBER (Include Area Code): 210-566-8035 210-373-6708

**10. DESTINATION INFORMATION**

a. ADDRESS (Street, Apartment Number, City, County, State, ZIP Code) (If a mobile home park, include mobile home court name): NEWPORT, RI 02840
b. AGENT DESIGNATED TO RECEIVE PROPERTY: MAUREEN V YORK

**11. EXTRA PICKUP/DELIVERY ADDRESS** *(If applicable)*

**12. SCHEDULED DATE FOR (YYYYMMDD)**

| a. PACK | b. PICKUP | c. DELIVERY |
|---|---|---|
| 25-MAY-2004 | 27-MAY-2004 | 11-JUN-2004 |

**13. REMARKS** RA:MAUREEN YORK PK2:26-MAY-04(DEST IB PH:401-841-2091 ATV:948-2091) SHIPMENT CONTAINS FIREARMS AND LARGE SAFE. GROUP COUNSELLED PER DD 1797.

E-MAIL: yorkjd@mfr.usmc.mil

**14. I CERTIFY THAT NO OTHER SHIPMENTS AND/OR NONTEMPORARY STORAGE HAVE BEEN MADE UNDER THESE ORDERS EXCEPT AS INDICATED BELOW** *(If none, indicate "NONE.")*

| a. FROM | b. TO | c. NET POUNDS (Actual or estimated) | d. POUNDS OF PBP&E (Actual or estimated) |
|---|---|---|---|
| NONE | | | |
| | | | |
| | | | |

**15. CERTIFICATION OF SHIPMENT RESPONSIBILITIES/STORAGE CONDITIONS**
I certify that I have read and understand my shipping responsibilities and storage conditions printed on the back side of this form.

a. SIGNATURE OF MEMBER/EMPLOYEE:
b. DATE SIGNED:
c. ADDRESS OF CONTRACTOR (Street, Suite No., City, State, ZIP Code):
d. NAME OF CONTRACTOR (Origin QPM or non-temporary storage):

**16. CERTIFICATE IN LIEU OF SIGNATURE ON THIS FORM IS REQUIRED WHEN REGULATIONS SO AUTHORIZED.** Property is baggage, household goods, mobile home, and/or professional books, papers and equipment authorized to be shipped at government expense.

a. REASON FOR NONAVAILABILITY OF SIGNATURE: SIGNATURE ON FILE RK
b. CERTIFIED BY (Signature): JAMES F MCGOVERN JR, COL, USAF
c. TITLE: DIRECTOR