IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JASON YORK AND MAUREEN YORK, )
)
Plaintiffs, )
)
VS. ) C.A. NO. 551S
)
DAY TRANSFER COMPANY, APOLLO VAN LINES, INC. AND ANDREWS EXPRESS & STORAGE WAREHOUSE, INC., )
)
Defendants, )
)
VS. )
)
WILLIAMS MOVING COMPANY, )
)
Third-Party Defendant. )

ORAL TELEPHONIC DEPOSITION
BARBARA KISTLER
MAY 31, 2006

ORAL TELEPHONIC DEPOSITION OF BARBARA KISTLER, produced as a witness at the instance of the Defendants and Third-Party Defendant, and duly sworn, was taken in the above-styled and numbered cause on the 31ST day of MAY, 2006, from 1:13 p.m. to 3:40 p.m., via telephone, before Judith A. Gray, Certified Shorthand Reporter in and for the State of Texas, reported by computerized stenotype machine at the offices of Joint Personal Property Shipping Office, 613 Northwest Loop 410, Suite

400, San Antonio, Texas 78216-5518, pursuant to 32 C.F.R. Sections 97.6 and 516.34-516.40 and the provisions stated on the record or attached hereto.

APPEARANCES

FOR THE PLAINTIFFS (Appearing telephonically):
Mr. Joseph R. Palumbo, Jr.
LAW OFFICE OF JOSEPH R. PALUMBO, JR.
294 Valley Road
Middletown, RI 02842
Telephone: 401-846-5400
Fax: 401-848-0984
E-mail: joseph@palumbolaw.net

FOR THE DEFENDANT DAY AND THIRD-PARTY DEFENDANT WILLIAMS:
Mr. George W. Wright
LAW OFFICE OF GEORGE W. WRIGHT & ASSOCIATES, LLC
Continental Plaza
401 Hackensack Avenue
Hackensack, NJ 07601
Telephone: 201-342-8884
Fax: 201-343-8869
E-mail: gwright@wright-associate.com

FOR THE DEFENDANT ANDREWS EXPRESS AND WAREHOUSE, INC. (Appearing telephonically):
Ms. Carolyn P. Medina
PARTRIDGE, SNOW & HAHN, LLP
180 South Main Street
Providence, RI 02903
Fax: 401-861-8210
E-mail: cpm@psh.com

FOR THE WITNESS:
Capt. Brian Young
12 FTW/JA
1 Washington Circle, Suite 6
Randolph AFB, Texas 78150

ALSO PRESENT:
Ms. Patricia Spiegel



lectronically signed by Judith Gray (601-104-554-4120)
f2914846-3a91-4208-b5a8-188c6bd3c854

INDEX

| | PAGE |
|---|---|
| Appearances .......................... | 2 |
| Stipulations ......................... | N/A |
| BARBARA KISTLER | |
| Examination by Mr. Wright ............... | 4 |
| Examination by Ms. Medina ............... | 69 |
| Examination by Mr. Palumbo .............. | 74 |
| Further Examination by Mr. Wright ........ | 85 |
| Signature Page ......................... | 88 |
| Court Reporter's Certificate ............ | 89 |

EXHIBITS

| EXHIBIT NO. | DESCRIPTION | PAGE |
|---|---|---|
| 1 | DD Form 1299 | 41 |
| 2 | E-mail, 4/9/04 | 42 |
| 3 | Carrier Confirmation of Shipment | 42 |
| 4 | GBL | 43 |
| 5 | Domestic Personal Property Rate Solicitation D-8 | 52 |
| 6 | U. S. Government Freight Transportation Handbook | 61 |
| 7 | Army Pamphlet 55-2 | 62 |
| 8 | DOD 4500.9-R | 62 |

similar?

A. Similar.

Q. All right. If you could tell us, what were the similarities between your job at Fort Detrick and your current responsibilities.

A. Scheduling, shipments for pickup by carriers, agents for military/civilian members. That's the similarity.

Q. By the way, was the position at Fort Detrick a job that you held for another office of JPPSO or was it not a JPPSO position?

A. No, it was not a JPPSO position.

Q. All right. After your position at Fort Detrick, where did you next work?

A. JPPSO.

Q. San Antonio?

A. Yes, sir.

Q. Can you tell me, if you recall, what year you came to San Antonio.

A. 1973.

Q. And have you worked for JPPSO in San Antonio continuously since then?

A. Yes, I have.

Q. When you came to work for JPPSO in '73, what was your job title or description at that time?

A. No, I don't.

Q. What were your job responsibilities from 1989 on until you went on to your next position?

A. Arranging for outbound movement of personal property for military/civilian employees.

Q. And how long were you supervisor of Movement Control?

A. Approximately 12 years.

Q. So, that would bring us up to about 2001?

A. Must be longer than that then, because it changed in 2005.

Q. When you say it changed, are you referring to your job title?

A. Yes, sir.

Q. And what was your job title -- what did your job title become in 2005?

A. Deputy chief, Personal Property Division.

Q. In the year 2004, would your title still have been supervisor of Movement Control?

A. Yes.

Q. As part of your job responsibilities since 1989, Ms. Kistler, have you been involved in any training, career training sessions, or continuing education seminars, anything of that type?

A. I've been to seminars, yes.



Electronically signed by Judith Gray (601-104-554-4120) f2914846-3a91-4208-b5a8-188c6bd3c854

Q. Colonel McGovern.

A. -- Colonel McGovern.

Q. And came directly after. Kinney succeeded McGovern. Is that accurate?

A. Yes, sir.

Q. Can you recall whether Colonel McGovern was the JPPSO director in early 2004?

A. Yes, he was.

Q. Can you tell me, in basic terms, what is the function of JPPSO here in San Antonio with respect to outbound shipments? That's a very broad, general question. And I'll ask some more specific narrow questions. But I just want to get your impression of the basic function of the office here with respect to outbound household goods shipments.

A. We schedule outbound shipments for military/civilian members going within the city, within the state, outside the states and outside the country.

Q. And how does JPPSO accomplish the movement of those shipments?

A. We contract with carriers, offer them shipments, whatever we have to -- whatever we're shipping, we offer to commercial carriers and contractors.

Q. Are the terms "commercial carriers" and

MR. WRIGHT: We disagree about that. I'm asking her for a factual response to my question based on her experience and based on her knowledge, which she's already testified she has.

MR. PALUMBO: I'm not going to argue with you, Mr. Wright. Note my objection. Obviously, unless she's instructed otherwise by her counsel, she can answer the question.

THE WITNESS: Did you want me to name them?

Q. (BY MR. WRIGHT) Let me ask the question a different way. Are the regulations that we're talking about reflected in written publications?

A. Yes, they are.

Q. If it would be easier for you to respond by giving the names of these publications as you know them, that would be fine. Go right ahead.

A. There's the JFTR, the Joint Federal Travel Regulations, for military members. The JTR, Joint Travel Regulations, is for civilian members. And the DOD-45.9-R -- I believe it is -- is the -- I can't think of the name of it now -- but it's a regulation that we use.

And then each service also has their own regulation that is like a supplement to the JFTR. The

Q. Are the JFTR and the DOD 4500 publications that you personally use from time to time?

A. Yes.

Q. And do others within this office in San Antonio use those regulations?

A. Yes, they do.

Q. Have you been instructed over the years by DOD personnel to use these regulations?

A. Yes, I have.

Q. Are these regulations discussed at all at your annual seminars?

A. Yes, they are.

Q. Can you tell me, for example, why you would refer to either of these regulations during your day-to-day business.

A. An uncommon shipment may occur that we would need to seek guidance for.

Q. Have you referred to these two publications since at least 1989?

A. Yes, I have.

Q. And beyond, prior to 1989 as well?

A. Yes, I have.

Q. Can you tell me generally how JPPSO goes about arranging for an outbound shipment. And let's limit the question at this point to what usually happens that

A. That also has fluctuated with the military getting transferred. I believe now it's around 104.

Q. Does your office use the term "GBL carrier" with respect to the carrier that receives the GBL from this office? Is that a common phrase that is used here?

A. Yes, it is.

Q. Has it ever come to your attention that GBL carriers use their own agents and contractors to perform transportation and delivery services?

A. Yes.

Q. Is that a common or an unusual occurrence?

A. That's common for them to have agents in different areas.

Q. Is it also common for the GBL carrier to use a separate agent or contractor other than itself to provide SIT services at destination?

A. Yes, it is.

Q. I'd like to ask you, Ms. Kistler, about your familiarity or lack of familiarity with the companies that were involved in this particular shipment.

And maybe I should preface it by asking you, when did the existence of the York shipment first come to your attention? And what I'm looking at is -- what I'm asking about is whether you knew about this shipment when it was booked and performed in 2004 or did



Electronically signed by Judith Gray (601-104-554-4120) f2914846-3a91-4208-b5a8-188c6bd3c854

file that you recently reviewed?
A. Yes.
Q. Was the copy -- was this DD Form 1299 part of what you would expect to have been received by Sergeant Baker from Fort Sam Houston?
A. Yes.
Q. Next we've marked as Exhibit 2 what appears to be an e-mail dated Friday, April 9, 2004. And the same question, is that document familiar to you as a result of your seeing it in the York file?
A. Yes.
Q. And what exactly is that document?
A. This is an automated offer to the carrier for their approval or refusal of the shipment. This is a shipment offering to the carrier.
MR. WRIGHT: I'm going to ask the reporter to just mark these as KIST, dash, 1, 2 and 3, et cetera, so when we come back to them, we'll know they're from Ms. Kistler's deposition.
Q. Next, Ms. Kistler, I'm handing you Exhibit 3, which is identified at the top by the caption "Carrier Confirmation of Shipment." Have you seen that before today --
A. Yes.
Q. -- that particular document?



ectronically signed by Judith Gray (601-104-554-4120)
f2914846-3a91-4208-b5a8-188c6bd3c854

A. Yes, I have.
Q. Does that document relate back to Exhibit 2?
A. Yes, it does.
Q. And what is Exhibit 3?
A. This is the Carrier's acceptance of the shipment.
Q. Would that document have been received by this office from the carrier?
A. Yes.
Q. Or the carrier's agent?
A. From the carrier.
Q. And next we've marked as Exhibit 4 a GBL. Do you recognize that GBL?
A. I saw it in the file, yes.
Q. That document is contained in the York file that you received; is that correct?
A. Yes, that's correct.
Q. Going back to Exhibit 1, which is the 1299, is the 1299 used or utilized by this office in any way to create the GBL?
A. Yes.
Q. Is all of the information contained in the 1299 used in preparing the GBL or only some of it?
A. Only some of it is used.
Q. Looking at the 1299 marked as Exhibit 1, can

you tell me which sections or portions are used by your office in creating the GBL.

A. The member's name, rank, SSAN, his agency, Marine Corps, pickup address, his delivery address, and the dates that he requested for pack, pickup and delivery.

Q. Let me see Number 1. Referring to Exhibit 1, there's a Box 13 for Remarks on the DD-1299. Are the notations in the Box Number 13 used in any way by this office to issue the GBL?

A. No. Not the remarks that are in here, in this particular one. The remarks change, according to the member's request. I mean, if it was someone else, they may request something different.

Q. Is there certain information that's customarily put in Box Number 13 that would be used in a GBL or in issuing the GBL?

A. Yes.

Q. What information is that?

A. The member -- sometimes members request additional insurance or replacement insurance. And that is put in Block 13 on the 1299, which is then offered to the carrier that way, and it will show on the government bill of lading that the member had additional insurance.

Q. Is the information contained in Exhibit 1, the



Electronically signed by Judith Gray (601-104-554-4120) f2914846-3a91-4208-b5a8-188c6bd3c854

DD-1299, used by this office in preparing the offer reflected in Exhibit 2 that's sent to the carrier?
A. The information that's contained in where?
Q. In Exhibit 2, which is the -- let me rephrase it again. My question was whether the information shown in Exhibit 1 is also used by this office to prepare Exhibit 2, which is the offer to the carrier.
A. Yes, it is.
Q. Is the same information from Exhibit 1 used to create the GBL also used to prepare Exhibit 2, the tender of offer, tender offer?
A. Basically, it's the same. Not all of it is. But mostly the pack and pickup dates and the required delivery date and the pickup address and where the delivery of the shipment is to be.
Q. Just refer to Number 2. Referring to Exhibit 2, which is the offer dated April 9, '04, if you go below the first full sentence that says, "The following shipment has been assigned BL Number ZY, dash, 7 -- 711231 --" below that line, the second notation says the following: "BR" and then "SVCM." Does that stand for Marine Corps?
A. Where are you looking?
Q. I'm looking at the second line below "The following shipment," et cetera. Not in the "Re:"



Electronically signed by Judith Gray (601-104-554-4120)
f2914846-3a91-4208-b5a8-188c6bd3c854

caption but in the body of the document. The second line. Yes. It starts out "BR," branch --

A. Oh, Branch of Service, Marine Corps, Social Security, the last four -- that's the last four numbers of his social security.

Q. You're referring to the number that begins with a "Y"?

A. I have no idea what the "YO" is. I know the 2963 is the last four of his social.

Q. And on the same line, I see the words "Insurance, colon," and then the word, in all capitals, "Basic." What does that refer to?

A. The member did not elect any additional or full replacement insurance. He elected the basic insurance.

Q. How would the person preparing Exhibit 2 know that?

A. Because on the DD Form 1299, in the "Remarks" section, there is nothing in there to indicate any additional insurance was requested.

Q. Can you tell me more specifically what the term "basic" means.

A. It means that his property is released for a valuation of 1.25 per pound per hundred weight.

Q. Does the term "insurance" refer only to the released valuation?

A. Yes.
Q. It doesn't refer --
A. Well, yes. That particular insurance refers to the released valuation. Anything else would be a claims issue for the claims office. We don't do that here.
Q. When I listened to your last answer, I think -- when you say "anything else," I'm not sure what you meant by that. You say, anything else would be a claims issue.
A. If the member filed for loss or damage --
Q. Yes.
A. -- that's a claims issue.
Q. Let's refer now to the GBL, which is Exhibit Number 4. I believe there's a box at the top of that document for identifying the shipper; is that correct?
A. Yes.
Q. And which box number is that?
A. Block 10 -- I'm sorry. You said the shipper, the member or --
Q. The shipper.
A. Well, the shipper is Block 17, JPPSO, San Antonio.
Q. Why is JPPSO shown as the shipper in Block 17?
A. Because we're the military shipping office that arranged for that. The member is the property owner.



Electronically signed by Judith Gray (601-104-554-4120) f2914846-3a91-4208-b5a8-188c6bd3c854

We're the shipper.
Q. Do you know whether the bill of lading, the GBL, is part of a contract between JPPSO and the carrier?
MR. PALUMBO: Objection.
Q. (BY MR. WRIGHT) You can answer.
A. Okay. Yes, it is. This is what gives the carrier the authority to move the shipment, to transport it.
MR. WRIGHT: Was that an objection?
MS. MEDINA: It was a sneeze. Sorry.
MR. WRIGHT: Oh, I thought it was Joe.
MS. MEDINA: No, it was me.
Q. (BY MR. WRIGHT) Ms. Kistler, besides the GBL, are there any other documents that reflect the DOD's authority or the -- and the terms of that authority -- for the carrier to move the shipment?
A. To my knowledge, the government bill of lading is the binding contract.
Q. If I can just refer to GBL just for a moment. I'm referring to Box Number 31 in the lower right-hand part of the document. And the title of that space is "Tariff for special rate authorities." What does the term "tariff" and "special rate" refer to?
A. Shipments move under a military rate



Electronically signed by Judith Gray (601-104-554-4120) f2914846-3a91-4208-b5a8-188c6bd3c854

solicitation that is published by SDDC in Washington, D.C.

Q. I'm not sure if I've asked you what SDDC stands for. I should probably get that on the record.

A. Surface Deployment and Distribution Command.

Q. Does JPPSO report to SDDC?

A. We report -- JPPSO reports to Air Staff at the Pentagon in Washington. But all the rate tenders and the carriers' rate filings come down from SDDC. SDDC is the governing office for military shipping.

Q. And is SDDC an office within the Pentagon?

A. They're not physically located in the Pentagon, no.

Q. Is there an office where SDDC operations are conducted?

A. Yes, I believe they're in Arlington, Virginia.

Q. Near the Pentagon.

A. Right.

Q. And does SDDC have other branch offices or regional locations or are they located only in Arlington?

A. I believe they have some freight operations elsewhere, but that does not involve us. We're -- we only deal with the people in D.C. or in Virginia.

Q. Going back to Box Number 31 on Exhibit 4, are



Electronically signed by Judith Gray (601-104-554-4120) f2914846-3a91-4208-b5a8-188c6bd3c854

the terms "tariff" and "special rate authority" synonymous or do they mean something different?

A. They're kind of different. The tariff is -- that's kind of an old term. It's really rate solicitation now -- is what it's called.

The special rate, sometimes we have shipments that go oversees that are transported under a one-time only quote, and that would be a special rate.

Q. It appears that the notation "RS, space, D, slash, 8, dash, 160 percent," was typed in on Box Space Number 31. Was that information -- was that notation typed in by this office?

A. That's printed out on the government -- when the government bill of lading is printed --

Q. Yes.

A. -- that's printed out. That was not typed separately. That's the original notation.

Q. I understand then that the notation "RS D-8," et cetera, would be automatically printed by the carrier when the carrier prints the rest of the GBL.

A. No.

Q. It's not.

A. That was printed from this office to the carrier when they picked up their GBL.

Q. All right. And in 2004, I believe your



Electronically signed by Judith Gray (601-104-554-4120) f2914846-3a91-4208-b5a8-188c6bd3c854

testimony was that the GBL was faxed to the carrier?
A. Faxed, e-mailed -- faxed or mailed. Not e-mailed. But it was faxed or mailed out to them.
Q. If the notation in Box 31 -- and I mean specifically the RS D-8 notation -- is printed out by this office, or was printed out by this office in 2004 before the GBL was sent to the carrier, who in turn had inputted that information into your computer beforehand?
A. I -- to the best of my knowledge, that is all downloaded from SDDC. This is a rate solicitation, which we don't -- that's our -- that is our -- it's a carrier's regulation actually. It's not really a carrier's regulation. It's a rate solicitation that says what the carriers can and cannot do and how much they can charge for it.
And that's downloaded automatically from SDDC through the TOPPS system into the shipping office's system. So that when the rates change every six months, which they do, every May for domestic and November, then that's printed out automatically on the GBL.
Q. All right. So that notation, D-8, would only have been inserted in that box on GBLs for a six-month period?
A. The rate solicitations usually change -- and I say usually change -- every six months. And so, that



Electronically signed by Judith Gray (601-104-554-4120)
f2914846-3a91-4208-b5a8-188c6bd3c854

would have been, I'm sure, the solicitation that was in effect at this time of the shipment.

Q. And you mentioned that it's every May for domestic shipments?

A. Every May and every November, the rates change.

Q. So, would D-8, if you recall, have taken effect in May of '04 or November of '03?

A. D-8, the rates would have taken effect 1 May '04. They would have been effective 1 May '04.

Q. I've had the court reporter mark as Exhibit 5 three pages that appear to be Page Numbers 3-3, 3-4 and 3-5 and 3-6 -- make that four pages -- from Domestic Personal Property Rate Solicitation D-8. I'm going to hand you these four pages marked Exhibit 5, Ms. Kistler, and ask you if you're familiar with those particular pages.

A. I know they're in the rate solicitation.

Q. Do those four pages appear to you to be part of Rate Solicitation D-8 that became effective in May 1st of '04?

A. Okay. This -- apparently, this is original. So, the D-8 could have been effective in 1 November '03 and then they did modifications to update certain things and the rates were effective 1 May. They don't always change. And I believe I said that before. Usually the



Electronically signed by Judith Gray (601-104-554-4120) f2914846-3a91-4208-b5a8-188c6bd3c854

rate solicitations change every six months, but that's not always the case.

So, this one was effective 1 November '03. And then these pages could have been modified at a later time. These are original pages.

Q. Starting with Page Number 3-3 -- it seems to begin in midsection -- but the first item reference is 304. There's an Item 305 that's reserved for future use and then an Item 306 on Page 3-4. Continuing at the bottom with Item 307. On Page 3-5, at the bottom begins Item 308. Were Items 304 through 308 part of Rate Solicitation D-8 as it was in effect in May of 2004?

A. There may have been some wording change, but basically, these are the same items that are in all the rate solicitations.

Q. Meaning 304 to 308.

A. Right.

Q. Going back to Box Number -- Box Number 31 on the GBL -- does the notation "RS D-8 160 percent" mean that all of Rate Solicitation RS D-8 was part of the GBL?

A. Yes. They are -- that's what -- that's what governs the carrier's movement of federal or military shipments -- is the rate solicitations that they are currently moving under.



Electronically signed by Judith Gray (601-104-554-4120)
f2914846-3a91-4208-b5a8-188c6bd3c854

Q. And what does the number 160 percent refer to?

A. Okay. There are baseline rates that are in the rate solicitation. Carriers file percentages of those baseline rates. And in this particular case, that carrier filed 160 percent of the baseline rate -- was their rate to transport that property from San Antonio to Rhode Island.

Q. And the carrier you're referring to is Day Transfer?

A. Yes, the carrier on the government bill of lading.

Q. I may have overlooked a prior question dealing with Exhibit 2, Ms. Kistler. Looking at the very top of Exhibit 2, it starts out "From JPPSO, San Antonio," et cetera. And then Line 2 is "To, colon." In quotes, "Booking Agent for DAYY." And then there's an e-mail address, "militarybookings@SEMO.net." Do you know who the phrase "booking agent for DAYY" refers to?

A. When the carrier sends in their letter of intent, they named a booking agent who they wanted to book the shipments for them. In 99 percent of all the carriers' letters of intent, it is the carrier themselves who is the booking agent.

In this case, I'm assuming that they were the booking agent for themselves. And they give us an



Electronically signed by Judith Gray (601-104-554-4120) f2914846-3a91-4208-b5a8-188c6bd3c854

e-mail. They had to provide us an e-mail address for us to send the shipment offers to.

Q. All right. So, to the best of your knowledge, the booking agent for Day was Day itself?

A. To my knowledge. I'd have to look on their letter of intent to be absolutely sure.

Q. Do you have any recollection of whether Williams Moving ever acted as a booking agent for Day?

A. No, I don't.

Q. Beneath the box number we were just talking about, which was Number 31, there's a Box 32-A for Issuing Officer James F. McGovern, Jr., Colonel, USAF. I believe you testified earlier that he was the director prior to Colonel Kinney.

A. Yes.

Q. Were all GBLs issued under his name while he was the director here?

A. I believe so.

Q. Do you know whether there's some requirement or regulation that the director's name appear in that box?

A. I'm not sure.

Q. To the left of Box Number 32-A -- and actually to the left of the bill of lading number on the left-hand margin -- there's a space that doesn't have a number, but it begins with an asterisk. And the printed



Electronically signed by Judith Gray (601-104-554-4120) f2914846-3a91-4208-b5a8-188c6bd3c854

phrase is "Issued at lowest valuation cited in appropriate tender or tariff unless otherwise stated hereon."

Do you know what that phrase refers to and what it means?

A. It refers to the $1.25 per hundred weight per pound, unless it would be stated that the released valuation was higher or a full replacement was requested.

Q. And do the words "tariff" or "tender" in that notation refer to --

A. To the rate --

Q. -- DS-8?

A. Yes. Yes.

Q. If higher valuation were declared on the GBL, where would that be found?

A. That is usually put in either Block 25, the Remarks, or down in Block 27. But I believe it's in 25 Remarks. It would be put in there, "Member requests full valuation, full replacement valuation shipment."

Q. Based on your years of experience at this office, can you estimate how frequently additional valuation is declared on a GBL?

A. I really have no idea what the percentage would be.

A. Yes.

Q. Are you at all familiar with the term "freight broker" or "transportation broker" or "property broker"?

A. I've heard it, but I don't know what it means.

Q. Do you know whether this office has any contracts or written agreements with any property brokers or transportation brokers or freight brokers?

A. I don't know.

Q. Besides you, is there anyone else in this office who would, you believe, would likely know if such contracts existed between JPPSO and any type of transportation broker?

A. I'm not sure.

MR. WRIGHT: Carolyn and Joe, I'm almost finished. I just have a few questions on the other exhibits and I'll turn it over to you guys.

MS. MEDINA: Okay.

(Exhibits 6 through 8 marked)

Q. (BY MR. WRIGHT) All right, Ms. Kistler, I'm handing you next what we have marked as Exhibit 6, the first page of which is entitled "U. S. Government Freight Transportation Handbook." And it seems to have an effective date of July 25, 2000.

I think I may have asked you earlier briefly whether you were familiar with that document.

Q. Is there anything in the documents that we've looked at or talked about that would indicate whether or not this was a DPM shipment?

A. This was not a DPM shipment; it was a Code 1. That's on the government bill of lading.

Q. All right.

MR. WRIGHT: Moving on to 404-1. And the next under Chapter 406, Page 406-1. And 406-9. Under Chapter 410, Pages 410-1 and 2.

In the Appendices and Attachments Section, Part 2, Page B-4, Page B-7, B-10, B-16. And under the Figures Appendix, Page 401-31 and 401-37.

And I'm not going to ask Ms. Kistler about all this. I just had copied those provisions because I thought they might be relevant.

Q. (BY MR. WRIGHT) Ms. Kistler, do you refer to DOD 4500.9-R from time to time with respect to its definitions of terms?

A. Occasionally.

Q. There's a definition on Page 4-xviiii of Carrier Agent. Are you familiar with that definition?

A. I don't recall seeing this particular page.

Q. All right. Can you tell me whether there are any definitions contained in DOD 4500.9-R that you believe are inaccurate or are not followed by this



Electronically signed by Judith Gray (601-104-554-4120) f2914846-3a91-4208-b5a8-188c6bd3c854

Q. Ms. Kistler, does the GBL carrier's own bill of lading or tariff apply to a shipment that's booked in this office?

A. The only thing that we acknowledge is the bill of lading, the --

Q. The GBL?

A. Right. The government bill of lading.

Q. And would that include the rate solicitation mentioned in Box 31?

A. Yes.

Q. So, can I take your answer to be that, no, the carrier's own bill of lading or tariff do not apply to the shipment as far as JPPSO is concerned?

A. I never see a carrier government bill of lading and I know carriers have commercial tariffs. But we don't use those. We use the military rate tenders -- military rate solicitation.

Q. Well, thank you very much. I believe that's all we have. Appreciate your time.

MR. PALUMBO: George, thank you for arranging the participation by phone.

(Discussion.)

MR. WRIGHT: I'll ask Captain Young if we could have copies of the letters of intent for Day and Williams that were in affect in '04, if they're



Electronically signed by Judith Gray (601-104-554-4120) f2914846-3a91-4208-b5a8-188c6bd3c854