**DOD 4500.9-R**

# DEFENSE TRANSPORTATION REGULATION PART IV

## PERSONAL PROPERTY




AUGUST 2003

EXHIBIT
KIST-8

# FOREWORD

This document is the revised Department of Defense (DOD) Regulation 4500.9-R, Defense Transportation Regulation Part IV, Personal Property. It is issued under the authority of Deputy Under Secretary of Defense (Logistics) Memorandum, Defense Transportation Regulation (DTR), 4 August 1995 and the Under Secretary of Defense (Acquisition and Technology) Memorandum, Assignment of Defense Transportation Operational Regulations and Procedures Authority to Commander in Chief, U.S. Transportation Command (CINCTRANS), 18 November 1998. It implements DOD policies governing the use of DOD-owned and -controlled aircraft and sealift/airlift and establishes criteria for personal property movement. In accordance with DOD Directive 5158.4, United States Transportation Command, January 1993, the Commander, United States Transportation Command is the DOD single manager for transportation (for other than Service unique or theater-assigned transportation assets). Strict adherence to the provisions of this regulation is essential to maintain the integrity of the DOD transportation system. This change updates provisions for the movement of personal property from, and within the continental United States and outside the continental United States.

This revised DOD Regulation 4500.9-R, Part IV, replaces the DOD Regulation 4500.34R. Personal Property Traffic Management Regulation (PPTMR) and applies to the Office of the Secretary of Defense, Military Departments, Chairman and Joint Chiefs of Staff, Unified Commands, and the Defense Agencies (hereafter referred to collectively as the "DOD Components"). It also applies to travel and transportation for Uniformed Service members of the United States (US) Coast Guard, US Public Health Service, and US Coast and Geodetic Survey when cross-servicing agreements are in effect. The Military Traffic Management Command Total Quality Assurance Program Manual is replaced by Appendix O of this revised regulation.

This publication is effective immediately and all subsequent solicitations/agreements will be updated accordingly as cycles allow, to reflect these terms and conditions. To ensure uniformity, there is no provision for supplemental or unilateral modifications to this regulation and all DOD Components will distribute it for use at the operating level. The DOD Components may publish more detailed guidance if needed and will provide a copy to the US Transportation Command (USTRANSCOM)/TCJ5-PT. Proposed changes to this regulation may be sent to USTRANSCOM/TCJ5-PT after staffing through DOD component traffic management channels. No changes to the DTR may be made without prior coordination with the Military Services and Defense Logistics Agency.

The DOD Components may obtain copies of this regulation through their own publication channels and it is approved for public release; distribution unlimited. It is also available on the USTRANSCOM Web at http://www.transcom.mil/ustc_pubs.html, and then select Defense Transportation Regulation or https://customer.transcom.mil/customerportal/docs/main.cfm, and then select Library and Defense Transportation Regulation. Authorized registered users may obtain copies of this regulation from the Defense Technical Information Center, 8725 John J. Kingman Road, Fort Belvoir, VA 22060-5000. Other Federal Agencies and the public may obtain copies for a fee from the US Department of Commerce, National Technical Information Services, 5285 Port Royal, Springfield, VA 22161-5000.

This DTR Part IV has been reviewed by the Per Diem, Travel and Transportation Allowance Committee in accordance with DODD 5154.29, dated 9 March 1993, as PDTATAC Case RR010830.

# TABLE OF CONTENTS

FOREWORD ..... II
APPENDIXES AND ATTACHMENTS ..... VI
FIGURES ..... X
TABLES ..... XII
REFERENCES ..... XIII
WEBSITES ..... XVII
DEFINITIONS ..... XIX
ABBREVIATIONS AND ACRONYMS ..... XXXVIII

CHAPTER 401 - GENERAL PROVISIONS ..... 401-1
A. PURPOSE ..... 401-1
B. POLICY ..... 401-1
C. INDIVIDUAL MISSIONS, ROLES, AND RESPONSIBILITIES ..... 401-2
D. ADDITIONAL RESPONSIBILITIES ..... 401-16
E. ASSIGNMENT OF GEOGRAPHICAL AOR ..... 401-23
F. INSTALLATION TRANSFER, ACTIVATION, AND DEACTIVATION PROCEDURES ..... 401-24
G. PERSONAL PROPERTY COUNSELING ..... 401-24
H. APPLICATION FOR SHIPMENT AND/OR STORAGE OF PERSONAL PROPERTY, DD FORM 1299 ..... 401-26
I. REQUIRED SUPPORTING DOCUMENTATION ..... 401-28
J. DISTRIBUTION OF THE DD FORM 1299 AND SUPPORTING DOCUMENTS ..... 401-28
K. RECOMMENDATIONS FOR IMPROVEMENT ..... 401-29
L. PPSO REQUIRED REGULATIONS ..... 401-30
M. FORMS SUPPLY ..... 401-30
N. TRANSPORTATION MANAGEMENT ADVISORY (TMA) ..... 401-30

CHAPTER 402 - HOUSEHOLD GOODS AND UNACCOMPANIED BAGGAGE ..... 402-1
A. PURPOSE ..... 402-1
B. CARRIER PARTICIPATION IN DOD TGBL TRAFFIC ..... 402-1
C. EQUAL OPPORTUNITY TO COMPETE ..... 402-1
D. TO ACTIONS ..... 402-1
E. SELECTION OF METHOD AND MODE OF SHIPMENT ..... 402-3
F. SHIPMENT OF UB BY MAIL OR SMALL PACKAGE SERVICE ..... 402-3
G. RECEIPT FOR UB ..... 402-4
H. RETROGRADE PERSONAL PROPERTY WITHOUT FINAL CONUS DESTINATION ..... 402-4
I. PORT SELECTION FOR CODE 5 SHIPMENTS ..... 402-4
J. ITGBL SHIPMENTS ENTERING THE DTS ..... 402-4
K. CARRIER RESPONSIBILITIES AFTER APPROVAL BY HQ MTMC ..... 402-5
L. TO ACTIONS UPON RECEIPT OF THE LOI ..... 402-8
M. CARRIER APPEAL UPON REJECTION OF THE LOI ..... 402-9
N. INSPECTION OF A CARRIERS FACILITIES AND EQUIPMENT ..... 402-9
O. ACTIONS TO BE TAKEN WHEN DEFICIENCIES ARE DISCOVERED IN A FACILITY ..... 402-10
P. AGENCY INELIGIBILITY APPEALS ..... 402-10
Q. CARRIER REPRESENTATION BY AGENTS ..... 402-11

R. LOSS OF AGENT ........ 402-12
S. TRAFFIC DISTRIBUTION ........ 402-13
T. DOMESTIC TDR ........ 402-14
U. INTERNATIONAL TDR ........ 402-16
V. CONTROLLING GOVERNMENT-OWNED HHGS CONTAINERS ........ 402-19

CHAPTER 403 - SHIPMENT WEIGHING AND MARKING PROCEDURES ........ 403-1
A. PURPOSE ........ 403-1
B. WEIGHT DETERMINATION AND REWEIGH ........ 403-1
C. SHIPMENT MARKING ........ 403-1

CHAPTER 404 - DIRECT PROCUREMENT METHOD ........ 404-1
A. PURPOSE AND SCOPE ........ 404-1
B. DPM SERVICES ........ 404-1
C. ROUTING BY THE PPSO ........ 404-1
D. USE OF DPM AIR MODE FOR INTERNATIONAL HHGS ........ 404-1
E. VALUATION OF SHIPMENTS ........ 404-1
F. CONTAINERS ........ 404-1
G. PROCEDURES ........ 404-1

CHAPTER 405 - RATES, CHARGES, AND BILLINGS ........ 405-1
A. PURPOSE ........ 405-1
B. PROCEDURES ........ 405-1
C. COST COMPARISONS ........ 405-2
D. OTO RATES ........ 405-2
E. VOLUME MOVES ........ 405-2
F. TRANSPORTATION AND ACCESSORIAL CHARGES ........ 405-4
G. SHIPMENT DESTINATION CHANGES AFTER PICKUP ........ 405-5

CHAPTER 406 - STORAGE ........ 406-1
A. SIT ........ 406-1
B. RESPONSIBILITIES FOR NTS ........ 406-3
C. NTS PROCEDURES - ORDERING OFFICERS ........ 406-5
D. LOSS AND DAMAGE IN NTS ........ 406-9

CHAPTER 407 - MOBILE HOMES ........ 407-1
A. GENERAL ........ 407-1
B. COUNSELING ........ 407-1
C. RATES ........ 407-1
D. CARRIER OR AGENT FACILITIES ........ 407-2
E. AUTHORIZATION OF ACCESSORIAL SERVICES ........ 407-2
F. SHIPMENT PROCEDURES ........ 407-2
G. SIT ........ 407-5
H. SHIPMENT TO AND WITHIN ALASKA ........ 407-6
I. QUALITY CONTROL ........ 407-6
J. CARRIER PERFORMANCE ........ 407-6

CHAPTER 408 - TRANSPORTATION OF POVS ........ 408-1
A. GENERAL ........ 408-1
B. RESPONSIBILITIES ........ 408-1
C. DOD EXPORT/IMPORT CONTROL PROGRAM ........ 408-1
D. TURN-IN OF POVS ........ 408-3
E. MEMBER'S/EMPLOYEE'S RESPONSIBILITY ........ 408-4
F. CHANGE OF HOME PORT/VPC ........ 408-6

CHAPTER 409 - SHIPMENT PROCEDURES FOR PRIVATELY OWNED FIREARMS (POFS) AND AMMUNITION ........ 409-1
A. GENERAL ........ 409-1
B. LIMITATIONS AND PROHIBITIONS ........ 409-1
C. AUTHORIZATION ........ 409-1
D. DOD CIVILIAN PERSONNEL ........ 409-3
E. OTHER IMPORTS ........ 409-4
F. RESPONSIBILITIES OF MEMBERS/EMPLOYEES ........ 409-4
G. APPLICATIONS FOR SHIPMENT OF FIREARMS ........ 409-5
H. SHIPMENT BY THROUGH GOVERNMENT BILL OF LADING (TGBL) DIRECT PROCUREMENT METHOD (DPM) ........ 409-5
I. SHIPMENT THROUGH THE USPS ........ 409-5
J. REPORTING DISCREPANCIES ........ 409-6

CHAPTER 410 - SPECIALIZED PROCEDURES ........ 410-1
A. SHIPMENT ITV AND TRACING POLICY ........ 410-1
B. LOSS AND DAMAGE ........ 410-1
C. INCONVENIENCE CLAIMS ........ 410-2
D. UNUSUAL OCCURRENCE ........ 410-4
E. PERSONAL PROPERTY SHIPMENTS OF DECEASED MEMBERS/ EMPLOYEES ........ 410-9
F. CARRIER FAILURE/BANKRUPTCY PROCEDURES ........ 410-10
G. EMERGENCIES INVOLVING SHIPMENTS IN NTS (CONUS) ........ 410-16

CHAPTER 411 - PERSONALLY PROCURED TRANSPORTATION ........ 411-1

CHAPTER 412 - BOATS ........ 412-1
A. GENERAL ........ 412-1
B. COUNSELING ........ 412-2
C. RATES ........ 412-3
D. CARRIER OR AGENT FACILITIES ........ 412-3
E. SHIPMENT PROCEDURES ........ 412-4
F. SIT ........ 412-4
G. NTS ........ 412-5
H. SHIPMENT OF BOATS TO ALASKA ........ 412-5
I. QUALITY CONTROL INSPECTIONS ........ 412-5
J. CARRIER PERFORMANCE ........ 412-6

CHAPTER 413 - US GOVERNMENT BILL OF LADING--PRIVATELY-OWNED PERSONAL PROPERTY (PPGBL/BL) (SF 1203) AND US GOVERNMENT BILL OF LADING CORRECTION NOTICE (SF 1200) ........ 413-1
A. GENERAL ........ 413-1
B. RESPONSIBILITIES ........ 413-1
C. PROCEDURES ........ 413-1
D. PREPARATION OF THE PPGBL/BL ........ 413-3
E. DISTRIBUTION AND SUBSTITUTE DOCUMENTS ........ 413-12
F. PREPARATION OF THE US GOVERNMENT BILL OF LADING CORRECTION NOTICE (SF 1200) ........ 413-14
G. DISTRIBUTION OF SF 1200 ........ 413-15
H. WHO MAY ISSUE SF 1200 ........ 413-16

## APPENDIXES AND ATTACHMENTS

APPENDIX A - LETTER OF INTENT (LOI) HOUSEHOLD GOODS OR UNACCOMPANIED BAGGAGE ........ A-1
A. INSTRUCTIONS FOR COMPLETING A LOI FORM ........ A-1

APPENDIX B - TENDER OF SERVICE PERSONAL PROPERTY HOUSEHOLD GOODS (HHG) AND UNACCOMPANIED BAGGAGE (UB) ........ B-1

PART I. QUALIFICATION ........ B-1

A. GENERAL ........ B-1
B. INTERNATIONAL ........ B-4

PART II - MUTUAL AGREEMENT/UNDERSTANDING ........ B-4

C. SERVICE ........ B-4
D. CARRIER PERSONNEL ........ B-4
E. THROUGH RESPONSIBILITY ........ B-4
F. REPORT OF SHIPMENTS ON HAND ........ B-5
G. TERMINATION OF SHIPMENT ........ B-5
H. PICKUP AT OR DELIVERY TO A MILITARY TERMINAL ........ B-5
I. USE OF A DOD APPROVED ALTERNATE CARRIER ........ B-5
J. SHIPMENT INTRANSIT VISIBILITY (ITV)/TRACING SHIPMENTS ........ B-5
K. SIT ........ B-6
L. WEIGHING OF SHIPMENTS ........ B-6
M. REMOVAL OF PROPERTY FROM FACILITIES DISAPPROVED BY THE TO/PPSO ........ B-6
N. LOSS OR DAMAGE ........ B-7
O. LOSS OR DAMAGE/INCONVENIENCE CLAIMS ........ B-7
P. STATEMENT OF ACCESSORIAL SERVICES PERFORMED ........ B-8
Q. INSPECTION BY PPSOS ........ B-8
R. SUBSTITUTE DOCUMENTS IN LIEU OF LOST PERSONAL PROPERTY GOVERNMENT BILL OF LADING/BILL OF LADING (SF 1203) ........ B-8
S. BILLING PROCEDURES ........ B-9
T. INTERNATIONAL SHIPMENTS ........ B-9
U. STRIKES, PORT CONGESTION, FIRES, PILFERAGE, VANDALISM, AND SIMILAR INCIDENTS ........ B-9

PART III - PERFORMANCE REQUIREMENTS ........ B-10

V. PICKUP AND DELIVERY DATES ........ B-10
W. PREPARATION OF ARTICLES ........ B-12
X. CONTAINERS ........ B-13
Y. PACKING REQUIREMENTS ........ B-13
Z. MANNER OF PACKING ........ B-14
AA. SIT ........ B-16
BB. PREPARATION OF INVENTORY ........ B-17
CC. SPLIT SHIPMENTS ........ B-17
DD. QUALITY CONTROL PROGRAM ........ B-17
EE. CONDITION OF VEHICLES AND CONTAINERS ........ B-17
FF. TAILGATE LOADING ........ B-18
GG. REMOVAL OF DEBRIS ........ B-18
HH. DOCUMENTS PROVIDED THE TO ........ B-18

II. DOCUMENTS PROVIDED THE MEMBER/EMPLOYEE ........ B-18
JJ. INVENTORY ........ B-19
KK. UNETHICAL ACTS ........ B-21
LL. UNLOADING AND UNPACKING AT DESTINATION ........ B-21
MM. RECORDING DAMAGE AND LOSS ........ B-22

PART IV - CERTIFICATION ........ B-22

NN. VIOLATION OF TENDER OF SERVICE AND/OR RATE SOLICITATION ........ B-22
OO. EFFECTIVE DATE ........ B-22
PP. TERMS AND CONDITIONS ........ B-22

APPENDIX C - LIST OF STATE, COMMONWEALTH, AND DISTRICT WEIGHTS AND MEASURES OFFICES OF THE UNITED STATES ........ C-1

APPENDIX D - PRE-AWARD SURVEY GUIDELINES ........ D-1
A. GENERAL ........ D-1
B. STRUCTURAL REQUIREMENTS ........ D-1
C. ENVIRONMENTAL REQUIREMENTS ........ D-1
D. INSECT AND RODENT CONTROL ........ D-2
E. HOUSEKEEPING ........ D-2
F. REPAIRS ........ D-2
G. RESPONSIBLE MANAGEMENT AND OPERATION ........ D-2
H. FIRE PREVENTION AND PROTECTION ........ D-2
I. SECURITY ........ D-4
J. SUBCONTRACTING ........ D-5
K. OPERATING AUTHORITY REQUIREMENTS FOR STORAGE CONTRACTORS ........ D-5
L. EVALUATION OF FLOOD HAZARDS ........ D-5
M. OTHER CONSIDERATIONS ........ D-6
N. TEMPORARY APPROVAL OF STORAGE IN TRANSIT (SIT) WAREHOUSES ........ D-6

APPENDIX E - WAREHOUSE INSPECTION GUIDE AND INSTRUCTIONS FOR PREPARATION OF THE WAREHOUSE INSPECTION REPORT (DD FORM 1812) ........ E-1
A. GENERAL ........ E-1
B. GENERAL INSPECTION PROCEDURES ........ E-1
C. SPECIFIC INSPECTION AREAS ........ E-2
D. INSPECTION REPORT ........ E-2
E. INSTRUCTIONS FOR PREPARATION OF THE DD 1812 ........ E-3
F. RATINGS UPON INSPECTION PROCESS COMPLETION ........ E-4
G. DISTRIBUTION ........ E-5

APPENDIX F - VEHICLE PROCESSING CENTERS (VPCS) FOR SHIPPING – RECEIVING PRIVATELY-OWNED VEHICLES (POVS) ........ F-1

APPENDIX G - PERFORMANCE WORK STATEMENT FOR PACKING, CONTAINERIZATION AND LOCAL DRAYAGE OF DIRECT PROCUREMENT METHOD (DPM) PERSONAL PROPERTY SHIPMENTS ........ G-1

PART I - DESCRIPTION OF SERVICES ........ G-1

A. SCOPE OF WORK ........ G-1

PART II - GOVERNMENT-FURNISHED PROPERTY AND SERVICES ........ G-18

PART III - GENERAL REQUIREMENTS ..... G-19

PART IV - ATTACHMENTS ..... G-20

ATTACHMENT G1 - FIGURES ..... G1-1

ATTACHMENT G2 - PUBLICATIONS AND COMMERCIAL STANDARDS ..... G2-1

ATTACHMENT G3 - CONTRACTOR DOCUMENTS REQUIREMENT LISTINGS ..... G3-1

ATTACHMENT G4 - DEFINITIONS ..... G4-1

ATTACHMENT G5 - ACRONYMS ..... G5-1

APPENDIX H - ALPHA CODES FOR DIRECT PROCUREMENT METHOD (DPM) SHIPMENTS ..... H-1
A. GENERAL ..... H-1
B. DPM ALPHA CODES-FIRST POSITION, TYPE COMMODITY DESIGNATOR ..... H-1
C. DPM ALPHA CODES-SECOND POSITION, TYPE COMMODITY DESIGNATOR ..... H-1

APPENDIX I - EXAMPLES OF HAZARDOUS MATERIALS ..... I-1
A. COMBUSTIBLE LIQUIDS ..... I-1
B. CORROSIVE LIQUIDS ..... I-1
C. EXPLOSIVES ..... I-1
D. FLAMMABLES ..... I-1
E. GASES, COMPRESSED: ENGINE STARTING FLUIDS, FIRE EXTINGUISHERS, GASES USED IN WELDING, SCUBA DIVING TANKS (SEE NOTE BELOW) ..... I-2
F. AEROSOL CAN (CONTAINING A FLAMMABLE GAS, FLAMMABLE LIQUID, TOXIC, OR CORROSIVE SUBSTANCE) ..... I-2
G. CHLORINATED HYDROCARBONS IN DECORATIVE LAMPS ..... I-2
H. OTHER REGULATED MATERIAL TERMED COMBUSTIBLE, CORROSIVE, OR FLAMMABLE ..... I-2

APPENDIX J - BASIC ORDERING AGREEMENT FOR STORAGE OF PERSONAL PROPERTY AND RELATED SERVICES ..... J-1

APPENDIX K - MULTI-SERVICE PUBLICATIONS FOR DEPARTMENT OF DEFENSE PERSONAL PROPERTY SHIPMENT AND STORAGE PROGRAM ..... K-1
A. REGULATIONS COMMON TO, OR IN USE BY, ALL DEPARTMENT OF DEFENSE COMPONENTS ..... K-1
B. COMMERCIAL PUBLICATIONS IN USE GENERALLY ..... K-1
C. REGULATIONS REQUIRED BY THE ARMY ..... K-2
D. REGULATIONS REQUIRED BY THE NAVY ..... K-2
E. REGULATIONS REQUIRED BY THE MARINE CORPS ..... K-2
F. REGULATIONS REQUIRED BY THE AIR FORCE ..... K-2
G. REGULATIONS REQUIRED BY THE COAST GUARD ..... K-3
H. RECOMMENDED WEBSITES ..... K-3

APPENDIX L - TRANSIT TIMES FOR DOMESTIC THROUGH GOVERNMENT BILL OF LADING HOUSEHOLD GOODS SHIPMENTS INCLUDING ALASKA CODE 1 (MOTOR VAN) CODE 2 (CONTAINER) ..... L-1

APPENDIX M - TRANSIT TIMES FOR INTERNATIONAL THROUGH GOVERNMENT BILL OF LADING AND DIRECT PROCUREMENT METHOD HOUSEHOLD GOODS SHIPMENTS BETWEEN THE CONTINENTAL UNITED STATES, HAWAII, AND OVERSEAS ....... M-1

APPENDIX N - TRANSIT TIMES FOR INTERNATIONAL THROUGH GOVERNMENT BILL OF LADING AND DIRECT PROCUREMENT METHOD (DPM) UNACCOMPANIED BAGGAGE SHIPMENTS BETWEEN THE CONTINENTAL UNITED STATES, HAWAII, AND OVERSEAS ....... N-1

APPENDIX O - TOTAL QUALITY ASSURANCE PROGRAM (TQAP) ....... O-1

A. QUALITY CONTROL AND CARRIER PERFORMANCE ....... O-1

B. QUALITY ASSURANCE PROCEDURES ....... O-2

C. CARRIER ASSESSMENT PROGRAM (CAP) ....... O-11

D. TO ACTIONS AS A RESULT OF QUALITY ASSURANCE IMPOSED SANCTIONS ....... O-24

E. HQ MTMC ACTIONS ....... O-24

F. SHIPMENT EVALUATION AND INSPECTION RECORD (DD FORM 1780) ....... O-24

G. APPELLATE ADDRESSES ....... O-28

H. REPORTING PROCEDURES ....... O-29

APPENDIX P - GUIDELINES FOR THE QUALITY CONTROL INSPECTOR ....... P-1

A. SKILLS NEEDED TO INSPECT ....... P-1

B. RESPONSIBILITIES OF THE INSPECTOR ....... P-1

C. QUALIFICATIONS OF THE INSPECTOR ....... P-1

D. EQUIPMENT NEEDED TO INSPECT ....... P-2

E. PREPARING FOR THE INSPECTION ....... P-3

F. CONDUCT OF THE INSPECTOR ....... P-3

G. POST-INSPECTION REPORTING ....... P-4

H. INSPECTION GOAL ....... P-5

APPENDIX Q - DEPARTMENT OF DEFENSE STANDARD TRANSIT TIMES GUIDE – LESS TRUCKLOAD ....... Q-1

APPENDIX R - BACKGROUND AND TECHNICAL DETAILS FOR 2-DIMENSIONAL (2D) SYMBOLOGY ON THE PERSONAL PROPERTY MILITARY SHIPPING LABEL (MSL) ....... R-1

A. TRANSPORTATION PROCESSING ....... R-1

B. EXPLANATION OF MSL 2D PORTABLE DATA FILE 417 (PDF417) SYMBOL STRUCTURE FOR CODING MSL TEXT AND TCMDS ....... R-1

C. PDF417 SYMBOL FORMAT COMPLIANCE REQUIREMENTS AS REFERENCED IN ANSI MH10.8.1 AND ISO/IEC 15434 (ANSI MH10.8.3) ....... R-3

APPENDIX S - TRANSPORTATION MANAGEMENT ADVISORY MESSAGES (TMAs) ....... S-1

## FIGURES

Figure 401-1. DD Form 1299, Application for Shipment and/or Storage of Personal Property........ 401-31
Figure 401-2. DD Form 619, Statement of Accessorial Services Performed................................ 401-33
Figure 401-3. DD Form 619-1, Statement of Accessorial Services Performed (Storage-In-Transit Delivery and Reweigh) ........................................................................ 401-34
Figure 401-4. DD Form 1840, Joint Statement of Loss or Damage at Delivery............................ 401-35
Figure 401-5. DD Form 1840R, Notice of Loss or Damage ........................................................ 401-36
Figure 401-6. DD Form 1797, Personal Property Counseling Checklist...................................... 401-37
Figure 401-7. DD Form 1614, Request/Authorization for DOD Civilian Permanent Duty or Temporary Change of Station (TCS) Travel...................................................... 401-39
Figure 401-8. DD Form 1300, Report of Casualty.......................................................................... 401-41
Figure 401-9. DD Form 1434, United Kingdom (UK) Customs Declaration for the Importation of Personal Effects of US Forces/Civilian Personnel on Duty in the UK................... 401-42
Figure 401-10. DD Form 1252, US Customs Declaration for Personal Property Shipments........... 401-44
Figure 401-11. DD Form 1252-1, US Customs Declaration for Personal Property Shipments ........ 401-45
Figure 401-12. USEUCOM Form 30-3R, Agriculture Inspection Certificate................................ 401-47
Figure 402-1. DD Form 1796, Receipt for Unaccompanied Baggage.......................................... 402-21
Figure 402-2. PS Form 3811, Domestic Return Receipt............................................................ 402-22
Figure 402-3. DD Form 1812, Warehouse Inspection Report..................................................... 402-23
Figure 403-1. DD Form 1671, Reweigh of Personal Property ...................................................... 403-3
Figure 403-2. Military Shipping Label, Personal Property ............................................................ 403-4
Figure 404-1. DD Form 2773, Report of Contractor Services......................................................... 404-4
Figure 404-2. DD Form 2772, Contract Discrepancy Report.......................................................... 404-5
Figure 405-1. OTO Message Format............................................................................................ 405-6
Figure 405-2. Volume Move Request Format................................................................................ 405-7
Figure 405-3. Sample Message, Certificate for Delivery from Storage In Transit (SIT) .................. 405-8
Figure 405-4. Sample Message, Certificate for Diversion ............................................................ 405-9
Figure 406-1. Request for Extension of Storage in Transit (SIT) ................................................. 406-12
Figure 406-2. DD Form 1857, Temporary Commercial Storage at Government Expense.............. 406-14
Figure 406-3. DD Form 1162-1, Schedule of Services and Rates for Household Goods ................ 406-15
Figure 406-4. DD Form 1164, Service Order for Personal Property............................................. 406-16
Figure 406-5. DD Form 1811, Pre-Award Survey of Contractor's/Carrier's Facilities and Equipment...................................................................................................... 406-17
Figure 407-1. Mobile Home Counseling Checklist........................................................................ 407-6
Figure 407-2. MOTO Message Request Format............................................................................. 407-7
Figure 407-3. DD Form 1863, Accessorial Services – Mobile Homes............................................ 407-8
Figure 407-4. Mobile Home Volume Move Message Request Format......................................... 407-10
Figure 407-5. DD Form 1412, Inventory of Articles Shipped in House Trailer............................. 407-11
Figure 407-6. DD Form 1800, Mobile Home Inspection Record .................................................. 407-12
Figure 407-7. DD Form 1799, Member's Report on Carrier Performance – Mobile Home............. 407-14
Figure 408-1. DD Form 788, Private Vehicle Shipping Document for Automobile .......................... 408-7
Figure 408-2. DD Form 788-1, Private Vehicle Shipping Document for Van.................................. 408-9
Figure 408-3. DD Form 788-2, Private Vehicle Shipping Document for Motorcycle ..................... 408-11

Figure 408-4. Bond to Ensure Conformance with Motor Vehicle Safety and Bumper Standards..... 408-13
Figure 408-5. Request for Shipment of POV Through CONUS/OCONUS Alternate Port/VPC Format.......... 408-15
Figure 408-6. DD Form 139, Pay Adjustment Authorization.......... 408-16
Figure 408-7. DD Form 1131, Cash Collection Voucher.......... 408-17
Figure 408-8. Request for POV Shipment -- Change in Home Port/VPC Format.......... 408-18
Figure 409-1. DD Form 603, Registration of War Trophy Firearm.......... 409-6
Figure 409-2. Customs Form 4455, Certificate of Registration.......... 409-7
Figure 409-3. ATF Form 6 Part II (5330.3B), Application and Permit for Importation of Firearms, Ammunition and Implements of War.......... 409-8
Figure 409-4. ATF Form 6 Part I (5330.3A), Application and Permit for Importation of Firearms, Ammunition and Implements of War.......... 409-9
Figure 409-5. PS Form 2976-A, Customs Declaration and Dispatch Note.......... 409-10
Figure 410-1. DD Form 1841, Government Inspection Report.......... 410-17
Figure 412-1. BOTO Message Request Format.......... 412-7
Figure 412-2. International BOTO Rate Request Format.......... 412-8
Figure 413-1. SF 1203, US Government Bill of Lading-Privately Owned Personal Property.......... 413-17
Figure 413-2. SF 1200, Government Bill of Lading Correction Notice.......... 413-19
Figure A-1. Letter of Intent (LOI).......... A-4
Figure B-1. MT-HQ Form 49-R, Certificate of Cargo Liability Insurance.......... B-24
Figure B-2. SF 1113, Public Voucher for Transportation Charges.......... B-25
Figure B-3. Household Goods Descriptive Inventory.......... B-26
Figure G1-1. Household Goods Descriptive Inventory.......... G1-2
Figure G1-2. Packing List of Household Goods.......... G1-3
Figure G1-3. Location of Permanent Markings on ASTM-D4169-01 Wood HHG Box.......... G1-4
Figure G1-4. Location of Permanent Markings on MIL-STD-1489 HHG Box.......... G1-5
Figure G1-5. Container Marking for Household Goods.......... G1-6
Figure G1-6. Military Shipping Label for Personal Property.......... G1-7
Figure G1-7. Markings of Unaccompanied Baggage.......... G1-8
Figure G1-8. Joint Statement of Loss and Damage at Delivery (DD Form 1840).......... G1-9
Figure G1-9. Notice of Loss or Damage (DD Form 1840R).......... G1-10
Figure G1-10. Transportation Control and Movement Document (TCMD) (DD Form 1384).......... G1-11
Figure J-1. DD Form 1162-1, Schedule of Services and Rates for Household Goods.......... J-7
Figure J-2. Service Order For Personal Property (DD Form 1164).......... J-51
Figure J-3. DD Form 1840, Joint Statement of Loss or Damage at Delivery.......... J-52
Figure J-4. DD Form 788-2, Private Vehicle Shipping Document for Motorcycle.......... J-53
Figure J-5. Household Goods Descriptive Inventory.......... J-55
Figure J-6. Locator Sheet.......... J-56
Figure J-7. Certificate of Warehousemen's Legal Liability Insurance.......... J-57
Figure J-8. Certificate of Independent Price Determination (Apr 1985) FAR 52.203-2.......... J-58
Figure J-9. Annual Review Requirements.......... J-60
Figure J-10. DD Form 1840R, Notice of Loss or Damage.......... J-61
Figure O-1. DD Form 1814, Carrier Notice of Warning/Suspension.......... O-30

Figure O-2. Instructions for Preparing a DD Form 1814, Carrier Notice of Warning/Suspension/ Reinstatement/Cancellation ........ O-32
Figure O-3. DD Form 1780, Shipment Evaluation and Inspection ........ O-33
Figure O-4. DD Form 2497, Carrier Evaluation Worksheet/Report ........ O-35
Figure O-5. Instructions for Completing a Carrier Evaluation Worksheet/Report (DD Form 2497) .... O-36
Figure P-1. SF Form 1164, Claim for Reimbursement for Expenditures on Official Business ........ P-6

**TABLES**

Table 406-1. Storage Facility Rates ........ 406-18
Table E-1. Distribution Table ........ E-5
Table F-1. CONUS Vehicle Processing Centers (VPCs) ........ F-2
Table F-2. OCONUS Vehicle Processing Centers (VPCs) ........ F-2
Table G-1. Task/Type of Move Matrix ........ G-1
Table G-2. Service Delivery Summary ........ G-17
Table G2-1. Publication Codes ........ G2-1
Table J-1. Federal Acquisition Regulation Clauses (48 CFR Chapter 1) ........ J-38
Table J-2. Defense Far Supplement Clauses (48 CFR Chapter 2) ........ J-39
Table M-1. Rate Area Definitions ........ M-2
Table N-1. Rate Area Definitions ........ N-2
Table R-1. Excerpt from Subset of ASCII/ISO 646 ........ R-2
Table R-2. Personal Property Shipping Label 2D Symbol Format ........ R-3

## DEFINITIONS

The following word/phrase definitions are provided for use in conjunction with this Regulation, Part IV.

Abbreviated Transportation Accounting Classification. Alphanumeric code used in lieu of a full 23-character line accounting.

Accessorial Charge. Any rate or charge stated in a tariff, tender, or solicitation for accessorial services that is in addition to a linehaul rate.

Accessorial Service. A service performed by a carrier in addition to the linehaul.

Acquired Dependent. A military member's dependent acquired through marriage, adoption, or other action during the course of a member's current tour of assigned duty. The term does not include persons dependent on the member or children born of a marriage that existed before the beginning of a current tour.

Active Duty. Full-time duty in the active military service of the United States. This includes members of the Reserve Components serving on active duty or full-time training duty, but does not include full-time National Guard duty. (NOTE: A member is on active duty while in a travel status or while on authorized leave.)

Actual Delivery Date. The date the carrier/agent actually delivers the property.

Actual Placement. The placing of a carrier conveyance in an accessible position for loading or unloading, or at a place previously designated by the consignor or consignee.

Actual Value Rate. A rate based on the actual value of the material shipped.

Aerial Port. An airfield that has been designated for the sustained air movement of personnel and materiel as well as an authorized port of entrance into or departure from the country where located.

Aerial Port of Debarkation. A station that serves as an authorized port to process and clear aircraft and traffic for entrance to the country where located.

Aerial Port of Embarkation. A station that serves as an authorized port to process and clear aircraft and traffic for departure from the country where located.

Agency. Includes:

a. An Executive agency, as defined in 5 U.S.C. §101, Executive Departments.

b. A military department.

c. An office, agency or other establishment in the legislative branch.

d. The Government of the District of Columbia.

Agent, Carrier. A business firm, corporation, or individual acting for or in behalf of a carrier. A bona fide agent of a personal property carrier, as distinguished from a broker, is a person who, or a business enterprise which, represents and acts for a motor carrier or freight forwarder and performs its duties under the direction of the carrier pursuant to a pre-existing agreement with the carrier, providing for a continuing relationship between them.

a. Booking Agent. An agent designated on the Letter of Intent (LOI) by a carrier as the single point of contact to act in its behalf.

b. General Agent. A general agent is a business entity employed as a carrier's representative in a country or specified geographic area. A general agent cannot act as a local agent unless so