WILLD

LETTER OF INTENT (LOI)
HOUSEHOLD GOODS OR UNACCOMPANIED BAGGAGE (PRESCRIBING DIRECTIVE IS DOD 4500.9-R)

Page 1 of 2

JOINT PERSONAL PROPERTY SHIPPING OFFICE
PERSONAL PROPERTY DIVISION (PP)
813 NORTHWEST LOOP 410 SUITE 400
SAN ANTONIO, TX 78216-5518

THIS SECTION FOR PPSO USE ONLY

SIGNATURE: Barbara Kistler

C. ACCEPTANCE DATE: 19 Dec 03

D. THIS LOI IS EFFECTIVE ______ CYCLE

THIS SECTION FOR CARRIER USE ONLY

YOU ARE REQUESTED TO ACCEPT THIS LOI AS EVIDENCE OF OUR INTENT TO PROVIDE PERSONAL PROPERTY SERVICES FROM YOUR AREA(S) OF RESPONSIBILITY. WE ARE A DOD APPROVED CARRIER AND COPIES OF FEDERAL AND/OR STATE CERTIFICATES AND/OR PERMITS ARE ON FILE WITH HQMTMC. I CERTIFY THAT THE FOLLOWING STATEMENTS ARE TRUE AND COMPLETE. ANY MISREPRESENTATION AND/OR FALSIFICATION MAY BE SUBJECT TO PROSECUTION UNDER SECTION 1001, TITLE 18, UNITED STATES CODE. I FURTHER CERTIFY I HAVE WRITTEN AGREEMENTS WITH AGENTS INDICATED ON THIS LOI FOR THE PURPOSE OF HANDLING NOTED CODES OF SERVICE. I CERTIFY THAT FACILITIES OF THESE AGENTS HAVE BEEN INSPECTED BY AN AUTHORIZED REPRESENTATIVE OF MY COMPANY AND SUCH FACILITIES MEET THE STANDARDS OF THE TENDER OF SERVICE.

TITLE, TYPED NAME AND SIGNATURE OF CARRIER APPROVING OFFICIAL: Traffic Manager Bonnie Miller [signature: Bonnie Miller]

DATE: 25 Nov 2003

LOI WILL REMAIN ON FILE CONTINUOUSLY UNTIL REPLACED WITH ANOTHER LOI OR RETURNED BY PPSO.

1. CARRIER NAME: Day Transfer Company

2. CARRIER SCAC: DAYT

3. CARRIER PHONE: (573) 335-3327

4. CARRIER ADDRESS:
2094 Southern Expressway, Rt. 74
Cape Girardeau MO 63701

CARRIER P.O. BOX: NONE

5. CARRIER TELEX: NONE

6. CARRIER FAX: (573) 335-3328

7. CARRIER EASYLINK: NONE

8. TO: (PERSONAL PROPERTY SHIPPING OFFICE/GBLOC) JPPSO-SAT/PPD-SS/OS (HAFC)
613 Northwest Loop 410, Suite 400
San Antonio TX 78216-5518

9. TYPE OF LOI: (CHECK ONLY ONE TYPE PER FORM)

A.___ DOMESTIC INTRASTATE B. X DOMESTIC INTERSTATE C.___ INTERNATIONAL HHG D.___ INTERNATIONAL UB

10. NEW OR REPLACEMENT LOI:

A.___ NEW LOI

B. X THIS LOI REPLACES LOI ACCEPTED 17 OCT 03

11. THIS LOI IS APPLICABLE TO YOUR OPERATING AREA(S) (LIST AREA(S)):

Zone 1, Zone 3, Zone 4

12. SCOPE OF OPERATING AUTHORITY AS INDICATED ON CERTIFICATES/PERMITS ON FILE WITH HEADQUARTERS MTMC: (*)

| | | | |
|---|---|---|---|
| A. C = CONUS | X | | |
| B. CA = CONUS + AK | | E. CAE = CONUS + AK W/EXCEPTION ( ) | |
| C. CAH = CONUS + AK & HI | | F. CAHE = CONUS + AK & HI W/EXCEPTION ( ) | |
| D. CE = CONUS W/EXCEPTION ( ) | | G. I = INTRASTATE ( ) | |
| | | * PPSO MAY REQUEST A COPY | |

FIGURE AY-1. Letter of Intent

# LETTER OF INTENT (LOI)

## HOUSEHOLD GOODS OR UNACCOMPANIED BAGGAGE (PRESCRIBING DIRECTIVE IS DOD 4500.9-R)

Page 2 of 2

CARRIER SCAC:

DATE:

13. LIST OF DESIGNATED AGENTS:

| A. CS# | B. BOOKING AGENT | C. AGENT NAME/MAILING ADDRESS | D. AGENT PHYSICAL ADDRESS | E. PHONE/TELEX/FAX |
|---|---|---|---|---|
| 1 | LEAD BOOKING AGENT<br>Yes | ✓Williams Moving Company<br>P O Box 69<br>Dexter MO 63841-0069 | 17972 North Outer Road<br>Dexter MO 63841 | PH: (573) 624-3505<br>FAX: (573) 624-2782<br>WATT: (866) 624-2259 |
| | | Contact: Rick Williams or Rick Rauls<br>BOOKING EMAIL ADDRESS: militarybookings@semo.net | | |
| 1 | ZONE 1 Servicing Agent<br>No | ✓Lone Star Relocation Services, Inc.<br>P O Box 18505<br>San Antonio TX 78218 | 7801 I-35 North<br>San Antonio TX 78218 | PH: (210) 653-7000<br>FAX: (210) 653-2517<br>WATT: (800) 692-5536 |
| 1 | ZONE 3 Servicing Agent<br>No | ✓Williams Moving Company<br>P O Box 69<br>Dexter MO 63841-0069 | 900 North 2nd Street<br>Blytheville AR 72315 | PH: (870) 763-6610<br>FAX: (573) 624-2782 |
| 1 | ZONE 4 Servicing Agent<br>No | ✓Westside Moving & Storage<br>P O Box 6010<br>Lawton OK 73506-0010 | 1701 South Sheridan<br>Lawton OK 73501 | PH: (580) 581-1474<br>FAX: (580) 581-1476 |
| 1 | ZONE 4 Secondary Agent<br>No | A & D Moving & Stge.<br>P O Box 1121<br>Lawton OK 73502 | 1415 1/2 S. Sheridan Rd.<br>Lawton OK 73505 | PH: (580) 353-6010<br>FAX: (580) 357-6282 |

14. REMARKS (THIS SECTION MAY BE USED BY CARRIER AND/OR PPSO)

FIGURE AY-1 (Cont). Letter of Intent

LETTER OF INTENT (LOI)

Page 1 of 2

HOUSEHOLD GOODS OR UNACCOMPANIED BAGGAGE (PRESCRIBING DIRECTIVE IS DOD 4500.9-R)

THIS SECTION FOR PPSO USE ONLY

A. TITLE

B. SIGNATURE [signature], SSGT

C. ACCEPTANCE DATE 22Apr04

D. THIS LOI IS EFFECTIVE ____________ CYCLE

THIS SECTION FOR CARRIER USE ONLY

YOU ARE REQUESTED TO ACCEPT THIS LOI AS EVIDENCE OF OUR INTENT TO PROVIDE PERSONAL PROPERTY SERVICES FROM YOUR AREA(S) OF RESPONSIBILITY. WE ARE A DOD APPROVED CARRIER AND COPIES OF FEDERAL AND/OR STATE CERTIFICATES AND/OR PERMITS ARE ON FILE WITH HQMTMC. I CERTIFY THAT THE FOLLOWING STATEMENTS ARE TRUE AND COMPLETE. ANY MISREPRESENTATION AND/OR FALSIFICATION MAY BE SUBJECT TO PROSECUTION UNDER SECTION 1001, TITLE 18, UNITED STATES CODE. I FURTHER CERTIFY I HAVE WRITTEN AGREEMENTS WITH AGENTS INDICATED ON THIS LOI FOR THE PURPOSE OF HANDLING NOTED CODES OF SERVICE. I CERTIFY THAT FACILITIES OF THESE AGENTS HAVE BEEN INSPECTED BY AN AUTHORIZED REPRESENTATIVE OF MY COMPANY AND SUCH FACILITIES MEET THE STANDARDS OF THE TENDER OF SERVICE.

TITLE, TYPED NAME AND SIGNATURE OF CARRIER APPROVING OFFICIAL: Traffic Manager Bonnie Miller [signature: Bonnie Miller]

DATE: 13 April 04

LOI WILL REMAIN ON FILE CONTINUOUSLY UNTIL REPLACED WITH ANOTHER LOI OR RETURNED BY PPSO.

1. CARRIER NAME: Day Transfer Company

2. CARRIER SCAC: DAYY

3. CARRIER PHONE: (573) 335-3327

4. CARRIER ADDRESS:
2094 Southern Expressway, Rt. 74
Cape Girardeau MO 63701

CARRIER P.O. BOX: NONE

5. CARRIER TELEX: NONE

6. CARRIER FAX: (573) 335-3328

7. CARRIER EASYLINK: NONE

2004 APR 6 PM 2:00

8. TO: (PERSONAL PROPERTY SHIPPING OFFICE/GBLOC) JPPSO-SAT/PPD-SB/OB (HAFC)
613 Northwest Loop 410, Suite 400
San Antonio TX 78216-5518

9. TYPE OF LOI: (CHECK ONLY ONE TYPE PER FORM)

A.___ DOMESTIC INTRASTATE B. X DOMESTIC INTERSTATE C.___ INTERNATIONAL HHG D.___ INTERNATIONAL UB

10. NEW OR REPLACEMENT LOI:

A.___ NEW LOI B. X THIS LOI REPLACES LOI ACCEPTED 19 Dec 03

11. THIS LOI IS APPLICABLE TO YOUR OPERATING AREA(S) (LIST AREA(S)):

Zone 1, Zone 3, Zone 4, Zone 5, Zone 6

12. SCOPE OF OPERATING AUTHORITY AS INDICATED ON CERTIFICATES/PERMITS ON FILE WITH HEADQUARTERS MTMC: (*)

| | | | |
|---|---|---|---|
| A. C = CONUS | X | E. CAE = CONUS + AK W/EXCEPTION ( ) | |
| B. CA = CONUS + AK | | F. CAHE = CONUS + AK & HI W/EXCEPTION ( ) | |
| C. CAH = CONUS + AK & HI | | G. I = INTRASTATE ( ) | |
| D. CE = CONUS W/EXCEPTION ( ) | | * PPSO MAY REQUEST A COPY | |

FIGURE AY-1. Letter of Intent



VOID

LETTER OF INTENT (LOI)

Page 2 of 2

HOUSEHOLD GOODS OR UNACCOMPANIED BAGGAGE (PRESCRIBING DIRECTIVE IS DOD 4500.9-R)

CARRIER SCAC: DAYY

13. LIST OF DESIGNATED AGENTS:

| A. C/S | B. BOOKING AGENT | C. AGENT NAME/MAILING ADDRESS | D. AGENT PHYSICAL ADDRESS | E. PHONE/TELEX/FAX |
|---|---|---|---|---|
| | LEAD BOOKING AGENT | | | |
| 1 | Yes | Williams Moving Company<br>P O Box 69<br>Dexter MO 63841-0069 | 17972 North Outer Road<br>Dexter MO 63841 | |
| PH: (573) 624-3505 | | FAX: (573) 624-2782 | | WATT: (866) 624-2259 |
| Contact: Rick Williams or Rick Rauls | | | | |
| BOOKING EMAIL ADDRESS: militarybookings@semo.net | | | | |
| | ZONE 1 & ZONE 5 | Servicing Agent | | |
| 1 | No | Lone Star Relocation Services, Inc.<br>P O Box 18505<br>San Antonio TX 78218 | 7801 I-35 North<br>San Antonio TX 78218 | |
| Ph: (210) 653-7000 | | Fax: (210) 653-2517 | | Watt: (800) 692-5536 |
| | ZONE 3 | Servicing Agent | | |
| 1 | No | Williams Moving Company<br>P O Box 69<br>Dexter MO 63841-0069 | 900 North 2nd Street<br>Blytheville AR 72315 | |
| Ph: (870) 763-6610 | | Fax: (573) 624-2782 | | |
| | ZONE 4 | Servicing Agent | | |
| 1 | No | Westside Moving & Storage<br>P O Box 6010<br>Lawton OK 73506-0010 | 1701 South Sheridan<br>Lawton OK 73501 | |
| Ph: (580) 581-1474 | | Fax: (580) 581-1476 | | |
| | | Secondary Agent<br>A & D Moving & Stge.<br>P O Box 1121<br>Lawton OK 73502 | 1415 1/2 S. Sheridan Rd.<br>Lawton OK 73505 | |
| Ph: (580) 353-6010 | | Fax: (580) 357-6282 | | |
| | ZONE 6 | Servicing Agent | | Ph: 903 793-1951 |
| 1 | No | American Movers, Inc.<br>P O Box 2467<br>Texarkana TX 75504 | 2507 W. 7th Street<br>Texarkana TX 75501 | Fax: 903 794-5140<br>Watt: 800 452-8710 |

14. REMARKS (THIS SECTION MAY BE USED BY CARRIER AND/OR PPSO)

FIGURE AY-1 (Cont). Letter of Intent