**Williams Moving Company**

**From:** "JPPSO-San Antonio Automated Booking for Carriers" <abc@jppsosat.randolph.af.mil>
**To:** "Booking Agent for DAYY" <militarybookings@semo.net>
**Cc:** "JPPSO-SAT Outbound Team 1" <abcs1@jppsosat.randolph.af.mil>
**Sent:** Friday, April 09, 2004 11:00 AM
**Attach:** ZY-711231.txt
**Subject:** Bill of Lading Issued: ZY-711231- TA: JPBOLT, SSAN: YO2963, SHIP #1, SCAC: DAYY, COS: 1A

The following shipment has been assigned BL NUMBER ZY-711231

Name: YORK, JASON Grade/Rank: O-4/MAJ Special:
Br Svc: M SSN: YO2963 Insurance: BASIC
SCAC: DAYY Accepted By: rick rauls
Servicing Agent: LONES (LONE STAR RELOCATION SERVICES, INC)
NTS Contractor:
Service Type: INTER COS: 1A
Pickup Address:
2721 ASHLEY MEADOW - ASHLEY PLACE SUBDIV
GUADALUPE
SCHERTZ, TX 78154
PU Number: 210-566-8035 Ext:
Duty Phone: 210-373-6708 Ext:
PU Email address:
PU Rel Agt: MAUREEN YORK PU Rel Agt Phone: Ext:
Pack Date: 02-JUN-04
Pack Date: 03-JUN-04
Pack Date:
PU Date: 04-JUN-04
RDD: 17-JUN-04
RPDD:
Weight: 9000
Pro Gear: 500
Dest GBLOC: ALNT
Dest Rate Area: US15
Dest TMO: NAVAL STATION NEWPORT RI
In-transit Email Address:
Delivery Address:

NEWPORT
NEWPORT, RI 02840
Del Ph#: Ext:
Del Email Address:
Rec Agt: MAUREEN V YORK Rec Agt Number: Ext:
Remarks: SHIPMENT CONTAINS FIREARMS AND LARGE SAFE. GROUP COUNSELLED PER DD 1797.

"The information contained in this e-mail may contain Privacy Act information
and is therefore protected under the Privacy Act of 1974."
Failure to protect Privacy Act information could result in a $5,000 fine.