# U.S. Government

# Freight Transportation Handbook

July 25, 2000

# TABLE OF CONTENTS

**CHAPTER 1. INTRODUCTION ........ 1**

When to use CBL's, GBL's and PPGBL's ........ 1
Multiuse documents ........ 1
Prohibitions ........ 2
Computer preparation ........ 2
Overprinting ........ 2
Numbering system ........ 2
Control and accountability ........ 3
Multicar/trailer/container shipments ........ 3
Obtaining GBL's and PPGBL's ........ 3
Disposing of obsolete, spoiled, canceled or unused GBL's and PPGBL's ........ 3
Where to get help ........ 4

**CHAPTER 2. U.S. GOVERNMENT BILL OF LADING (GBL) ........ 10**

PART 1. GENERAL ........ 10

Description ........ 10
Distribution and use ........ 11
TSP receipt of shipment and certification of delivery procedures ........ 11

PART 2. PREPARING THE GBL ........ 13

**CHAPTER 3.THE U.S. GOVERNMENT BILL OF LADING--PRIVATELY OWNED PERSONAL PROPERTY (PPGBL) ........ 42**

PART 1. GENERAL ........ 42

Description ........ 42
Distribution and use ........ 43
TSP receipt of shipment and certification of delivery procedures ........ 43

PART 2. PREPARING THE PPGBL ........ 44

**CHAPTER 4. COMMERCIAL BILLS OF LADING ........ 64**

Description and Use ........ 64
Carrier receipt of shipment and certification of delivery procedures ........ 64
Preparing the CBL ........ 65

**CHAPTER 5. TERMS AND CONDITIONS ........ 70**

**CHAPTER 6. USE OF U.S.-FLAG CARRIERS ........ 71**

**CHAPTER 7. EXCLUSIVE USE OF VEHICLE ........ 72**

**CHAPTER 8. RECONSIGNMENT AND DIVERSION ........ 73**

**CHAPTER 9. ALTERING OR CORRECTING BILLS OF LADING ........ 74**

**CHAPTER 10. SUBSTITUTE DOCUMENTATION IN LIEU OF LOST GOVERNMENT BILL OF LADING ........ 76**

Billing When GBL's/PPGBL's Are Lost or Destroyed ........ 76
Processing Lost GBL's/PPGBL's Which Are Recovered ........ 77

**CHAPTER 11. CARRIER BILLING PROCEDURES AND INSTRUCTIONS FOR PREPARATION OF SF1113 ........ 78**

Carrier Billing Procedures ........ 78
Preparation of the SF 1113 ........ 81
Supplemental Billings ........ 85

**CHAPTER 12. PAYMENT AND SUBMISSION OF TRANSPORTATION BILLS FOR AUDIT ........ 86**

Payment of Transportation Bills ........ 86
Submission of Paid Transportation Bills for Postpayment Audit ........ 86
Where to Get Help: ........ 90
Glossary of Terms ........ 91

# TERMS AND CONDITIONS

The contractual terms and conditions between the TSP and the United States, parties to the PPGBL, are published in the Code of Federal Regulations (CFR)). These provisions are incorporated by a reference which appears on the reverse of the original PPGBL.

**TERMS AND CONDITIONS.** It is mutually agreed and understood between the United States and carriers, including forwarders, who are parties to this bill of lading that:

This bill of lading is governed by the regulations relating thereto as published in Title 41, Part 101-41, of the Code of Federal Regulations

Except as provided in 41 CFR 101 or as otherwise stated hereon, this bill of lading is also subject to the same rules and conditions as govern commercial shipments made on the usual forms provided therefor by the carrier.

All parties to this bill of lading (carriers, agents, freight forwarders, and others), recognizing that this shipment is made under the auspices of the United States Government, agree to forgo any liens that may arise from any cause whatsoever and not to detain or impound this shipment for any reason.

Carrier shall in no way demand prepayment of charges nor make any collection of charges at time of delivery.

Interest shall accrue from the voucher payment date on overcharges made hereunder and shall be paid at the same rate in effect on that date as published by the Secretary of the Treasury pursuant to the Debt Collection Act of 1982.