NU. T 57926 MO
I.C.C. NO. 72958

UNIFORM HOUSEHOLD GOODS BILL OF LADING AND FREIGHT BILL

DAD TRANSFER CO.
2094 SOUTHERN EXPRESSWAY
CAPE GIRARDEAU, MISSOURI 63703
PHONE: 573-335-3327

VEHICLE NO. DT-05-13-04

№ 5134

**IN CASE OF NEED: CONTACT TRAFFIC CONTROL MGR. AT ABOVE ADDRESS OR TELEPHONE NUMBER**

CONNECTING OR INTERLINING CARRIER (IF ANY) ____ ADDRESS ____ PHONE ____

RECEIVED, subject to classifications, tariffs, rules and regulations including all terms printed or stamped hereon or on the reverse side hereof in effect on the date of issue of this bill of lading

| | |
|---|---|
| SHIPPER YORK, JASON D. MAJ DATE 04 JUN 04 | CONSIGNED TO YORK, JASON D. MAJ |
| ADDRESS 2721 ASHLEY MEADOW | ADDRESS |
| FLOOR ____ ELEV. ____ TEL. 210/566-8035 | FLOOR ____ ELEV. ____ TEL. |
| CITY SCHERTZ COUNTY GUADALUPE STATE TX | CITY NEWPORT COUNTY NEWPORT STATE RI |

| ACTUAL PICKUP DATE | AGREED PICKUP DATE or period of time | GUARANTEED PICKUP DATE | AGREED DELIVERY DATE | GUARANTEED DELIVERY DATE |
|---|---|---|---|---|
| | 04 JUN 04 (if applicable) | (if applicable) | RDD 17 JUN 04 (if applicable) Daily Allowance | (if applicable) |

**NOTIFICATION OF CHARGES**

SHIPPER REQUESTS NOTIFICATION OF ACTUAL CHARGES TO PARTY SHOWN BELOW ☐ (C.O.D. SHIPPERS ONLY)
NOTIFY ____
ADDRESS ____ TEL. ____
IN CASE OF DELAY, OR IF CHARGES EXCEED ESTIMATE BY MORE THAN 10%
NOTIFY ____
ADDRESS ____ TEL. ____
Payment in Cash or Certified Check, Money Order, Traveler's Check or Cashier's Check
BILLING INFORMATION ZY711231
NAME ____
ADDRESS ____
CITY & STATE ____
ATTENTION OF ____

INSURANCE: The shipper declares the actual cash value of the shipment to be $ XXXX
Insurance Rate $ XXXXXXX per hundred dollars, premium $ XXXXXXXXXXXXX
Signature ____

Notice: Carrier's tariffs, by this reference, are made a part of the bill of lading and may be inspected at carrier's facility, or, on request, carrier will furnish a copy of any tariff provision containing carrier's rates, rules or charges governing the shipment.

Tariff D-8 SEC 3

| | ORIGINAL | REWEIGH |
|---|---|---|
| Gross | | |
| Tare | | |
| Net | | |
| Min. Wt. | | |

| SERVICES | CHARGES |
|---|---|
| Transportation FROM ZIP 78154 TO ZIP 02840 | |
| Origin/Destination Fee | |
| Fuel Surcharge (when applicable) | |
| Insurance Surcharge (when applicable) | |
| Valuation | |
| Containers, Packing & Unpacking | |
| Storage-In-Transit at ZIP Location ____ Date In ____ Date Out ____ | |
| SIT Pickup and Delivery | |
| Extra Pickups or Deliveries No. ____ at ZIP(s) ____ | |
| Extra Labor, Special Services or Waiting Time | |
| Bulky Articles | |
| Additional Weight Additives | |
| Advanced Charges | |
| Shuttle Service | |
| Self-Storage/Mini-Warehouse Pickups or Deliveries | |
| Overtime Pickups or Deliveries | |
| Other Additional Services | |

**SPECIAL SERVICES**

☐ EXPEDITED SERVICE ORDERED BY SHIPPER DELIVERED ON OR BEFORE ____
☐ SHIPMENT COMPLETELY OCCUPIED A ____ CU. FT. VEHICLE
☐ EXCLUSIVE USE OF A ____ CU. FT. VEHICLE ORDERED
☐ SPACE RESERVATION ____ CU. FT. ORDERED
☐ ____ ☐ ____

**FULL AND CUSTOM CONTAINER SERVICE**

FULL SERVICE NOTE: For shipments with origin/destination in California; Customer agrees that title to all packing materials and other property sold to customer passes to customer prior to the transportation of such property to the customer by carrier. The sale price of the containers and container material is $ ____ This sale price is included in the total packing service charge.

| CONTAINERS & PACKING | $ | UNPACKING | $ |
|---|---|---|---|
| | | | |

| CUSTOM SERVICE CARTON DESCRIPTION | | CONTAINERS & PACKING QUANTITY | UNPACKING QUANTITY |
|---|---|---|---|
| DISH PACKS | | | |
| CARTONS | Less Than 3 cft. | | |
| CARTONS | 3 cft. | | |
| CARTONS | 4.5 | | |
| CARTONS | 6 | | |
| CARTONS | 6.5 | | |
| WARDROBE, CTN. | | | |
| CRIB MATTRESS CTN. | | | |
| MATTRESS CTN., TWIN/TWIN LONG | | | IN 4/30 NAL |
| MATTRESS CTN., DOUBLE (NOT EXCEEDING 54" X 75") | | | |
| MATTRESS CTN., KING/QU. (EXCEEDING 54" X 75") | | | SIT # 4168001 |
| HEAVY DUTY | | | |
| OTHER | | | |
| OTHER | | | |

TOTAL CONTAINERS & PACKING $ ____ TOTAL UNPACKING $ ____

TOTAL CONTAINERS & PACKING AND UNPACKING

**CUSTOMER'S DECLARATION of VALUE**
**THIS IS A TARIFF LEVEL OF CARRIER LIABILITY - IT IS NOT INSURANCE**

You must select, in your own handwriting, one of the following two options for your shipment. The option you select establishes your mover's maximum liability for your goods, subject to the rules contained in your mover's tariff.

OPTION 1: Full (Replacement) Value Protection. If any article is lost, destroyed or damaged while in your mover's custody, your mover will either 1) repair the article to the extent necessary to restore it to the same condition as when it was received by your mover, or pay you the cost of such repairs; or 2) replace the article with an article of like kind and quality, or pay you for the cost of such a replacement. An additional charge applies for this option.

To select Option 1, you must write, on the line below, either a lump sum dollar amount for the value of your shipment that may not be less than $5000, or an amount per pound that may not be less than $4.00 per pound, whichever is greater.

The value of my shipment is: per GBL

You must also select one of the following deductible amounts that will apply for your shipment:
No Deductible (____) Initial $250 Deductible (____) Initial $500 Deductible (____) Initial

OPTION 2 Released Value of 60 Cents Per Pound Per Article. If any article is lost, destroyed or damaged while in your mover's custody, your mover's liability is limited to the actual weight of the lost, destroyed or damaged article multiplied by 60 cents per pound per article. This is the basic liability level and is provided at no charge. It is considerably less than the average value of household goods.

To select Option 2, you must write, on the line below, the words "60 cents per pound".
The value of my shipment is: ____

Your signature is required here: I acknowledge that I have 1) declared a value for my shipment and selected a deductible amount, if appropriate, and 2) received and read a copy of the mover's brochure explaining these provisions and the applicable charges.

| | |
|---|---|
| Minimum Weight or Volume Charge | |
| Terms & Conditions for Payment of Total Charges — Charges ☐ Prepaid ☐ C.O.D. ☐ | |
| Maximum amount to be paid at time of delivery to obtain delivery of an estimated C.O.D. shipment | |
| BALANCE DUE (30 Working Days, Credit Extended If Requested) | |
| Prepayment Collected By | |
| **BALANCE DUE** | |

DELIVERY ACKNOWLEDGEMENT: SHIPMENT WAS RECEIVED IN APPARENT GOOD CONDITION EXCEPT AS NOTED ON INVENTORY, AND SERVICES ORDERED WERE PERFORMED.
SIGNED ____
REC'D FOR STORAGE ____ (WAREHOUSE) CONSIGNEE ____
BY ____ (WAREHOUSEMAN'S SIGNATURE) ____ DATE PER ____

**Extraordinary (Unusual) Value Article Declaration**

I acknowledge that I have prepared and retained a copy of the "Inventory of Items Valued in Excess of $100 Per Pound Per Article" that are included in my shipment and that I have given a copy of this inventory to the mover's representative. I also acknowledge that the mover's liability for loss of or damage to any article valued in excess of $100 per pound will be limited to $100 per pound for each pound of such lost or damaged article (based on actual article weight), not to exceed the declared value of the entire shipment, unless I have specif-