# EXHIBIT 3

# BILL OF LADING — PRIVATELY OWNED PERSONAL PROPERTY

**B/L NO.** ZY-711231

| 1. TRANSPORTATION COMPANY (& agent) TENDERED TO | 2. SCAC | 3. SERVICE CODE | 4. SHIPMENT NO. | 5. DATE B/L PRINTED |
|---|---|---|---|---|
| Day Transfer Company (LONE STAR RELOCATION SERVICES, INC) | DAYY | 1A | 1 OF 2 | 18-MAY-04 |

| 6. REQUESTED PACKING DATE | 7. REQUESTED PICKUP DATE | 8. REQUIRED DELIVERY DATE | 9. PRIVACY ACT DATA | 10. PROPERTY OWNER'S NAME, SOCIAL SECURITY NO., RANK AND PAY GRADE |
|---|---|---|---|---|
| 02-JUN-04 | 04-JUN-04 | 17-JUN-04 | (5 USC 552a) This form serves as a procurement, accountability and payment form in the shipment of privately owned personal property for the account of the U.S. Information thereon may be used to prepare related documents or collect excess costs. Disclosure of Information is voluntary but its absence may preclude shipment of property. | YORK, JASON D   MAJ  O-4 PCS  WD |

13. EXTRA PICKUP/DELIVERY (Complete address)

SERVICE NOT APPLICABLE

| 11. AUTHORITY FOR SHIPMENT (Order No. Par. No., HQ) | 12. DATE OF ORDER |
|---|---|
| 1320   USMC 4TH RECON BN SA | 09-FEB-04 |

| 14. DEPARTMENT/AGENCY | 15. TRANSPORTATION CONTROL NO. |
|---|---|
| US - MC | |

16. Received by the transportation company named above, the property hereinafter described, in apparent good order and condition (contents and value unknown), to be forwarded to destination by the said company and connecting lines, there to be delivered in like good order and condition to said consignee. This bill of lading is governed by the regulations relating thereto as published in Title 41, Part 102-118 of the Code of Federal Regulations. Terms and Conditions are also contained in the Tender of Service.

17. FULL NAME OF SHIPPER

JPPSO-SAN ANTONIO

| 18. CONSIGNEE (Name and destination delivery address) (See block 13) | 19. FROM (Complete address of point of pickup) (See block 13.) |
|---|---|
| MAUREEN V YORK AGENT  NEWPORT    (NEWPORT)    RI  US15    02840 | 2721 ASHLEY MEADOW - ASHLEY PLACE SUBDIV  SCHERTZ (GUADALUPE)  TX 78154  US68 RA:MAUREEN YORK |

| 20. RESPONSIBLE DESTINATION INSTALLATION/OFFICE | GBLOC ALNT | 21. BILL CHARGES TO (Dept./Agcy., Bur./Off., and complete mailing address) |
|---|---|---|
| NAVAL STATION NEWPORT RI  RI 02841-1510  401-8412091 | | COMPT TRAN VOUCH CERT BRANCH (TVCB)  ATTN CODE 470  814 RADFORD BLVD STE 20318  ALBANY, GA 31704-0318 |

| 22. VIA (Name of interlining carriers) | 23. FOR CARRIER USE ONLY - WAYBILL/FREIGHT BILL NO. | 24. APPROPRIATION CHARGEABLE |
|---|---|---|
| | | 1741105.2753 44690 000027 265550695 74152 74154 |

25. REMARKS (Special services, use reverse)

THIS SHIPMENT CONTAINS FIREARMS-BEFORE EFFECTING DELIVERY TO RESIDENCE OR PLACING IN STORAGE, THE CARRIER SHALL NOTIFY THE PPSO SPECIFIED IN BLOCK 20-

*Wuvers Copy*
*SIT # 468001*

| 26. PACKAGES | | 27. DESCRIPTION OF SHIPMENT* (Specify) | 28. WEIGHT + | FOR USE OF DESTINATION CARRIER ONLY | | | |
|---|---|---|---|---|---|---|---|
| NO. | KIND | | | SERVICES | 29. RATE | 30. CHARGES | |
| 1 | LOT | DOD SPONSORED HOUSEHOLD GOODS | GROSS **58,140** | LINE-HAUL TRANSPORTATION | | | |
| | | | TARE **46,290** | PACKING/ UNPACKING | | | |
| | | | NET **11,850** | OTHER/ACCESS-ORIAL SERVICES | | | |
| | | | + inclu. professional books, papers, and equipment weighing: | TOTAL | | | |

31. TARIFF OR SPECIAL RATE AUTHORITIES
RS D-8 - 160%

32a. ISSUING OFFICER (Name and Title) JAMES F MCGOVERN JR, COL, USAF
DIRECTOR

| 32b. ISSUING OFFICE (Name and Complete address) | GBLOC HAFC |
|---|---|
| JPPSO-SAN ANTONIO  613 NORTHWEST LOOP 410 SUITE 400  SAN ANTONIO TX 78216-5518 | |

* Issued at lowest valuation cited in appropriate tender or tariff unless otherwise stated hereon.

**B/L NO.** ZY-711231

CERTIFICATE FOR RECEIPT OF SHIPMENT AND ORIGINAL BILL OF LADING

| 33a. NAME OF TRANSPORTATION COMPANY | 33b. DATE OF RECEIPT OF SHIPMENT |
|---|---|
| Day Transfer Company (LONE STAR RELOCATION SERVICES, INC) | |

34. FOR USE OF PAYING OFFICER (Does not affect carrier charges)

| 33c. SIGNATURE OF AGENT/DRIVER | 33d. PER |
|---|---|
| | |

| UNAUTHORIZED ITEMS | EXCESS DISTANCE | OTHERS (Explain under remarks) |
|---|---|---|
| EXCESS VALUATION | EXCESS WEIGHT | |

CERTIFICATE OF CARRIER BILLING FOR CHARGES - CONSIGNEE MUST NOT PAY ANY CHARGES ON THIS SHIPMENT

| 35a. ON (Date) | 35b. AT (Actual delivery point) + + | 35c. THE (Name of delivery carrier) |
|---|---|---|
| | | |

| 35d. DELIVERED THIS CONSIGNMENT TO | ☐ STORAGE IN TRANSIT  ☐ RESIDENCE | 35e. COMPLETE AND IN APPARENT GOOD ORDER EXCEPT AS MAY BE INDICATED HEREAFTER | ☐ SHORTAGE | ☐ DAMAGE | ☐ CARRIER OS&D REPORT ATTACHED |
|---|---|---|---|---|---|

| 35f. NAME OF DESTINATION CARRIER (Carrier authorized to bill charges) | 35g. SIGNATURE OF CARRIER'S AUTHORIZED AGENT |
|---|---|
| | |

+ + Carrier to execute and attach Certificate of Storage and Liability for shipment placed in storage in transit

Andrews 0093