# EXHIBIT 5

# BILLING WAIVER AGREEMENT

THE FOLLOWING CARRIER OR CARRIERS,

DAY TRANSFER CO. (DAYY)

AGREES TO WAIVER MILITARY SHIPMENTS TO WILLIAMS MOVING COMPANY OF DEXTER, MISSOURI FOR THE FOLLOWING MILITARY INSTALLATIONS:

NSA Millington, TN
Ft Leonard Wood, MO
JPPSO Colorado Springs, CO
JPPSO San Antonio, TX

WILLIAMS MOVING COMPANY AGREES TO:

1. HANDLE ALL DISPATCHING AND TRACINGOF WAIVERED SHIPMENTS
2. BILL ALL CHARGES ON SAID SHIPMENTS
3. AT THE TIME OF PAYMENT SEND THE ABOVE CARRIER COPIES OF THE GBL, CARRIER'S BILL OF LADING, AND PUBLIC VOUCHER ALONG WITH A CHECK FOR 5% OF THE DISTRIBUTED LINEHAUL CHARGES.
4. PAY ALL PARTIES INVOLVED FOR THEIR PORTION OF WORK ON THE SHIPMENT
5. BILL AND PAY ALL DESTINATION WAREHOUSES
6. SETTLE AND PAY ALL CLAIMS WITHIN THE TIME ALLOTTED BY THE MILITARY TENDER OF SERVICE. ANY CHARGEBACKS OF SET-OFFS ON ANY OF THE SHIPMENTS WILL BE RE-IMBURSED TO THE ABOVE CARRIER WITHIN 10 DAYS OF NOTICE OF THE SET-OFF.
7. CHARGE RESPONSIBLE PARTIES FOR THEIR SHARE OF ANY CLAIMS.
8. HOLD ALL MONIES IN EACH SHIPMENT IN TRUST INTIL EACH PARTY INVOLVED HAS BEEN PAID AND ALL CLAIMS HAVE BEEN SETTLED.
9. HOLD THE ABOVE CARRIER OR CARRIERS HARMLESS ON ANY AND ALL CLAIMS ARISING FROM ANY OF THE SHIPMENTS WAIVERED UNDER THIS AGREEMENT EXCEPT IN CASES WHERE THE ABOVE CARRIER IS PHYSICALLY INVOLVED IN HANDLING OR WAREHOUSING THE SHIPMENT.
10. UPON REQUEST, PROVIDE THE ABOVE CARRIER OR CARRIERS A CERTIFICATE OF INSURANCE FOR CARGO, WORKERS COMPENSATION, AND GENERAL LIABILITY INSURANCE.

AGREED THIS 15th DAY OF April, 1998.

Connie Nebel
SIGNATURE OF OFFICIAL

Sec
TITLE OF OFFICIAL

4/15/98
DATE

Rick Williams
SIGNATURE OF OFFICIAL

Rick Williams, President
TITLE OF OFFICIAL

April 15, 1998
DATE