# EXHIBIT 6

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JASON YORK and MAUREEN YORK, Plaintiffs, v. DAY TRANSFER COMPANY, APOLLO VAN LINES, INC. and ANDREWS EXPRESS & STORAGE WAREHOUSE, INC., Defendants, v. WILLIAMS MOVING COMPANY, Third-Party Defendant. | C.A. No. 551S<br>**WILLIAMS' RESPONSES TO APOLLO'S REQUEST FOR ADMISSIONS** |

Third-party defendant, WILLIAMS MOVING COMPANY ("WILLIAMS"), hereby responds to defendant APOLLO VAN LINES, INC.'s ("APOLLO's") Request For Admissions, dated August 22, 2005, as follows:

**REQUEST NO. 1:** The "Work Order/Registration Sheet" (Exhibit A attached) is a document which was prepared by Williams Moving Company and transmitted by Williams Moving Company to Apollo Van Lines, Inc. on June 1, 2004 at 12:17 p.m.

**RESPONSE NO. 1:** The "Work Order/Registration Sheet" in question was filled in and completed by LONE STAR RELOCATION SERVICES, INC. ("LONE STAR"), except the information in the spaces for Destination Agent" ["Andrews Express & Stge"] and "Hauler" ["Apollo V/L"] which was filled in by WILLIAMS. The "Work Order/Registration Sheet" was transmitted by WILLIAMS to APOLLO by fax on June 1, 2004 at 12:17 p.m.

**REQUEST NO. 2:** The "Work Order/Registration Sheet" (Exhibit A attached) is a true and genuine copy of the original Work Order/Registration Sheet of Williams Moving Company.

**RESPONSE NO.2:** Admits; with the exception that the handwritten notation "CM 4079 Tracy Keller," on the lower left-hand corner does not appear on WILLIAMS' copy of the document.

**REQUEST NO. 3:** The "Work Order/Registration Sheet" (Exhibit A attached) is the Williams first writing to Apollo requesting Apollo's services to pick up the York household goods at Schertz, Texas on June 4, 2004 and deliver them into storage on June 17, 2004.

**RESPONSE NO. 3:** Admits that the "Work Order/Registration Sheet" is WILLIAMS first writing to APOLLO relating to the pick-up of the York shipment in Schertz, Texas on June 4, 2004, but denies that WILLIAMS instructed APOLLO to deliver the York household goods into storage on June 17, 2004.

**REQUEST NO. 4:** Williams Moving Company selected the destination agent, Andrews Express & Storage Warehouse, Inc. and instructed Apollo Van Lines, Inc. to make delivery of the York household goods to Andrews Express & Storage Warehouse, Inc.

**RESPONSE NO. 4:** Admits that WILLIAMS selected ANDREWS EXPRESS as the destination agent, but denies that WILLIAMS instructed APOLLO to deliver the shipment to ANDREWS.

**REQUEST NO. 5:** Day Transfer Company selected the destination agent, Andrews Express & Storage Warehouse, Inc. and instructed Apollo Van Lines, Inc. to make delivery to Andrews Express & Storage Warehouse, Inc. in Newport, Rhode Island.

**RESPONSE NO. 5:** Denies.