# EXHIBIT 8

**HOUSEHOLD GOODS DESCRIPTIVE INVENTORY**

CONTRACTOR OR CARRIER: **APOLLO VAN LINES, INC.**

TAG COLOR ____ NOS. ____ THRU ____ TAG LOT NO. ____ AGENT

PAGE NO. NO. OF PAGES

CARRIER'S REFERENCE NO. JT-05-13-04

CONTRACT OR GBL. NO. Z4711231

GOVT. SERVICE ORDER NO.

OWNER'S GRADE OR RATING AND NAME: York Jason D. maj

ORIGIN LOADING ADDRESS: 2721 Ashley Meadow CITY: Schertz, STATE: TX

DESTINATION: Newport RI

VAN NUMBER 1094

DESCRIPTIVE SYMBOLS

B/W - BLACK & WHITE TV
C - COLOR TV
CP - CARRIER PACKED
PBO - PACKED BY OWNER
CD - CARRIER DISASSEMBLED
SW - STRETCH WRAPPED
DBO - DISASSEMBLED BY OWNER
PB - PROFESSIONAL BOOKS
PE - PROFESSIONAL EQUIPMENT
PP - PROFESSIONAL PAPERS
MCU - MECHANICAL CONDITION UNKNOWN

EXCEPTION SYMBOLS

BE - BENT
BR - BROKEN
BU - BURNED
CH - CHIPPED
CU - CONTENTS & CONDITION UNKNOWN
D - DENTED
F - FADED
G - GOUGED
L - LOOSE
M - MARRED
MI - MILDEW
MO - MOTHEATEN
P - PEELING
R - RUBBED
RU - RUSTED
SC - SCRATCHED
SH - SHORT
SO - SOILED
ST - STAINED
S - STRETCHED
T - TORN
W - BADLY WORN
Z - CRACKED

LOCATION SYMBOLS

1. ARM
2. BOTTOM
3. CORNER
4. FRONT
5. LEFT
6. LEGS
7. REAR
8. RIGHT
9. SIDE
10. TOP
11. VENEER
12. EDGE
13. CENTER
14. INSIDE
15. SEAT
16. DRAWER
17. DOOR
18. SHELF
19. HARDWARE

**NOTE: THE OMISSION OF THESE SYMBOLS INDICATES GOOD CONDITION EXCEPT FOR NORMAL WEAR.**

| ITEM NO. | WHSE. CROSS REF. | DRIVER CHECK | WHSE. CHECK | SHIPPER CHECK DEST. | ARTICLES | CONDITION AT ORIGIN | EXCEPTIONS (IF ANY) AT DESTINATION | ITEM NO. |
|---|---|---|---|---|---|---|---|---|
| 121 | | | | | Plastic bins (3) | | | 1 |
| 2 | | | | | Plastic case | | | 2 |
| 3 | | | | | Large totes | (CU) | | 3 |
| 4 | | | | | Large totes | (CU) | | 4 |
| 5 | | | | | Large totes | (CU) | | 5 |
| 6 | | | | | Cabinett | (CH, S, 8, 9, 7, 3's 2 CH, S, 9, 2, 12's 5, 7) | | 6 |
| 7 | | | | | | (SC, R, 14, 2, 5, 8, 9)(SC, 10, 8, 9) | | 7 |
| 8 | | | | | | (SO, R, 8, 9, 13) | | 8 |
| 9 | | | | | Shelves (3) | (SC, R, 10, 2, 5, 8, 9) | | 9 |
| 130 | | | | | Childs Toy | | | 0 |
| 1 | | | | | Crib Springs | | | 1 |
| 2 | | | | | Crib headboard | (CH, SC, R, 5, 8, 9, 10, 2)(R, SC, 4, 5, 8, 9 | | 2 |
| 3 | | | | | | 12's 3's) | | 3 |
| 4 | | | | | Crib foot board | (SC, CH, R, M, 5, 8, 9, 10, 2, 13) | | 4 |
| 5 | | | | | | (SC, R, 4, 5, 8, 9, 10, 2, 13 12's 3's) | | 5 |
| 6 | | | | | Crib Side rails (2) | (SC, R, 4, 7, 5, 8, 9, 13) | IN-B4 [illegible] | 6 |
| 7 | | | | | Crib parts (6) | | | 7 |
| 8 | | | | | Queen bed frame | | 6-16-04 | 8 |
| 9 | | | | | Glider stool | (brace ~~on 2 too~~ (2) L) (G, S, 9, 4, 13) | | 9 |
| 140 | | | | | | R, 8, 9, 4, 13) | ANDREWS | 0 |
| 1 | | | | | basket | (SC, R, M, SO, 10, handles) | | 1 |
| 2 | | | | | Ironing board | (SC, R, RU, 6's 5, 8, 9, 4, 7) | | 2 |
| 3 | | | | | Mirror braces (2) | | | 3 |
| 4 | | | | | Bundle | (hamper parts) | | 4 |
| 5 | | | | | ~~Wrap~~ Glider Chair | (Cushion SO, S, 8, 9, 4, 7, 3's)(R 4, 14, 1's 5, 8, 9) | | 5 |
| 6 | | | | | | (SO, R, 8, 9, 4, 7, 12's, 10, 2) | | 6 |
| 7 | | | | | Laundry basket | | | 7 |
| 8 | | | | | Metal rack | | | 8 |
| 9 | | | | | Clothing rack parts (14) | DBO | | 9 |
| 150 | | | | | tote | Empty | | 0 |

REMARKS/EXCEPTIONS ____________________

*"WE HAVE CHECKED ALL THE ITEMS LISTED AND NUMBERED 1 TO ______ INCLUSIVE AND ACKNOWLEDGE THAT THIS IS A TRUE AND COMPLETE LIST OF THE GOODS TENDERED AND OF THE STATE OF THE GOODS RECEIVED"*

**WARNING** → *BEFORE SIGNING CHECK SHIPMENT, COUNT ITEMS AND DESCRIBE LOSS OR DAMAGE IN SPACE ON THE RIGHT ABOVE.*

| | | | | | |
|---|---|---|---|---|---|
| AT ORIGIN | CONTRACTOR, CARRIER OR AUTHORIZED AGENT (DRIVER) (SIGNATURE) [signature] | DATE 6/4/04 TIME | AT DESTINATION | CONTRACTOR, CARRIER OR AUTHORIZED AGENT (DRIVER) (SIGNATURE) | DATE TIME |
| | OWNER OR AUTHORIZED AGENT (SIGNATURE) [signature] | DATE 6/4/04 TIME | | OWNER OR AUTHORIZED AGENT (SIGNATURE) [signature] | DATE 16 Aug 04 TIME |

MILBIN PRINTING INC., 1290 MOTOR PARKWAY, HAUPPAUGE, NY 11749 (631) 582-8900

FORM 1190 BK REV. 2/00

# HOUSEHOLD GOODS DESCRIPTIVE INVENTORY

CONTRACTOR OR CARRIER: **APOLLO VAN LINES, INC.**

TAG COLOR ______ NOS. ______ THRU ______

TAG LOT NO. ______

AGENT

PAGE NO. NO. OF PAGES

CARRIER'S REFERENCE NO. DT-05-13-04

CONTRACT OR GBL NO. 24T11231

GOV'T. SERVICE ORDER NO.

OWNER'S GRADE OR RATING AND NAME: York Jason D. Maj

ORIGIN LOADING ADDRESS: 2721 Ashley Meadow CITY Schertz STATE TX

DESTINATION: Newport, RI

VAN NUMBER 1094

**DESCRIPTIVE SYMBOLS**

B/W - BLACK & WHITE TV
C - COLOR TV
CP - CARRIER PACKED
PBO - PACKED BY OWNER
CD - CARRIER DISASSEMBLED
SW - STRETCH WRAPPED
DBO - DISASSEMBLED BY OWNER
PB - PROFESSIONAL BOOKS
PE - PROFESSIONAL EQUIPMENT
PP - PROFESSIONAL PAPERS
MCU - MECHANICAL CONDITION UNKNOWN

**EXCEPTION SYMBOLS**

BE - BENT
BR - BROKEN
BU - BURNED
CH - CHIPPED
CU - CONTENTS & CONDITION UNKNOWN
D - DENTED
F - FADED
G - GOUGED
L - LOOSE
M - MARRED
MI - MILDEW
MO - MOTHEATEN
P - PEELING
R - RUBBED
RU - RUSTED
SC - SCRATCHED
SH - SHORT
SO - SOILED
ST - STAINED
S - STRETCHED
T - TORN
W - BADLY WORN
Z - CRACKED

**LOCATION SYMBOLS**

1. ARM
2. BOTTOM
3. CORNER
4. FRONT
5. LEFT
6. LEGS
7. REAR
8. RIGHT
9. SIDE
10. TOP
11. VENEER
12. EDGE
13. CENTER
14. INSIDE
15. SEAT
16. DRAWER
17. DOOR
18. SHELF
19. HARDWARE

**NOTE: THE OMISSION OF THESE SYMBOLS INDICATES GOOD CONDITION EXCEPT FOR NORMAL WEAR.**

| ITEM NO. | WHSE. CROSS REF. | DRIVER CHECK | WHSE. CHECK | SHIPPER CHECK DEST. | ARTICLES | CONDITION AT ORIGIN | EXCEPTIONS (IF ANY) AT DESTINATION | ITEM NO. |
|---|---|---|---|---|---|---|---|---|
| 151 | | | | | Desk mat | | | 1 |
| 2 | | | | | Office Desk Chair | (T,7,12's,10,13,5,8,9)(SO,R,5,8,9,7,10,2, | | 2 |
| 3 | | | | | | (SO,15,8,9,13)(T,Taped,8,1,4,3,) | | 3 |
| 4 | | | | | | (SO,8,5,1's,10,2)(T,5,8,9,1's,7,3) | | 4 |
| 5 | | | | | | (SC,R,SO,6's,8,9) | | 5 |
| 6 | | | | | Desk | (Holes,8,9,14,10,2,13,4,7,)(T Panel 6,CH, | | 6 |
| 7 | | | | | | 4,7,5,8,9,3's,12's)(Keyboard tray,CH, | | 7 |
| 8 | | | | | | 5,9,4)(CH,10,5,13,7,12)(SC,R,8,9,4,2,3) | | 8 |
| 9 | | | | | | (D,CH,5,9,14,2,) | | 9 |
| 160 | | | | | Samsung TV | (32OJA00125J)(mnCT501EZ)(MCU) | | 0 |
| 1 | | | | | Roll plastic maps | | IN-B4-HAZ | 1 |
| 2 | | | | | Metal rack | | | 2 |
| 3 | | | | | Curtain rods (2) | | 6-16-04 | 3 |
| 4 | | | | | box fan | (mcu) | | 4 |
| 5 | | | | | night stand | (SC,10,4,13)(SC,2,16,5,9,4) | ANDREWS | 5 |
| 6 | | | | | 4 drawer file cabinet | | | 6 |
| 7 | | | | | Night Stand | (CH,4,2,5,9)(D,4,2,8,9,13)(CH,10,4,5,9, | | 7 |
| 8 | | | | | | 10,5,9,13)(D,10,8,9)(CH,10,5,7,12) | | 8 |
| 9 | | | | | | (SC,R,D,4,2,5,3) | | 9 |
| 170 | | | | | Double Dresser | (SC,R,8,9,2,13,3)(D,4,5,9,2) | | 0 |
| 1 | | | | | Armoir | (R,8,9,2,4,3,12) | | 1 |
| 2 | | | | | Shelves (2) | (CH,2,12,5,8,9,4,7) | | 2 |
| 3 | | | | | Chest of Drawers | | | 3 |
| 4 | | | | | Floor Lamp | (L-shade 2,4,2,13)(BE,10,8,9) | | 4 |
| 5 | | | | | hamper bottom (2) | | | 5 |
| 6 | | | | | Wicker basket | (SH handle 8,9) | | 6 |
| 7 | | | | | Child Car Seat | | | 7 |
| 8 | | | | | Baby walker (2) | | | 8 |
| 9 | | | | | Baby bath Tub | | | 9 |
| 180 | | | | | baby bouncer frame | | | 0 |

REMARKS/EXCEPTIONS ______

*"WE HAVE CHECKED ALL THE ITEMS LISTED AND NUMBERED 1 TO ______ INCLUSIVE AND ACKNOWLEDGE THAT THIS IS A TRUE AND COMPLETE LIST OF THE GOODS TENDERED AND OF THE STATE OF THE GOODS RECEIVED"*

**WARNING** → *BEFORE SIGNING CHECK SHIPMENT, COUNT ITEMS AND DESCRIBE LOSS OR DAMAGE IN SPACE ON THE RIGHT ABOVE.*

| | | | | | |
|---|---|---|---|---|---|
| AT ORIGIN | CONTRACTOR, CARRIER OR AUTHORIZED AGENT (DRIVER) (SIGNATURE) [signature] | DATE 6/4/04 TIME | AT DESTINATION | CONTRACTOR, CARRIER OR AUTHORIZED AGENT (DRIVER) (SIGNATURE) | DATE TIME |
| | OWNER OR AUTHORIZED AGENT (SIGNATURE) [signature] | DATE 6/4/04 TIME | | OWNER OR AUTHORIZED AGENT (SIGNATURE) [signature] | DATE 16 AUG 04 TIME |

**HOUSEHOLD GOODS DESCRIPTIVE INVENTORY**

CONTRACTOR OR CARRIER: **APOLLO VAN LINES, INC.**

TAG COLOR ____ NOS. ____ THRU ____ NO. ____

AGENT

PAGE NO. ____ NO. OF PAGES ____

CARRIER'S REFERENCE NO. DT-05-13-04

CONTRACT OR GBL NO. 2471231

GOV'T SERVICE ORDER NO.

VAN NUMBER 1094

OWNER'S GRADE OR RATING AND NAME: York, Jason D. Maj

ORIGIN LOADING ADDRESS: 2721 Ashley Meadow CITY: Schertz STATE: TX

DESTINATION: Newport, RI

**DESCRIPTIVE SYMBOLS**

B/W - BLACK & WHITE TV
C - COLOR TV
CP - CARRIER PACKED
PBO - PACKED BY OWNER
CD - CARRIER DISASSEMBLED
SW - STRETCH WRAPPED
DBO - DISASSEMBLED BY OWNER
PB - PROFESSIONAL BOOKS
PE - PROFESSIONAL EQUIPMENT
PP - PROFESSIONAL PAPERS
MCU - MECHANICAL CONDITION UNKNOWN

**EXCEPTION SYMBOLS**

BE - BENT
BR - BROKEN
BU - BURNED
CH - CHIPPED
CU - CONTENTS & CONDITION UNKNOWN
D - DENTED
F - FADED
G - GOUGED
L - LOOSE
M - MARRED
MI - MILDEW
MO - MOTHEATEN
P - PEELING
R - RUBBED
RU - RUSTED
SC - SCRATCHED
SH - SHORT
SO - SOILED
ST - STAINED
S - STRETCHED
T - TORN
W - BADLY WORN
Z - CRACKED

**LOCATION SYMBOLS**

1. ARM
2. BOTTOM
3. CORNER
4. FRONT
5. LEFT
6. LEGS
7. REAR
8. RIGHT
9. SIDE
10. TOP
11. VENEER
12. EDGE
13. CENTER
14. INSIDE
15. SEAT
16. DRAWER
17. DOOR
18. SHELF
19. HARDWARE

**NOTE: THE OMISSION OF THESE SYMBOLS INDICATES GOOD CONDITION EXCEPT FOR NORMAL WEAR.**

| ITEM NO. | WHSE. CROSS REF. | DRIVER CHECK | WHSE. CHECK | SHIPPER CHECK DEST. | ARTICLES | CONDITION AT ORIGIN | EXCEPTIONS (IF ANY) AT DESTINATION | ITEM NO. |
|---|---|---|---|---|---|---|---|---|
| 181 | | | | | Child Swing Seat & frame | | | 1 |
| 2 | | | | | black case | (Sword case OE D) (Pro Gear 10 lbs) | | 2 |
| 3 | | | | | totes | Empty | | 3 |
| 4 | | | | | totes | Empty | | 4 |
| 5 | | | | | totes | Empty | INBG HA2 | 5 |
| 6 | | | | | totes | Empty | | 6 |
| 7 | | | | | totes | Empty | 6-16-04 | 7 |
| 8 | | | | | totes | Empty | | 8 |
| 9 | | | | | totes | Empty | ANDREWS | 9 |
| 190 | | | | | Childs Toy | | | 0 |
| 1 | | | | | Foot Locker | | | 1 |
| 2 | | | | | ~~Cart~~ Radio | (MCU) | | 2 |
| 3 | | | | | Queen mattress | (CP) | | 3 |
| 4 | | | | | Queen box Spring | (CP) | | 4 |
| 5 | | | | | Crib mattress | (CP) | | 5 |
| 6 | | | | | 3/3 matt | (CP) | | 6 |
| 7 | | | | | 3/3 matt | (CP) | | 7 |
| 8 | | | | | Futon matt 4/6 | (CP) | | 8 |
| 9 | | | | | 1.5 ctn | (CP) (Stain glass supplies) | | 9 |
| 200 | | | | | mirror ctn | (CP) (Stain glass artwork) | | 0 |
| 1 | | | | | 4.5 ctn | (CP) (rails & bolts) | | 1 |
| 2 | | | | | | | | 2 |
| 3 | | | | | 1.5 ctn | (CP) (controls, wires, 6 games) | | 3 |
| 4 | | | | | dish pack | (CP) (Bedding) | | 4 |
| 5 | | | | | END OF INVENTORY | | | 5 |
| 6 | | | | | | | | 6 |
| 7 | | | | | | | | 7 |
| 8 | | | | | | | | 8 |
| 9 | | | | | | | | 9 |
| 210 | | | | | | | | 0 |

REMARKS/EXCEPTIONS ____

*"WE HAVE CHECKED ALL THE ITEMS LISTED AND NUMBERED 1 TO ____ INCLUSIVE AND ACKNOWLEDGE THAT THIS IS A TRUE AND COMPLETE LIST OF THE GOODS TENDERED AND OF THE STATE OF THE GOODS RECEIVED"*

**WARNING** → *BEFORE SIGNING CHECK SHIPMENT, COUNT ITEMS AND DESCRIBE LOSS OR DAMAGE IN SPACE ON THE RIGHT ABOVE.*

| | | | | | |
|---|---|---|---|---|---|
| AT ORIGIN | CONTRACTOR, CARRIER OR AUTHORIZED AGENT (DRIVER) (SIGNATURE) [signature] | DATE 6/4/04 TIME | AT DESTINATION | CONTRACTOR, CARRIER OR AUTHORIZED AGENT (DRIVER) (SIGNATURE) | DATE TIME |
| | OWNER OR AUTHORIZED AGENT (SIGNATURE) [signature] | DATE 6/4/04 TIME | | OWNER OR AUTHORIZED AGENT (SIGNATURE) [signature] | DATE 16 Jun 04 TIME |

CONTRACTOR OR CARRIER

# HOUSEHOLD GOODS DESCRIPTIVE INVENTORY

PAGE NO. 1 of NO. OF PAGES 3

DAY TRANSFER CO

AGENT: LONE STAR RELOCATION

CARRIER'S REFERENCE NO.: DT-05-13-04

OWNER'S GRADE OR RATING AND NAME: YORK, JASON D. MAJ

CONTRACT OR GBL. NO.: ZY711231

ORIGIN LOADING ADDRESS: 2721 ASHLEY MEADOW

CITY: SCHERTZ, STATE: TX

GOVT. SERVICE ORDER NO.:

DESTINATION: NEWPORT, RI

VAN NUMBER:

**DESCRIPTIVE SYMBOLS**

B/W - BLACK & WHITE TV; C - COLOR TV; CP - CARRIER PACKED; PBO - PACKED BY OWNER; CD - CARRIER DISASSEMBLED; SW - STRETCH WRAPPED; DBO - DISASSEMBLED BY OWNER; PB - PROFESSIONAL BOOKS; PE - PROFESSIONAL EQUIPMENT; PP - PROFESSIONAL PAPERS; MCU - MECHANICAL CONDITION UNKNOWN

**EXCEPTION SYMBOLS**

BE - BENT; BR - BROKEN; BU - BURNED; CH - CHIPPED; CU - CONTENTS & CONDITION UNKNOWN; D - DENTED; F - FADED; G - GOUGED; L - LOOSE; M - MARRED; MI - MILDEW; MO - MOTHEATEN; P - PEELING; R - RUBBED; RU - RUSTED; SC - SCRATCHED; SH - SHORT; SO - SOILED; ST - STAINED; S - STRETCHED; T - TORN; W - BADLY WORN; Z - CRACKED

**LOCATION SYMBOLS**

1. ARM; 2. BOTTOM; 3. CORNER; 4. FRONT; 5. LEFT; 6. LEGS; 7. REAR; 8. RIGHT; 9. SIDE; 10. TOP; 11. VENEER; 12. EDGE; 13. CENTER; 14. INSIDE; 15. SEAT; 16. DRAWER; 17. DOOR; 18. SHELF; 19. HARDWARE

NOTE: THE OMISSION OF THESE SYMBOLS INDICATES GOOD CONDITION EXCEPT FOR NORMAL WEAR.

| ITEM NO. | CR. REF. | ARTICLES / CONDITION AT ORIGIN | SHIPPER CHECK DEST. ✓ | EXCEPTIONS (IF ANY) AT DESTINATION | ITEM NO. |
|---|---|---|---|---|---|
| 01 | | mir. ctn - pictures & | | [redacted] | 1 |
| 2 | | 3.1 ctn - dm. pictures / room decor & | | | 2 |
| 3 | | 1.5 ctn - Hitachi VCR # VT-MX231AU (orig. box) MCU & | | | 3 |
| 4 | | 1.5 ctn - dm speakers / blankets & | | | 4 |
| 5 | | WR ctn - clothes & | | | 5 |
| 6 | | WR ctn - clothes & | | | 6 |
| 7 | | 4.5 ctn - clothes / hangers & | | | 7 |
| 8 | | 4.5 ctn - shoes / clothes & | | | 8 |
| 9 | | 3.1 ctn - shoes / hangers & | | | 9 |
| 10 | | WR ctn - clothes & | | | 0 |
| 1 | | WR ctn - clothes & | | IN DQ HAR | 1 |
| 2 | | WR ctn - baby clothes & | | | 2 |
| 3 | | 4.5 ctn - baby clothes & | | 6-16-04 | 3 |
| 4 | | 4.5 ctn - baby clothes & | | | 4 |
| 5 | | 4.5 ctn - winter clothes & | | ANDREWS | 5 |
| 6 | | 4.5 ctn - infant toys / clothes & | | | 6 |
| 7 | | 4.5 ctn - clothes & | | | 7 |
| 8 | | 4.5 ctn - clothes & | | | 8 |
| 9 | | 4.5 ctn - wedding gown & | | | 9 |
| 20 | | 3.1 ctn - baby bottles & | | | 0 |
| 1 | | 3.1 ctn - baby clothes & | | | 1 |
| 2 | | 3.1 ctn - clothes & | | | 2 |
| 3 | | 3.1 ctn - clothes & | | | 3 |
| 4 | | 3.1 ctn - clothes / bath scale & | | | 4 |
| 5 | | 1.5 ctn - brother sew. machine # XR-31 (orig. box) MCU & | | | 5 |
| 6 | | 3.1 ctn - linens & | | | 6 |
| 7 | | 1.5 ctn - comics & | | | 7 |
| 8 | | 5.2 ctn Canon printer # BJC-4000 MCU / Compaq CPU # 8X25R863 MCU | | | 8 |
| 9 | | Compaq keyboard # 3872A439 MCU / Canon scanner # CY0 13562 / wires & | | | 9 |
| 30 | | 4.5 ctn - rm. items & | | | 0 |

ITEM NO. REMARKS/EXCEPTIONS

"WE HAVE CHECKED ALL THE ITEMS LISTED AND NUMBERED 1 TO INCLUSIVE AND ACKNOWLEDGE THAT THIS IS A TRUE AND COMPLETE LIST OF THE GOODS TENDERED AND OF THE STATE OF THE GOODS RECEIVED"

**WARNING** → BEFORE SIGNING CHECK SHIPMENT, COUNT ITEMS AND DESCRIBE LOSS OR DAMAGE IN SPACE ON THE RIGHT ABOVE.

TAPE LOT NO. CC 1040 TAPE COLOR Green

NOS. FROM 01 THRU 30

AT ORIGIN: CONTRACTOR, CARRIER OR AUTHORIZED AGENT (DRIVER) (SIGNATURE) [illegible signature] DATE 06/02/04; OWNER OR AUTHORIZED AGENT (SIGNATURE) [illegible signature] DATE 06/02/04

AT DESTINATION: CONTRACTOR, CARRIER OR AUTHORIZED AGENT (DRIVER) (SIGNATURE) DATE; OWNER OR AUTHORIZED AGENT (SIGNATURE) [illegible signature] DATE 16 Aug 04

MILBIN PRINTING INC., 1290 MOTOR PARKWAY, HAUPPAUGE, NY 11749 (631) 582-8900 FORM 1190-S REV. 5/99

CONTRACTOR OR CARRIER: Day Transfer Co.

# HOUSEHOLD GOODS DESCRIPTIVE INVENTORY

PAGE NO. 2 of NO. OF PAGES 3

AGENT: Lone Star Relo.

CARRIER'S REFERENCE NO. DT-05-15-04

OWNER'S GRADE OR RATING AND NAME: YORK, JASON D. MAJ.

CONTRACT OR GBL. NO. ZY711231

ORIGIN LOADING ADDRESS: 2721 Ashley Meadow CITY Schertz STATE TX

GOVT. SERVICE ORDER NO.

DESTINATION: Newport, RI.

VAN NUMBER

| DESCRIPTIVE SYMBOLS | | EXCEPTION SYMBOLS | | | | LOCATION SYMBOLS | | |
|---|---|---|---|---|---|---|---|---|
| B/W - BLACK & WHITE TV | DBO - DISASSEMBLED BY OWNER | BE - BENT | D - DENTED | MO - MOTHEATEN | SO - SOILED | 1. ARM | 8. RIGHT | 15. SEAT |
| C - COLOR TV | PB - PROFESSIONAL BOOKS | BR - BROKEN | F - FADED | P - PEELING | ST - STAINED | 2. BOTTOM | 9. SIDE | 16. DRAWER |
| CP - CARRIER PACKED | PE - PROFESSIONAL EQUIPMENT | BU - BURNED | G - GOUGED | R - RUBBED | S - STRETCHED | 3. CORNER | 10. TOP | 17. DOOR |
| PBO - PACKED BY OWNER | PP - PROFESSIONAL PAPERS | CH - CHIPPED | L - LOOSE | RU - RUSTED | T - TORN | 4. FRONT | 11. VENEER | 18. SHELF |
| CD - CARRIER DISASSEMBLED | MCU - MECHANICAL CONDITION UNKNOWN | CU - CONTENTS & CONDITION UNKNOWN | M - MARRED | SC - SCRATCHED | W - BADLY WORN | 5. LEFT | 12. EDGE | 19. HARDWARE |
| SW - STRETCH WRAPPED | | | MI - MILDEW | SH - SHORT | Z - CRACKED | 6. LEGS | 13. CENTER | |
| | | | | | | 7. REAR | 14. INSIDE | |

NOTE: THE OMISSION OF THESE SYMBOLS INDICATES GOOD CONDITION EXCEPT FOR NORMAL WEAR.

| ITEM NO. | CR. REF. | ARTICLES | CONDITION AT ORIGIN | SHIPPER CHECK DEST ✓ | EXCEPTIONS (IF ANY) AT DESTINATION | ITEM NO. |
|---|---|---|---|---|---|---|
| 31 | | 1.5 Ctn - books | 8 | | | 1 |
| 2 | | 1.5 Ctn - books | 8 | | | 2 |
| 3 | | 1.5 Ctn - books | 8 | | | 3 |
| 4 | | 1.5 Ctn - books | 8 | | | 4 |
| 5 | | 1.5 Ctn - books | | | | 5 |
| 6 | | WR Ctn - Clothes | 8 | | | 6 |
| 7 | | 1.5 Ctn - ~~Clothes~~ Comics | 8 | | | 7 |
| 8 | | 6.1 Ctn - Compaq monitor # C010130 MCU | | | | 8 |
| 9 | | 4.5 Ctn - clothes | pm. pictures 8 | | | 9 |
| 40 | | 4.5 Ctn - pm. pictures | 8 | | 1H-DK [illegible] | 0 |
| 1 | | 4.5 Ctn - towels | 8 | | | 1 |
| 2 | | 1.5 Ctn - desk items | 8 | | 6/16/04 | 2 |
| 3 | | 1.5 Ctn - books | 8 | | | 3 |
| 4 | | 1.5 Ctn - books | 8 | | [illegible] | 4 |
| 5 | | 1.5 Ctn - books | 8 | | | 5 |
| 6 | | 1.5 Ctn - books | 8 | | | 6 |
| 7 | | 1.5 Ctn - books | | | | 7 |
| 8 | | 4.5 Ctn - Comics | 8 | | | 8 |
| 9 | | 4.5 Ctn - Comics | 8 | | | 9 |
| 50 | | 4.5 Ctn - Comics | | | | 0 |
| 1 | | mir. ctn - dresser | mirror 8 | | | 1 |
| 2 | | WR Ctn - toys | 8 | | | 2 |
| 3 | | 4.5 Ctn - Toys | 8 | | | 3 |
| 4 | | 4.5 Ctn - toys | 8 | | | 4 |
| 5 | | 4.5 Ctn - toys | 8 | | | 5 |
| 6 | | 4.5 Ctn - toys | 8 | | | 6 |
| 7 | | 4.5 Ctn - Clothes | 8 | | | 7 |
| 8 | | 6.1 Ctn - toys | 8 | | | 8 |
| 9 | | 1.5 ctn - crib | pad 8 | | | 9 |
| 60 | | 3.1 Ctn - bedding | 8 | | | 0 |

ITEM NO. REMARKS/EXCEPTIONS

*"WE HAVE CHECKED ALL THE ITEMS LISTED AND NUMBERED 1 TO INCLUSIVE AND ACKNOWLEDGE THAT THIS IS A TRUE AND COMPLETE LIST OF THE GOODS TENDERED AND OF THE STATE OF THE GOODS RECEIVED"*

TAPE LOT NO. CC1040 TAPE COLOR Green

**WARNING** ——> *BEFORE SIGNING CHECK SHIPMENT, COUNT ITEMS AND DESCRIBE LOSS OR DAMAGE IN SPACE ON THE RIGHT ABOVE.*

NOS. FROM 31 THRU 60

| | | DATE | | | DATE |
|---|---|---|---|---|---|
| AT ORIGIN | CONTRACTOR, CARRIER OR AUTHORIZED AGENT (DRIVER) (SIGNATURE) Bertha Diaz | 06/02/04 | AT DESTINATION | CONTRACTOR, CARRIER OR AUTHORIZED AGENT (DRIVER) (SIGNATURE) | |
| | OWNER OR AUTHORIZED AGENT (SIGNATURE) [signature] | 06/02/04 | | OWNER OR AUTHORIZED AGENT (SIGNATURE) [signature] | 16 AUG 04 |

MILBIN PRINTING INC., 1290 MOTOR PARKWAY, HAUPPAUGE, NY 11749 (631) 582-8900 FORM 1190-S REV. 5/99

Andrews 0100

CONTRACTOR OR CARRIER: Day Transfer Co.

# HOUSEHOLD GOODS DESCRIPTIVE INVENTORY

AGENT: Lone Star Relo

PAGE NO. 3 of NO. OF PAGES 3

CARRIER'S REFERENCE NO. DT-85-15-04

CONTRACT OR GBL. NO. Z471123

GOVT. SERVICE ORDER NO.

VAN NUMBER

OWNER'S GRADE OR RATING AND NAME: YORK, JASON D. MAJ.

ORIGIN LOADING ADDRESS: 3701 Ashley Meadow CITY Schertz, STATE TX

DESTINATION: Newport, R.I.

**DESCRIPTIVE SYMBOLS**

B/W - BLACK & WHITE TV
C - COLOR TV
CP - CARRIER PACKED
PBO - PACKED BY OWNER
CD - CARRIER DISASSEMBLED
SW - STRETCH WRAPPED
DBO - DISASSEMBLED BY OWNER
PB - PROFESSIONAL BOOKS
PE - PROFESSIONAL EQUIPMENT
PP - PROFESSIONAL PAPERS
MCU - MECHANICAL CONDITION UNKNOWN

**EXCEPTION SYMBOLS**

BE - BENT
BR - BROKEN
BU - BURNED
CH - CHIPPED
CU - CONTENTS & CONDITION UNKNOWN
D - DENTED
F - FADED
G - GOUGED
L - LOOSE
M - MARRED
MI - MILDEW
MO - MOTHEATEN
P - PEELING
R - RUBBED
RU - RUSTED
SC - SCRATCHED
SH - SHORT
SO - SOILED
ST - STAINED
S - STRETCHED
T - TORN
W - BADLY WORN
Z - CRACKED

**LOCATION SYMBOLS**

1. ARM
2. BOTTOM
3. CORNER
4. FRONT
5. LEFT
6. LEGS
7. REAR
8. RIGHT
9. SIDE
10. TOP
11. VENEER
12. EDGE
13. CENTER
14. INSIDE
15. SEAT
16. DRAWER
17. DOOR
18. SHELF
19. HARDWARE

NOTE: THE OMISSION OF THESE SYMBOLS INDICATES GOOD CONDITION EXCEPT FOR NORMAL WEAR.

| ITEM NO. | CR. REF. | ARTICLES | CONDITION AT ORIGIN | SHIPPER CHECK DEST ✓ | EXCEPTIONS (IF ANY) AT DESTINATION | ITEM NO. |
|---|---|---|---|---|---|---|
| 6 1 | | 4.5 Ctn - Kware | 8 | | | 1 |
| 2 | | 4.5 Ctn - Kware | 8 | | | 2 |
| 3 | | 4.5 Ctn - pots/pans | 8 | | | 3 |
| 4 | | 3.1 ctn - plasticware | 8 | | | 4 |
| 5 | | 5.2 Ctn - Kware | 8 | | | 5 |
| 6 | | 3.1 ctn - dry foods | 8 | | | 6 |
| 7 | | 1.5 Ctn - Can foods | | | | 7 |
| 8 | | 1.5 ctn - Baby clothes/alphabets | 8 | | | 8 |
| 9 | | WR ctn - outside toys | 8 | | | 9 |
| 7 0 | | 4.5 Ctn - tools | 8 | | | 0 |
| 1 | | 4.5 Ctn - tools | 8 | | IN-BY-HAR | 1 |
| 2 | | 5.2 Ctn - tools | 8 | | | 2 |
| 3 | | 5.2 ctn - tools | | | [illegible]/04 | 3 |
| 4 | | 5.2 Ctn - tools | 8 | | | 4 |
| 5 | | 4.5 Ctn - tools | 8 | | [illegible] | 5 |
| 6 | | | | | | 6 |
| 7 | | END of inventory | | | | 7 |
| 8 | | | | | | 8 |
| 9 | | | | | | 9 |
| 8 0 | | | | | | 0 |
| 1 | | | | | | 1 |
| 2 | | | | | | 2 |
| 3 | | | | | | 3 |
| 4 | | | | | | 4 |
| 5 | | | | | | 5 |
| 6 | | | | | | 6 |
| 7 | | | | | | 7 |
| 8 | | | | | | 8 |
| 9 | | | | | | 9 |
| 9 0 | | | | | | 0 |

Lot No CC1040 076

ITEM NO. REMARKS/EXCEPTIONS

"WE HAVE CHECKED ALL THE ITEMS LISTED AND NUMBERED 1 TO INCLUSIVE AND ACKNOWLEDGE THAT THIS IS A TRUE AND COMPLETE LIST OF THE GOODS TENDERED AND OF THE STATE OF THE GOODS RECEIVED"

TAPE LOT NO. CC1040 TAPE COLOR Green

**WARNING** → BEFORE SIGNING CHECK SHIPMENT, COUNT ITEMS AND DESCRIBE LOSS OR DAMAGE IN SPACE ON THE RIGHT ABOVE.

NOS. FROM 61 THRU 75

AT ORIGIN: CONTRACTOR, CARRIER OR AUTHORIZED AGENT (DRIVER) (SIGNATURE) Bertha Diaz DATE 06/02/04; OWNER OR AUTHORIZED AGENT (SIGNATURE) [signature] DATE 06/02/04

AT DESTINATION: CONTRACTOR, CARRIER OR AUTHORIZED AGENT (DRIVER) (SIGNATURE) DATE; OWNER OR AUTHORIZED AGENT (SIGNATURE) [signature] DATE 16 AUG 04

MILBIN PRINTING INC., 1290 MOTOR PARKWAY, HAUPPAUGE, NY 11749 (631) 582-8900

FORM 1190-S REV. 5/99

HOUSEHOLD GOODS DESCRIPTIVE INVENTORY — LOT NO.

| | | |
|---|---|---|
| CONTRACTOR OR CARRIER **APOLLO VAN LINES, INC.** | TAG COLOR ____ NOS. ____ THRU ____ / AGENT | PAGE NO. / NO. OF PAGES / CARRIER'S REFERENCE NO. OT-05-13-04 |
| OWNER'S GRADE OR RATING AND NAME York Jason D. MAJ | | CONTRACT OR GBL. NO. 24711231 |
| ORIGIN LOADING ADDRESS 2721 Ashley meadow | CITY Schertz STATE TX | GOVT/SERVICE ORDER NO. |
| DESTINATION | Newport RI | VAN NUMBER 1094 |

**DESCRIPTIVE SYMBOLS**
B/W - BLACK & WHITE TV; C - COLOR TV; CP - CARRIER PACKED; PBO - PACKED BY OWNER; CD - CARRIER DISASSEMBLED; SW - STRETCH WRAPPED; DBO - DISASSEMBLED BY OWNER; PB - PROFESSIONAL BOOKS; PE - PROFESSIONAL EQUIPMENT; PP - PROFESSIONAL PAPERS; MCU - MECHANICAL CONDITION UNKNOWN

**EXCEPTION SYMBOLS**
BE - BENT; BR - BROKEN; BU - BURNED; CH - CHIPPED; CU - CONTENTS & CONDITION UNKNOWN; D - DENTED; F - FADED; G - GOUGED; L - LOOSE; M - MARRED; MI - MILDEW; MO - MOTHEATEN; P - PEELING; R - RUBBED; RU - RUSTED; SC - SCRATCHED; SH - SHORT; SO - SOILED; ST - STAINED; S - STRETCHED; T - TORN; W - BADLY WORN; Z - CRACKED

**LOCATION SYMBOLS**
1. ARM 2. BOTTOM 3. CORNER 4. FRONT 5. LEFT 6. LEGS 7. REAR 8. RIGHT 9. SIDE 10. TOP 11. VENEER 12. EDGE 13. CENTER 14. INSIDE 15. SEAT 16. DRAWER 17. DOOR 18. SHELF 19. HARDWARE

**NOTE: THE OMISSION OF THESE SYMBOLS INDICATES GOOD CONDITION EXCEPT FOR NORMAL WEAR.**

| ITEM NO. | WHSE. CROSS REF. | DRIVER CHECK | WHSE. CHECK | SHIPPER CHECK DEST. | ARTICLES | CONDITION AT ORIGIN | EXCEPTIONS (IF ANY) AT DESTINATION | ITEM NO. |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | \ | Futon | (R, S89 1's, )(ch, r, S8943's)(ch, 10, S8935) | [redacted] | 1 |
| 2 | | | | \ | blk case + Guitar | mcu | | 2 |
| 3 | | | | \ | Toy Piano | SH, 1 key, | | 3 |
| 4 | | | | \ | Area rug | | | 4 |
| 5 | | | | \ | plastic Chairs (2) | W | | 5 |
| 6 | | | | \ | plastic Step Stool | | | 6 |
| 7 | | | | \ | Sm plastic table | | | 7 |
| 8 | | | | \ | GE Refrigerator | (ru, S, 8, 9, 4, 7, 10, 2, 12's) | | 8 |
| 9 | | | | \ | OS Chair | (hole, footrest 10, 12, 13)(SO, S, 9) | | 9 |
| 10 | | | | \ | End table | (R, 7, 2, 5, 3)(R, 4, 14, 12, 5, 9) | | 10 |
| 11 | \ | | | | GoldStar TV | S/n 609KT00CIT m/n CN-33C62P | [illegible] | 11 |
| 12 | \ | | | | | (R, S, 8, 9)(R, 4, S, 8, 9, 10, 2) | | 12 |
| 13 | \ | | | | K Table | (SC, R, S, 8, 9, 4, 7, 6's)(Sealed, 13, S, 8, 9) | [illegible] | 13 |
| 14 | \ | | | | | (SC, R, S, 8, 9, 4, 7, 13) | | 14 |
| 15 | \ | | | | Coffee Table | (ch, 10, S, 8, 9, 4, 12's)(SC, R, ch, S, 8, 9, 14, 12's) | [illegible] | 15 |
| 16 | \ | | | | | (SC, R, 4, S, 8, 9, 14, 12's, 13)(SC, R, 7, 2, 12's, S, 8, 9 | | 16 |
| 17 | \ | | | | Time out chair | (R, 10, S, 5, 9) | | 17 |
| 18 | \ | | | | Sofa table | (R, SC, 4, 2, 12's, S, 8, 9)(R, 4, S, 9) | | 18 |
| 19 | \ | | | OS | Sofa | (D, 7, 13) R, S, 9, 1, 10 | | 19 |
| 20 | \ | | | | OS Love Seat | (D, 7, S, 8, 9, 13, 10, 2)(R, 7, 8, 9, 10) | | 20 |
| 21 | \ | | | | K Chair | (R, S, 8, 9, 4, 7, 6's) | | 21 |
| 22 | \ | | | | K Chair | (Z, 4, 8, 9, 13)(SC, SO, 15, 10)(R, 7, 10, 12) | | 22 |
| 23 | \ | | | | K Chair | (SC, R, S, 8, 9, 4, 7, 6's) | | 23 |
| 24 | \ | | | | K Chair | (R, 7, S, 9, 12)(R, S, 8, 9, 4, 7, 6's) | | 24 |
| 25 | \ | | | | High Chair | (SC, R, 6's, S, 8, 9, 4, 7) | | 25 |
| 26 | \ | | | | Water Cooler | (MCU) | | 26 |
| 27 | \ | | | | Corn Sofa | ( | | 27 |
| 28 | \ | | | | broom | | | 28 |
| 29 | \ | | | | Swisters (2) | | | 29 |
| 30 | \ | | | | floor Sweeper | | | 30 |

REMARKS/EXCEPTIONS ____

*"WE HAVE CHECKED ALL THE ITEMS LISTED AND NUMBERED 1 TO ____ INCLUSIVE AND ACKNOWLEDGE THAT THIS IS A TRUE AND COMPLETE LIST OF THE GOODS TENDERED AND OF THE STATE OF THE GOODS RECEIVED"*

**WARNING** → *BEFORE SIGNING CHECK SHIPMENT, COUNT ITEMS AND DESCRIBE LOSS OR DAMAGE IN SPACE ON THE RIGHT ABOVE.*

| | | | | | |
|---|---|---|---|---|---|
| AT ORIGIN | CONTRACTOR, CARRIER OR AUTHORIZED AGENT (DRIVER) (SIGNATURE) [signature] | DATE 6/4/04 TIME | AT DESTINATION | CONTRACTOR, CARRIER OR AUTHORIZED AGENT (DRIVER) (SIGNATURE) | DATE TIME |
| | OWNER OR AUTHORIZED AGENT (SIGNATURE) [signature] | DATE TIME 6/4/04 | | OWNER OR AUTHORIZED AGENT (SIGNATURE) [signature] | DATE 10 AUG 04 TIME |

MILBIN PRINTING INC., 1290 MOTOR PARKWAY, HAUPPAUGE, NY 11749 (631) 582-8900 FORM 1190 BK REV. 2/00

**HOUSEHOLD GOODS DESCRIPTIVE INVENTORY**

CONTRACTOR OR CARRIER: **APOLLO VAN LINES, INC.**

TAG COLOR ______ TAG LOT NO. ______ NOS. ______ THRU ______

AGENT

PAGE NO. NO. OF PAGES

CARRIER'S REFERENCE NO. OT-05-13-04

CONTRACT OR GBL NO. Z4711231

GOVT. SERVICE ORDER NO.

VAN NUMBER 1094

OWNER'S GRADE OR RATING AND NAME: York, Jason D. Maj

ORIGIN LOADING ADDRESS: 2721 Ashley Meadow CITY Schertz STATE TX

DESTINATION: Newport RI

**DESCRIPTIVE SYMBOLS**

B/W - BLACK & WHITE TV
C - COLOR TV
CP - CARRIER PACKED
PBO - PACKED BY OWNER
CD - CARRIER DISASSEMBLED
SW - STRETCH WRAPPED
DBO - DISASSEMBLED BY OWNER
PB - PROFESSIONAL BOOKS
PE - PROFESSIONAL EQUIPMENT
PP - PROFESSIONAL PAPERS
MCU - MECHANICAL CONDITION UNKNOWN

**EXCEPTION SYMBOLS**

BE - BENT
BR - BROKEN
BU - BURNED
CH - CHIPPED
CU - CONTENTS & CONDITION UNKNOWN
D - DENTED
F - FADED
G - GOUGED
L - LOOSE
M - MARRED
MI - MILDEW
MO - MOTHEATEN
P - PEELING
R - RUBBED
RU - RUSTED
SC - SCRATCHED
SH - SHORT
SO - SOILED
ST - STAINED
S - STRETCHED
T - TORN
W - BADLY WORN
Z - CRACKED

**LOCATION SYMBOLS**

1. ARM 2. BOTTOM 3. CORNER 4. FRONT 5. LEFT 6. LEGS 7. REAR 8. RIGHT 9. SIDE 10. TOP 11. VENEER 12. EDGE 13. CENTER 14. INSIDE 15. SEAT 16. DRAWER 17. DOOR 18. SHELF 19. HARDWARE

**NOTE: THE OMISSION OF THESE SYMBOLS INDICATES GOOD CONDITION EXCEPT FOR NORMAL WEAR.**

| ITEM NO. | WHSE. CROSS REF. | DRIVER CHECK | WHSE. CHECK | SHIPPER CHECK DEST. | ARTICLES | CONDITION AT ORIGIN | EXCEPTIONS (IF ANY) AT DESTINATION | ITEM NO. |
|---|---|---|---|---|---|---|---|---|
| 31 | \ | | | | Trash can | | | 1 |
| 2 | \ | | | | Foot Locker | (Building supplies) (unlocked) | | 2 |
| 3 | \ | | | | Florest Light fixture | | | 3 |
| 4 | \ | | | | Small Foot Locker | (hand tools inside) (unlocked) | | 4 |
| 5 | \ | | | | metal rack | | | 5 |
| 6 | \ | | | | Phone pad x4 | | | 6 |
| 7 | \ | | | | End table - unfinished | DBO, | | 7 |
| 8 | \ | | | | 6 inch joiner | | | 8 |
| 9 | \ | | | | Jet Stream air compressor | | | 9 |
| 40 | \ | | | | Miter saw | | | 0 |
| 1 | \ | | | | 3.1 ctn | (CP) (~~jig saw~~) (scroll saw) | | 1 |
| 2 | \ | | | | Metal Shelf ~~parts~~ | | IN-94 [illegible] | 2 |
| 3 | \ | | | | 12 inch planer | | | 3 |
| 4 | \ | | | | 5 gal buckets | (rags) | 6-16-09 | 4 |
| 5 | \ | | | | Small Plexiglass | | | 5 |
| 6 | \ | | | | Roller stand | | ANOTEO | 6 |
| 7 | \ | | | | Ammo box | | | 7 |
| 8 | \ | | | | unfinished wooden shelf | (L, S, 8, 9, 10, 2) | | 8 |
| 9 | \ | | | | Radial arm saw | | | 9 |
| 50 | \ | | | | Metal Pieces (3) | | | 0 |
| 1 | \ | | | | Scrap metal | | | 1 |
| 2 | \ | | | | Floor Jacks (4) | | | 2 |
| 3 | \ | | | | Wooden box | (hand tools) (unlocked) | | 3 |
| 4 | \ | | | | Foot locker | (pro gear 35 lbs) (unlocked) | | 4 |
| 5 | \ | | | | Wooden box | (pro gear 60 lbs) | | 5 |
| 6 | \ | | | | Pet Carrier | | | 6 |
| 7 | \ | | | | trash can | ~~SH L.J~~ | | 7 |
| 8 | \ | | | | Creeper | | | 8 |
| 9 | \ | | | | Stroller | W | | 9 |
| 60 | \ | | | | Green tote | | | 0 |

REMARKS/EXCEPTIONS ______

*"WE HAVE CHECKED ALL THE ITEMS LISTED AND NUMBERED 1 TO ______ INCLUSIVE AND ACKNOWLEDGE THAT THIS IS A TRUE AND COMPLETE LIST OF THE GOODS TENDERED AND OF THE STATE OF THE GOODS RECEIVED"*

**WARNING** → *BEFORE SIGNING CHECK SHIPMENT, COUNT ITEMS AND DESCRIBE LOSS OR DAMAGE IN SPACE ON THE RIGHT ABOVE.*

| | | | | | |
|---|---|---|---|---|---|
| AT ORIGIN | CONTRACTOR, CARRIER OR AUTHORIZED AGENT (DRIVER) (SIGNATURE) [signature] | DATE 6/4/04 TIME | AT DESTINATION | CONTRACTOR, CARRIER OR AUTHORIZED AGENT (DRIVER) (SIGNATURE) | DATE TIME |
| | OWNER OR AUTHORIZED AGENT (SIGNATURE) [signature] | DATE 6/4/04 TIME | | OWNER OR AUTHORIZED AGENT (SIGNATURE) [signature] | DATE 16 Aug 04 TIME |

MILBIN PRINTING INC., 1290 MOTOR PARKWAY, HAUPPAUGE, NY 11749 (631) 582-8900

FORM 1190 BK REV. 2/00

# HOUSEHOLD GOODS DESCRIPTIVE INVENTORY

TAG LOT NO.

CONTRACTOR OR CARRIER

**APOLLO VAN LINES, INC.**

TAG COLOR ______ NOS. ______ THRU ______

AGENT

PAGE NO. NO. OF PAGES

CARRIER'S REFERENCE NO. DT-05-13-04

CONTRACT OR GBL. NO. 2471123I

OWNER'S GRADE OR RATING AND NAME York, Jason D. Maj

ORIGIN LOADING ADDRESS 2721 Ashley Meadow CITY Schertz, STATE TX

GOVT. SERVICE ORDER NO.

DESTINATION Newport, RI

VAN NUMBER 1094

**DESCRIPTIVE SYMBOLS**

B/W - BLACK & WHITE TV
C - COLOR TV
CP - CARRIER PACKED
PBO - PACKED BY OWNER
CD - CARRIER DISASSEMBLED
SW - STRETCH WRAPPED
DBO - DISASSEMBLED BY OWNER
PB - PROFESSIONAL BOOKS
PE - PROFESSIONAL EQUIPMENT
PP - PROFESSIONAL PAPERS
MCU - MECHANICAL CONDITION UNKNOWN

**EXCEPTION SYMBOLS**

BE - BENT
BR - BROKEN
BU - BURNED
CH - CHIPPED
CU - CONTENTS & CONDITION UNKNOWN
D - DENTED
F - FADED
G - GOUGED
L - LOOSE
M - MARRED
MI - MILDEW
MO - MOTHEATEN
P - PEELING
R - RUBBED
RU - RUSTED
SC - SCRATCHED
SH - SHORT
SO - SOILED
ST - STAINED
S - STRETCHED
T - TORN
W - BADLY WORN
Z - CRACKED

**LOCATION SYMBOLS**

1. ARM
2. BOTTOM
3. CORNER
4. FRONT
5. LEFT
6. LEGS
7. REAR
8. RIGHT
9. SIDE
10. TOP
11. VENEER
12. EDGE
13. CENTER
14. INSIDE
15. SEAT
16. DRAWER
17. DOOR
18. SHELF
19. HARDWARE

**NOTE: THE OMISSION OF THESE SYMBOLS INDICATES GOOD CONDITION EXCEPT FOR NORMAL WEAR.**

| ITEM NO. | WHSE. CROSS REF. | DRIVER CHECK | WHSE. CHECK | SHIPPER CHECK DEST. | ARTICLES | CONDITION AT ORIGIN | EXCEPTIONS (IF ANY) AT DESTINATION | ITEM NO. |
|---|---|---|---|---|---|---|---|---|
| 76 1 | \ | | | | buckets | (SO, W, allover) | | 1 |
| 2 | \ | | | | Clothes rack | (DBO, (Taped by owner) | | 2 |
| 3 | \ | | | | Canned air pump | | | 3 |
| 4 | \ | | | | beach chair | | | 4 |
| 5 | \ | | | | Skis & bag | (SO, W) | | 5 |
| 6 | \ | | | | Tent | | | 6 |
| 7 | \ | | | | Tent Polls | | | 7 |
| 8 | \ | | | | Stand | (L, 10) | | 8 |
| 9 | \ | | | | Table | (SC, Ch, D, W, SO, 5, 8, 9, 4, 7, 13) | | 9 |
| 70 | \ | | | | Floor Lamp | (mcu) (L, 2, 13) | | 0 |
| 1 | \ | | | | 1 C Tn | CP - (Glass Grinder) | | 1 |
| 2 | \ | | | | Work bench | (SC, R, D, G, 10, 5, 8, 9) (SC, R, 5, 8, 9, 4, 7, 10, 2) | | 2 |
| 3 | \ | | | | Unfinished book shelf | (L, 5, 8, 9) | | 3 |
| 4 | \ | | | | Roller stand | | IN [illegible] | 4 |
| 5 | \ | | | | Plastic Stool | (SO, W) | | 5 |
| 6 | \ | | | | bundle of Lumber | | [illegible] | 6 |
| 7 | \ | | | | loose Lumber, various sizes | | | 7 |
| 8 | \ | | | | various Types of wood (35) | | [illegible] | 8 |
| 9 | \ | | | | Shelf | (SC, R, 10, 2, 4, 5, 8, 9, 13) (CH 4, 3, 5, 5, 8, 9) | | 9 |
| 80 | \ | | | | Shop vac. | | | 0 |
| 1 | \ | | | | Tool box | (CU Locked) | | 1 |
| 2 | \ | | | | Tool box base | (Locked) | | 2 |
| 3 | \ | | | | Work mate bench | (W) | | 3 |
| 4 | \ | | | | Trash can | (SH Lid) | | 4 |
| 5 | \ | | | | Mortice Machine | (mcu) | | 5 |
| 6 | \ | | | | Clamps x9 | | | 6 |
| 7 | \ | | | | Lead pipe ok (2) | | | 7 |
| 8 | \ | | | | Straight Edge metal ok (2) | | | 8 |
| 9 | \ | | | | Band Saw | (mcu) | | 9 |
| 90 | \ | | | | Saw horses ok (2) | (So, W) | | 0 |

REMARKS/EXCEPTIONS ______

*"WE HAVE CHECKED ALL THE ITEMS LISTED AND NUMBERED 1 TO ______ INCLUSIVE AND ACKNOWLEDGE THAT THIS IS A TRUE AND COMPLETE LIST OF THE GOODS TENDERED AND OF THE STATE OF THE GOODS RECEIVED"*

**WARNING** → *BEFORE SIGNING CHECK SHIPMENT, COUNT ITEMS AND DESCRIBE LOSS OR DAMAGE IN SPACE ON THE RIGHT ABOVE.*

| | | | | | |
|---|---|---|---|---|---|
| AT ORIGIN | CONTRACTOR, CARRIER OR AUTHORIZED AGENT (DRIVER) (SIGNATURE) [signature] | DATE 6/4/04 TIME | AT DESTINATION | CONTRACTOR, CARRIER OR AUTHORIZED AGENT (DRIVER) (SIGNATURE) | DATE TIME |
| | OWNER OR AUTHORIZED AGENT (SIGNATURE) [signature] | DATE 6/4/04 TIME | | OWNER OR AUTHORIZED AGENT (SIGNATURE) [signature] | DATE 10 AUG 04 TIME |

MILBIN PRINTING INC., 1290 MOTOR PARKWAY, HAUPPAUGE, NY 11749 (631) 582-8900 FORM 1190 BK REV. 2/00

Andrews 0104

# HOUSEHOLD GOODS DESCRIPTIVE INVENTORY

TAG LOT NO. ______

CONTRACTOR OR CARRIER: **APOLLO VAN LINES, INC.**

TAG COLOR ______ NOS. ______ THRU ______

AGENT

PAGE NO. NO. OF PAGES

CARRIER'S REFERENCE NO. ST-05-13-04

CONTRACT OR GBL NO. 24711231

GOVT. SERVICE ORDER NO.

OWNER'S GRADE OR RATING AND NAME: York Jason D. maj

ORIGIN LOADING ADDRESS: 2721 Ashley meadow CITY: Schertz STATE: TX

DESTINATION: Newport RI

VAN NUMBER 1094

**DESCRIPTIVE SYMBOLS**

B/W - BLACK & WHITE TV
C - COLOR TV
CP - CARRIER PACKED
PBO - PACKED BY OWNER
CD - CARRIER DISASSEMBLED
SW - STRETCH WRAPPED
DBO - DISASSEMBLED BY OWNER
PB - PROFESSIONAL BOOKS
PE - PROFESSIONAL EQUIPMENT
PP - PROFESSIONAL PAPERS
MCU - MECHANICAL CONDITION UNKNOWN

**EXCEPTION SYMBOLS**

BE - BENT
BR - BROKEN
BU - BURNED
CH - CHIPPED
CU - CONTENTS & CONDITION UNKNOWN
D - DENTED
F - FADED
G - GOUGED
L - LOOSE
M - MARRED
MI - MILDEW
MO - MOTHEATEN
P - PEELING
R - RUBBED
RU - RUSTED
SC - SCRATCHED
SH - SHORT
SO - SOILED
ST - STAINED
S - STRETCHED
T - TORN
W - BADLY WORN
Z - CRACKED

**LOCATION SYMBOLS**

1. ARM
2. BOTTOM
3. CORNER
4. FRONT
5. LEFT
6. LEGS
7. REAR
8. RIGHT
9. SIDE
10. TOP
11. VENEER
12. EDGE
13. CENTER
14. INSIDE
15. SEAT
16. DRAWER
17. DOOR
18. SHELF
19. HARDWARE

**NOTE: THE OMISSION OF THESE SYMBOLS INDICATES GOOD CONDITION EXCEPT FOR NORMAL WEAR.**

| ITEM NO. | WHSE. CROSS REF. | DRIVER CHECK | WHSE. CHECK | SHIPPER CHECK DEST. | ARTICLES | CONDITION AT ORIGIN | EXCEPTIONS (IF ANY) AT DESTINATION | ITEM NO. |
|---|---|---|---|---|---|---|---|---|
| 9~~7~~ 1 | \ | | | | Drill press | (mcu) | | 1 |
| 2 | \ | | | | Grinder | (mcu) | | 2 |
| 3 | \ | | | | Work bench | (mcu) | | 3 |
| 4 | \ | | | | Board | Cut, 8, 9)(So, W, m, G, CH, allover) | | 4 |
| 5 | \ | | | | Bar stool | (Sc, R, SO, 5, 8, 9, 4, 7)(D, 15, 5, 8, 9, 4, 1, 13) | | 5 |
| 6 | \ | | | | 4x8 Sheet FDF | | | 6 |
| 7 | \ | | | | 4x8 Sheet hard board | | | 7 |
| 8 | \ | | | | bicycle Huffy mens | (Tires Flat)(R on frame, 5, 8, 9, 10, 2, 13) | | 8 |
| 9 | \ | | | | Plastic play house parts (11) | (DBO)(W) | | 9 |
| 10~~7~~0 | \ | | | | Unfinished Shelf | | | 0 |
| 1 | \ | | | | Plastic tote | (Swimming pool) | | 1 |
| 2 | \ | | | | Shed parts (33) | | IN-BY HML | 2 |
| 3 | \ | | | | Tricycle | (Ru, handlebar, 5, 8, 9) | | 3 |
| 4 | \ | | | | | tires Flat | 6-16-04 | 4 |
| 5 | \ | | | | Sand box | (W) | | 5 |
| 6 | \ | | | | Camping chair | | ANCHORED | 6 |
| 7 | \ | | | | tote | (Lid, 2, BR,) | | 7 |
| 8 | \ | | | | Swimming pool | (BE, D, 5, 8, 9, 4, 7, 10, 2, 13) | | 8 |
| 9 | \ | | | | Fisher Price Scooter | | | 9 |
| 11~~8~~0 | \ | | | | Childs Toy | | | 0 |
| 1 | \ | | | | Toy Truck | | | 1 |
| 2 | \ | | | | Wagon | Flat tires (SH bolt, Z, 5, 9, panel) | | 2 |
| 3 | \ | | | | | Sc, W | | 3 |
| 4 | \ | | | | Folding play hut | | | 4 |
| 5 | \ | | | | Large ball | | | 5 |
| 6 | \ | | | | back stop | | | 6 |
| 7 | \ | | | | Swing | (SC, R, 1'5, 5, 8, 9,) | | 7 |
| 8 | \ | | | | Swing parts (20) | | | 8 |
| 9 | \ | | | | ~~Swing~~ Dresser | (SC, 10, 5, 8, 9, 4, 7)(R, 10, 16, 10, 5, 12,) | | 9 |
| 12~~F~~0 | \ | | | | Plastic drawers | | | 0 |

REMARKS/EXCEPTIONS ______

*"WE HAVE CHECKED ALL THE ITEMS LISTED AND NUMBERED 1 TO ______ INCLUSIVE AND ACKNOWLEDGE THAT THIS IS A TRUE AND COMPLETE LIST OF THE GOODS TENDERED AND OF THE STATE OF THE GOODS RECEIVED"*

**WARNING** → *BEFORE SIGNING CHECK SHIPMENT, COUNT ITEMS AND DESCRIBE LOSS OR DAMAGE IN SPACE ON THE RIGHT ABOVE.*

| | | | | | |
|---|---|---|---|---|---|
| AT ORIGIN | CONTRACTOR, CARRIER OR AUTHORIZED AGENT (DRIVER) (SIGNATURE) [signature] | DATE 6/4/04 TIME | AT DESTINATION | CONTRACTOR, CARRIER OR AUTHORIZED AGENT (DRIVER) (SIGNATURE) | DATE TIME |
| | OWNER OR AUTHORIZED AGENT (SIGNATURE) [signature] | DATE TIME 6/4/04 | | OWNER OR AUTHORIZED AGENT (SIGNATURE) [signature] | DATE 16 Aug 04 TIME |

MILBIN PRINTING INC., 1290 MOTOR PARKWAY, HAUPPAUGE, NY 11749 (631) 582-8900 FORM 1190 BK REV. 2/00