# EXHIBIT 9

# STATEMENT OF ACCESSORIAL SERVICES PERFORMED
## (STORAGE-IN-TRANSIT DELIVERY AND REWEIGH)

Form Approved
OMB No. 0704-0022
Expires Oct 31, 2001

The public reporting burden for this collection of information is estimated to average 5 minutes per reponse, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports (0704-0022), 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302. Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number.
**PLEASE DO NOT RETURN YOUR FORM TO THE ABOVE ADDRESS.**

DISTRIBUTION:  1. ORIGINAL COPY TO CARRIER.   3. ADDTIONAL COPIES MAY BE MADE FOR CARRIER'S USE.
2. COPY TO PROPERTY OWNER.

**1. GOVERNMENT BILL OF LADING NUMBER:** ZY-711231
**2. DATE OF PICKUP AT ORIGIN (YYYYMMDD):** 04-JUN-2004
**3.a. NAME OF OWNER (Last, First, Middle Initial):** YORK, J.D.
**b. SSN:** [redacted]
**c. RANK OR GRADE:** MAJ
**5. DESTINATION OF SHIPMENT:** MIDDLETOWN, RI
**[Origin]:** SCHERTZ, TX
**6.a. ORDERING ACTIVITY/INSTALLATION NAME:** Naval Station Newport
**b. LOCATION:** NEWPORT RI
**7.a. NAME OF CARRIER:** Day Transfer Company
**b. NAME OF AGENT:** ANDREWS EXPRESS & STORAGE WHSE INC
**8. SIGNATURE OF CARRIER'S REPRESENTATIVE:** [signed]
**9. DATE (YYYYMMDD):** 25-JUN-2004 / 16 Aug 2004
**10. CARRIER'S SHIPMENT REFRENCE NO.:** DT-05-13-04
**11. AGENT OR DRIVER CODE:**

**13. STORAGE-IN-TRANSIT (SIT)**
a. STORED AT (City and State): NEWPORT RI
b. SIT SERVICES WERE PROVIDED AT (X as applicable): DESTINATION [X]   OTHER [ ]
c. DATE IN (YYYYMMDD): 16-JUN-04
d. DATE OUT (YYYYMMDD): 16-AUG-04
e. NUMBER OF DAYS: 62
f. NET WEIGH: 1185
g. THIS SHIPMENT WAS ORDERED INTO AND OUT OF SIT ON DATES INDICATED HEREO AND AUTHORIZED BY SIT CONTROL NUMBER: 4168001
SIT IN EXCESS OF 90 DAYS WAS AUTHORIZED (X): YES [ ]  NO [X]
h. SIGNATURE OF TRANSPORTATION OFFICER: CHRISTINA J. VARS [signed]
i. DATE (YYYYMMDD): 25-JUN-2004

**14. REWEIGH CERTIFICATION**
a. ORIGINAL GROSS: 58140
b. REWEIGH GROSS:
c. ORIGINAL TARE: 46290
d. REWEIGH TARE:
e. ORIGINAL NET: 11850
f. REWEIGH NET:
g. THIS SHIPMENT WAS ORDERED FOR REWEIGH AND SERVICES WERE ACCOMPLISHED AS SHOWN ABOVE
(1) SIGNATURE OF TRANSPORTATION OFFICER: CHRISTINA J. VARS
(2) DATE (YYYYMMDD): 25-JUN-2004

**12. REMARKS:** ALL UNPACKING AT SHIPPERS REQUEST PERFORMED X [signed]

**15. ADDITIONAL SERVICES**
| | (1) NUMBER | (2) UNIT PRICE | (3) CHARGE |
|---|---|---|---|
| a. LABOR - NUMBER OF MANHOURS (Describe services in "Remarks") | none | | |
| b. PIANO/ORGAN OR EXCESS CARRY SERVICES | none | | |
| c. OTHER (Describe in "Remarks") | none | | |

**16. CONSIGNEE'S STATEMENT OF DELIVERY AND LOSS OR DAMAGE**
Notice is hereby given to the carrier to whom this statment of accessorial services performed is surrendered that the shipment was received in condition as shown below and that claim, if any, will be made for the value of such loss and/or damage as indicated.

a. DESCRIPTION OF LOSS OR DAMAGE: WILL ADVISE UPON COMPLETION OF UNPACKING & FINAL INSPECTION. SHIPMENT SUFFERED WATER DAMAGE & MOLD & MILDEW IS EVIDENT ON NUMEROUS ITEMS WITH DAMAGE TO FURNITURE & CARTONS.

b. ACTUAL OR ESTIMATED WEIGHT:

**17. WAIVER** - Unpacking and removal of packing material, boxes/cartons, and other debris is hereby waived.
a. INVENTORY NUMBERS:
b. SIGNATURE:

**18. CERTIFICATION.** I have received the property described on this form:
a. FROM (Name of Transportation Company): ANDREWS EXPRESS
b. AT (Actual Point of Delivery): 505 WALCOTT AVE, MIDDLETOWN, RI
In apparent good order and condition except as noted above.
c. SIGNATURE OF CONSIGNEE OR AUTHORIZED AGENT: [signed]
d. DATE OF DELIVERY (YYYYMMDD): 20040816

DD FORM 619-T, OCT 1998 (EG)    PREVIOUS EDITION IS OBSOLETE.