# EXHIBIT 10

MAYFLOWER TRANSIT

Mayflower Transit, LLC.
P.O. Box 26150
Fenton, MO 63026-1350
636-305-4003

# Exception Sheet

**Descriptive symbols**
CP - Packed by carrier
PBO - Packed by owner
CD - Carrier disassembled
DBO - Disassembled by owner
PB - Professional books
PP - Professional papers
PE - Professional equipment
B&W - Tv black and white
C - Tv color
UPR - Upholstered

**Exception symbols**
BE - Bent
BR - Broken
BU - Burned
CH - Chipped
CU - Contents & condition Unknown
D - Dented
F - Faded
CR - Crushed
G - Gouged
L - Loose
M - Marred
MI - Mildew
MCU - Mechanical condition Unknown
MO - Motheaten
R - Rubbed
RU - Rusted
SC - Scratched
SH - Short
SO - Soiled
T - Torn
W - Badly worn
Z - Cracked
Note: The omission of these symbols indicates good condition except for normal wear.

**Location symbols**
1. Arm
2. Bottom
3. Corner
4. Front
5. Left
6. Leg
7. Rear
8. Right
9. Side
10. Top
11. Veneer
12. Edge
13. Center

This form should be prepared whenever a shipment is placed into or removed from storage, or when transferred from van to van.

Type of transfer
- [ ] Whse. to driver
- [ ] Van to van
- [x] Driver to whse
- [ ] Other

Order number

Shippers name: J Yonk

| Original INVT no. | Article | Condition when received (Show condition of containers) |
|---|---|---|
| 166 | 4 DRW | CR D 10 12 SCR |
| | Lg DESK | CAP MISSING CH SHELF |
| 27 | CH SHELF | R SC 10 CC SC L 9 10 9 |
| 8 | 4 Sch | CR 10 |
| NO # | 4 Sch | Clothes CR |
| 2 | 3 Sch | CR 10 9 |
| 74 | D-P | CR 10 9 |
| 10 | L-Rack | CR 9 10 |
| 69 | " " | " " |
| NO # | 4 Sch | CR CD MISC [illegible] CR 9 10 12 |
| 156 thru 159 | DESK | [illegible] |
| NO # | Bench | 2 |
| 36 | Console | CR 9 |
| 102 | F-Bench | F 10 R [illegible] |
| 08 | REC | NO MC |
| 7 | 4 Sch | CR 9 |
| 126 thru 128 | Books | B/O ff 41 |
| 41 | 4 Sch | CR 10 9 |
| 55 | 4 Sch | CR 10 9 |
| 28-29 | DP | CR 10 3 9 |
| 13 | 4 Sch | CR 9 10 |
| 18 | 4 Sch | CR [illegible] |
| 75 | D-P | CR 10 |
| 70 | [illegible] | Open CR 9 10 |

Signature of person releasing goods: [signature] Date: 6-16-04
Agency or driver number
Signature of person receiving goods: [signature] Date: 6-16-04
Agency or driver number

This form is for internal use only and must not be given to consignee or shipper.

MAYFLOWER TRANSIT

Mayflower Transit, LLC.
P.O. Box 26150
Fenton, MO 63026-1350
636-305-4000

# Exception Sheet

**Descriptive symbols**
CP - Packed by carrier
PBO - Packed by owner
CD - Carrier disassembled
DBO - Disassembled by owner
PB - Professional books
PP - Professional papers
PE - Professional equipment
B&W - tv black and white
C - tv color
UPH - Upholstered

**Exception symbols**
BE - Bent
BR - Broken
BU - Burned
CH - Chipped
CU - Content & condition Unknown
D - Dented
F - Faded
CR - Crushed
G - Gauged
L - Loose
M - Marred
MI - Mildew
MCU - Mechanical condition Unknown
MO - Motheaten
R - Rubbed
RU - Rusted
SC - Scratched
SH - Short
SO - Soiled
T - Torn
W - Badly worn
Z - Cracked
Note: The omission of these symbols indicates good condition except for normal wear.

**Location symbols**
1. Arm
2. Bottom
3. Corner
4. Front
5. Left
6. Leg
7. Rear
8. Right
9. Side
10. Top
11. Veneer
12. Edge
13. Center

This form should be prepared whenever a shipment is placed into or removed from storage, or when transferred from van to van.

Type of transfer
☐ Whse. to driver
☐ Van to van
☒ Driver to whse
☐ Other

**Order number**

**Shippers name** J. Soule

| Original INVT no. | Article | Condition when received (Show condition of containers) |
| --- | --- | --- |
| 38 | Bench | NC MCU SC SC M Rest Back |
| 49 | Saw | NC MCU SC M SC L |
| 48 | Book Case | BL 2 |
| No # 198 | Extra | Matt |
| 93 | Work Bench | CH 12 CS |
| 80 | Vac Cleaner | NO MCU |
| 56 | Pot Holder | DBC SC |
| 57 | Trash Can | CR 12 SC |
| 61 | 1 Sch | Hole in Side |
| 82 | Tool Box | D 4 12 SCL |
| 46 | Saw | NC MCU SCR |
| 43 | Planer | NC MCU SCR |
| 102 | Sled | DBC SC M Hardware ? |
| 118 | Swing | DBC SC M CH 6 12 85 Hardware ? |
| 203 | 1 Sch | CR 5 9 10 12 MCU |
| 173 | Dresser | Parts missing SC R CR 10 85 G 2 12 |
| 170 | Dresser | Parts Missing CH 12 G 6 |
| 26 | Lantern Holder | SC SC Pans tray MISSING |
| 119 | Dresser | CH 12 8 6 > D > CR 10 4 |
| 171 | Dresser | L top CH 12 6 |
| No # | 1 Sch | |
| No # | 1 Sch | Blanket |
| 188 | Sofa Table | BR 6 OFF CH 12 |
| N/M | [illegible] | NC MCU D 10 12 |

Signature of person releasing goods: [signature] Date: 6-26-04
Agency or driver number
Signature of person receiving goods: [signature]
Date: 6/16/04
Agency or driver number

This form is for internal use only and must not be given to consignee or shipper.

MAYFLOWER TRANSIT

Mayflower Transit, LLC.
P.O. Box 26150
Fenton, MO 63026-1350
636-305-4000

# Exception Sheet

**Descriptive symbols**
CP - Packed by carrier
PBO - Packed by owner
CD - Carrier disassembled
DBO - Disassembled by owner
PB - Professional books
PP - Professional papers
PE - Professional equipment
B&W - Tv black and white
C - Tv color
UPH - Upholstered

**Exception symbols**
BE - Bent
BR - Broken
BU - Burned
CH - Chipped
CU - Contents & condition unknown
D - Dented
F - Faded
CR - Crushed
G - Gouged
L - Loose
M - Marred
MI - Mildew
MCU - Mechanical condition unknown
MO - Motheaten
R - Rubbed
RU - Rusted
SC - Scratched
SH - Short
SO - Soiled
T - Torn
W - Badly worn
Z - Cracked
Note: The omission of these symbols indicates good condition except for normal wear.

**Location symbols**
1. Arm
2. Bottom
3. Corner
4. Front
5. Left
6. Leg
7. Rear
8. Right
9. Side
10. Top
11. Veneer
12. Edge
13. Center

This form should be prepared whenever a shipment is placed into or removed from storage, or when transferred from van to van

Type of transfer
- [ ] Whse. to driver
- [ ] Van to van
- [x] Driver to whse.
- [ ] Other

**Order number**

**Shippers name** J Fonk

| Original INVT no. | Article | Condition when received (Show condition of containers) |
|---|---|---|
| 11 | [illegible] | CN CPIO |
| NC 11 | 4 Sch | Room item [illegible] |
| Ca | [illegible] | CN RND |
| 55 | 4 Sch | [illegible] |
| 4S | P Glass | 2 BAS |
| 174 | Lamp | BR IN PSC |
| 60 | 3 Ich | RE Check |
| 69 | 1 Sch | Recheck |
| 165 | Continued | Recheck |

Signature of person releasing goods [illegible] Date [illegible] Agency or driver number

Signature of person receiving goods Date Agency or driver number

This form is for internal use only and must not be given to consignee or shipper.

[illegible]