# EXHIBIT 11

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JASON YORK and MAUREEN YORK,<br>Plaintiffs<br><br>v.<br><br>DAY TRANSFER COMPANY, APOLLO VAN LINES, INC. and ANDREWS EXPRESS & STORAGE WAREHOUSE, INC.,<br>Defendants<br><br>v.<br><br>WILLIAMS MOVING COMPANY,<br>Third-Party Defendant | C.A. NO. 04-551 S |

## ANDREWS EXPRESS & STORAGE WAREHOUSE, INC.'S RESPONSE TO APOLLO VAN LINES, INC.'S REQUEST FOR ADMISSIONS

Now comes Andrews Express & Storage Warehouse, Inc. ("Andrews"), and hereby responds to Apollo Van Lines, Inc.'s ("Apollo") Requests for Admissions as follows:

**ADMISSION NO. 1:**

The damage to the household goods of Jason and Maureen York was caused by water entering the warehouse through a leaking roof at Andrews Express & Storage Warehouse, Inc. at 100 Fir Street, Newport, Rhode Island 02840 and resulting in mold and mildew to the Yorks' household goods.

**RESPONSE NO. 1:**

Defendant Andrews Express & Storage Warehouse, Inc. admits the existence of a leaking roof at Andrews Express & Storage Warehouse located at 100 Fir Street, Newport,

Andrews Express & Storage Warehouse, Inc. took possession of the York household goods from Apollo Van Lines, Inc. on or about June 16, 2004.

**RESPONSE NO. 6:**

Denied. There is and never has been an employee and/or driver of Andrews Express & Storage Warehouse, Inc. by the name of Chris Andrews.

**ADMISSION NO. 7:**

H. Zambrano, employee of Andrews Express & Storage Warehouse, Inc. has admitted that the York household goods were free of all water, mold and mildew damage when Andrews Express & Storage Warehouse, Inc. took possession of the York household goods from Apollo Van Lines, Inc. on or about June 16, 2004.

**RESPONSE NO. 7:**

Defendant is without knowledge as to statements by H. Zambrano. H. Zambrano is no longer an employee of Andrews Express & Storage Warehouse, Inc.

**ADMISSION NO. 8:**

The 3-page exception sheet of Mayflower Transit, LLC dated June 16, 2004 (Exhibit A) is a true, complete and genuine copy of the condition of the Yorks' household goods upon delivery by Apollo Van Lines driver Tracy Keller into the care, custody and control of H. Zambrano of Andrews Express & Storage Warehouse, Inc.

**RESPONSE NO. 8:**

Denied in that Exhibit A is a true, accurate, complete and genuine copy of the exception sheet enumerating the condition of various articles accepted by Andrews Express & Storage Warehouse, Inc. for storage on or about June 16, 2004.

**ADMISSION NO. 9:**

No mildew damage is noted to any of the Yorks' household goods described on the Mayflower Transit, LLC Exception Sheet (Exhibit A) as of June 16, 2004 when Tracy Kelly released the goods from Apollo Van Lines, Inc. to Andrews Express & Storage Warehouse, Inc.

**RESPONSE NO. 9:**

Admitted.

ANDREWS EXPRESS & STORAGE
WAREHOUSE, INC.

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

Daniel S. Crocker (#6309)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

DATED: October 3, 2005