# EXHIBIT 12

UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

***************************
JASON YORK AND MAUREEN YORK*
*
Vs. * No. C.A. NO. 04-551S
*
DAY TRANSFER COMPANY, *
APOLLO VAN LINES, INC., *
AND ANDREWS EXPRESS & *
STORAGE WAREHOUSE, INC. *
Vs. *
WILLIAMS MOVING COMPANY *
***************************

DEPOSITION OF WILLIAM O'LOUGHLIN, a Witness in the above-entitled cause, taken On behalf of the Plaintiff, pursuant to Notice, before Linda J. Faria, a Notary Public in and for the State of Rhode Island, at the office of Joseph R. Palumbo, Jr., 294 Valley Road, Middletown, Rhode Island, On Thursday, February 23, 2006 at 3:30 p.m.

APPEARANCES:

FOR THE PLAINTIFF:
BY: Joseph R. Palumbo, Jr., Esq.

FOR THE DEFENDANT:
GIDLEY, SARLI & MARUSAK, LLP
BY: James P. Marusak, Esq.

FOR THE DEFENDANT:
PARTRIDGE, SNOW & HAHN, LLP
BY: Robert K. Taylor, Esq.

FOR THE DEFENDANT:
HINCKLEY, ALLEN, SYNDER, LLP
BY: Mitchell R. Edwards, Esq.

FILE COPY

details over the warehouse. Basically, that's about it. During the day, I would have appointments to do estimates, giving customers prices and estimates.

MR. EDWARDS: I'm going to mark this as Exhibit 1, please.

(DEFENDANT'S EXHIBIT NO. 1 MARKED FOR IDENTIFICATION)

Q Mr. O'Loughlin, I'm going to show you what's been marked as Defendant's Exhibit No. 1. Can you tell me what that document is?

A An Exception Sheet.

Q What is an Exception Sheet?

A Basically, when a driver comes in from another state and brings his goods into our warehouse, we go and we check off his inventory. His inventory already shows conditions of items, and then we check to see if there's anything new has changed. And if so, we write down the exceptions to it.

Q And is this the Exception Sheet for the York material or goods that were delivered on June 16, 2004?

A Yeah, based on the signature of one of my workers, yes, I would say it would be.

Q And whose signature is that?

A Harry Zambrano.

Q And that's his signature at the bottom of the first page?

A As far as I know, yes.

Q And are Exception Sheets kept in the regular course of business at Andrews?

A Yes.

Q And where are they kept?

A Well, when they first come in, the warehouseman has them, and after he finishes processing the paperwork, then they're sent up to the office. A folder is done up, and it's put with all the other paperwork for that customer.

Q And tell me again, what is the purpose of the Exception Sheet?

A It's to note anything that is different. When a driver picks up a shipment at one location from other state, he writes down the condition that he finds on the furniture, and sometimes he might miss things or sometimes he might do something, damage in between, and we go and look at the piece, and we write down what we see. It might not be the same on his inventory.

Q Is it also to make sure that Andrews is not

liable for any pre-existing conditions of the goods before they arrive?

A Right. Yes.

Q Now, take a look at Exhibit 1, and let me know if you agree that there's no mold damage to the goods shown on that Exception Sheet.

(Witness perusing Exhibit 1.)

A No, I don't see any.

Q And, again, looking at Defendant's Exhibit 1, tell me if you agree that there's no mildew damage on the Exception Sheet?

A No, it doesn't show any.

Q And, finally, in Defendant's Exhibit 1, there's no water damage to the goods shown on the Exception Sheet; is that correct?

(Witness perusing Exhibit 1.)

A No.

Q You agree with my statement that --

A Yes.

Q -- there's no water damage to the goods shown on the Exception Sheet?

A Nothing that is wrote down, no.

Q And Defendant's Exhibit 1 that you have in front of you, is that a true, accurate, complete and

genuine copy of the Exception Sheet?

A It appears to be.

MR. EDWARDS: Those are the only questions that I have. Thank you, Joe.

MR. PALUMBO: You're welcome.

THE WITNESS: I mean, can I ask something? Does anyone have the original because I was just wondering why this third page was never signed by my warehouseman?

MR. EDWARDS: Which page are you talking about, the middle page?

THE WITNESS: Yes.

MR. EDWARDS: This is the copy that we have. Do you have reason to believe that the second page was signed by your employee?

THE WITNESS: I don't know, but his signature is not on there.

MR. EDWARDS: Could we go off the record for a second?

MR. PALUMBO: Sure.

(Off-the-record discussion)

MR. EDWARDS: Let's go back on the record.

Q Mr. O'Loughlin, I'm going to show you a copy

of the Exception Sheet that's based labeled Andrews 0085, 0086 and 0087.

MR. PALUMBO: Do you want to mark it?

MR. EDWARDS: Yeah, can we mark that as Defendant's Exhibit No. 2.

(DEFENDANT'S EXHIBIT NO. 2 MARKED FOR IDENTIFICATION)

Q I want to show you what's now been marked as Defendant's Exhibit No. 2, and is that also a copy of the Exception Sheet?

A Yes.

Q And do you see those numbers at the bottom right-hand corner where it says Andrews, and it has numbers next to it? That means that it was produced from your files; is that right?

A Right.

Q And you'll see on that exhibit, Defendant's Exhibit No. 2, again, only two of the three pages are signed by an Andrews employee; is that correct?

A Yes.

Q Which is consistent with Defendant's Exhibit No. 1?

A Yes.

Q So, again, my question is, is Defendant's

Exhibit Number 1 a true, accurate, complete and genuine copy of the Exception Sheet?

A Yes.

MR. EDWARDS: Thank you. No further questions.

MR. MARUSAK: Can I just see Number 2?

MR. PALUMBO: I've got copies. Do you want them?

MR. MARUSAK: No. I'll look at them quickly.

DIRECT EXAMINATION BY MR. PALUMBO

MR. PALUMBO: Mr. O'Loughlin, my name is Joe Palumbo. I represent the plaintiff's in this case, Jason and Maureen York, and I'm going to ask you some questions pertaining to this matter. And if I ask you a question and you don't understand it, let me know, and I'll try to rephrase it so that you can. If you don't ask me to rephrase I'll assume that you understand the question. All right?

THE WITNESS: Okay.

Q It's important that you allow me to finish asking my question before you start to answer so the stenographer can get it all down. Although she's terrific, it's very difficult to get two people