# EXHIBIT 14

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **JASON YORK and MAUREEN YORK** | } | |
| **Plaintiffs** | } | |
| **v.** | } | **CA No. 04-551S** |
| **DAY TRANSFER COMPANY, APOLLO VAN LINES, INC., and ANDREWS EXPRESS & STORAGE WAREHOUSE, INC.** | } | |
| **Defendants** | } | |
| **v.** | } | |
| **WILLIAMS MOVING COMPANY** | } | |
| **Third-Party Defendant** | } | |

**PLAINTIFF JASON YORK'S RESPONSES TO REQUEST FOR ADMISSIONS PROPOUNDED BY APOLLO VAN LINES, INC.**

1. No mold damage occurred to the household goods of Jason and Maureen York during transit from San Antonio, Texas between June 4, 2004 and final destination at Andrews Express & Storage Warehouse, Inc. in Newport, Rhode Island on or about June 16, 2004.
   **RESPONSE:** Plaintiff believes this statement to be true but does not have personal knowledge as to whether or not it is true.

2. No mildew damage occurred to the household goods of myself and my wife Maureen during transit from San Antonio, Texas between June 4, 2004 and final destination at Andrews Express & Storage Warehouse, Inc. in Newport, Rhode Island on or about June 16, 2004.
   **RESPONSE:** Plaintiff believes this statement to be true but does not have personal knowledge as to whether or not it is true.

3. No water damage occurred to the household goods of myself and my wife Maureen during transit from San Antonio, Texas on or about June 4, 2004 to final destination in Newport, Rhode Island on or about June 16, 2004.
**RESPONSE:** Plaintiff believes this statement to be true but does not have personal knowledge as to whether or not it is true.

4. Mold damage was present on the houschold goods of Jason and Maureen York at the time of delivery on August 16, 2004 to 505 Wolcott Avenue in Middletown, Rhode Island;
**RESPONSE:** Admitted.

5. Mildew damage was present on the household goods of Jason and Maureen York at the time of delivery on August 16, 2004 to 505 Wolcott Avenue in Middletown, Rhode Island.
**RESPONSE:** Admitted.

6. Water damage was present on the household goods of Jason and Maureen York at the time of delivery on August 16, 2004 to 505 Wolcott Avenue in Middletown, Rhode Island.
**RESPONSE:** Admitted.

7. The damage to the household goods of Jason and Maureen York was caused by water, mold and mildew through a leaking roof at Andrews Express & Storage Warehouse, Inc. at 100 Fir Street, Newport, Rhode Island 02840.
**RESPONSE:** Plaintiff believes this statement to be true but does not have personal knowledge as to whether or not it is true.

8. Andrews Express & Storage Warehouse, Inc. had a leaking roof which caused all of the damage by reason of mildew, mold or water between June 16, 2004 and August 14, 2004 to the household goods of Jason and Maureen York.
**RESPONSE:** Plaintiff believes this statement to be true but does not have personal knowledge as to whether or not it is true.

9. The damage to Jason and Maureen York's household goods by reason of mildew, mold and water damage occurred between June 16, 2004, the time of delivery by Apollo to Andrews Warehouse and August 16, 2004, the time of delivery to the York home at 505 Wolcott Avenue, Middletown, Rhode Island.
**RESPONSE:** Plaintiff believes this statement to be true but does not have personal knowledge as to whether or not it is true.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **JASON YORK and MAUREEN YORK**<br><br>**Plaintiffs**<br><br>**v.**<br><br>**DAY TRANSFER COMPANY, APOLLO VAN LINES, INC., and ANDREWS EXPRESS & STORAGE WAREHOUSE, INC.**<br><br>**Defendants**<br><br>**v.**<br><br>**WILLIAMS MOVING COMPANY**<br><br>**Third-Party Defendant** | **CA No. 04-551S** |

**PLAINTIFF MAUREEN YORK'S RESPONSES TO REQUEST FOR ADMISSIONS PROPOUNDED BY APOLLO VAN LINES, INC.**

1. No mold damage occurred to the household goods of Jason and Maureen York during transit from San Antonio, Texas between June 4, 2004 and final destination at Andrews Express & Storage Warehouse, Inc. in Newport, Rhode Island on or about June 16, 2004.
**RESPONSE:** Plaintiff believes this statement to be true but does not have personal knowledge as to whether or not it is true.

2. No mildew damage occurred to the household goods of myself and my wife Maureen during transit from San Antonio, Texas between June 4, 2004 and final destination at Andrews Express & Storage Warehouse, Inc. in Newport, Rhode Island on or about June 16, 2004.
**RESPONSE:** Plaintiff believes this statement to be true but does not have personal knowledge as to whether or not it is true.

3. No water damage occurred to the household goods of myself and my wife Maureen during transit from San Antonio, Texas on or about June 4, 2004 to final destination in Newport, Rhode Island on or about June 16, 2004.
**RESPONSE:** Plaintiff believes this statement to be true but does not have personal knowledge as to whether or not it is true.

4. Mold damage was present on the household goods of Jason and Maureen York at the time of delivery on August 16, 2004 to 505 Wolcott Avenue in Middletown, Rhode Island;
**RESPONSE:** Admitted.

5. Mildew damage was present on the household goods of Jason and Maureen York at the time of delivery on August 16, 2004 to 505 Wolcott Avenue in Middletown, Rhode Island.
**RESPONSE:** Admitted.

6. Water damage was present on the household goods of Jason and Maureen York at the time of delivery on August 16, 2004 to 505 Wolcott Avenue in Middletown, Rhode Island.
**RESPONSE:** Admitted.

7. The damage to the household goods of Jason and Maureen York was caused by water, mold and mildew through a leaking roof at Andrews Express & Storage Warehouse, Inc. at 100 Fir Street, Newport, Rhode Island 02840.
**RESPONSE:** Plaintiff believes this statement to be true but does not have personal knowledge as to whether or not it is true.

8. Andrews Express & Storage Warehouse, Inc. had a leaking roof which caused all of the damage by reason of mildew, mold or water between June 16, 2004 and August 14, 2004 to the household goods of Jason and Maureen York.
**RESPONSE:** Plaintiff believes this statement to be true but does not have personal knowledge as to whether or not it is true.

9. The damage to Jason and Maureen York's household goods by reason of mildew, mold and water damage occurred between June 16, 2004, the time of delivery by Apollo to Andrews Warehouse and August 16, 2004, the time of delivery to the York home at 505 Wolcott Avenue, Middletown, Rhode Island.
**RESPONSE:** Plaintiff believes this statement to be true but does not have personal knowledge as to whether or not it is true.

10. The Household Goods Descriptive Inventory of Apollo Van Lines, Inc. dated June 4, 2004 and signed by J. York at origin on 6/4/04 (Exhibit A)