# EXHIBIT 15

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JASON YORK AND MAUREEN YORK,<br>Plaintiffs<br><br>v.<br><br>DAY TRANSFER COMPANY, APOLLO VAN LINES, INC. AND ANDREWS EXPRESS & STORAGE WAREHOUSE, INC.,<br>Defendants<br><br>v.<br><br>WILLIAMS MOVING COMPANY,<br>Third-Party Defendant | C.A. No. 04-551 S |

**ANDREWS EXPRESS & STORAGE WAREHOUSE, INC.'S**
**ANSWERS TO PLAINTIFFS' SECOND SET OF INTERROGATORIES**

Now comes Defendant, Andrews Express & Storage Warehouse, Inc. ("Andrews" or "Defendant") and hereby responds to Plaintiffs, Jason York and Maureen York's ("York") Second Set of Interrogatories as follows:

**INTERROGATORY NO. 1:**

Please state the name, residence address, occupations, and business addresses of all individuals assisting in the answers to these interrogatories.

**ANSWER TO INTERROGATORY NO. 1:**

None.

**INTERROGATORY NO. 2:**

Please state the exact date and time that you received the plaintiffs' property at your premises in Newport, Rhode Island in or about June 2004.

**INTERROGATORY NO. 15:**

Please state the name and address of each individual employed by you who has knowledge of the condition of the plaintiffs' property at the time it was received at your premises for storage in or about June 2004.

**ANSWER TO INTERROGATORY NO. 15:**

The employees who participated in the storage of the Yorks' property at Andrews were Julio Morales, Harry Zambrano, Evan, and Stephen Henson. None of these individuals are presently employed by Andrews.

**INTERROGATORY NO. 16:**

Please describe the nature of your relationship with any entity or entities using the name "Mayflower Transit" and/or "Mayflower Van Lines" and/or "Mayflower International" during the period between June 1, 2004 through August 30, 2004, and, if such relationship was memorialized in any writing or writings, please state the name and title of each such writing and the name and address of each person having possession, custody, and control of such writings.

**ANSWER TO INTERROGATORY NO. 16:**

Andrews acts as agent for a number of carriers. Mayflower is one such carrier. The carrier that delivered the York's shipment was Apollo Van Lines. Andrews' relationship with Mayflower is memorialized in an Agency Agreement, a copy of which is on file with Andrews.

**INTERROGATORY NO. 17:**

Please state whether or not you transported the plaintiffs' property from your premises, where it was stored during the period specified in your answer to question 5, to 505 Wolcott Avenue, Middletown, RI in or about August 2004.

**ANSWER TO INTERROGATORY NO. 17:**

Yes.

**INTERROGATORY NO. 18:**

Please state the name and residence address of each of your employees who were involved in the placement of the plaintiffs' property on the vehicle(s) used to transport the same to 505 Wolcott Avenue in or about August 2004.

**ANSWER TO INTERROGATORY NO. 18:**

The employees/former employees who participated in the storage of the Yorks' property at Andrews were Rick Temple, John Hendrickson, Eddie Cruz, Stephen Henson, and Harry Zambrano.

**INTERROGATORY NO. 19:**

Please describe the condition of the plaintiffs' property when it left your premises where it was stored to be transported to 505 Wolcott Avenue in or about August 2004.

**ANSWER TO INTERROGATORY NO. 19:**

The condition of the plaintiffs' property is set out in detail in various documents already produced by Andrews, including, but not limited to documents Bates stamped as "Andrews 1-18, 81-84, 96-112, 143."

**INTERROGATORY NO. 20:**

Please state the name and address of each person having knowledge of the condition of the plaintiffs' property when it was removed from your premises to be transported to 505 Wolcott Avenue in or about August 2004.

**ANSWER TO INTERROGATORY NO. 20:**

See answer to Interrogatory No. 18. The Yorks would also have knowledge of the condition of their property.

**INTERROGATORY NO. 21:**

Please state whether or not since August 16, 2004 any repairs have been made to the building on your premises where the plaintiffs' property was stored in 2004, and, if so, please state when such repairs were made, by whom, and the nature of the repairs.

**ANSWER TO INTERROGATORY NO. 21:**

Repairs were made to the roof area where the leaks were located on August 19, 2004. Such repairs were made by William O'Loughlin, Harry Andrews and Steve Orosco and consisted of applying black tar over the affected area to seal it.

ANDREWS EXPRESS & STORAGE WAREHOUSE, INC.

By: [signature]

Its: Vice President

Subscribed and sworn to before me this 14 day of October, 2005.

State of Rhode Island
County of Newport

Melissa A. O'Neill
Notary Public
My Commission Expires: Melissa A. O'Neill My Commission Expires 2/25/2007