# EXHIBIT 16

[redacted]

2094 SOUTHERN EXPRESSWAY
CAPE GIRARDEAU, MISSOURI 63703
PHONE: 573-335-3327

NO 5134

IN CASE OF NEED: CONTACT TRAFFIC CONTROL MGR. AT ABOVE ADDRESS OR TELEPHONE NUMBER

CONNECTING OR INTERLINING CARRIER (IF ANY) ADDRESS PHONE

RECEIVED, subject to classifications, tariffs, rules and regulations including all terms printed or stamped hereon or on the reverse side hereof in effect on the date of issue of this bill of lading

SHIPPER YORK, [redacted] DATE 04 JUN 04

ADDRESS 2721 [redacted]

FLOOR ELEV. TEL. 210/966-8035

CITY SCHERTZ COUNTY [redacted] STATE TX

CONSIGNED TO YORK, JASON D. MAJ

ADDRESS

FLOOR ELEV. TEL.

CITY NEWPORT COUNTY NEWPORT STATE RI

[redacted] Daily Allowance

## NOTIFICATION OF CHARGES

SHIPPER REQUESTS NOTIFICATION OF ACTUAL CHARGES TO PARTY SHOWN BELOW ☐
(C.O.D. SHIPPERS ONLY)

NOTIFY

ADDRESS TEL.

IN CASE OF DELAY, OR IF CHARGES EXCEED ESTIMATE BY MORE THAN 10%

NOTIFY

ADDRESS TEL.

Payment in Cash or Certified Check, Money Order, Traveler's Check or Cashier's Check

BILLING INFORMATION ZY711231

NAME

ADDRESS

CITY & STATE

ATTENTION OF

INSURANCE: The shipper declares the actual cash value of the shipment to be $ XXXX

Insurance Rate $ XXXXXX per hundred dollars, premium XXXXXXXXXXX

Signature

Notice: Carrier's tariffs, by this reference, are made a part of the bill of lading and may be inspected at carrier's facility or, on request, carrier will furnish a copy of any tariff provision containing carrier's rates, rules or charges governing the shipment.

Tariff D-8 SEC 3

| | ORIGINAL | REWEIGH |
|---|---|---|
| Gross | | |
| Tare | | |
| Net | | |
| Min. Wt. | | |

| SERVICES | CHARGES |
|---|---|
| Transportation FROM ZIP 78154 TO ZIP 02840 | |
| Origin/Destination Fee | |
| Fuel Surcharge (when applicable) | |
| Insurance Surcharge (when applicable) | |
| Valuation | |
| Containers, Packing & Unpacking | |
| Storage-In-Transit at ZIP Location ____ Date In ____ Date Out ____ | |
| SIT Pickup and Delivery | |
| Extra Pickups or Deliveries No. ____ at ZIP(s) ____ | |
| Extra Labor, Special Services or Waiting Time | |
| Bulky Articles | |
| Additional Weight Additives | |
| Advanced Charges | |
| Shuttle Service | |
| Self-Storage/Mini-Warehouse Pickups or Deliveries | |
| Overtime Pickups or Deliveries | |
| Other Additional Services | |
| | |
| | |
| | |

## SPECIAL SERVICES

☐ EXPEDITED SERVICE ORDERED BY SHIPPER DELIVERED ON OR BEFORE ____

☐ SHIPMENT COMPLETELY OCCUPIED A ____ CU. FT. VEHICLE

☐ EXCLUSIVE USE OF A ____ CU. FT. VEHICLE ORDERED

☐ SPACE RESERVATION ____ CU. FT. ORDERED

☐ ____ ☐

## FULL AND CUSTOM CONTAINER SERVICE

FULL SERVICE NOTE: For shipments with origin/destination in California; Customer agrees that title to all packing materials and other property sold to customer passes to customer prior to the transportation of such property to the customer by carrier. The sale price of the containers and container material is $ ____. This sale price is included in the total packing service charge.

| | CONTAINERS & PACKING | $ | UNPACKING | $ |
|---|---|---|---|---|

| CUSTOM SERVICE CARTON DESCRIPTION | | CONTAINERS & PACKING QUANTITY | UNPACKING QUANTITY |
|---|---|---|---|
| DISH PACKS | | | |
| CARTONS | Less Than 3 cft. | | |
| CARTONS | 3 cft. | | |
| CARTONS | 4.5 | | |
| CARTONS | 6 | | |
| CARTONS | 6.5 | | |
| WARDROBE, CTN. | | | |
| CRIB MATTRESS CTN. | | | |
| MATTRESS CTN., TWIN/TWIN LONG | | | IN-134 NISC |
| MATTRESS CTN., DOUBLE (NOT EXCEEDING 54" X 75") | | | |
| MATTRESS CTN., KING/QU. (EXCEEDING 54" X 75") | | | S+# 4168001 |
| HEAVY DUTY | | | |
| OTHER | | | |
| OTHER | | | |

TOTAL CONTAINERS & PACKING $ TOTAL UNPACKING $

TOTAL CONTAINERS & PACKING AND UNPACKING

[redacted]

Minimum Weight or Volume Charge

Terms & Conditions for Payment of Total Charges Charges ☐ Prepaid ☐ C.O.D. ☐

Maximum amount to be paid at time of delivery to obtain delivery of an estimated C.O.D. shipment

BALANCE DUE (30 Working Days, Credit Extended If Requested)

Prepayment Collected By

[redacted]

DELIVERY ACKNOWLEDGEMENT: SHIPMENT WAS RECEIVED IN APPARENT GOOD CONDITION EXCEPT AS NOTED ON INVENTORY, AND SERVICES ORDERED WERE PERFORMED

SIGNED

REC'D FOR STORAGE ____ (WAREHOUSE) CONSIGNEE

BY ____ (WAREHOUSEMAN'S SIGNATURE) ____ DATE PER

[redacted]

© COPYRIGHT 2002, MILBIN PRINTING, INC., 1290 MOTOR PKWY., HAUPPAUGE, NY 11749 (631) 582-8900

FORM # 862R/Rev. 3/02

2 SHIPPING ORDER