# EXHIBIT 17

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JASON YORK and MAUREEN YORK, )
)
Plaintiff(s), )
)
VS. ) C.A. NO. 551S
)
DAY TRANSFER COMPANY, )
APOLLO VAN LINES, INC. and )
ANDREWS EXPRESS & STORAGE )
WAREHOUSE, INC., )
)
Defendant(s). )
)
VS. )
)
WILLIAMS MOVING COMPANY, )
)
Third-Party Defendant. )

*****************************************************

ORAL DEPOSITION OF
ROSALINDA KAGEBEIN
MAY 1, 2006

*****************************************************

ORAL DEPOSITION of ROSALINDA KAGEBEIN, produced as a witness at the instance of the the Defendant, and duly sworn, was taken in the above-styled and numbered cause on the 1st day of May, 2006, from 10:02 a.m. to 2:08 p.m., before Dicie Lee Eytcheson, CSR in and for the State of Texas, reported by machine shorthand, at the Dispute Resolution Center of FORT SAM HOUSTON, San Antonio, Texas 78234, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.

COPY

handwritten copy with his signature and this information so that JPPSO can book the shipment.

MR. WRIGHT: Would you read back the last question and answer?

(Requested portion read back.)

Q. (BY MR. WRIGHT) Now I understand. Okay. How long after the session do you generally prepare the final typewritten 1299?

A. It depends on how many I have on my desk.

Q. Okay. Would it ever take longer than a week or more than --

A. Not usually not in the February time frame.

Q. In February, about how long is the turn around?

A. It's -- It would usually be like three -- maximum three to four days, roughly. That's only a guess.

Q. Okay. If the service member requests any additional insurance or valuation, is that noted in Box 13?

A. Yes.

Q. If there was additional insurance or valuation information requested on the handwritten version of this document submitted by the member, would you have typed that in this document?

A. If it's basic coverage, it would not be



Electronically signed by Dicie Eytcheson (301-362-425-8759) 0d3d32b9-2de1-4c17-9434-2aef95668l

reflected on the typed copy. If it's replacement insurance, then I would have to program it into the computer on the -- when I'm putting the information in the system, because there's a -- an area that requires us to reflect whether it's basic -- the basic automatically shoots out when I'm typing it.

If I see replacement in the remarks block, then I have to go back to that spot and change "Basic" to read "Replace." And then I would have to reflect the amount of coverage that he would be entitled to based on the weight of the shipment, and it would give me information on how much the replacement insurance would cost him.

Q. Is there any place on Exhibit -7 where it shows whether or not this was a basic covered shipment?

A. No. It doesn't -- If it's not requested to change, then it -- it doesn't reflect anything. If it is requested to purchase replacement insurance, then it would say "Replacement insurance" right after the phone numbers for the inbound installation.

Q. Does the fact that -- that Box 13 shows no additional valuation for insurance mean that this was a basic covered shipment?

MR. WRIGHT: Objection.

A. Yes.

7

**APPLICATION FOR SHIPMENT AND/OR STORAGE OF PERSONAL PROPERTY**

*(Read Privacy Act Statement on back before completing form.)*

| | | |
|---|---|---|
| APPLICATION FOR SHIPMENT AND/OR STORAGE OF PERSONAL PROPERTY | 1. DATE PREPARED (YYYYMMDD) 27-FEB-2004 | 2. SHIPMENT NUMBER 1 of 1 |
| 3. NAME OF PREPARING OFFICE FT SAM HOUSTON TX | 4. TO (Responsible Origin Personal Property Shipping Office) a. NAME JPPSO-SAN ANTONIO | |
| 5. NAME OF DESTINATION PERSONAL PROPERTY SHIPPING OFFICE NAVAL STATION NEWPORT RI | b. ADDRESS (Street, Suite Number, City, State, Zip Code) SAN ANTONIO, TX 78216-5518 | |

**6. MEMBER OR EMPLOYEE INFORMATION**

| a. NAME (Last, First, Middle Initial) | b. RANK/GRADE | c. SSN | d. AGENCY |
|---|---|---|---|
| YORK, JASON D | MAJ/O-4 | 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 | USMC |

**7. REQUEST ACTION BE TAKEN TO TRANSPORT OR STORE THE FOLLOWING:**

a. HOUSEHOLD GOODS/UNACCOMPANIED BAGGAGE/ITEMS/NO. OF CONTAINERS (Enter quantity estimate)

| (1) POUNDS | (2) POUNDS OF PROFESSIONAL BOOKS, PAPERS, AND EQUIPMENT (PBP&E) (Enter "NONE" if not applicable) | (3) EXPENSIVE AND VALUABLE ITEMS (Number of cartons) |
|---|---|---|
| WD 9000 | 500 | |

b. MOBILE HOME INFORMATION (Enter dimensions in feet and inches)

| (1) SERIAL NUMBER | (2) LENGTH | (3) WIDTH | (4) HEIGHT | (5) TYPE EXPANDO (Describe) |
|---|---|---|---|---|
| | | | | |

c. MOBILE HOME SERVICES REQUESTED (X as applicable)

☐ CONTENTS PACKED ☐ MOBILE HOME BLOCKED ☐ MOBILE HOME UNBLOCKED ☐ STORED AT ORIGIN ☐ STORED AT DESTINATION

**8. THIS SHIPMENT/STORAGE IS REQUIRED INCIDENT TO THE FOLLOWING CHANGE OF STATION ORDERS:**

| a. TYPE ORDERS (X one) | b. ISSUED BY | c. NEW DUTY ASSIGNMENT |
|---|---|---|
| X PERMANENT ☐ TEMPORARY | USMC 4TH RECON BN SAN ANTONIO TX | NEWPORT RI |

| d. DATE OF ORDERS (YYYYMMDD) | e. ORDERS NUMBER | f. PARAGRAPH NO. | g. IN TRANSIT TELEPHONE NO. (Include Area Code) |
|---|---|---|---|
| 09-FEB-2004 | 1320 | | |

h. IN TRANSIT ADDRESS (Street, Apartment Number, City, State, ZIP Code) 696 COUNTY ROAD 703 CULLMAN, AL 35055

| 9. PICKUP (ORIGIN) INFORMATION | 10. DESTINATION INFORMATION |
|---|---|
| a. ADDRESS (Street, Apartment Number, City, County, State, ZIP Code) (If a mobile home park, include mobile home court name) 2721 ASHLEY MEADOW - ASHLEY PLACE SUBDIV, GUADALUPE SCHERTZ, TX 78154 | a. ADDRESS (Street, Apartment Number, City, County, State, ZIP Code) (If a mobile home park, include mobile home court name) NEWPORT, RI 02840 |
| b. TELEPHONE NUMBER (Include Area Code) 210-566-8035 210-373-6708 | b. AGENT DESIGNATED TO RECEIVE PROPERTY MAUREEN V YORK |

| 11. EXTRA PICKUP/DELIVERY ADDRESS (If applicable) | 12. SCHEDULED DATE FOR (YYYYMMDD) a. PACK | b. PICKUP | c. DELIVERY |
|---|---|---|---|
| , | 25-MAY-2004 | 27-MAY-2004 | 11-JUN-2004 |

**13. REMARKS** RA:MAUREEN YORK PK2:26-MAY-04(DEST IB PH:401-841-2091 ATV:948-2091) SHIPMENT CONTAINS FIREARMS AND LARGE SAFE. GROUP COUNSELLED PER DD 1797.

E-MAIL: yorkjd@mfr.usmc.mil

**14. I CERTIFY THAT NO OTHER SHIPMENTS AND/OR NONTEMPORARY STORAGE HAVE BEEN MADE UNDER THESE ORDERS EXCEPT AS INDICATED BELOW** (If none, indicate "NONE.")

| a. FROM | b. TO | c. NET POUNDS (Actual or estimated) | d. POUNDS OF PBP&E (Actual or estimated) |
|---|---|---|---|
| NONE | | | |
| | | | |
| | | | |

**15. CERTIFICATION OF SHIPMENT RESPONSIBILITIES/STORAGE CONDITIONS**
I certify that I have read and understand my shipping responsibilities and storage conditions printed on the back side of this form.

| a. SIGNATURE OF MEMBER/EMPLOYEE | b. DATE SIGNED | c. ADDRESS OF CONTRACTOR (Street, Suite No., City, State, ZIP Code) |
|---|---|---|
| | | |
| d. NAME OF CONTRACTOR (Origin DPM or non-temporary storage) | | |

**16. CERTIFICATE IN LIEU OF SIGNATURE ON THIS FORM IS REQUIRED WHEN REGULATIONS SO AUTHORIZED.** Property is baggage, household goods, mobile home, and/or professional books, papers and equipment authorized to be shipped at government expense.

| a. REASON FOR NONAVAILABILITY OF SIGNATURE | b. CERTIFIED BY (Signature) |
|---|---|
| SIGNATURE ON FILE (RK) | JAMES F MCGOVERN JR, COL, USAF |
| | c. TITLE DIRECTOR |