# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JASON YORK and MAUREEN YORK,<br><br>Plaintiffs,<br><br>v.<br><br>DAY TRANSFER COMPANY,<br>APOLLO VAN LINES, INC. and<br>ANDREWS EXPRESS & STORAGE<br>WAREHOUSE, INC.,<br><br>Defendants,<br>v.<br><br>WILLIAMS MOVING COMPANY,<br><br>Third Party Defendant. | C.A. No. 04-551 S |

**DEFENDANT ANDREWS EXPRESS AND STORAGE WAREHOUSE, INC.'S MOTION FOR SUMMARY JUDGMENT**

Defendant Andrews Express and Storage Warehouse Inc. ("Andrews"), through counsel, moves for summary judgment. Andrews is entitled to summary judgment because the undisputed facts demonstrate that the two counts for negligence alleged in the Complaint against Andrews arise out of the interstate transport of the Yorks' household goods. All such claims are governed by the Carmack Amendment and any state law claims, including claims for negligence, are preempted. Plaintiffs' remaining claim against Andrews for relief under the Carmack Amendment should also be dismissed because the carrier has already paid an amount equal to the limitation of liability contained in the bill of lading for the Yorks' shipment. In support of its motion Andrews relies upon the accompanying Memorandum of Law.

ANDREWS EXPRESS & STORAGE WAREHOUSE, INC.

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Robert K. Taylor

Robert K. Taylor (#6514)
Carolyn P. Medina (#7109)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

DATED: August 25, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of August, 2006, I electronically filed the foregoing ANDREWS EXPRESS & STORAGE WAREHOUSE, INC.'S MOTION FOR SUMMARY JUDGMENT with the Clerk of the United States District Court for the District of Rhode Island. The following participants have received notice electronically:

Joseph R. Palumbo, Jr., Esq.
James P. Marusak, Esq. / Gidley, Sardi & Marusak, LLP
William Grimm, Esq., Mitchell Edwards, Esq. / Hinckley Allen & Snyder, LLC

and I hereby certify that I have sent by prepaid first class mail a copy of this documents to the following non CM/ECF participant:

George W. Wright, Esq.
George W. Wright & Associates, LLC
Continental Plaza
401 Hackensack Avenue, 7th Floor
Hackensack, NJ 07601

/s/ Robert K. Taylor

873315_1/4004-2