MIDWEST LITIGATION SERVICES

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JASON YORK AND MAUREEN YORK
VS.
DAY TRANSFER COMPANY, ET AL.

C.A. No. 04-551S

DEPOSITION OF RICK WILLIAMS
DECEMBER 19, 2005

COPY

OFFICES MISSOURI ■ ILLINOIS ■ KANSAS

HEADQUARTERS: 711 NORTH ELEVENTH STREET, ST. LOUIS, MISSOURI 63101

800.280.3376

A I had used them in the past, and I knew that they were a military approved warehouse for storage.

**Q So what -- were those the major factors in your selection?**

A Yes.

**Q And by the way, how did you determine, prior to selecting Andrews Express & Storage, that they were military approved at that time?**

A The military will post a list of the approved warehouses in each base's area of responsibility.

**Q And is that updated from time to time?**

A Yes, it is.

**Q And how frequently?**

A I don't know. The military does that.

**Q So you had some information available to you in or about June of '04 which indicated that they were military approved storage warehouse?**

A I had had information to that effect sometime prior to that.

that the Yorks' shipment was -- strike that.
In or around the time that you selected them for the York shipment?
A No. I didn't have to look at a list.
Q Okay. So then let's go back. I mean, I don't want to beat a dead horse here, but I think -- I don't think I understand your response. What did you base your decision on in your selection of Andrews?
A I think I know what you're trying to ask. It -- if we had pulled into Newport, Rhode Island and Andrews Express weren't -- was not in a current approved status when our driver called the shipment in to the local base, they would not have allowed us to put it there.
Q Okay. But that's not what I asked you. You want the question read back?
A Yes.
MR. PALUMBO: Please.
THE REPORTER: "What did you base your decision on in your selection of Andrews?"
A That they were a qualified, military approved warehouse in good standing with the military, and that we had used them in the

established?

A It's established by the military.

Q Okay. So it's just one set fee? Or one -- one formula?

A It's in the rate solicitation. Right.

Q Okay.

A It's a straight pass-through.

Q Did you exchange any e-mails or other types of writings with Andrews memorializing or confirming that they were going to be the storage facility for the Yorks' shipment?

A No, we did not.

Q There were no writings that passed between you and Andrews about that?

A No.

Q By the way, how -- did you have any contact with Andrews about their being the storage facility?

A No, sir.

Q Well, how'd they know?

A They were contacted by Apollo Van Lines' dispatch department prior to the truck arriving.

-- some agreement with Andrews with respect to the delivery of the Yorks' household goods from the warehouse to the residence in the Newport area?

A No, I didn't.

Q Well, how -- how -- how was -- how was the basis upon which they would charge, how was that established?

A It's spelled out in the rate solicitation from the government.

Q You mean to tell me it's spelled out in the rate solicitation how much they could charge to go from 10 First Street in Newport, Rhode Island, to Wolcott Avenue in Middletown, Rhode Island?

A Yes, sir.

Q Tell me how that's spelled out.

A There's a section in the rate solicitation titled Storage and Transit Charges. It's based on geographical areas and weight of the shipment. They find the geographical area for Newport, Rhode Island, and it'll tell them the applicable rate per 100 pounds for delivery out.

They apply that to the net weight

CERTIFICATE OF REPORTER

I, TARA SCHWAKE, a Registered Professional Reporter and Notary Public within and for the State of Illinois, do hereby certify that the witness whose testimony appears in the foregoing deposition was duly sworn by me; that the testimony of said witness was taken by me to the best of my ability and thereafter reduced to typewriting under my direction; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this deposition was taken, and further that I am not a relative or employee of any attorney or counsel employed by the parties thereto, nor financially or otherwise interested in the outcome of the action.

____________________________

Notary Public in and for
The State of Illinois

My commission expires June 7, 2009