# PERSONAL PROPERTY COUNSELING CHECKLIST

## PRIVACY ACT STATEMENT

**AUTHORITY:** 37 USC 406, 5 USC 5726; and E.O. 9397.

**PRINCIPAL PURPOSE(S):** Primary purpose is to assure the member, dependent, and government employee has been briefed properly on the movement of their personal property within the Defense Transportation System. Information collected in this system may also be used in determining validity of claims for damage and improper shipments and any third party responsibility.

**ROUTINE USE(S):** Information contained in this system of records may be provided to a carrier, for the purpose of helping to resolve or adjudicate claims brought by Defense Transportation System users.

**DISCLOSURE:** Voluntary; however, failure to provide the requested information may delay settlement of a claim.

| 1. NAME *(Last, First, Middle Initial)* | 2. SOCIAL SECURITY NUMBER | 3. GRADE/RANK/RATING |
|---|---|---|
| 4. ISSUING AUTHORITY | 5. ORDER NUMBER AND PARAGRAPH | 6. DATE *(YYYYMMDD)* |

7. CHECKLIST *(Record special instructions on back)*

### PART I - HOUSEHOLD GOODS

(1) Entitlements under the order described above *(number of shipments, authorized destination, etc.)*

(2) Weight allowances: PCS ______ TDY ______

(3) Weight restriction at new duty station, if any

(4) Member's responsibility to reimburse the Government for any excess costs occasioned by this/these shipment(s)

(5) Pickup date and required delivery date as determined by requirements of the member: PUD ______ RDD ______

(6) Mode/method of shipment, including name of carrier if known

(7) Unauthorized items and disposal of useless items.

(8) Professional books, papers, and equipment.

(9) Member's responsibility to prepare and submit a complete DD Form 1701, Inventory of Household Goods

(10) Servicing/deservicing appliances.

(11) Temporary storage *(contractual or intransit)*.

(12) Checking inventory at origin and destination, noting discrepancies on reverse of PPGBL, DD Form 619, and carrier's inventory prior to signing and report them to ITO

(13) Checking DD Form 619 prepared by carrier at origin for complete accuracy of information recorded thereon.

(14) Member's responsibility to sign delivery documents and release them to carrier immediately upon delivery of property and completion of delivery services and annotation of discrepancies.

(15) Member's responsibility to contact the destination ITO immediately upon arrival to give a point of contact for the ITO when property arrives.

(16) Member's responsibility to contact origin and destination ITOs if there is any change in orders or there are other factors that could affect delivery of the shipment

(17) Extra pickup or delivery charges, when applicable.

(18) Procedure to designate agent to release property or accept property in absence of member and use of Power of Attorney or informal letter of authority

(19) What documentation given to member and its importance to him.

(20) Member's responsibility to complete and turn in quality control form.

(21) Member's responsibility to ensure PP items are free of soil/pest infestation.

### PART II - UNACCOMPANIED BAGGAGE

(1) Included as part of HHG weight allowance when shipped at Government expense.

(2) Weight allowances: Member ______ Dependents ______

(3) What can be shipped as unaccompanied baggage.

(4) Pickup and delivery dates.

(5) Preparation - Copy of Orders in each container just before closing it.

(6) How and by whom shipped.

### PART II - UNACCOMPANIED BAGGAGE *(Continued)*

(7) Items of extraordinary value.

(8) Whom to contact in the event of loss or damage

(9) VIP - Very Important Papers *(the importance of documentation)*

(10) Member's responsibility to complete and turn in quality control form

(11) Member's responsibility to reimburse the Government for any excess costs occasioned by this/these shipment(s)

(12) Unauthorized items and disposal of useless items.

(13) Professional books, papers, and equipment.

(14) Member's responsibility to contact the destination ITO immediately upon arrival to give a point of contact for the ITO when property arrives.

(15) Procedure to designate agent to release property or accept property in absence of member and use of Power of Attorney or informal letter of authority

### PART III - NONTEMPORARY STORAGE

(1) Entitlements under the order, special services, etc.

(2) Included as part of HHG weight allowance when stored at Government expense.

(3) Where stored and for how long.

(4) Pickup date.

(5) Appliance servicing.

(6) Checking inventory at time of pickup

(7) What documentation given to member and its importance to him

(8) Items of extraordinary value, excess weight/cost

(9) Member's responsibility to reimburse the Government for any excess costs occasioned by this/these shipment(s)

(10) Unauthorized items and disposal of useless items.

(11) Professional books, papers and equipment

(12) Member's responsibility to contact the destination ITO *immediately* upon arrival to give a point of contact for the ITO when property arrives.

(13) Procedure to designate agent to release property or accept property in absence of member and use of Power of Attorney or informal letter of authority.

### PART IV - HOUSE TRAILERS/MOBILE HOMES

(1) Entitlements under the order, limitations, possible costs.

(2) Services authorized at Government expense and those billed to member

(3) Responsibility of member to get trailer ready for movement.

(4) Inventory and contents of trailer. Items that cannot remain in trailer.

(5) Pickup and delivery dates.

(6) Intransit storage and probability of excess costs.

(7) Carrier and Government liability

(8) What documentation given to member and its importance to him.

(9) Responsibility to promptly submit quality control information.

DD FORM 1797, SEP 1998 PREVIOUS EDITION IS OBSOLETE.

**Figure 401-6. DD Form 1797, Personal Property Counseling Checklist**

**7. CHECKLIST** *(Continued)*

| | PART V - PRIVATELY OWNED VEHICLES (POV) |
|---|---|
| | (1) Does vehicle qualify as a POV. |
| | (2) Authorizations, restrictions, special Host Government requirements |
| | (3) Applicable port of embarkation and debarkation; alternates if needed |
| | (4) Preparation of POV prior to delivery to port. |
| | (5) Application and other documents required. Power of Attorney if required. |
| | (6) Excess costs, when applicable; oversize; excess distance |
| | (7) Checking inventory of items left in POV, origin and destination. |
| | (8) Secure lien holder's permission if required |
| | (9) Responsibility to provide Port of Debarkation proper address where notification of arrival can be sent; period POV can remain at port. |
| | (10) Joint inspection of POV at time of delivery and pickup |
| | (11) Licensing and insurance requirements of state or overseas country. |
| | (12) Foreign manufactured POVs. |
| | (13) Delivery of POV to port by agent; special requirements for. |

| | PART VI - WEAPONS AND AMMUNITION |
|---|---|
| | (1) Limitations and restrictions of country to which assigned |
| | (2) US Government requirements and restrictions applicable for import. |
| | (3) Special forms and procedures; responsibilities of carriers, etc |
| | **PART VII - LIABILITY, CLAIMS, PROTECTION** |
| | (1) Carrier, storage firm and Government liability for loss or damage. |
| | (2) Carrier and Government liability for mobile home. Liability for repairs enroute |
| | (3) Carrier and Government liability for POV. |
| | (4) Limitations on Government liability |
| | (5) Importance of documentation - accurate inventory exception on delivery, etc |
| | (6) Valuation of items of extraordinary value - substantial value |
| | (7) Whom to see at destination in the event of loss or damage. |

**8. SPECIAL INSTRUCTIONS**

**9. CONFIRMATION OF COUNSELING**

I understand that if I elect to ship any household goods at Government expense to a designated location when the waiting period for any type of housing at or in the vicinity of the overseas duty station is less than 20 weeks (as determined by the overseas commander), all entitlement to further shipment of such property at government expense will be exhausted until such time as I receive subsequent PCS orders returning me to CONUS or assigning me to another overseas duty station.

**a. I HAVE BEEN BRIEFED RELATIVE TO THE DISPOSITION OF MY PERSONAL PROPERTY AS FOLLOWS:**

| *(X)* | YES | NO | *(X)* | YES | NO |
|---|---|---|---|---|---|
| (1) HOUSEHOLD GOODS | | | (6) MOBILE HOMES *($160.00 limitation on repairs enroute)* | | |
| (2) NONTEMPORARY STORAGE | | | (7) WEAPONS AND AMMUNITION | | |
| (3) PRIVATELY OWNED VEHICLES | | | (8) I HAVE BEEN FURNISHED A COPY OF THE PERSONAL PROPERTY SHIPPING INFORMATION PAMPHLET. | | |
| (4) LOSS AND DAMAGE | | | | | |
| (5) UNACCOMPANIED BAGGAGE | | | | | |

| b. SIGNATURE OF COUNSELOR | c. SIGNATURE OF MEMBER/DEPENDENT/AGENT | d. DATE *(YYYYMMDD)* |
|---|---|---|
| | | |

DD FORM 1797 (BACK), SEP 1998

**Figure 401-6. DD Form 1797, Personal Property Counseling Checklist (Back) (Cont'd)**