# BILL OF LADING — PRIVATELY OWNED PERSONAL PROPERTY

B/L NO. ZY-711231

**1. TRANSPORTATION COMPANY (& agent) TENDERED TO:** Day Transfer Company (LONE STAR RELOCATION SERVICES, INC)

**2. SCAC:** DAYY
**3. SERVICE CODE:** 1A
**4. SHIPMENT NO.:** 1 OF 2
**5. DATE B/L PRINTED:** 18-MAY-04

**6. REQUESTED PACKING DATE:** 02-JUN-04
**7. REQUESTED PICKUP DATE:** 04-JUN-04
**8. REQUIRED DELIVERY DATE:** 17-JUN-04

**9. PRIVACY ACT DATA**
(5 USC 552a) This form serves as a procurement, accountability and payment form in the shipment of privately owned personal property for the account of the U. S.. Information thereon may be used to prepare related documents or collect excess costs. Disclosure of information is voluntary but its absence may preclude shipment of property.

**10. PROPERTY OWNER'S NAME, SOCIAL SECURITY NO., RANK AND PAY GRADE:** YORK, JASON D 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 MAJ O-4 PCS WD

**11. AUTHORITY FOR SHIPMENT (Order No. Par. No., HQ):** 1320 USMC 4TH RECON BN SA
**12. DATE OF ORDER:** 09-FEB-04

**13. EXTRA PICKUP/DELIVERY (Complete address):** SERVICE NOT APPLICABLE

**14. DEPARTMENT/AGENCY:** US - MC
**15. TRANSPORTATION CONTROL NO.:**

**16.** Received by the transportation company named above, the property hereinafter described, in apparent good order and condition (contents and value unknown), to be forwarded to destination by the said company and connecting lines, there to be delivered in like good order and condition to said consignee. This bill of lading is governed by the regulations relating thereto as published in Title 41, Part 102-118 of the Code of Federal Regulations. Terms and Conditions are also contained in the Tender of Service.

**17. FULL NAME OF SHIPPER:** JPPSO-SAN ANTONIO

**18. CONSIGNEE (Name and destination delivery address) (See block 13)**
MAUREEN V YORK AGENT
NEWPORT (NEWPORT) RI
US15 02840

**19. FROM (Complete address of point of pickup) (See block 13.)**
2721 ASHLEY MEADOW - ASHLEY PLACE SUBDIV
SCHERTZ (GUADALUPE)
TX 78154
US68 RA:MAUREEN YORK

**20. RESPONSIBLE DESTINATION INSTALLATION/OFFICE** — GBLOC: ALNT
NAVAL STATION NEWPORT RI
RI 02841-1510
401-8412091

**21. BILL CHARGES TO (Dept./Agcy., Bur./Off., and complete mailing address)**
COMPT TRAN VOUCH CERT BRANCH (TVCB)
ATTN CODE 470
814 RADFORD BLVD STE 20318
ALBANY, GA 31704-0318

**22. VIA (Name of interlining carriers):**

**23. FOR CARRIER USE ONLY - WAYBILL/FREIGHT BILL NO.:** DT-05-13-04

**24. APPROPRIATION CHARGEABLE:** 1741105.2753 44690 000027 265550695 74152 74154

**25. REMARKS (Special services, use reverse)**
THIS SHIPMENT CONTAINS FIREARMS-BEFORE EFFECTING DELIVERY TO RESIDENCE OR PLACING IN STORAGE, THE CARRIER SHALL NOTIFY THE PPSO SPECIFIED IN BLOCK 20-

| 26. PACKAGES NO. | KIND | 27. DESCRIPTION OF SHIPMENT* (Specify) | 28. WEIGHT+ |
|---|---|---|---|
| 1 | LOT | DOD SPONSORED HOUSEHOLD GOODS | GROSS 58140; TARE 46290; NET 11850/12000 |

+ Incl. professional books, papers, and equipment weighing: NONE

**FOR USE OF DESTINATION CARRIER ONLY**

| SERVICES | 29. RATE | 30. CHARGES |
|---|---|---|
| LINE-HAUL TRANSPORTATION | 74.08 CWT | 8,889 60 |
| PACKING/UNPACKING DD 61[illegible] MILES | | 1,165 60 |
| 155A DEST 72 CWT | | 86 40 |
| OTHER/ACCESSORIAL SERVICES FUEL SURCHG 5% HS | | 444 48 |
| TOTAL | | 10,586 08 |

**31. TARIFF OR SPECIAL RATE AUTHORITIES:** RS D-8 - 160%

* Issued at lowest valuation cited in appropriate tender or tariff unless otherwise stated hereon.

B/L NO. ZY-711231

**32a. ISSUING OFFICER (Name and Title):** JAMES F MCGOVERN JR, COL, USAF DIRECTOR

**32b. ISSUING OFFICE (Name and Complete address):** JPPSO-SAN ANTONIO, 613 NORTHWEST LOOP 410 SUITE 400, SAN ANTONIO TX 78216-5518 — GBLOC: HAFC

**CERTIFICATE FOR RECEIPT OF SHIPMENT AND ORIGINAL BILL OF LADING**

**33a. NAME OF TRANSPORTATION COMPANY:** Day Transfer Company (LONE STAR RELOCATION SERVICES, INC)
**33b. DATE OF RECEIPT OF SHIPMENT:** 6-4-04
**33c. SIGNATURE OF AGENT/DRIVER:** Day Transfer Co
**33d. PER:** [signature]

**34. FOR USE OF PAYING OFFICER (Does not affect carrier charges)**
UNAUTHORIZED ITEMS | EXCESS DISTANCE | OTHERS (Explain under remarks)
EXCESS VALUATION | EXCESS WEIGHT

**CERTIFICATE OF CARRIER BILLING FOR CHARGES - CONSIGNEE MUST NOT PAY ANY CHARGES ON THIS SHIPMENT**

**35a. ON (Date):** 16 JUNE 04
**35b. AT (Actual delivery point)++:** NEWPORT RI SIT #4-168-001
**35c. THE (Name of delivery carrier):** DAY TRANSFER COMPANY

**35d. DELIVERED THIS CONSIGNMENT TO** [X] STORAGE IN TRANSIT [ ] RESIDENCE
**35e. COMPLETE AND IN APPARENT GOOD ORDER EXCEPT AS MAY BE INDICATED HEREAFTER** [ ] SHORTAGE [ ] DAMAGE [ ] CARRIER OS&D REPORT ATTACHED

**35f. NAME OF DESTINATION CARRIER (Carrier authorized to bill charges):** DAY TRANSFER COMPANY
**35g. SIGNATURE OF CARRIER'S AUTHORIZED AGENT:** Debbie Robinson

++ Carrier to execute and attach Certificate of Storage and Liability for shipment placed in storage in transit