**Rick Williams**

**From:** Rick Williams [williams@sheltonbbs.com]
**Sent:** Friday, September 10, 2004 7:54 AM
**To:** 'fishburnc@sddc.army.mil'
**Cc:** 'tina.vars@nsnpt.navy.mil'
**Subject:** Claim of Jason York

Mr. Fishburn the following is the agreement finalized on 9-9-~~02~~ 04 with Ms Tina Vars, PPSO Naval Station Newport RI:

Inconvenience claim- Hotel costs for $2415.84 and meal reimbursement for $417.78 for a final total of $2833.62.

Property damages- The home is currently being cleaned by ServiceMaster Allied Cleaning and Restorative Services to include dehumidification, air purification, heap vacuum and cleaning with phenol based sporicidal disinfectant. Cost of this service is $5030.14. Due to pre-existing condition of residence verified by two cleaning services this cost is to be shared equally between the carrier and the York's.

Cargo claim- All household goods that were hauled and stored by the carrier under this movement will undergo the same cleaning methods described above and ServiceMaster will determine what is salvageable and what articles are a total loss. The carrier will pay for these services up front. Any additional loss or damages that were sustained during the move will be turned in to the local claims office for processing. The total cargo claim will be paid by the carrier under the provisions of the Tender of Service and the GBL not to exceed $1.25 times the net weight of the shipment.

The York's can either pay ServiceMaster at completion for their half of the residence cleaning or carrier will pay ServiceMaster at completion and deduct that amount out of the amount owed the York's for the Inconvenience claim.