UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

**************************
JASON YORK AND MAUREEN YORK*
*
vs. * No. C.A. NO. 04-551S
*
DAY TRANSFER COMPANY, *
APOLLO VAN LINES, INC., *
AND ANDREWS EXPRESS & *
STORAGE WAREHOUSE, INC. *
**************************

DEPOSITION OF CHRISTOPHER VAMVAKETIS, a Witness in the above-entitled cause, taken on behalf of the Plaintiff, pursuant to Notice, before Linda J. Faria, a Notary Public in and for the State of Rhode Island, at the office of Joseph R. Palumbo, Jr., 294 Valley Road, Middletown, Rhode Island, On December 20, 2005 at 2:00 p.m.

APPEARANCES:

FOR THE PLAINTIFF:
BY: Joseph R. Palumbo, Jr., Esq.

FOR THE DEFENDANT:
GIDLEY, SARLI & MARUSAK, LLP
BY: James P. Marusak, Esq.

FOR THE DEFENDANT:
PARTRIDGE, SNOW & HAHN, LLP
BY: Robert K. Taylor, Esq.

FILE COPY

you return those, too or did they --

A I don't believe so. I believe we kept them. And I believe somebody from the moving company had come down and taken them at a later date. Actually, I believe we kept them. The York's came and inventoried them, and then somebody from the moving company took them.

Q About how many boxes did you work on at your facility?

A About 50 or 60 that I can recall.

Q And when you returned boxes to the York's, did you write anything on the outside of any of the boxes?

A I'm sure that we must have.

Q Do you recall ever on any of those boxes, either you or someone else in your company, writing you know something to the effect cleaned but questionable?

A I believe we may have done that. Items like books, I believe we did that.

Q What did you mean by that?

A Paper items. Say a book with 300 pages or so could have some mold spores within them. It's quite impossible to clean 300 pages of a book. You

A On my initial visit, I don't remember seeing any puddles or standing water any place.

Q You indicated that when you went down in the basement, there was a smell?

A A very strong moldy smell.

Q That day when you first went into the basement, the first inspection?

A Yes. We walked in the front door. It's a Cape. So we walked in the front door, the main level of the house, and they had me look through the entire house.

Q Speaking about the basement level odor, you said it was a musty smell?

A Strong moldy, musty smell.

Q And you saw that there was some furniture down there, some that had been with the house before and some that came in with the move, correct?

A Correct.

Q And you said you found mold on both, some of the preexisting items and the items that had been moved in, correct?

A Correct.

Q Did you suspect that the smell came from those items that you saw there?

A I suspected the smell was coming from the carpet tiles.

Q Why is that?

A Large amount of experience doing water damage clean up. The first thing I did was as soon as I walked down and I smelled the musty smell, I looked down at the floor and there were these dark carpet tiles. I lifted them up. It was -- it was wet behind them, and I don't mean soaking wet, but the concrete was discolored wet behind where they were.

Q So there was a dampness on the concrete that you could see?

A Behind them, that's correct.

Q So it appears as though water had wet into these tiles, carpet tiles; is that correct?

A Yes.

Q And that it was maintaining a dampness on the floor?

A Correct.

Q Do you know where that water got in? How it got in there?

A I have no idea.

Q Now, when you went down and smelled this

strong musty, moldy smell, you went right to the tiles?

A Yes.

Q Why is it that you didn't suspect it was the furniture giving off the smell?

A Generally speaking, the first thing that we'll smell, moldy and musty, is either carpet or upholstery, something which is absorbent by nature.

Q So is it true that there was no smell coming from the items of furniture that you saw?

A I didn't go and sniff them, do you follow what I mean. I walked down. Those tiles were right in the middle of the room, and as soon as you walked down the steps, there's a wall there, and you take a left, and there's the room. The carpet tiles were right in the middle of the room. They took up a good portion of the concrete floor.

Q About how many square feet of flooring was covered with the tiles?

A About 50 percent.

Q That would be about how many? Can you give me an estimate as to what the size of the room was?

THE WITNESS: Let me look at the dimensions.

MR. MARUSAK: Sure.

A Square foot of the floors 882 square feet. 36 x 24.5 feet. So the carpet tiles took up, approximately, half of the flooring.

Q And what did you say the total square footage was?

A 882.

Q About 400 square feet of moldy tiling was in the carpeting was in the basement?

MR. PALUMBO: Objection.

A I would say a little less than that. I believe that -- part of the garage may be in this measurement. I'm going to say there was, approximately, 250 square feet of carpet tiles.

Q And you removed and discarded all of those, I take it, during the course of your remediation?

A That's correct.

Q You looked at the backing. Tell me about what the mold looked like?

A It was black mold.

Q Was it -- could you tell whether this was live or --

A It looked active.

Q And any doubt in your mind as to whether or

not that active mold that you saw on the bottom of those tiles were preexisting on the move which it happened on August 16, 2004?

A No, there was no doubt. It was definitely, it was a damp basement, and it was a damp basement independent of the content items that came into it.

Q Now, do you believe that that particular mold needed remediation?

A Absolutely.

Q Preexisting mold I'm talking about.

A Yes.

Q Do you believe that the preexisting mold created a potentially unhealthy situation living in that house?

MR. PALUMBO: Objection. Lack of foundation.

A I would say, yes.

Q Why is it you think it needed remediation, let me ask you this.

A It was active mold when I lifted up the carpet tiles, and I saw that there was black mold on the back of the carpet tiles, and the floor itself was damp. That coupled with the fact that it is in the basement, that's taking up more than a very small

area. So those are, in my industry, red flags.

Q And why is it that that would require remediation?

A You have to get rid of that stuff so that the mold spores won't travel.

Q What happens when they travel?

A They do exactly that. They're tiny. They're the size -- a hundred can fit on the end of a pin. So once they start to -- spores are seeds.

Q So is it fair to say that when people would walk on those tiles, they could track them upstairs?

A Yes.

Q Could you tell by looking at those tiles, approximately, how long that mold had been growing?

A I couldn't tell. It wasn't something that just started within a few days, and I couldn't really honestly tell beyond that.

Q Now, you said that you saw some molding upstairs in the bedroom closet as well. Was that on that first day?

A Yes.

Q And could you tell whether or not that mold was preexisting, assuming that the move occurred on the 16th of August just a few days you had been

C E R T I F I C A T E

I hereby certify that I am expressly approved as a person qualified and authorized to take depositions pursuant to Rules of Civil Procedure of the Superior Court, especially but without restriction thereto, under Rule 30 (e) of said Rules; that the witness was first sworn by me; that the transcript contains a true record of the proceedings.

IN WITNESS WHEREOF, I have hereunto set my hand this 6th day of January, 2006.

LINDA FARIA

CERTIFIED SHORTHAND REPORTER

NOTARY PUBLIC

My commission expires on April 26, 2009.

I.D.#48027