ServiceMASTER Clean

Disaster Restoration Services

ServiceMaster Allied Cleaning and Restorative Services
17C Reservoir Rd.
Coventry, RI 02816
Phone: 401-828-4138
1-877-75-CLEAN
Fax: 401-821-6247
svmstracc@aol.com

A Quality Restoration Vendor

August 20, 2004

Inspection report for:
Rich Williams Moving Company
The contents belong to Major Jason York

Customer states that all furniture and content items held in storage by moving company had been water damaged due to leak in the roof at storage facility. Inspection shows water/mold damage to most furniture items and boxed content items. Some hard furniture items are water damaged beyond clean ability and are severally molded. Such hard furniture items, in our opinion, should be discarded.. All upholstered items should be discarded as disinfecting is not possible. Boxed content items should be transported off site, reviewed box by box, item by item, and cleaned with sporicidal disinfectant.

Entire structure of home has been exposed to mold which came in on affected contents and should be cleaned with sporicidal disinfectant as well. Dehumidification and air purification are both required. Method for cleaning all affected structure and content items will be to vacuum with a hepa vacuum and clean with phenol based sporicidal disinfectant.

In should be noted that relative humidity in home was 68% and no dehumidification or air movement was in place at the time of our visit. The basement level of the home contained some carpet tiles covering 50% of the floor which are badly infected with mold on their backside. Customer is complaining of severe allergic reaction and our recommendation is to go through and clean all content and structure items. Certain hard furniture, mattresses, box springs, pillows and upholstered furniture should be discarded.

Inspection fee: $125.00

A ServiceMASTER BRAND

ServiceMASTER Clean

**Disaster Restoration Services**

**ServiceMaster Allied Cleaning and Restorative Services**
17C Reservoir Rd.
Coventry, RI 02816
Phone: 401-828-4138
1 877 75 CLEAN
Fax: 401-821-6247
svmstrace@aol.com

*A Quality Restoration Vendor*

Insured: JASON YORK

Home: 505 WALCOT
MIDDLETOWN, RI 02842

Home: (210) 373-6708

Estimator: CHRIS VAMVAKETIS

Business: (401) 828-4138

| Claim Number | Policy Number | Type of Loss | Deductible |
| --- | --- | --- | --- |
| ????????? | ????????? | ???????????????????????? ???????????? | $ 0.00 |

Dates:
Date Entered: 08/20/04

Price List: RIPR2B4C
Restoration/Service/Remodel with Service Charges Factored In

Estimate: YORK

A ServiceMASTER BRAND

YORK

**Room: Bedroom 1**

**LxWxH 14'0" x 13'0" x 7'0"**

| | | | | | |
|---|---|---|---|---|---|
| 378.00 | SF Walls | 182.00 | SF Ceiling | 560.00 | SF Walls & Ceiling |
| 182.00 | SF Floor | 20.22 | SY Flooring | 54.00 | LF Floor Perimeter |
| 98.00 | SF Long Wall | 91.00 | SF Short Wall | 54.00 | LF Ceil. Perimeter |

| DESCRIPTION | QNTY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| STRUCTURAL | | | | | |
| Clean the walls and ceiling - Heavy | 560.00 SF | 0.30 | 168.00 | 0.00 | 168.00 |
| Clean floor | 182.00 SF | 0.27 | 49.14 | 0.00 | 49.14 |
| Clean window unit (per side) 10 - 20 SF | 2.00 EA | 10.03 | 20.06 | 0.00 | 20.06 |
| Clean door (per side) | 3.00 EA | 4.87 | 14.61 | 0.00 | 14.61 |
| Dehumidifier (per 24 hour period) - No monitoring | 3.00 DA | 43.00 | 129.00 | 0.00 | 129.00 |
| CONTENTS | | | | | |
| Transport boxed content items to garage to sort through and clean | 3.00 BX | 50.00 | 150.00 | 0.00 | 150.00 |
| Provide box, packing paper & tape - large size | 3.00 EA | 6.26 | 18.78 | 0.00 | 18.78 |
| Clean dresser - double | 1.00 EA | 23.39 | 23.39 | 0.00 | 23.39 |
| Clean crib | 1.00 EA | 14.88 | 14.88 | 0.00 | 14.88 |
| Clean miscellaneous items | 2.00 HR | 25.00 | 50.00 | 0.00 | 50.00 |
| **Structural Totals:** | | | **380.81** | **0.00** | **380.81** |
| **Contents Totals:** | | | **257.05** | **0.00** | **257.05** |
| **Room Totals: Bedroom 1** | | | **637.86** | **0.00** | **637.86** |

**Room: Foyer/Entry** **LxWxH 8'6" x 6'6" x 7'0"**

| | | |
|---|---|---|
| 210.00 SF Walls | 55.25 SF Ceiling | 265.25 SF Walls & Ceiling |
| 55.25 SF Floor | 6.14 SY Flooring | 30.00 LF Floor Perimeter |
| 59.50 SF Long Wall | 45.50 SF Short Wall | 30.00 LF Ceil. Perimeter |

| DESCRIPTION | QNTY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| STRUCTURAL | | | | | |
| Clean the walls and ceiling - Heavy | 265.25 SF | 0.30 | 79.58 | 0.00 | 79.58 |
| Negative air fan/Air scrubber (24 hr period) - No monit. | 5.00 DA | 71.47 | 357.35 | 0.00 | 357.35 |
| Clean floor | 55.25 SF | 0.27 | 14.92 | 0.00 | 14.92 |
| CONTENTS | | | | | |
| Clean miscellaneous items | 2.00 HR | 25.00 | 50.00 | 0.00 | 50.00 |
| Clean desk -computer | 1.00 EA | 14.50 | 14.50 | 0.00 | 14.50 |
| Clean file cabinet - four drawer - metal | 1.00 EA | 19.08 | 19.08 | 0.00 | 19.08 |
| Transport boxed content items to garage to sort through and clean | 3.00 BX | 50.00 | 150.00 | 0.00 | 150.00 |
| Provide box, packing paper & tape - large size | 3.00 EA | 6.26 | 18.78 | 0.00 | 18.78 |
| **Structural Totals:** | | | **451.85** | **0.00** | **451.85** |
| **Contents Totals:** | | | **252.36** | **0.00** | **252.36** |
| **Room Totals: Foyer/Entry** | | | **704.21** | **0.00** | **704.21** |

**Room: Bedroom 2** **LxWxH 13'0" x 11'0" x 7'0"**

| | | |
|---|---|---|
| 336.00 SF Walls | 143.00 SF Ceiling | 479.00 SF Walls & Ceiling |
| 143.00 SF Floor | 15.89 SY Flooring | 48.00 LF Floor Perimeter |
| 91.00 SF Long Wall | 77.00 SF Short Wall | 48.00 LF Ceil. Perimeter |

| DESCRIPTION | QNTY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| STRUCTURAL | | | | | |
| Clean the walls and ceiling - Heavy | 479.00 SF | 0.30 | 143.70 | 0.00 | 143.70 |
| Clean floor | 143.00 SF | 0.27 | 38.61 | 0.00 | 38.61 |

**CONTINUED - Bedroom 2**

| DESCRIPTION | QNTY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| Clean window unit (per side) 10 - 20 SF | 2.00 EA | 10.03 | 20.06 | 0.00 | 20.06 |
| Clean door (per side) | 3.00 EA | 4.87 | 14.61 | 0.00 | 14.61 |
| Dehumidifier (per 24 hour period) - No monitoring | 3.00 DA | 43.00 | 129.00 | 0.00 | 129.00 |
| CONTENTS | | | | | |
| Transport boxed content items to garage to sort through and clean | 9.00 BX | 50.00 | 450.00 | 0.00 | 450.00 |
| Provide box, packing paper & tape - large size | 9.00 EA | 6.26 | 56.34 | 0.00 | 56.34 |
| Clean futon frame | 1.00 EA | 5.55 | 5.55 | 0.00 | 5.55 |
| Clean dresser - triple | 1.00 EA | 36.22 | 36.22 | 0.00 | 36.22 |
| Clean bookcase (per sf of face area) | 6.00 SF | 1.01 | 6.06 | 0.00 | 6.06 |
| Clean bookcase (per sf of face area) | 6.00 SF | 1.01 | 6.06 | 0.00 | 6.06 |
| Dry clean window drapery | 32.00 PL | 2.75 | 88.00 | 0.00 | 88.00 |
| Clean miscellaneous items - toys | 1.00 HR | 25.00 | 25.00 | 0.00 | 25.00 |
| Clean rug - custom - no fringe - off site | 42.00 SF | 1.00 | 42.00 | 0.00 | 42.00 |

| | RCV | DEPREC. | ACV |
|---|---|---|---|
| **Structural Totals:** | **345.98** | **0.00** | **345.98** |
| **Contents Totals:** | **715.23** | **0.00** | **715.23** |
| **Room Totals: Bedroom 2** | **1,061.21** | **0.00** | **1,061.21** |

**Room: STAIR 1** **LxWxH 9'0" x 3'0" x 10'0"**

| | | |
|---|---|---|
| 240.00 SF Walls | 27.00 SF Ceiling | 267.00 SF Walls & Ceiling |
| 27.00 SF Floor | 3.00 SY Flooring | 24.00 LF Floor Perimeter |
| 90.00 SF Long Wall | 30.00 SF Short Wall | 24.00 LF Ceil. Perimeter |

| DESCRIPTION | QNTY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| STRUCTURAL | | | | | |
| Clean the walls and ceiling | 267.00 SF | 0.24 | 64.08 | 0.00 | 64.08 |

**CONTINUED - STAIR 1**

| DESCRIPTION | QNTY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| Clean carpet - cleaning charge per step | 12.00 EA | 2.85 | 34.20 | 0.00 | 34.20 |
| **Structural Totals:** | | | **98.28** | **0.00** | **98.28** |
| **Room Totals: STAIR 1** | | | **98.28** | **0.00** | **98.28** |

**Room: Living Room** — **LxWxH 25'0" x 12'0" x 7'0"**

| | | | | | |
|---|---|---|---|---|---|
| 518.00 | SF Walls | 300.00 | SF Ceiling | 818.00 | SF Walls & Ceiling |
| 300.00 | SF Floor | 33.33 | SY Flooring | 74.00 | LF Floor Perimeter |
| 175.00 | SF Long Wall | 84.00 | SF Short Wall | 74.00 | LF Ceil. Perimeter |

| DESCRIPTION | QNTY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| STRUCTURAL | | | | | |
| Clean the walls and ceiling - Heavy | 818.00 SF | 0.30 | 245.40 | 0.00 | 245.40 |
| Clean floor | 300.00 SF | 0.27 | 81.00 | 0.00 | 81.00 |
| Clean window unit (per side) 10 - 20 SF | 3.00 EA | 10.03 | 30.09 | 0.00 | 30.09 |
| Clean door (per side) | 2.00 EA | 4.87 | 9.74 | 0.00 | 9.74 |
| Dehumidifier (per 24 hour period) - No monitoring | 3.00 DA | 43.00 | 129.00 | 0.00 | 129.00 |
| Negative air fan/Air scrubber (24 hr period) - No monit. | 5.00 DA | 71.47 | 357.35 | 0.00 | 357.35 |
| CONTENTS | | | | | |
| Transport boxed content items to garage to sort through and clean | 12.00 BX | 50.00 | 600.00 | 0.00 | 600.00 |
| Provide box, packing paper & tape - large size | 1.00 EA | 6.26 | 6.26 | 0.00 | 6.26 |
| Clean dresser - double | 1.00 EA | 23.39 | 23.39 | 0.00 | 23.39 |
| Clean table - coffee | 1.00 EA | 10.02 | 10.02 | 0.00 | 10.02 |
| Clean table - dining | 1.00 EA | 12.37 | 12.37 | 0.00 | 12.37 |

**CONTINUED - Living Room**

| DESCRIPTION | QNTY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| Clean chair - dining | 4.00 EA | 6.44 | 25.76 | 0.00 | 25.76 |
| Clean table - occasional | 2.00 EA | 9.20 | 18.40 | 0.00 | 18.40 |
| Clean rug - custom - no fringe - off site | 180.00 SF | 1.00 | 180.00 | 0.00 | 180.00 |
| Clean miscellaneous items | 2.00 HR | 25.00 | 50.00 | 0.00 | 50.00 |
| Dry clean window drapery | 36.00 PL | 2.75 | 99.00 | 0.00 | 99.00 |
| **Structural Totals:** | | | **852.58** | **0.00** | **852.58** |
| **Contents Totals:** | | | **1,025.20** | **0.00** | **1,025.20** |
| **Room Totals: Living Room** | | | **1,877.78** | **0.00** | **1,877.78** |

**Room: Kitchen** **LxWxH 12'0" x 8'0" x 7'0"**

| | | |
|---|---|---|
| 280.00 SF Walls | 96.00 SF Ceiling | 376.00 SF Walls & Ceiling |
| 96.00 SF Floor | 10.67 SY Flooring | 40.00 LF Floor Perimeter |
| 84.00 SF Long Wall | 56.00 SF Short Wall | 40.00 LF Ceil. Perimeter |

| DESCRIPTION | QNTY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| STRUCTURAL | | | | | |
| Clean the walls and ceiling - Heavy | 376.00 SF | 0.30 | 112.80 | 0.00 | 112.80 |
| Clean floor | 96.00 SF | 0.27 | 25.92 | 0.00 | 25.92 |
| Clean refrigerator | 1.00 EA | 24.30 | 24.30 | 0.00 | 24.30 |
| Clean cabinetry - full height - inside and out | 22.00 LF | 14.13 | 310.86 | 0.00 | 310.86 |
| Clean sink - double | 1.00 EA | 11.54 | 11.54 | 0.00 | 11.54 |
| Clean oven | 1.00 EA | 17.73 | 17.73 | 0.00 | 17.73 |
| Clean window unit (per side) 10 - 20 SF | 1.00 EA | 10.03 | 10.03 | 0.00 | 10.03 |
| Clean light fixture | 1.00 EA | 7.07 | 7.07 | 0.00 | 7.07 |
| CONTENTS | | | | | |
| Provide box, packing paper & tape - large size | 5.00 EA | 6.26 | 31.30 | 0.00 | 31.30 |

**CONTINUED - Kitchen**

| DESCRIPTION | QNTY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| Transport boxed content items to garage to sort through and clean | 5.00 BX | 50.00 | 250.00 | 0.00 | 250.00 |
| **Structural Totals:** | | | **520.25** | **0.00** | **520.25** |
| **Contents Totals:** | | | **281.30** | **0.00** | **281.30** |
| **Room Totals: Kitchen** | | | **801.55** | **0.00** | **801.55** |

**Room: Hallway** **LxWxH 10'0" x 3'0" x 7'0"**

| | | |
|---|---|---|
| 182.00 SF Walls | 30.00 SF Ceiling | 212.00 SF Walls & Ceiling |
| 30.00 SF Floor | 3.33 SY Flooring | 26.00 LF Floor Perimeter |
| 70.00 SF Long Wall | 21.00 SF Short Wall | 26.00 LF Ceil. Perimeter |

| DESCRIPTION | QNTY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| STRUCTURAL | | | | | |
| Clean the walls and ceiling - Heavy | 212.00 SF | 0.30 | 63.60 | 0.00 | 63.60 |
| Clean floor | 30.00 SF | 0.27 | 8.10 | 0.00 | 8.10 |
| Clean door (per side) | 2.00 EA | 4.87 | 9.74 | 0.00 | 9.74 |
| Clean light fixture | 1.00 EA | 7.07 | 7.07 | 0.00 | 7.07 |
| CONTENTS | | | | | |
| Clean rug - custom - no fringe - off site | 20.00 SF | 1.00 | 20.00 | 0.00 | 20.00 |
| **Structural Totals:** | | | **88.51** | **0.00** | **88.51** |
| **Contents Totals:** | | | **20.00** | **0.00** | **20.00** |
| **Room Totals: Hallway** | | | **108.51** | **0.00** | **108.51** |

**Room: Master Bedroom** **LxWxH 17'0" x 11'0" x 7'0"**

| | | |
|---|---|---|
| 392.00 SF Walls | 187.00 SF Ceiling | 579.00 SF Walls & Ceiling |
| 187.00 SF Floor | 20.78 SY Flooring | 56.00 LF Floor Perimeter |
| 119.00 SF Long Wall | 77.00 SF Short Wall | 56.00 LF Ceil. Perimeter |

| DESCRIPTION | QNTY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| STRUCTURAL | | | | | |
| Clean the walls and ceiling - Heavy | 579.00 SF | 0.30 | 173.70 | 0.00 | 173.70 |
| Clean floor | 187.00 SF | 0.27 | 50.49 | 0.00 | 50.49 |
| Clean window unit (per side) 10 - 20 SF | 3.00 EA | 10.03 | 30.09 | 0.00 | 30.09 |
| Clean door (per side) | 3.00 EA | 4.87 | 14.61 | 0.00 | 14.61 |
| Dehumidifier (per 24 hour period) - No monitoring | 3.00 DA | 43.00 | 129.00 | 0.00 | 129.00 |
| CONTENTS | | | | | |
| Provide box, packing paper & tape - large size | 6.00 EA | 6.26 | 37.56 | 0.00 | 37.56 |
| Transport boxed content items to garage to sort through and clean | 6.00 BX | 50.00 | 300.00 | 0.00 | 300.00 |
| **Structural Totals:** | | | **397.89** | **0.00** | **397.89** |
| **Contents Totals:** | | | **337.56** | **0.00** | **337.56** |
| **Room Totals: Master Bedroom** | | | **735.45** | **0.00** | **735.45** |

**Room: Bathroom** **LxWxH 9'0" x 6'0" x 7'0"**

| | | |
|---|---|---|
| 210.00 SF Walls | 54.00 SF Ceiling | 264.00 SF Walls & Ceiling |
| 54.00 SF Floor | 6.00 SY Flooring | 30.00 LF Floor Perimeter |
| 63.00 SF Long Wall | 42.00 SF Short Wall | 30.00 LF Ceil. Perimeter |

| DESCRIPTION | QNTY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| STRUCTURAL | | | | | |
| Clean the walls and ceiling - Heavy | 264.00 SF | 0.30 | 79.20 | 0.00 | 79.20 |
| Clean floor | 54.00 SF | 0.27 | 14.58 | 0.00 | 14.58 |

**CONTINUED - Bathroom**

| DESCRIPTION | QNTY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| Clean window unit (per side) 10 - 20 SF | 1.00 EA | 10.03 | 10.03 | 0.00 | 10.03 |
| Clean tub and surround | 1.00 EA | 23.83 | 23.83 | 0.00 | 23.83 |
| Clean toilet | 1.00 EA | 14.54 | 14.54 | 0.00 | 14.54 |
| Clean sink | 1.00 EA | 8.66 | 8.66 | 0.00 | 8.66 |
| Clean window blind - horizontal or vertical | 1.00 EA | 12.00 | 12.00 | 0.00 | 12.00 |
| Clean exhaust fan | 1.00 EA | 10.63 | 10.63 | 0.00 | 10.63 |
| Clean medicine cabinet | 1.00 EA | 9.38 | 9.38 | 0.00 | 9.38 |
| Clean mirror | 4.00 SF | 0.48 | 1.92 | 0.00 | 1.92 |
| Clean door (per side) | 1.00 EA | 4.87 | 4.87 | 0.00 | 4.87 |
| Clean light fixture | 2.00 EA | 7.07 | 14.14 | 0.00 | 14.14 |

| | | | |
|---|---|---|---|
| **Structural Totals:** | **203.78** | **0.00** | **203.78** |
| **Room Totals: Bathroom** | **203.78** | **0.00** | **203.78** |

**Room: ENTRY 2** **LxWxH 7'0" x 6'6" x 7'0"**

| | | |
|---|---|---|
| 189.00 SF Walls | 45.50 SF Ceiling | 234.50 SF Walls & Ceiling |
| 45.50 SF Floor | 5.06 SY Flooring | 27.00 LF Floor Perimeter |
| 49.00 SF Long Wall | 45.50 SF Short Wall | 27.00 LF Ceil. Perimeter |

| DESCRIPTION | QNTY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| STRUCTURAL | | | | | |
| Clean the walls and ceiling - Heavy | 234.50 SF | 0.30 | 70.35 | 0.00 | 70.35 |
| Clean floor | 45.50 SF | 0.27 | 12.29 | 0.00 | 12.29 |
| Clean window unit (per side) 10 - 20 SF | 1.00 EA | 10.03 | 10.03 | 0.00 | 10.03 |
| Clean pantry | 1.00 EA | 12.50 | 12.50 | 0.00 | 12.50 |
| Clean light fixture | 2.00 EA | 7.07 | 14.14 | 0.00 | 14.14 |



AUG.20.2004 15:33 4018222880 Mike's Tree #2898 P.011

**CONTINUED - ENTRY 2**

| DESCRIPTION | QNTY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| Clean balustrade | 3.00 LF | 1.76 | 5.28 | 0.00 | 5.28 |
| **Structural Totals:** | | | **124.59** | **0.00** | **124.59** |
| **Room Totals: ENTRY 2** | | | **124.59** | **0.00** | **124.59** |

**Room: Lower Level 1** **LxWxH 36'0" x 24'6" x 7'6"**

| | | |
|---|---|---|
| 907.50 SF Walls | 882.00 SF Ceiling | 1,789.50 SF Walls & Ceiling |
| 882.00 SF Floor | 98.00 SY Flooring | 121.00 LF Floor Perimeter |
| 270.00 SF Long Wall | 183.75 SF Short Wall | 121.00 LF Ceil. Perimeter |

| DESCRIPTION | QNTY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| STRUCTURAL | | | | | |
| Clean the walls and ceiling - Heavy | 1,789.50 SF | 0.30 | 536.85 | 0.00 | 536.85 |
| Clean floor | 882.00 SF | 0.27 | 238.14 | 0.00 | 238.14 |
| Contents - move out then reset - Extra large room | 1.00 EA | 130.28 | 130.28 | 0.00 | 130.28 |
| Clean light fixture | 5.00 EA | 7.07 | 35.35 | 0.00 | 35.35 |
| CONTENTS | | | | | |
| Provide box, packing paper & tape - large size | 36.00 EA | 6.26 | 225.36 | 0.00 | 225.36 |
| Transport boxed content items to garage to sort through and clean | 36.00 BX | 50.00 | 1,800.00 | 0.00 | 1,800.00 |
| Clean bookcase (per sf of face area) | 10.00 SF | 1.01 | 10.10 | 0.00 | 10.10 |
| Clean dresser - double | 1.00 EA | 23.39 | 23.39 | 0.00 | 23.39 |
| Clean miscellaneous items | 16.00 HR | 25.00 | 400.00 | 0.00 | 400.00 |
| **Structural Totals:** | | | **940.62** | **0.00** | **940.62** |
| **Contents Totals:** | | | **2,458.85** | **0.00** | **2,458.85** |

**CONTINUED - Lower Level 1**

| DESCRIPTION | QNTY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| **Room Totals: Lower Level 1** | | | **3,399.47** | **0.00** | **3,399.47** |

**Room: Debris Removal**

| DESCRIPTION | QNTY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| STRUCTURAL | | | | | |
| Cleaning Technician - per hour | 8.00 HR | 25.00 | 200.00 | 0.00 | 200.00 |
| Dumpster load - Approx. 15 yards | 1.00 EA | 425.00 | 425.00 | 0.00 | 425.00 |
| **Structural Totals:** | | | **625.00** | **0.00** | **625.00** |
| **Room Totals: Debris Removal** | | | **625.00** | **0.00** | **625.00** |
| **AREA Structural Totals:** | | | **5,030.14** | **0.00** | **5,030.14** |
| **AREA Contents Totals:** | | | **5,347.55** | **0.00** | **5,347.55** |
| **Line Item Totals: YORK** | | | **10,377.69** | **0.00** | **10,377.69** |

---

**Grand Total Areas:**

| | | | | | |
|---|---|---|---|---|---|
| 3,842.50 | SF Walls | 2,001.75 | SF Ceiling | 5,844.25 | SF Walls & Ceiling |
| 2,001.75 | SF Floor | 222.42 | SY Flooring | 530.00 | LF Floor Perimeter |
| 1,168.50 | SF Long Wall | 752.75 | SF Short Wall | 530.00 | LF Ceil. Perimeter |
| 2,001.75 | Floor Area | 0.00 | Total Area | 0.00 | Interior Wall Area |
| 0.00 | Exterior Wall Area | 0.00 | Exterior Perimeter of Walls | | |
| 0.00 | Surface Area | 0.00 | Number of Squares | 0.00 | Total Perimeter Length |
| 0.00 | Total Ridge Length | 0.00 | Total Hip Length | 0.00 | Area of Face 1 |

## Summary

| | | | | |
|---|---|---|---|---|
| Contents Items | | | | 5,347.55 |
| Structural Items | | | | 5,030.14 |
| Line Item Total | | | | 10,377.69 |
| Material Sales Tax | @ | 7.000% x | 515.35 | 36.07 |
| Subtotal | | | | 10,413.76 |
| **Grand Total** | | | | **10,413.76** |

CHRIS VAMVAKETIS

**Chris's Cell Phone # 401-439-8020**
**TIN# 03-0439761**



AUG.20.2004 15:34 4018222880 Mike's Tree #2898 P.015