ServiceMASTER Clean

Disaster Restoration Services

ServiceMaster Allied Cleaning
and Restorative Services
17C Reservoir Rd.
Coventry, RI 02816
Phone: 401-828-4138
1 877 75 CLEAN
Fax: 401-821-6217
svmstrace@aol.com

A Quality Restoration Vendor

August 27, 2004

Rich Williams Moving Company
505 Wolcot Avenue
Middletown

573-624-2782

Upon inspection we found pre-existing mold in basement located under the rubber back carpet tiles. My thermal hygrometer showed a relative humidity percentage of 68% at a temperature of 76 degrees which is high reading for the inside of the home. We noticed no air movement, no dehumidification or air conditioning in use.

A ServiceMASTER BRAND

ServiceMASTER Clean

Disaster Restoration Services

ServiceMaster Allied Cleaning and Restorative Services
17C Reservoir Rd.
Coventry, RI 02816
Phone: 401-828-4138
1 877 75 CLEAN
Fax: 401-821-6247
svmstrare@aol.com

A Quality Restoration Vendor

September 15, 2004

Rich Williams Moving Company
& all parties involved

***ServiceMaster*** has been hired by Williams Moving Company to perform mold remediation at 505 Wolcot Avenue in Middletown, Rhode Island. ***ServiceMaster*** has performed mold remediation to the structure, owned by Chet and Debbie Kunz, and to its contents, owned by renter Jason York.

***ServiceMaster*** has reviewed the content items to determine which are worth cleaning and saving, and which should be discarded. The cleanable, savable content items are being cleaned following standard industry practices. ***ServiceMaster*** is using a quaternary ammonium based disinfectant, entitles "Sanimaster 4", to initially clean items. Once items have completely dried, they are being wiped with polyphenol based disinfectant, entitled Microban.

Structural cleaning in the home is being performed according to standard industry specifications. ***ServiceMaster*** is vacuuming structural components of the home with a hepa filtered vacuum, and then washing them with a quaternary ammonium based disinfectant, "Sanimaster 4". Once dry, structural components are being wiped and treated with a polyphenol based disinfectant, "Microban".

In order to guarantee contents or structure are adequately disinfected, an industrial hygienist must be hired as an independent, objective, third party testing entity. ***ServiceMaster*** stands behind our work, and invites testing. Any structural or content items testing beyond the range of acceptable mold spore presence will be re-cleaned to an acceptable range. Once structure and contents are completed and transported to a storage facility, we require testing to be performed within one week of our completion. This because we have no control over handling and storage conditions of contents or maintenance habits within the homes structure.

A ServiceMASTER BRAND

ServiceMASTER Clean

Disaster Restoration Services

ServiceMaster Allied Cleaning and Restorative Services
17C Reservoir Rd.
Coventry, RI 02816
Phone: 401-828-4138
1-877-75-CLEAN
Fax: 401-821-6247
svmstracc@aol.com

A Quality Restoration Vendor

September 21, 2004

Rich Williams Moving Company

Cleaning for:
Major Jason York
505 Walcot Avenue
Middletown, RI 02842

Attention: Rich Williams

***ServiceMaster*** has completed the job as of September 20, 2004. The remaining balance of this job is now due.

If you have any questions, feel free to give me a call. Thank you for choosing ***ServiceMaster***.

Regards,

Michelle Bettez
Office Manager

A ServiceMASTER BRAND

SEP.21.2004 10:44 4018222880 Mike's Tree #3185 P.002/002