Supplemental page to NAVMC 11296 REQUEST MAST FORM

Name: Major Jason D. York
SSN: 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
Unit: College of Naval Command & Staff, Naval War College
Date: September 24, 2004

Part III: Applicant's Acknowledgment of Request Mast

I have had the opportunity to communicate directly with Colonel J. W. Bearor, Chief of Staff, Training and Education Command, and understand the disposition or probable disposition of my problem/complaint, and voluntarily withdraw this Request Mast to the Secretary of the Navy.

I am satisfied with the action taken by the NAVSTA Newport TMO and HQMC (MRP-2) in determining our HHG shipment to be a total loss, due to extensive mold/mildew damage and inability of the GBL carrier-contracted mold remediation service to conduct satisfactory cleaning of salvageable items that would not put my family's health at risk. I also understand that the government will not reimburse any of my substantial out-of-pocket expenses resulting from this incident, and I will have to pursue this matter on my own in civil court at my own expense.

It has taken almost six weeks since this problem began to finally get some sort of resolution. The fear, pain, and stress resulting from this ordeal have pushed my family almost to the breaking point, and it is only by the grace of God that we are still together. The claims process is clearly not set up to handle a situation of the magnitude that we have experienced, and needs to be reviewed and corrected. If possible, I desire to submit a written record of this event through the chain of command at a later date to highlight the problems we experienced in this process. It is my hope that the appropriate agencies can review and modify the regulations so that no other military family has to experience what we have endured.

APPLICANT'S SIGNATURE

WITNESS' SIGNATURE