UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JASON YORK and
MAUREEN YORK

v. C.A. NO. 04-551 S

DAY TRANSFER COMPANY,
APOLLO VAN LINES, INC. and
ANDREWS EXPRESS &
STORAGE WAREHOUSE, INC.

v.

WILLIAMS MOVING COMPANY

# NOTICE OF APPEARANCE

I, Mitchell R. Edwards, hereby enter my appearance on behalf of the Defendant, Apollo Van Lines, Inc.

Apollo Van Lines, Inc.

By its Counsel

/s/ Mitchell R. Edwards
William R. Grimm (#1938)
Mitchell R. Edwards (#6942)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (fax)
wgrimm@haslaw.com
medwards@haslaw.com

Dated: September 1, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2006, a copy of the foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Mitchell R. Edwards

William R. Grimm (#1938)
Mitchell R. Edwards (#6942)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (fax)
wgrimm@haslaw.com
medwards@haslaw.com