**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JASON YORK and MAUREEN YORK** | } | |
| **Plaintiffs** | } | |
| **v.** | } | **CA No. 04-551S** |
| **DAY TRANSFER COMPANY, APOLLO VAN LINES, INC., and ANDREWS EXPRESS & STORAGE WAREHOUSE, INC.** | } | |
| **Defendants** | } | |

**PLAINTIFFS' MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**

Plaintiffs, Jason York and Maureen York, by their attorney, move for an Order enlarging the time for responding to defendants' motions for summary judgment by 20 days to October 1, 2006. As grounds therefor, plaintiffs state that their counsel is unable to prepare and file responsive papers by the current due date of September 11, 2006 because the separate motions and supporting memoranda filed by the various defendants are voluminous and involve complex issues of fact and law, and, because plaintiff's counsel is also required to attend to various other pressing court matters at this time.

By their attorney,

/s/ Joseph R. Palumbo, Jr.

**Joseph R. Palumbo, Jr., #0405**
294 Valley Road
Middletown, Rhode Island 02842
Tel: (401) 846-5200
Fax: (401) 848-0984
Email: joseph@palumbolaw.net

## CERTIFICATE OF SERVICE

I, **Joseph R. Palumbo, Jr**., hereby certify that I caused to be mailed, postage pre-paid on the 6th day of **September, 2006,** a copy of the foregoing **Plaintiffs' Motion for Enlargement of Time to Respond to Defendants' Motions for Summary Judgment** to **Robert K. Taylor, Esquire**, Partridge Snow & Hahn LLP, 180 South Main Street, Providence, Rhode Island 02903, **William Grimm, Esquire, Hinckley, Allen & Snyder, LLC,** 50 Kennedy Plaza, Suite 1500, Providence, Rhode Island 02903 and **James P. Marusak, Esquire**, Gidley, Sarli & Marusak, LLP, One Turks Head Place, Suite 900, Providence, Rhode Island 02903, **George W. Wright, Esquire**, George W. Wright & Associates, LLC, 401 Hackensack Avenue, 7th Floor, Hackensack, New Jersey 07601.

/s/ Joseph R. Palumbo, Jr.