**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**JASON YORK and MAUREEN YORK**

**Plaintiffs**

**C.A. No. 04-551S**

**v.**

**DAY TRANSER MOVING & STORAGE CO., ET ALS**

**Defendants**

**DECLARATION OF JOSEPH R. PALUMBO, JR.**

Joseph R. Palumbo, Jr., being duly sworn, does hereby depose and say that the exhibits attached hereto are true and accurate copies of excerpts of the following depositions in this case:

| | |
|---|---|
| Exhibit 1 | Deposition of Harry Andrews |
| Exhibit 2 | Deposition of William O'Loughlin |
| Exhibit 3 | Deposition of Rick Williams |
| Exhibit 4 | Deposition of Maureen York |
| Exhibit 5 | Deposition of Jason York |

Joseph R. Palumbo, Jr.

Subscribed and sworn to before me this 2nd day of October, 2006.

NOTARY PUBLIC
My Commission Expires: 3/18/09