# EXHIBIT 1

UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

****************************
JASON YORK AND MAUREEN YORK*
*
Vs. * No. C.A. NO. 04-551S
*
DAY TRANSFER COMPANY, *
APOLLO VAN LINES, INC., *
AND ANDREWS EXPRESS & *
STORAGE WAREHOUSE, INC. *
Vs. *
WILLIAMS MOVING COMPANY *
****************************

DEPOSITION OF HARRY ANDREWS, a Witness in the above-entitled cause, taken On behalf of the Plaintiff, pursuant to Notice, before Linda J. Faria, a Notary Public in and for the State of Rhode Island, at the office of Joseph R. Palumbo, Jr., 294 Valley Road, Middletown, Rhode Island, On Thursday, February 23, 2006 at 2:00 p.m.

APPEARANCES:

FOR THE PLAINTIFF:
BY: Joseph R. Palumbo, Jr., Esq.

FOR THE DEFENDANT:
GIDLEY, SARLI & MARUSAK, LLP
BY: James P. Marusak, Esq.

FOR THE DEFENDANT:
PARTRIDGE, SNOW & HAHN, LLP
BY: Robert K. Taylor, Esq.

FOR THE DEFENDANT:
HINCKLEY, ALLEN, SYNDER, LLP
BY: Mitchell R. Edwards, Esq.

FILE COPY

A Mr. York.

Q Okay. When you say we checked the roofs out, how did you check the roof out?

A Somebody went up on the roof and checked it.

Q Who did?

A I believe it was Mr. O'Loughlin went up and checked it.

Q And were there any pictures taken of that part of the roof?

A Not to my knowledge.

Q You never saw the actual part of the roof where the damage was?

A Yes, I did go up there after the fact.

Q Can you describe what you saw?

A Well, it was patched at that time, but it looked like there had been holes in it.

Q When you say holes, how big were these holes?

A It's hard to tell because it was already patched.

Q Mr. O'Loughlin saw it before it was patched?

A Right.

Q At some point the goods were moved from your storage warehouse to 505 Wolcott Avenue in