# EXHIBIT 4

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JASON YORK and
MAUREEN YORK,
Plaintiffs,

VS. C.A. NO. 04-551S

DAY TRANSFER MOVING &
STORAGE CO.,
APOLLO VAN LINES, INC.,
ANDREWS EXPRESS &
STORAGE WAREHOUSE, INC.,
and WILLIAMS MOVING
COMPANY,
Defendants.

DEPOSITION OF MAUREEN YORK, a Plaintiff in the above-entitled cause, taken on behalf of the Defendant, Andrews Express & Storage Warehouse, Inc., before Jane M. Poore, Notary Public, RPR, in and for the State of Rhode Island, at the offices of Partridge, Snow & Hahn, LLP, 180 South Main Street, Providence, Rhode Island, on December 16, 2005, at 10:30 A.M.

ALLIED COURT REPORTERS, INC.
115 PHENIX AVENUE
CRANSTON, R.I. 02920
(401) 946-5500

A. Yes.
Q. At what point did that happen?
A. When the movers took a break, I went inside and I was in there for about five minutes and started to feel ill.
Q. Can you describe for me in a little more detail in what way you felt ill?
A. Feeling just sick, like if you smelled an exhaust, you know. I guess a little bit nauseous, tingling mouth, that's the best way I can describe it.
Q. How long were you in the house before you started to feel that way?
A. Approximately five minutes.
Q. And where were you in the house during that five-minute period of time?
A. I had gone into the kitchen to make coffee, and I had gone into the living room, and that is where I started to really feel -- that's when I felt ill.
Q. And what was in the living room at that point?
A. Well, at that point most of the stuff was in the house. The house is a New England style house, so it had small rooms. So they had the upstairs completed, the downstairs completed. So

most of the room was full.

Q. So, again, what was in the living room at that point?

A. Furniture and boxes.

Q. And was there something in the kitchen as well?

A. Yes, there was.

Q. What was in the kitchen?

A. Boxes. It was a small kitchen.

Q. About what time of the morning was this?

A. I cannot estimate the time. I just know they were mostly done. I couldn't hazard to guess the time.

Q. Was it still morning?

A. I believe so. I don't really know. I didn't look at my watch.

Q. Was there anybody else in the house at that point in time besides you and -- was there anybody else in the house at that point in time besides you?

THE WITNESS: When I started to feel ill?

MR. TAYLOR: Yes.

A. At that point, no.

Q. Was your husband at the house?

A. At that point, no.

Q. When you started to feel ill, what did you do?

A. I was in the living room. I started to feel ill, and at about that time the crew started coming into the house. I remember one gentleman in particular, and I asked him, "Does anybody feel sick?"

Q. Did he respond?

A. Yes, he did.

Q. And what did he say?

A. He said, "Yes, ma'am. We knew it was damaged, ma'am. We didn't want to bring it. We were waiting for you to find out." Then I proceeded to look around and was in shock of what I was seeing, and then I cannot remember if it was that conversation or a few moments later that he said to me, "Ma'am, you're being very calm. You need to do something," and I proceeded to ask for the phone number of his company.

MR. PALUMBO: Can we take a two-minute break.

(OFF THE RECORD)

Q. You said you were in shock of what you were seeing; what did you see at that point?

A. Well, in our -- I'm trying to recollect the best I can today. In our notes we have written, you know, things that happened sooner than now

written down, and you have them. So, I'm sorry, ask me the question again.

Q. I want you to tell me as best you can remember what you saw around you at that point in time when you said the movers were having this conversation with you?

A. I was looking around me and thinking at the same time, and I was seeing boxes that looked like they were water damaged. I looked at furniture, and there was film on it, and I started to connect the dots or connect their behavior throughout the day. It started to dawn on me what they had done.

Q. Again, this was still in the morning, you think; is that right?

A. Right. It was when they were mostly done putting the stuff in the house, and they had taken a break.

Q. And when you say you saw boxes that were water damaged, can you be more specific? What did you see?

A. I cannot recall exactly what I saw, but I saw boxes that, you know, had water marks on them; some boxes that were crushed and seemed more like they had been, you know, damp, maybe not direct water but damp.

Q. Did you see any boxes at that point that were actually wet?
A. I cannot recall touching them.
Q. And you didn't observe anything that looked to you as if the box was actually wet?
A. Well, there were water marks, and I did not look at them -- I mean, I did not touch them that I recall, so I did not decipher.
Q. Can you describe the water marks that you saw?
A. Water that stains. Stained looking is the best way I can describe.
Q. So you're saying the outside of the boxes were stained?
A. To the best way I can describe it, yes, and I cannot recall all the boxes.
Q. Was there anything else about the appearance of the boxes that you noticed at that point in time?
A. Anything that I haven't already mentioned?
Q. Anything else?
A. Nothing that comes to mind right now.
Q. Did you notice any mold on the outside of the boxes?
A. Yes, I did.
Q. Can you describe what you saw?
A. White fuzz, green fuzz.

Q. And on how many boxes did you see that?
A. I cannot recall.
Q. More than one?
A. Yes.
Q. A large number of them?
A. I believe so.
Q. You said there were some crushed boxes?
A. Yes, I remember seeing -- actually, yes, I remember seeing some crushed boxes. I cannot recall at this time what room they were located in.
Q. And can you describe in a little more detail what you mean by a crushed box?
A. One that comes to mind would be a box with tape on top of it and crushed on top and not attached to the tape anymore, one side of it. That's one I recall.
Q. And how many crushed boxes do you recall observing?
A. I don't recall, many.
Q. Many?
A. To the best of my recollection.
Q. When you say they were crushed, do you mean that the boxes themselves were flattened?
A. I don't recall any boxes being flattened, but

the variety of crushed, I mean, crushed, dented, things like that.

Q. Do you recall that the sides of the boxes being pushed in?

A. I do not recall.

Q. Do you recall the corners being dented in some way?

A. I do not recall specifically, but, yes, generally.

Q. Now, you indicated that you were in the house for about five minutes and you started to feel ill; is that right?

A. Yes.

Q. And then you went into the living room?

A. I was in the living room when I started feeling ill.

Q. And then one or more of the movers came into the house?

A. Yes.

Q. Do you remember how many people came into the house?

A. The only one that stands out in my mind was the gentleman I had the conversation with.

Q. What did he look like?

A. I think he was shorter, and I cannot remember

what he looked like. I know his name was Rick. He was the driver, and at this time I cannot remember what he looked like exactly. He had dark hair. If I saw him again, I think I would know him.

Q. And at that point in time, did you have any conversation with anyone other than this one person?

A. At that point in time when --

Q. When you were in the living room in the house?

A. I cannot recall if other movers came in and concurred or that happened soon after.

Q. But it's your memory that it was this person, the driver, who said to the effect that they knew that the goods were damaged; is that right?

A. At first, yes.

Q. Now, after he told you that, what did you do next?

A. After he told me that, that they knew, is that what you're referring to?

Q. Excuse me?

A. After he told me that, meaning what?

Q. You relayed to me some things that this driver said to you?

A. Right.

Q. What did you do next?

Q. What do you remember?
A. I called Mayflower, which I assumed was part of the moving company, because that is the van that was in front of my house. I spoke to them and told them we had damage to our things and our home. We had been informed that it was uninhabitable right now, and we needed some help in finding lodging, and they said they would cover our lodging for one night.
Q. Do you know who you spoke with at Mayflower?
A. I do not, but -- yes, I do not, excuse me.
Q. Any other conversations that you can remember that day with anyone from the moving company?
A. That's all I can remember.
Q. Now, you said that at some point that day you were told that the house was uninhabitable?
A. Correct.
Q. Who told you that?
A. The company we had called out, which was -- I always mess up their name, I-A-Q-M, I believe, or I-Q-M, something to that effect.
Q. Who contacted that company?
A. I did.
Q. How did you get their name?
A. I opened the Yellow Pages and found them.

Q. Why did you try and contact a company like that?
A. Because I knew it was -- I believed the substance on my property to be more than dirt, and the only thing I could come up with was mold or something to that effect, but I needed someone in that field to tell me.
Q. Did anyone suggest to you that you contact a mold company?
A. I cannot remember how I came to the conclusion it should be a mold and not a hazmat company.
Q. Did someone from IAQM come out to the house that day?
A. They did.
Q. Did you speak to them?
A. I did.
Q. Do you remember who it was?
A. Shawn and Joel, I remember the names being.
Q. Did you walk around inside the house with them?
A. Yes.
Q. Did you show them the goods?
A. Yes, I did.
Q. And --
A. Excuse me, to my best recollection I did. I believe my husband was there at the time.
Q. You believe both you and your husband walked

around with them?
A. I cannot remember right now. I think we would have, but I don't remember for sure.
Q. And do you remember telling them anything about the goods?
A. No, not really. I told them it was dropped today, and that was probably all that I told them because I think that's all we knew at the current time.
Q. And did they tour the inside of the house?
A. Yes, I believe they did.
Q. And then did they make some sort of report to you right then and there?
A. To the best of my recollection they told us that, one, it was hazardous, and we needed to not stay there. It was uninhabitable. Two, that he started to describe the types of items that would be lost, mattresses, porous items, items with engines, things like that. He proceeded to tell us that he felt that he could save some of our things, and I think he went down a brief rundown on how they would handle doing it, and some reassurances in the security of our items, no cross contamination, things like that. I cannot remember if that was that conversation or not, and

help move stuff out of the house, but that's all amongst the defendants or whatever. I don't really have knowledge of that, so I don't know. There's a lot there.

Q. Anything else?

A. No.

Q. Now, are you alleging that you suffered some personal injury as a result of the damage to your household goods?

A. Yeah.

Q. Tell me about that?

A. Well, personal, do you mean -- personal, our family, my children, the stress that, you know, the whole situation produced. But from the household goods part, because it is two separate parts, it's just in hindsight to, you know, to know that these people knew about it and willfully brought it into my home, and then the scrambling for responsibility. What they did was wrong, and they knew it. Today that is hard for me -- it affects you with the trust you have in people. So that part I wasn't very upset when it happened because I didn't realize what they were doing, but that part has had an effect.

Q. Have you sought any medical treatment as a result

of the goods being delivered to your house?
A. Partly for the stuff being delivered to our house. In hindsight, it's like all together the after effects, yes.
Q. What was that medical treatment?
A. I went to go see a psychologist up here in Rhode Island.
Q. How many times did you see the psychologist?
A. I believe I saw him here one or two times.
Q. How did you find the psychologist?
A. I don't know. I think I asked my lawyer for advice once I realized I needed help because I didn't, you know, want to do anything wrong.
Q. Do you remember the name of the psychologist?
A. I do not. I would have records for it.
Q. Is there any other medical care that you sought as a result of the goods being delivered to the house?
A. Yes, I ended up going to the ER on Wednesday, and I don't know if that's because the goods were delivered in the house or the goods were left in the house, I don't know.
Q. Was Wednesday --
A. Wednesday was two days after it was delivered.
Q. Were you in the house that day?

A. Yes, on occasion.
Q. And what were the symptoms that you were suffering when you went to the ER on the Wednesday?
A. It is in the file. I cannot recollect everything that was happening, but the same symptoms that I had incurred that Monday when being exposed to it, they were exacerbated and were not subsiding. So at the point on Wednesday I went to seek some advice on if I was okay or not. At that point I got worried.
Q. Do you recall what the diagnosis was?
A. A medical term, basically a reaction to mold, a respiratory issue.
Q. Were you given some sort of treatment?
A. I was prescribed inhalers.
Q. Did you use those inhalers?
A. No, I could not. We were in the process of trying to get pregnant, and I didn't know if they were steroids or what they were, so I did not.
Q. Did your symptoms that you went to the Emergency Room on that Wednesday subside on their own?
A. Yes, they did.
Q. And over what period of time did they subside?
A. I cannot recall. I think, I do not recall exactly, but it was after I was not exposed to the

house, I got better.
Q. Since that time have you experienced any respiratory problems?
A. No, other than being sick.
MR. YORK: Can we take a break.
(OFF THE RECORD)
Q. Other than the medical treatment that you've described for me already, was there any other medical treatment that you had as a result of the goods being delivered to Wolcott Street?
A. Well, I don't want to misspeak here, I'm not saying it's attributed to -- I don't know if it's attributed to the goods being there or them being left there because I went on Wednesday. I know where I was exposed to it.
Q. My question is are there any other physical injuries that you contend resulted from the goods or being in the house?
A. Well, other than what's in our paperwork and what I've just mentioned, that's all I can think of right now.
Q. Are you making a claim for any kind of psychiatric injuries in this case?
THE WITNESS: In our complaints?
MR. TAYLOR: In this lawsuit.