UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JASON YORK and MAUREEN YORK,

Plaintiffs,

v.

DAY TRANSFER COMPANY, APOLLO VAN LINES, INC. and ANDREWS EXPRESS & STORAGE WAREHOUSE, INC.,

Defendants,

v.

WILLIAMS MOVING COMPANY,

Third-Party Defendant.

C.A. No. 04-551S

**REPLY MEMORANDUM OF LAW IN SUPPORT OF DAY TRANSFER'S AND WILLIAMS MOVING'S MOTION FOR SUMMARY JUDGMENT**

James P. Marusak, Esq.
GIDLEY SARLI & MARUSAK, LLP
One Turks Head Place, Suite 900
Providence, RI 02903
(401) 274-6644

-and-

George W. Wright, Esq. (Pro Hac Vice)
Narinder S. Parmar, Esq.
GEORGE W. WRIGHT & ASSOCIATES, LLC
Continental Plaza
401 Hackensack Avenue, 7th Floor
Hackensack, NJ 07601
(201) 342-8884

Attorneys for Defendant DAY TRANSFER COMPANY and Third-Party Defendant WILLIAMS MOVING COMPANY