# TABLE OF CONTENTS


| | | Page |
|---|---|---|
| PRELIMINARY STATEMENT…… | | 1 |
| LEGAL ARGUMENTS…… | | 1 |
| POINT I | PLAINTIFFS ADMIT ALL MATTERS SET FORTH IN DAY TRANSFER'S AND WILLIAMS MOVING'S STATEMENT OF MATERIAL FACTS…… | 1 |
| POINT II | PLAINTIFFS DO NOT OPPOSE DAY TRANSFER'S AND WILLIAMS MOVING'S MOTION TO DISMISS PLAINTIFFS' BROKER LIABILITY CLAIMS AND, THUS, COUNTS III AND IX OF THE SECOND AMENDED COMPLAINT SHOULD BE DISMISSED…… | 1 |
| POINT III | PLAINTIFFS ADMIT THAT THEIR RECOVERY FOR PROPERTY DAMAGE IS LIMITED TO $15,000…… | 3 |
| POINT IV | PLAINTIFFS FAIL TO OFFER ANY LEGALLY COGNIZABLE OBJECTION TO DAY TRANSFER'S MOTION TO DISMISS COUNT II OF THE SECOND AMENDED COMPLAINT FOR NEGLIGENT REMEDIATION…… | 4 |
| POINT V | PLAINTIFFS' CONSEQUENTIAL DAMAGE CLAIMS DO NOT ARISE FROM ANY CONDUCT OF DEFENDANTS THAT IS SEPARATE AND APART FROM THE TRANSPORTATION OF THE GOODS…… | 7 |
| POINT VI | WHETHER OR NOT THEY ARE PREEMPTED BY CARMACK, PLAINTIFFS' CONSEQUENTIAL CLAIMS ARE LIMITED BY THE GBL AND DOD RATE SCHEDULE RELEASED VALUATION TERMS…… | 17 |
| CONCLUSION…… | | 18 |

# TABLE OF AUTHORITIES


Page

**CASES**

Air Prods. & Chems, Inc. v. Illinois Cent. Gulf R.R. Co., 721 F.2d 483 (5th Cir. 1983)…. 6, 16

Alessandra v. Mullen Brothers, Inc., 1999 WL 959684 (Mass.Super. 1999)……………. 5

American Synthetic Rubber Corp. v. Louisville & Nashville R.R. Co., 422 F.2d 462 (6th Cir. 1970)………………………………………………………………………. 6

Camar Corp. v. Preston Trucking Co., 221 F.3d 271 (1st Cir. 2000)…………………… 16

Cleveland v. Beltman North American Van Lines Co., Inc., 30 F.3d 373 (2nd Cir. 1994).. 6

Commercial Molasses Corp. v. New York Tank Barge Corp., 314 U.S. 104, 62 S.Ct. 156, 86 L.Ed. 89 (1941)………………………………………………………... 9

Contempo Metal Furniture Co. of California v. East Texas Motor Freight Lines, Inc., 661 F.2d 761 (9th Cir. 1981)…………………………………………………………….. 16

Georgia, Fla. & Ala. Ry. Co. v. Blish Milling Co., 241 U.S. 190, 36 S.Ct. 541, 60 L.Ed. 948 (1916)…………………………………………………………………... 11, 15

Glass v. Crimmins Transfer Co., 299 F.Supp.2d 878 (C.D.Ill. 2004)…………………… 5,

Gordon v. United Van Lines, Inc., 130 F.3d 282 (7th Cir. 1997)………………………. 5, 9, 10, 14

Hubbard v. All States Relocation Services, Inc., 114 F.Supp.2d 1374 (S.D.Ga. 2000)… 10, 14

Hughes v. United Van Lines, Inc., 829 F.2d 1407 (7th Cir. 1987)……………………… 12

Illinois Cent. Gulf R.R. v. Southern Rock, Inc., 644 F.2d 1138 (5th Cir. 1981)………… 16

Margetson v. United Van Lines, Inc., 785 F. Supp. 917 (D.N.M. 1991)……………….. 8, 15

Marquette Cement & Mfg. Co. v. The Louisville & Nashville R.R. Co., 281 F.Supp. 944 (E.D.Tenn. 1967), aff'd per curium, 406 F.2d 731 (6th Cir. 1969)….… 6

Morris v. Covan World Wide Moving, Inc., 144 F.3d 377 (5th Cir. 1998)……………… 9

Opp v. Wheaton Van Lines, Inc., 1999 WL163041, 1999 U.S.Dist. LEXIS 3513 (N.D.Ill. 1999)………………………………………………………… 10, 14

Penske Logistics v. KLLM, Inc., 285 F.Supp.2d 468 (D.N.J. 2003)…………………… 17

Reagan v. Commonwealth Theaters of P.R., Inc., 300 F.Supp. 676 (D.P.R. 1969)……… 15

Reed v. Aaacon Auto Transport, Inc., 637 F.2d 1302 (10th Cir. 1981)………………… 16

Rini v. United Van Lines, Inc., 104 F.3d 502 (1st Cir. 1997)…………………………… 5, 9, 10, 14

Roberts v. North American Van Lines, Inc., 394 F.Supp.2d 1174 (N.D.Ca. 2004)……. 9, 13, 14

Rosenthal v. United Van Lines, LLC, 174 F.Supp.3d 1331 (N.D.Ga. 2001)…………… 10, 14

Rosenthal v. United Van Lines, LLC, 209 F.Supp.2d 1342 (N.D.Ga.. 2002)…………... 10

Schwarz v. National Van Lines, Inc., 2004 WL 1166632, 2004 U.S.Dist. LEXIS 9398 (N.D.Ill. 2004)…………………………………………………………... 10, 12

Schwarz v. National Van Lines, Inc., 375 F.Supp.2d 690 (N.D.Ill. 2005)……………… 9, 10, 13

Smith v. United Parcel Service, 296 F.3d 1244 (11th Cir. 2002)……………………….. 9, 11

Southeastern Express Co. v. Pastime Amusement Co., 229 U.S. 28, 57 S.Ct. 73, 81 L.Ed. 20 (1936)………………………………………………………… 16

Strike v. Atlas Van Lines, Inc., 102 F.Supp.2d 599 (M.D. Pa. 2000)………………….. 5

Tayloe v. Kachina Moving & Storage, Inc., 16 F.Supp.2d 1123 (D.Ariz. 1998)………. 5

United Van Lines, LLC v. Weisberg, Case No. 04-80160-CIV (S.D. Fla. 2004)………. 4

V.R. Compounding Corp. v. Occidental Chemical Corp., 2000 WL 1368045 (N.D.Ill. 2000)…………………………………………………………………… 6

Wang Labs, Inc. v. Burts, 612 F.Supp. 441 (D.Md. 1984)……………………………... 15

**STATUTES**

49 U.S.C. Section 13102(23)(B)…………………………………………………… 8

49 U.S.C. Section 14706(a)………………………………………………………... 15

**COURT RULES**

Fed.R.Civ.P. 56……………………………………………………………………….. 1, 2

L.R.Cv. 56(3)………………………………………………………………………. 1

**TREATISES**

Sorkin, Goods in Transit, §4.00……………………………………………………….. 8