IN THE UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JASON YORK and
MAUREEN YORK

v. C.A. NO. 04-551 S

DAY TRANSFER COMPANY,
APOLLO VAN LINES, INC., and
ANDREWS EXPRESS &
STORAGE WAREHOUSE, INC.

v.

WILLIAMS MOVING COMPANY

DISMISSAL STIPULATION

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties stipulate that the plaintiffs' complaint against Apollo Van Lines, Inc. and defendant Day Transfer Company and third-party defendant Williams Moving Company's cross-claims against Apollo Van Lines, Inc. are dismissed **WITH PREJUDICE AND WITHOUT COSTS**.

| | |
|---|---|
| Jason York and Maureen York<br>By their Counsel<br><br>/s/ Joseph R. Palumbo, Jr,<br>Joseph R. Palumbo, Jr., Esq.<br>294 Valley Road<br>Middletown, RI 02842<br>joseph@palumbolaw.net | Apollo Van Lines, Inc.<br>By its Counsel<br><br>/s/Mitchell R. Edwards<br>William R. Grimm (#1938)<br>Mitchell R. Edwards (#6942)<br>Hinckley, Allen & Snyder LLP<br>50 Kennedy Plaza, Suite 1500<br>Providence, RI 02903<br>(401) 274-2000<br>(401) 277-9600 (fax)<br>wgrimm@haslaw.com<br>medwards@haslaw.com |

| | |
|---|---|
| Andrews Express & Storage Warehouse, Inc.<br><br>/s/ Robert K. Taylor<br>Robert K. Taylor, Esq.<br>Carolyn P. Medina, Esq.<br>Partridge Snow & Hahn, LLP<br>180 South Main Street<br>Providence, RI 02903<br>rkt@psh.com<br>cpm@psh.com | Day Transfer Company and Williams Moving Company<br><br>/s/ James P. Marusak<br>James P. Marusak, Esq.<br>Gidley, Sarli & Marusak, LLP<br>One Turks Head Place<br>Suite 900<br>Providence, RI 02903<br>jpm@gsm-law.com |

Dated: October 23, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2006, a copy of the foregoing Dismissal Stipulation was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Mitchell R. Edwards
William R. Grimm (#1938)
Mitchell R. Edwards (#6942)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (fax)
wgrimm@haslaw.com
medwards@haslaw.com