IN THE UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JASON YORK and
MAUREEN YORK

v. C.A. NO. 04-551 S

DAY TRANSFER COMPANY,
APOLLO VAN LINES, INC., and
ANDREWS EXPRESS &
STORAGE WAREHOUSE, INC.

v.

WILLIAMS MOVING COMPANY

DISMISSAL STIPULATION

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties stipulate that the plaintiffs' complaint against Apollo Van Lines, Inc. and defendant Day Transfer Company and third-party defendant Williams Moving Company's cross-claims against Apollo Van Lines, Inc. are dismissed **WITH PREJUDICE AND WITHOUT COSTS**.

| | |
|---|---|
| Jason York and Maureen York<br>By their Counsel<br><br>/s/ Joseph R. Palumbo, Jr.<br>Joseph R. Palumbo, Jr., Esq.<br>294 Valley Road<br>Middletown, RI 02842<br>joseph@palumbolaw.net | Apollo Van Lines, Inc.<br>By its Counsel<br><br>/s/Mitchell R. Edwards<br>William R. Grimm (#1938)<br>Mitchell R. Edwards (#6942)<br>Hinckley, Allen & Snyder LLP<br>50 Kennedy Plaza, Suite 1500<br>Providence, RI 02903<br>(401) 274-2000<br>(401) 277-9600 (fax)<br>wgrimm@haslaw.com<br>medwards@haslaw.com |

ENTER [signature]
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 10/27/06