**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**JUDGMENT IN A CIVIL CASE**

**Jason York, et al**
**Plaintiff**

**V.** **Case Number: C.A. NO. 04-551S**

**Day Transfer Company, et al**
**Defendant**

**Jury Verdict.**
**X Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.**

**IT IS ORDERED AND ADJUDGED**

**Judgment shall enter for the Defendants, Day Transfer Company, Andrews Express & Storage Warehouse, Inc., and Third-Party Defendant, Williams Moving Company, against the Plaintiffs Jason York and Maureen York pursuant to the Court's Order dated November 20, 2007 granting Defendants Motion for Summary Judgement and Third-Party Defendant's Motion for Summary Judgment and denying as moot the request for judgment under Rule 54(b).**

**BY ORDER:**

Doreen Baldwell

**November 21, 2007**
**Date**

**Deputy Clerk**