**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JASON YORK and MAUREEN YORK** | } | |
| **Plaintiffs** | } | |
| **v.** | } | **CA No. 04-551S** |
| **DAY TRANSFER COMPANY, APOLLO VAN LINES, INC., and ANDREWS EXPRESS & STORAGE WAREHOUSE, INC.** | } | |
| **Defendants** | } | |
| **v.** | } | |
| **WILLIAMS MOVING COMPANY** | } | |
| **Third Party Defendant** | } | |

**PLAINTIFFS' MOTION FOR STAY**

Plaintiffs Jason York and Maureen York move for a 120 day stay of the judgment entered on November 21, 2007 and as grounds therefor state:

1. Major York is presently stationed in Iraq and is not due to return to the United States until April 2008 at the earliest.

2. It is virtually impossible for Major York's wife, Maureen York, to communicate with Major York while he is in Iraq.

3. It is impossible for the undersigned to communicate with Major York while he is in Iraq.

4. These circumstances make it impossible for the plaintiffs to consider and decide, with their counsel, whether to appeal the judgment entered against them in this action.

5. The interests of justice warrant a stay until Major York is in a position to discuss this matter with his wife and counsel.

JASON YORK and MAUREEN YORK

By Their Attorney,

/s/Joseph R. Palumbo, Jr.

Joseph R. Palumbo, Jr. (#0405)
294 Valley Road
Middletown, Rhode Island 02842
(401) 846-5200
(401) 848-0984 FAX
joseph@palumbolaw.net

DATED: December 3, 2007

CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of December 2007 I electronically filed the foregoing Plaintiffs' Motion for Stay with the Clerk of the United States District Court of the District of Rhode Island and that the following participants received notice electronically:

James P. Marusak
Robert K. Taylor
William Grimm

and I hereby certify that I have sent by prepaid first class mail a copy of the foregoing document to George W. Wright, a non-CM/EFC participant, at his usual business address.

/s/ Joseph R. Palumbo, Jr.