**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JASON YORK and MAUREEN YORK** | } | |
| | } | |
| **Plaintiffs** | } | |
| | } | |
| **v.** | } | **CA No. 04-551S** |
| | } | |
| **DAY TRANSFER COMPANY, APOLLO VAN LINES, INC., and ANDREWS EXPRESS & STORAGE WAREHOUSE, INC.** | } | |
| | } | |
| **Defendants** | } | |
| | } | |
| **v.** | } | |
| | } | |
| **WILLIAMS MOVING COMPANY** | } | |
| | } | |
| **Third Party Defendant** | } | |

**PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION FOR STAY**

Plaintiffs have moved for a stay of the judgment entered against them in this case because plaintiff Jason York is presently stationed in Iraq and it is virtually impossible for his wife, Maureen York, to communicate with him and it is impossible for the undersigned to do so. Therefore, as long as Major York is in Iraq it is impossible to discuss the judgment with him and his options regarding the same including the possibility of appeal.

Under Section 204 of the Servicemembers Civil Relief Act, this Court has the discretion to stay the judgment on account of Major York's active military duty in a war zone for at least 90 days.

Plaintiffs respectfully submit that the interests of justice warrant a stay for 120 days, at which time Major York is expected to be released from his duties in Iraq.

JASON YORK and MAUREEN YORK

By Their Attorney,

/s/Joseph R. Palumbo, Jr.
Joseph R. Palumbo, Jr. (#0405)
294 Valley Road
Middletown, Rhode Island 02842
(401) 846-5200
(401) 848-0984 FAX
joseph@palumbolaw.net

DATED: December 3, 2007

CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of December 2007 I electronically filed the foregoing Plaintiffs' Memorandum in Support of Motion for Stay with the Clerk of the United States District Court of the District of Rhode Island and that the following participants received notice electronically:

James P. Marusak
Robert K. Taylor
William Grimm

and I hereby certify that I have sent by prepaid first class mail a copy of the foregoing document to George W. Wright, a non-CM/EFC participant, at his usual business address.

/s/ Joseph R. Palumbo, Jr.